AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ALCATEL USA RESOURCES, INC. AND
ALCATEL INTERNETWORKING, INC.

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     05 - 418

FOUNDRY NETWORKS, INC.

TO: (Name and address of Defendant)

FOUNDRY NETWORKS, INC.
c/o LexisNexis Document Solutions Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Josy W. Ingersoll (No. 1088)
YOUNG CONAWAY
    STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO       6/21/05

CLERK       DATE

_[signature]_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/21/05 |
| NAME OF SERVER (PRINT) THOMAS WILLIAMS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED FOUNDRY NETWORKS INC by SERVING ITS REGISTERED AGENT LEXISNEXIS DOCUMENT SOLUTIONS INC At 2711 CENTERVILLE RD, WILM DE 19808 At 4:07PM. PERSON ACCEPTING SERVICE: MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/05     *Thomas Williams*
　　　　　　　　Date　　　　　Signature of Server

PARCELS INC
4 E 7TH ST
WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.