IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC. AND ALCATEL INTERNETWORKING, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by counsel for plaintiffs and counsel for defendant Foundry Networks, Inc. ("Foundry"), subject to the approval of the Court, that Foundry's time to answer, move, or otherwise respond to the Complaint is hereby extended through and including August 11, 2005.

YOUNG CONAWAY STARGATT & TAYLOR

/s/ Adam W. Poff
By: _____
    Josy W. Ingersoll (#1088)
    Adam W. Poff (#3990)
    The Brandywine Building
    1000 West Street
    Wilmington, DE 19801
    (302) 571-6600
    E-mail: jingersoll@ycst.com
           apoff@ycst.com

Attorneys for Plaintiffs
Alcatel USA Resources, Inc. and
Alcatel Internetworking, Inc.

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
By: _____
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    E-mail: provner@potteranderson.com

Attorneys for Defendant
Foundry Networks, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge