IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action No. 05 418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) | |
| | ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) | |

## PLAINTIFFS' MOTION TO DISQUALIFY HOWREY, LLP

Plaintiffs hereby move to disqualify Howrey, LLP from its representation of Defendant in this case. The reasons underlying this motion are set forth in detail in the accompanying opening brief.

Plaintiffs' counsel have discussed this motion pursuant to Local Rule 7.1.1 with Howrey, LLP and have been unable to reach an agreement.

WHEREFORE, Plaintiffs respectfully request that the Court grant the within motion.

Dated: September 8, 2005

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam W. Poff (#3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone 302 571-6600

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on September 8, 2005 I caused to be electronically filed a true and correct copy of the **MOTION TO DISQUALIFY HOWREY, LLP** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 N. Market Street
>P.O. Box 951
>Wilmington, Delaware 19899

I hereby certify that on September 8, 2005 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and by E-Mail on the below listed counsel:

>William L. Anthony, Esquire
>Orrick, Herrington & Sutcliffe LLP
>1000 Marsh Road
>Menlo Park, CA 94025

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>Josy W. Ingersoll (#1088)
>John W. Shaw (#3362)
>Adam W. Poff (#3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>jingersoll@ycst.com
>
>*Attorneys for Plaintiffs*