# EXHIBIT 3



Search/Site Map | Support Login | Em

**Products** | Solutions | Technologies | Sales | Services | Industry Leadership | Corporate

Layer 3 Switches | Layer 2/3 Switches | Routers | L 4-7 Switches | Network Management | Wireless

▸ PRODUCTS    ▸ LAYER 3 BACKBONE SWITCHES    ▸ BIGIRON

Search

Quick find:

▸ **BigIron**
BigIron RX Series
BigIron MG8 Datasheet
JetCore BigIron Datasheet
White Papers
Application Notes
Customer Case Studies
Customer Testimonials
Test Reports
Documentation



BigIron RX, MG8, 4000, 8000, and 15000

Enterprise-class BigIron Layer 2/Layer 3 Switches



The BigIron product family now includes the powerful Terathon™ ASIC-based architecture to deliver a new level of high-performance distributed switching and routing for enterprise and service provider networks. The newest family member, BigIron RX-Series redefines terabit-capacity for routing and switching in the Enterprise and Service Provider environments. Flexibility, resiliency, security and performance are hallmarks of the design of the BigIron RX-Series family of 10 GbE routers

The BigIron MG8, offers high density 10-Gigabit Ethernet switch for performance oriented Enterprise. All BigIron switches are purpose-built for bandwidth intensive enterprise networks to support business and research applications including high bandwidth campus backbone, data center aggregation, cluster and grid computing, converged (voice video, image and data) communications, storage networking, financial transactions as well as government, healthcare and university super-computing research projects. BigIron's non-blocking architecture enables network managers to build scalable and highly available network designs. BigIron is the only chassis that has been 10-Gigabit ready since the day it started shipping in 1998

*"Enterprises and research institutions need both evolutionary as well as revolutionary migration paths to high-performance Ethernet networks," said Mike Warren, a computational astrophysicist and architect of the Space Simulator Beowulf cluster at Los Alamos National Laboratory. "Performance-oriented organizations will benefit from having a next-generation 10-Gigabit networking infrastructure which is highly scalable and resilient, with high Gigabit and 10-Gigabit Ethernet density. Foundry's BigIron MG8 will be one of the revolutionary products in this category which offers the performance required to support high-bandwidth networks such as our Beowulf clusters."*

*-Los Alamos*

         

Copyright ©2005 Foundry Networks, Inc. All rights reserved.   :   Privacy  |  Terms of Use



**FOUNDRY NETWORKS**
*The Power of Performance™*

Search/Site Map | Support Login | Em

Products | Solutions | Technologies | Sales | Services | Industry Leadership | Corporate
Layer 3 Switches | Layer 2/3 Switches | Routers | L 4-7 Switches | Network Management | Wireless

> PRODUCTS    > LAYER 2/3 WIRING CLOSET SWITCHES    > FASTIRON

Search

Quick find:

> Fastiron
  FI 400 800 1500
    datasheet
  Fastiron 3208
  Fastiron 4802
    datasheet
  Fastiron Edge Switch
    datasheet
  Fastiron Edge Switch POE
  Fastiron Edge X Series
  application notes
  white papers
  documentation
  test reports
  customer case studies
  customer testimonials
  Fastiron Workgroup
  Fastiron SuperX
  Edgeiron



**Fastiron**

The Foundry FastIron family of Enterprise products includes the FastIron JetCore-based Modular chassis. FastIron Edge Switch series and FastIron 4802 Based on Foundry's unique ASIC architectures, the FastIron family delivers hardware-based distributed switching and routing capacity with Industry leading performance, price/performance, and high-density LAN connectivity The media flexibility, consistent CLI syntax, common sparing components, and award-winning IronWare software feature set work together to reduce the overall cost of ownership minimize the operational expense, and increase the network's return on investment (ROI)

**Meet the Fastiron family:**

**Fastiron 400/800/1500**
JetCore-based Fastiron 400 800 and 1500 modular switches are the first in the industry to provide Enterprise customers with a complete end-to-end Enterprise LAN solution ranging from the wiring closet to the LAN backbone based on a single product family, simplifying network operations and maintenance leading to dramatic savings in Total Cost of Ownership (TCO) The new JetCore based systems include advanced Layer 2/3 feature sets with support 10/100 Ethernet, Gigabit Ethernet, and 10 Gigabit Ethernet interface modules



Fastiron 400 and Fastiron Edge Switch Network Design Wins Editor's Choice in Enterprise Switching Competition

**Fastiron 3208RGC**
The Fastiron 3208RGC is an advanced, modular Layer 2/3 fully redundant Gigabit Ethernet over copper system with 10 Gigabit Ethernet capabilities, making it an ideal fit for high performance server farm and cluster computing solutions



China Computer World
Product of the Year
Fastiron 3208RGC

**Fastiron Wiring Closet Switch**
The Fastiron 4802 is an ideal choice for Enterprise wiring closets because of its port density, price, superior serviceability, high availability, security and advanced Layer 2/3 feature sets The Fastiron 4802 provides advanced Layer 2 features, including extensive support for dynamic VLANs rich QoS features based on 802.1p Type of Service DiffServ Redundant, load-sharing, hot-swappable power supplies

**Fastiron Edge Switch**
The Fastiron® Edge Switch (FES) series provides greater flexibility, higher reliability, enhanced security, extensive redundancy and expanded resiliency - while simplifying network management complexity and reducing on-going training expenses The FES increases your network's Return on Investment (ROI) and decreases its Total Cost of Ownership (TCO) by using common sparing components and offering improved functionality using a common feature set controlled by industry standard Command Line Interface (CLI) syntax, all in a compact form factor at industry leading prices

       

Copyright ©2005 Foundry Networks, Inc. All rights reserved.  |  Privacy  |  Terms of Use



Search/Site Map | Support Login | Em

| Products | Solutions | Technologies | Sales | Services | Industry Leadership | Corporate |
| Layer 3 Switches | Layer 2/3 Switches | Routers | L 4-7 Switches | Network Management | Wireless |

> PRODUCTS    > INTERNET & METRO ROUTERS    > NETIRON

Search

Quick find:

> **NetIron**
  NetIron XMR Datasheet
  NetIron IMR 640 Datasheet
  NetIron 40G Datasheet
  NetIron Metro Router datasheet
  NetIron 4802 datasheet
  application notes
  white papers
  documentation
  customer testimonials
  test report
  case studies
  MPLS Center
**AccessIron**



NetIron XMR Series, IMR 640, 40G, 400, 800, and 1500

Service Provider Class NetIron Routers

Foundry Networks NetIron routers are designed to address the exploding bandwidth and functionality requirements encountered by Service Providers today

The NetIron XMR-series routers are the industry's most powerful IPv4/IPv6/MPLS multi-service routers Based on a superior Terabit scale architecture comprising state of the art network processors, the NetIron XMR-series offers highly versatile, cost efficient solutions that allow services providers to deploy high value and profitable services

A recent addition to the NetIron Router family is the NetIron IMR 640 based on the latest Terathon-M network processor technology for Intelligent high performance IPv4, IPv6 and MPLS service delivery Based on the award winning NetIron 40G technology, both platforms feature Foundry Direct Routing (FDR) technology offering a high end, highly scalable routing solution aimed at addressing the ever growing needs of many Service Providers including Internet Service Providers (ISPs), Metro Service Providers (MSPs), Internet Data Centers Application Service Providers (ASPs), and Multi-Media Content Providers

The NetIron chassis routers, with the addition of the NetIron IMR 640, offer up to 1 28 Terabits/second and 480 Million packets per second (Mpps) in a single system for IPv4, IPv6, and MPLS routing as well as Layer 2 switching

The NetIron family offers multiple form factors to address service provider needs from edge to core applications In addition to the NetIron IMR 640 and the NetIron 40G, the NetIron family includes the NetIron 400 4-slot, NetIron800 8-slot, NetIron1500 15-slot designed to eliminate performance bottlenecks with wire-speed IP routing for edge and distribution layer deployments

The NetIron family is designed for unparalleled routing capacity scalability, control, and functionality Powered by Foundry's IronWare operating system, the NetIron routers offer feature rich solutions that include support for Border Gateway Protocol (BGP), wire speed ACLs, hardware-based multicast MPLS, traffic engineering, Virtual Leased Lines (VLLs), Virtual Private LAN Services (VPLSes), and BGP/MPLS VPNs The chassis-based routers offer interfaces including OC-3c, OC-12c, and OC-48c Packet over SONET/SDH, OC-3 ATM, and Gigabit to 10 Gigabit Ethernet

         

Copyright ©2005 Foundry Networks Inc All rights reserved  |  Privacy  |  Terms of Use




Search/Site Map | Support Login | En:

Products | Solutions | Technologies | Sales | Services | Industry Leadership | Corporate
Layer 3 Switches | Layer 2/3 Switches | Routers | L 4-7 Switches | Network Management | Wireless

> PRODUCTS    > LAYER 2/3 WIRING CLOSET SWITCHES    > EDGEIRON

Search

Quick find:

Fastlron
Fastlron Workgroup
Fastlron SuperX
> EdgeIron
　EdgeIron 2402CF, 4802CF and 24G
　EdgeIron 24GS, 48GS and 8x10G
　documentation

**EdgeIron Product Family**

The EdgeIron™ family of 10/100 and 10/100/1000 switches featuring the EdgeIron 2402CF, EdgeIron 4802CF, EdgeIron 24G, and EdgeIron 48G, delivers interface flexibility, wire-speed performance, superior port density, and a complete, standard Layer 2 feature set to address the mid-range needs of enterprise users.

The EdgeIron 10 Gigabit Ethernet (10GbE) switches, featuring the EdgeIron 24GS, 48GS, and 8X10G, delivers interface flexibility, wire-speed performance, superior port density, and a complete standard Layer 2 feature set to address low-cost and high performance switching requirements of enterprise and service providers.

Only 1 rack unit (1RU) high, the EdgeIron family is an excellent choice to deliver Gigabit Over Copper (GoC) with 10GbE uplink within the wiring closet and server farm, and 10GbE within the backbone. The EdgeIron is easy to configure and maintain. It offers a cost-effective and high-performance Layer 2 solution for enterprise network deployments.

Copyright ©2005 Foundry Networks, Inc. All rights reserved. | Privacy | Terms of Use



Search/Site Map | Support Login | Em

| Products | Solutions | Technologies | Sales | Services | Industry Leadership | Corporate |
| Layer 3 Switches | Layer 2/3 Switches | Routers | L 4-7 Switches | Network Management | Wireless |



> PRODUCTS     > LAYER 4-7 SWITCHES    > SERVERIRON

Search

Scalable and High-Performance Application Traffic Management and Web Optimization Switches

Quick find:

> ServerIron
  Product Information
  Applications
  Application Notes and White
  Papers
  Case Studies
  Documentation
  Register

**News & Articles**
Foundry Adds Family Of Web Accelerators To Application Switch Line To Create The Industry's Most Scalable Solution For Web And Ip Services Delivery

Foundry Adds Industry's First Expandable High Density 10/100 And Gigabit Ethernet Application Switch To Award-Winning Family

Foundry Announces Industry's Most Powerful Denial Of Service Protection Scaling To 10 Gbps On ServerIron Application Switches

New ServerIronGT E-Series

eWeek Article Foundry's New Flexible Switches

Foundry Delivers A New Generation Of Industry Leading High-Performance High-Density Modular Layer 4-7 Switches

Foundry Introduces New Family Of Gateway Switches That Set





**\* New! \***
- ServerIronGT C-Series Compact and Modular Application Switches
- ServerIron 350 High Performance Application Switch
- ServerIronGT C-Series Switches with Integrated SSL Acceleration

- ServerIronSA Web Accelerators with Integrated SSL and Compression
- New Additions to the Award-Winning ServerIronGT E-Series Family
- ServerIronGT E-Series Application Switches
- ServerIron 450/850 High Performance Modular Layer 4-7 Switches

The ServerIron family of Layer 4-7 application traffic management and Web optimization switches are the industry leaders in acceleration, security and business continuity solutions for the business-critical IP Web and non-Web application and data center infrastructure. These switches provide a total solution for application traffic management, server load balancing, content switching, security, SSL acceleration, Web compression, and multi-site redundancy with global load balancing with proven and highly intelligent TrafficWorks™ operating system deploying in

New Performance Standards For Server Load Balancing Application Switching And SSL Acceleration

Foundry Doubles Modular Switches Performance

Foundry Networks Delivers Intelligent Switching System For Gateway Supporting More Than 40 Million I-Mode Subscribers

Foundry Networks: Load Balancing For The Masses

Independent Tests Verify Foundry Load Balancer For Wire-Speed Gigabit Rate Dos Attack Protection

Taylormade-Adidas Golf Co Selects Foundry Load Balancing Solution to Help Launch New Online Service

Foundry Networks boosts Intelligence, Performance and Security with New Operating System for Layer 4-7 Network Switches

Foundry Advances Load Balancing - eWeek, July 2003

thousands of world's leading Enterprise, E-Commerce and Service Provider networks

Designed with network-centric and ASIC-based architecture, the ServerIron family of switches delivers high performance, scalability and data center class reliability. With the industry's broadest portfolio of products in the family with various price/performance and port configuration choices, the ServerIron family meets the needs of most data center infrastructure requirements on day one, with future-proof scalability, expandability and upgradeability on the modular platforms to meet the growing infrastructure needs. Flexible options to deploy integrated SSL acceleration in the base system, or add it on-demand when the need for SSL acceleration is critical are available

The ServerIron switches enable network managers to build and secure business-critical application infrastructure that is highly scalable and available. Business-critical applications are protected with IronShieldTM security against multiple forms of Denial of Service (DoS), Virus and Worm attacks. By leveraging the ASIC-based architecture and hardware-assisted security functionality, the ServerIron switches are unique in the industry with built-in DoS protection up to multi-Gigabit wire-speed rates. Many of the world's most demanding Enterprise, Service Provider, E-Commerce and Government organizations rely on the ServerIron switches to implement and manage highly secure and ultra high availability application infrastructure

**Key Features**

- Industry's highest application level performance, port density, and price/performance
- Multi-Gigabit rate DoS attack protection while maintaining peak application performance
- Rich Layer 7 intelligence with URL, HTTP, XML, Cookie and SSL ID switching for broad application support
- Datacenter redundancy and multi-site scalability with Global Server Load Balancing
- Web application acceleration with support for SSL and compression
- Web performance optimization with HTTP connection offload
- Integrated Layer 2/3 functionality for reduced cost and network design simplicity
- Advanced high availability with hitless and stateful failover to preserve active sessions from device failures
- Industry's first high availability 10 Gigabit application switch
- Link Balancer for maximizing ISP utilization and reducing service cost

ServerIron switches are built with Foundry's custom ASIC architecture and advanced network processor technology. Powered by the TrafficWorks IronWareTM operating system, the ServerIron solution offers the industry's most advanced and comprehensive features. Foundry's ServerIron family of switches meets a range of customer needs and features the following platforms:

- **ServerIron XL:** Stackable switches with a choice of 16 and 24 10/100 Ethernet ports and optional Gigabit uplinks at the best entry price
- **ServerIronGT C-Series:** High availability, compact and modular (2U High) switches with a choice of port configurations. Built with the industry's most innovative and unique switch design with data center class reliability features in the stackable form factor. Performance: up to 50,000 L4 cps and 1.2 million SYN/sec DoS attack protection
- **ServerIronGT C-Series SSL:** High availability, compact and modular (2U High) switches with integrated SSL acceleration and optional HTTP Web compression upgrade. The systems come in a choice of port configurations for easy integration into the network. Built with the industry's most innovative and unique switch design with data center class reliability features in the stackable form factor. Performance: up to 50,000 L4 connections per second, 2,000 new SSL connections per second, and 1.2 million SYN/sec DoS attack protection
- **ServerIronGT E-Series:** High availability, expandable and performance upgradeable modular switches with a choice of performance and port configurations. Feature redundant system design with front serviceable power supplies and additional expandable slots for future scalability. The GT E-Series family includes the industry's first 10 Gigabit Layer 4-7 application traffic management switch
- **ServerIron 350/450/850:** High performance 3-, 4- and 8-slot modular and highly scalable systems with the Foundry's 3rd generation management module and JetCore ASIC-based line modules. Various service module options for integrated SSL acceleration in the system without sacrificing core application switching performance and security. Performance: 150,000 Layer 4 connections per second, up to 4,000 new SSL

connections per second (optional service module), and 3.6 million SYN/sec DoS attack protection. The 450 and 850 switches come with front serviceable power supplies.

Foundry also offers a full family of ServerIronSA Web accelerators, which are dedicated devices for scalable SSL acceleration and Web compression. These accelerators deliver optimized performance, increased scalability and maximum bandwidth utilization with integrated support SSL termination and client-less distributed HTTP Web compression. The family includes the following products to meet diverse performance and scalability needs for secure Web applications:

- **ServerIronSA 100:** Up to 200 new SSL connections per second with 100 Mbps compression throughput and 10,000 concurrent SSL connections
- **ServerIronSA 400:** Up to 5,000 new SSL connections per second with 350 Mbps application throughput and 64,000 concurrent SSL connections. Features dual AC power supplies for added redundancy
- **ServerIronSA 800:** Up to 11,000 new SSL connections per second with 700 Mbps application throughput and 100,000 concurrent SSL connections. Features dual AC power supplies for added redundancy
- **ServerIronSA F400:** Up to 300 new SSL connections per second with 350 Mbps application throughput and 10,000 concurrent SSL connections. Certified for FIPS 140-2 Level 3 and features dual AC power supplies for added redundancy

With IronShield security, the ServerIron switches act as a line of defense to application infrastructure and allow network managers to proactively eliminate security vulnerabilities. Standards-based sFlow network monitoring, when used in combination with Foundry's IronView Network Manager (INM), allows network administrators to quickly identify the source of the attack and take corrective action.

ServerIron switches and accelerators provide the foundation for high application availability, disaster recovery, location and server transparency, and investment protection. They optimize server resource utilization and application efficiency resulting in immediate improved ROI.

Click here to learn more about Layer 4-7 technology (Zipped PDF: 5MB)
The above ZIP file contains comprehensive presentations that help understand the Layer 4-7 Load Balancing Technology and its Applications

**Get more information:**

| | |
|---|---|
| Product Information | Applications |
| Documentation | Application Notes and White Papers |
| Register | Case Studies |



Copyright ©2005 Foundry Networks, Inc. All rights reserved. | Privacy | Terms of Use