# EXHIBIT 5

 United States Patent and Trademark Office

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
***NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.***

**Total Assignments: 5**
**Patent #:** 6339830   **Issue Dt:** 01/15/2002   **Application #:** 09525506   **Filing Dt:** 03/15/2000
**Inventors:** Michael E. See, John W. Bailey, Charles L. Panza, Yuri Pikover, Geoffrey C. Stone et al
   **Title:** Deterministic user authentication service for communication network

**Assignment: 1**
   **Reel/Frame:** 013542/0145   **Recorded:** 12/02/2002      **Pages:** 4
   **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
      **Assignor:** XYLAN CORPORATION                  **Exec Dt:** 09/22/1999
      **Assignee:** ALCATEL INTERNETWORKING, INC.
                   26801 WEST AGOURA ROAD
                   CALABASAS, CALIFORNIA 91301
   **Correspondent:** CHRISTIE, PARKER & HALE, LLP
                     ART HASAN
                     P.O. BOX 7068
                     PASADENA, CA 91109-7068

**Assignment: 2**
   **Reel/Frame:** 013484/0292   **Recorded:** 11/25/2002      **Pages:** 10
   **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
      **Assignor:** ALCATEL INTERNETWORKING, INC.      **Exec Dt:** 01/02/2002
      **Assignee:** ALCATEL
                   54 RUE LA BOETIE
                   75008 PARIS, FRANCE
   **Correspondent:** CHRISTIE, PARKER & HALE, LLP
                     JUN-YOUNG E. JEON
                     P.O. BOX 7068
                     PASADENA, CALIFORNIA 91109-7068

**Assignment: 3**
   **Reel/Frame:** 013542/0149   **Recorded:** 12/02/2002      **Pages:** 3
   **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
      **Assignor:** GOODWIN, MICHELE WRIGHT            **Exec Dt:** 10/24/2002
      **Assignee:** ALCATEL INTERNETWORKING, INC.
                   26801 WEST AGOURA ROAD
                   CALABASAS, CALIFORNIA 91301
   **Correspondent:** CHRISTIE, PARKER, & HALE LLP
                     ART HASAN
                     P.O. BOX 7068

PASADENA, CA 91109-7068

**Assignment: 4**
**Reel/Frame:** 016263/0433     **Recorded:** 07/15/2005                    **Pages:** 2
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** ALCATEL                              **Exec Dt:** 05/10/2005
**Assignee:** ALCATEL USA RESOURCES, INC.
3400 W. PLANO PARKWAY
PLANO, TEXAS 75075
**Correspondent:** SALLY J. WIGGINS
181 WEST MADISON STREET
SUITE 4600
CHICAGO, IL 60602

**Assignment: 5**
**Reel/Frame:** 016263/0435     **Recorded:** 07/15/2005                    **Pages:** 2
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** ALCATEL INTERNETWORKING, INC.        **Exec Dt:** 05/10/2005
**Assignee:** ALCATEL USA RESOURCES, INC.
3400 W. PLANO PARKWAY
PLANO, TEXAS 75075
**Correspondent:** SALLY J. WIGGINS
181 WEST MADISON STREET
SUITE 4600
CHICAGO, IL 60602

Search Results as of: 09/22/2005 02:44 PM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |