# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL
DIRECT DIAL: 302-571-6672
DIRECT FAX:   302-571-1253
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 29, 2005

**BY CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

Re:    Alcatel USA Resources, Inc. v. Foundry Networks, Inc.,
       C.A. No. 05-418 (SLR)

Dear Chief Judge Robinson:

Enclosed on behalf of the parties please find a copy of the proposed scheduling order.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI:y
Enclosure

cc:    Clerk of the Court (w/enclosure, by CM/ECF and hand delivery)
       Philip A. Rovner, Esquire (w/enclosure, by CM/ECF)
       William L. Anthony, Esquire (w/enclosure, by e-mail)
       Timothy J. Haller, Esquire (w/enclosure, by e-mail)

DB01:1592468.1