IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC.,<br>a Delaware Corporation, and<br>ALCATEL INTERNETWORKING, INC.,<br>a California Corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC.,<br>a Delaware Corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-418-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 5, 2005, copies of Plaintiffs' First Set of Document Requests to Foundry Networks, Inc. were served upon the following counsel of record as indicated:

**VIA HAND DELIVERY AND FAX**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 658-1192 – FAX

**VIA U.S. MAIL AND FAX**

William L. Anthony, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CE 94025
(650) 614-7401 – FAX

Additionally, the undersigned hereby certifies that on October 6, 2005, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated:

**BY CM/ECF & HAND DELIVERY**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899

**BY FIRST CLASS MAIL**

William L. Anthony, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CE 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for Plaintiffs*

Dated: October 6, 2005