# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 6, 2005

**BY CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

      Re:    Alcatel USA Resources, Inc. v. Foundry Networks, Inc.,
             C.A. No. 05-418 (SLR)

Dear Chief Judge Robinson:

      Please find enclosed a revised proposed Scheduling Order in the above-captioned matter, further to our teleconference with the Court on Friday, September 30, 2005.

      The parties are available at the Court's convenience should Your Honor have any questions or concerns.

                                  Respectfully submitted,

                                  Josy W. Ingersoll (No. 1088)

JWI:hkh
Enclosure

cc:    Clerk of the Court (w/enclosure, by CM/ECF and hand delivery)
        Philip A. Rovner, Esquire (w/enclosure, by CM/ECF)
        William L. Anthony, Esquire (w/enclosure, by e-mail)
        Timothy J. Haller, Esquire (w/enclosure, by e-mail)
        K.T. Sunny Cherian, Esquire (w/enclosure, by e-mail)

DB01:1868440.1                                                                                  064207.1001