## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on October 12, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on October 12, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>William L. Anthony, Esquire
>Matthew H. Poppe, Esquire
>Michael F. Heafey, Esquire
>Orrick, Herrington & Sutcliffe LLP
>1000 Marsh Road
>Menlo Park, CA  94025

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Josy W. Ingersoll (No. 1088)
>*jingersoll@ycst.com*
>John W. Shaw (No. 3362)
>*jshaw@ycst.com*
>Adam W. Poff (No. 3990)
>*apoff@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>
>Attorneys for Plaintiffs