IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br> FOUNDRY NETWORKS, INC., a Delaware Corporation, <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-418-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2005, copies of the Alcatel Plaintiffs' Fed. R. Civ. P. 26(A)(1) Initial Disclosures were served upon the following counsel of record as indicated:

**VIA FAX AND FIRST CLASS MAIL**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 658-1192 – FAX

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7401 – FAX

K.T. Cherian, Esquire
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 9405

Additionally, the undersigned hereby certifies that on October 20, 2005, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated:

**BY CM/ECF**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899

**BY E-MAIL**

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7401 – FAX

K.T. Cherian, Esquire
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 9405

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jingersoll@ycst.com
*Attorneys for Plaintiffs*

Dated: October 20, 2005