# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | :<br>:<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 05-418-SLR |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | :<br>:<br>:<br>: |
| Defendant. | : |

## **ORDER**

At Wilmington this **3rd** day of **November, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, November 8, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences shall take place at **11:30 a.m. EST**. **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE