IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, :<br><br>Plaintiffs, :<br><br>v. :<br><br>FOUNDRY NETWORKS, INC., a Delaware Corporation, :<br><br>Defendant. : | Civil Action No. 05-418-SLR |

## ORDER

At Wilmington this **23rd** day of **November, 2005,**

IT IS ORDERED that the mediation conference scheduled for Monday, June 19, 2006 beginning at 9:00 a.m. has been rescheduled to **Thursday, January 12, 2006** beginning at **10:00 a.m.**  Submissions of the parties shall now be due on or before **Tuesday, January 3, 2006.**  All other provisions of the Court's November 10, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE