IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

## RE-NOTICE OF RULE 30(B)(6) DEPOSITION

PLEASE TAKE NOTICE that plaintiffs, Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. (collectively, "Alcatel"), shall take the deposition upon oral examination of Defendant Foundry Networks, Inc. ("Foundry" or "Defendant"), pursuant to Rule 30(b)(6), Fed.R.Civ.P., at the offices of Orrick, Herrington & Sutcliffe LLP, 10000 Marsh Road, Menlo Park, California 94025, or some other mutually agreeable location, beginning on December 28, 2005, at 9:30 a.m., and continuing from day-to-day until completed, at least through December 29, 2005. The deposition will be recorded videographically and stenographically. You are invited to attend and cross examine.

### DEFINITIONS

The terms "and" and "or" should be understood as either conjunctive or disjunctive, whichever is more inclusive in context.

## INSTRUCTIONS

Pursuant to Rule 30(b)(6), Defendants are directed to designate one or more of their officers, directors, managing agents or other persons who consent to testify on their behalf and who have knowledge of and are adequately prepared to testify concerning the topics enumerated below. Pursuant to Rue 30(b)(5), Defendants are also requested to make all documents and things responsive to the topics below available for inspection and copying.

## TOPICS

1.  The structure and operation of the following features of Foundry's ServerIron (including BigServerIron), NetIron (including with the MPLS module), BigIron (including BigServerIron), FastIron, EdgeIron, and any other Foundry product including all versions and revisions of hardware and software components supported therein since 1999:

    (a)   Constrained Shortest Path First (CSPF) processes;

    (b)   traffic-engineered paths between ingress and egress LERs;

    (c)   802.1X compliant port security;

    (d)   the encapsulated form of EAP known as EAP over LAN (EAPOL);

    (e)   EAP authentication protocols;

    (f)   processes for attaching and popping labels, including for MPLS packets;

    (g)   packet examination, classification and destination assignment;

    (h)   switch fabrics and/or backplanes;

    (i)   packet queuing, scheduling and forwarding;

    (j)   IronCore;

DB01:1943154.1    064207.1001

    (k)    JetCore;

    (l)    Quality of Service (QoS) configuration and processing;

    (m)    VLAN configuration and processing;

    (n)    URL hashing, load balancing and URL request-directing;

    (o)    priority queuing and conditions for dropping traffic;

    (p)    multicasting;

    (o)    operator-selected paths;

    (q)    forwarding address replacement; and

    (r)    any other relevant features of the accused Foundry products,

including without limitation these features within these model designations and those only colorably different:

    FastIron 400/800/1500

    FastIron II

    FastIron II+

    FastIron III

    BigIron 400/800/1500

    NetIron 400/800/1500

    FastIron Edge Switch 2402, 4802, 9604, 12GCF and POE Series

    NetIron IMR 640

    NetIron 2404

    NetIron 400/800/1500/(VM2)

    NetIron IMR 640

    ServerIron 400, 800, XL

BigServerIron (BigIron 4000, 8000)

BigIron, FastIron, NetIron (JetCore, IronCore, 10 Gig, VM1)

BigIron 4000, 8000, 15000.

2. Efforts to collect documents responsive to Alcatel's first request for production of documents, including Foundry's document retention policies and procedures, the locations and files which might include responsive documents, the locations and files that were searched, and the bases for withholding or not collecting any document responsive to any such request or for not searching relevant locations and files.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
phone 302 571-6600
kpascale@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Timothy J. Haller
Robert P. Greenspoon
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
phone (312) 236-0733
haller@nshn.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on December 20, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on December 20, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FAX AND FIRST CLASS MAIL**

>William L. Anthony, Esquire
>Matthew H. Poppe, Esquire
>Michael F. Heafey, Esquire
>Orrick, Herrington & Sutcliffe LLP
>1000 Marsh Road
>Menlo Park, CA 94025

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Karen L. Pascale_
>Karen L. Pascale (No. 2903)
>kpascale@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>Attorneys for Plaintiffs