

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Philip A. Rovner
Partner
(302) 984-6140 – Direct Phone
(302) 658-1192 - Fax
provner@potteranderson.com

January 17, 2006

**BY E-FILE**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

   Re: Alcatel USA Resources, Inc., et al. v. Foundry Networks, Inc.,
     D. Del., C.A. No. 05-418-SLR

Dear Chief Judge Robinson:

  The parties jointly submit the enclosed Proposed Stipulated Protective Order for Your Honor's review and approval.

  Counsel are available at the Court's convenience should Your Honor have any questions.

          Respectfully,

          /s/ Philip A. Rovner

          Philip A. Rovner
          provner@potteranderson.com

PAR/mes/715303
Enclosure
cc: Adam W. Poff, Esq. (w/encl.) – by e-file and hand delivery