IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-418-SLR |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | : : : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **9th** day of **February, 2006,**

IT IS ORDERED that the continued mediation conference has been scheduled for **Thursday, August 31, 2006** beginning at **9:00 a.m.** The parties are permitted to file supplemental submissions limited to **seven (7) pages, double-spaced, 12 pt. font**. Those supplemental submissions shall be due on or before **Monday, August 21, 2006**. All other provisions of the Court's November 10, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE