IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC.,<br>   a Delaware corporation, and<br>ALCATEL INTERNETWORKING, INC.,<br>   a California corporation,<br><br>           Plaintiffs,<br><br>    v.<br><br>FOUNDRY NETWORKS, INC.,<br>   a Delaware corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-418-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 15, 2006, copies The Alcatel Plaintiffs' February 15, 2006 Supplemental Fed.R.Civ.P. 26(a)(1) Initial Disclosures were served upon the following counsel of record as indicated below:

**By Facsimile and First Class Mail**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

K. T. Cherian, Esquire
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

064207.1001

Additionally, I hereby certify that on February 15, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated below:

### BY CM/ECF & E-MAIL

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

### BY E-MAIL

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

K. T. Cherian, Esquire
HOWREY LLP
525 Market Street, Suite 3600
San Fancisco, CA 94105

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen L. Pascale (No. 2903)
kpascale@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

**OF COUNSEL:**

Timothy J. Haller
Robert P. Greenspoon
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Dated: February 15, 2006

*Attorneys for Plaintiffs*