IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. AND ALCATEL INTERNETWORKING, INC., )<br>)<br>) | |
| Plaintiffs, ) | C.A. No. 05-418-SLR |
| )<br>v. )<br>) | |
| FOUNDRY NETWORKS, INC., )<br>) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 22, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

FOUNDRY NETWORKS, INC.'S FIRST SET OF INTERROGATORIES TO ALCATEL INTERNETWORKING INC. REGARDING PLAINTIFF'S COUNT II AND DEFENDANT'S COUNTERCLAIM (NOS. 1-12)

**BY HAND DELIVERY**

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

**BY FEDERAL EXPRESS**

Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
K. T. Cherian
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

Attorneys for Count II
Defendant and Counterclaimant
Foundry Networks, Inc.

Dated: February 22, 2006

718014

By: /s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Defendant and
Counterclaimant
Foundry Networks, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 22, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on February 22, 2006 I have sent by Federal Express the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com