IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., )<br>a Delaware corporation, and )<br>ALCATEL INTERNETWORKING, INC., )<br>a California corporation, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC., )<br>a Delaware corporation, )<br>)<br>Defendant. ) | Civil Action No. 05-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 23, 2006, copies of :

*Alcatel's Response to Foundry's Requests for Production of Documents and Things Regarding Count II and Foundry's Counterclaim (Nos. 1-205);*

*Alcatel's Second Set of Interrogatories to Foundry Networks (Nos. 10-23); and*

*Plaintiffs' Second Set of Document Requests to Foundry Networks (Nos. 47-124),*

were served upon the following counsel of record as indicated below:

<u>*By Fax and Hand Delivery*</u>

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

**_By Fax and U.S. Mail_**

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated: February 23, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

Josy W. Ingersoll  (No. 1088) *[jingersoll@ycst.com]*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Timothy J. Haller *[haller@nshn.com]*
Robert P. Greenspoon
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiffs,
Alcatel USA Resources, Inc., and
Alcatel Internetworking, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on February 23, 2006, I caused to be electronically filed a true and correct copy of the foregoing document – *Notice of Service* – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Philip A. Rovner, Esquire *[provner@potteranderson.com]*
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on February 23, 2006, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>*By E-mail*
>
>William L. Anthony, Esquire *[wanthony@orrick.com]*
>Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
>Michael F. Heafey, Esquire *[mheafey@orrick.com]*
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA  94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: February 23, 2006

/s/ Karen L. Pascale
Josy W. Ingersoll  (No. 1088) *[jingersoll@ycst.com]*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
>*Attorneys for Plaintiffs,*
>*Alcatel USA Resources, Inc., and*
>*Alcatel Internetworking, Inc.*