# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

ALCATEL USA RESOURCES, INC. and )
ALCATEL INTERNETWORKING, INC., )
                               )
      Plaintiffs,              )       C.A. No. 05-418-SLR
                                 )
      v.                           )
                                 )
FOUNDRY NETWORKS, INC.,      )
                                 )
      Defendant.            )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 15, 2006, true and correct copies of the

following document were served on the following counsel of record at the addresses and in the

manner indicated:

FOUNDRY NETWORKS, INC.'S FIRST SET OF INTERROGATORIES REGARDING
COUNT I (NOS. 1-7)

**BY HAND DELIVERY**

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

**BY FEDERAL EXPRESS**

Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California  94025
(650) 614-7400

(As to Count I of the Amended Complaint)

Dated:  March 15, 2006
723806

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
By: _____
            Philip A. Rovner (#3215)
            Hercules Plaza
            P. O. Box 951
            Wilmington, DE  19899
            (302) 984-6000
            E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Foundry Networks, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 15, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on March 15, 2006 I have sent by Federal Express the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com