IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. and ALCATEL INTERNETWORKING, INC., )<br>)<br>) | |
| Plaintiffs, ) | C.A. No. 05-418-SLR |
| )<br>v.   )<br>) | |
| FOUNDRY NETWORKS, INC., )<br>) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 27, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

FOUNDRY NETWORKS, INC.'S RESPONSES TO SECOND SET OF INTERROGATORIES
(NOS. 10-23)

**BY HAND DELIVERY**

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William L. Anthony<br>Matthew H. Poppe<br>Michael F. Heafey<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>(650) 614-7400 | /s/ Philip A. Rovner<br>By: _____<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>E-mail: provner@potteranderson.com |
| (As to Count I of the Amended Complaint) | *Attorneys for Defendant*<br>*Foundry Networks, Inc.* |
| Dated: March 27, 2006<br>725457 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on March 27, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

I hereby certify that on March 27, 2006 I have sent by Federal Express the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com