IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., ) <br> a Delaware corporation, and ) <br> ALCATEL INTERNETWORKING, INC., ) <br> a California corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FOUNDRY NETWORKS, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendant. ) | Civil Action No. 05-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 27, 2006, copies of **Alcatel's Response to Foundry's First Set of Interrogatories Regarding Plaintiff's Count II & Defendant's Counterclaim (Nos. 1-12)** were served upon the following counsel of record as indicated below:

### BY HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

064207.1001

Additionally, I hereby certify that on March 28, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated below:

**BY CM/ECF & E-MAIL**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

**BY E-MAIL**

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

| OF COUNSEL: | Josy W. Ingersoll (No. 1088) |
|---|---|
| | jingersoll@ycst.com |
| Timothy J. Haller | John W. Shaw (No. 3362) |
| Robert P. Greenspoon | jshaw@ycst.com |
| Sally J. Wiggins | Karen L. Pascale (No. 2903) |
| NIRO, SCAVONE, HALLER & NIRO | kpascale@ycst.com |
| 181 West Madison Street, Suite 4600 | Adam W. Poff (No. 3990) |
| Chicago, Illinois 60602 | apoff@ycst.com |
| (312) 236-0733 | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 571-6600 |

Dated: March 28, 2006                    *Attorneys for Plaintiffs*