IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action No. 05-418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 16, 2006, copies of Alcatel's Third Set of Interrogatories to Foundry Networks (Nos. 24-27) were served upon the following counsel of record as indicated below:

### BY HAND DELIVERY & FAX

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

### BY U.S. MAIL & FAX

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

064207.1001

Additionally, I hereby certify that on May 16, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated below:

**BY CM/ECF & HAND DELIVERY**

Philip A. Rovner, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

**BY U.S. MAIL & FAX**

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Josy W. Ingersoll  (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen L. Pascale (No. 2903)
*kpascale@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

Dated: May 17, 2006

*Attorneys for Plaintiffs*