IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. 05-418-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Timothy J. Haller, Robert P. Greenspoon, Paul K. Vickrey and Sally J. Wiggins to represent Plaintiffs in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for Mr. Haller, Mr. Greenspoon and Ms. Wiggins will be submitted to the Clerk's Office upon the filing of this motion.

|  |  |
|---|---|
| *Of Counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ Josy W. Ingersoll |
| Timothy J. Haller | Josy W. Ingersoll (No. 1088) |
| Robert P. Greenspoon | jingersoll@ycst.com |
| Paul K. Vickrey | John W. Shaw (No. 3362) |
| Sally J. Wiggins | jshaw@ycst.com |
| NIRO, SCAVONE, HALLER & NIRO | Karen L. Pascale (No. 2903) |
| 181 West Madison Street, Suite 4600 | kpascale@ycst.com |
| Chicago, Illinois 60602 | Adam W. Poff (No. 3990) |
| (312) 236-0733 | apoff@ycst.com |
|  | The Brandywine Building |
|  | 1000 West Street, 17th Floor |
|  | Wilmington, Delaware 19801 |
|  | (302) 571-6600 |
|  | *Attorneys for Plaintiffs* |
| Dated: May 18, 2006 |  |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2006    _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of U.S. Supreme Court, Illinois Supreme Court, New York Supreme Court, USDC Western District of New York, USCD Northern District of California, USDC Northern District of Illinois, USCD Western District of Wisconsin, USCA Seventh Circuit, USCA Second Circuit, UACA Federal Circuit, USDC Eastern District of Missouri and State of Florida Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Timothy J. Haller
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
haller@nshn.com

Dated: May 12, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of USDC Northern District of Illinois, USDC District of Connecticut, USCD District of Arizona, USDC Western District of Wisconsin, Illinois Supreme Court, U.S. Court of Appeals, Federal Circuit and U.S. Court of Appeals 7th Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Robert P. Greenspoon
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
greenspoon@nshn.com

Dated: May 12, 2006

DB01:1038070.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois Supreme Court, USDC Northern District of Illinois, USDC Western District of Michigan, USDC Northern District of Texas, USCA Sixth Circuit, USCA Seventh Circuit, USCA Ninth Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. Court of appeals for the Fourth Circuit and USDC Eastern District of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

_/s/ Paul K. Vickrey_
Paul K. Vickrey
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
vickrey@nshn.com

Dated: May 12, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of Illinois, USDC District of Connecticut, USDC Northern District of Illinois, USDC Central District of Illinois, USDC Eastern District of Wisconsin, US Court of Appeals, Federal Circuit, U.S. Court of Appeals, Seventh Circuit, U.S. Court of Appeals, Fourth Circuit and USDC District of Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_/s/ Sally J. Wiggins_
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
wiggins@nshn.com

Dated: May 12, 2006

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on May 18, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on May 18, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

> William L. Anthony, Esquire
> Matthew H. Poppe, Esquire
> Michael F. Heafey, Esquire
> Orrick, Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Josy W. Ingersoll
> Josy W. Ingersoll (No. 1088)
> *jingersoll@ycst.com*
> John W. Shaw (No. 3362)
> *jshaw@ycst.com*
> Adam W. Poff (No. 3990)
> *apoff@ycst.com*
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
>
> Attorneys for Plaintiffs

DB01:1632458.1