IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., )<br>   a Delaware corporation, and )<br>ALCATEL INTERNETWORKING, INC., )<br>   a California corporation, )<br>                      )<br>          Plaintiffs, )<br>                      )<br>      v. )<br>                      )<br>FOUNDRY NETWORKS, INC., )<br>   a Delaware corporation, )<br>                      )<br>         Defendant. ) | Civil Action No. 05-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 18, 2006, copies of (1) Verification by John Berres as to Alcatel's Response to Foundry's First Set of Interrogatories Regarding Plaintiff's Count I (Nos. 1-7) and (2) this Notice of Service were served upon the following counsel of record as indicated below:

**BY HAND DELIVERY & E-MAIL**

Philip A. Rovner, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

**BY U.S. MAIL & E-MAIL**

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025

064207.1001

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ |
| *Of Counsel:* | Josy W. Ingersoll (No. 1088) |
| | *jingersoll@ycst.com* |
| Timothy J. Haller | John W. Shaw (No. 3362) |
| Robert P. Greenspoon | *jshaw@ycst.com* |
| Sally J. Wiggins | Karen L. Pascale (No. 2903) |
| NIRO, SCAVONE, HALLER & NIRO | *kpascale@ycst.com* |
| 181 West Madison Street, Suite 4600 | Adam W. Poff (No. 3990) |
| Chicago, Illinois 60602 | *apoff@ycst.com* |
| (312) 236-0733 | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| Dated: May 18, 2006 | *Attorneys for Plaintiffs* |