IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., )<br>  a Delaware corporation, and )<br>ALCATEL INTERNETWORKING, INC., )<br>  a California corporation, )<br> )<br>            Plaintiffs, )<br> )   Civil Action No. 05-418-SLR<br>      v. )<br> )<br>FOUNDRY NETWORKS, INC., )<br>  a Delaware corporation, )<br> )<br>            Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 23, 2006, copies of (1) Non-Party Christie Parker & Hale's Objections to Supoena, (2) Non-Party John M. May's Objections to Subpoena, and (3) Non-Party Ware, Fressola, Van Der Sluys & Aldolphson LLP's Objections to Supoena were served upon the following counsel of record as indicated below:

### BY FACSIMILE

Michael F. Heafey
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Fax: 650-614-7401

Additionally, letter objections in response to subpoena directed to Attorney Scot Reader were served on May 19, 2006, and letter objections in response to subpoena directed to Scot Reader; John M. May; the law firm of Ware, Fressola et al.; the law firm of Blake, Cassels et al.; the law firm of Christie, Parker & Hale; and the law firm of Sughrue Mion were served on May 23, 2006. Both of the aforementioned letter objections were served on the counsel and in the manner listed above.

064207.1001

Furthermore, on May 25, 2006, copies of each of the above listed objections were served upon the following counsel as indicated:

**BY HAND DELIVERY**
Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on May 25, 2006, copies of this Notice of Service were filed with the Clerk of the Court using CM/ECF and served as indicated below:

| **BY HAND DELIVERY & E-MAIL** | **BY E-MAIL** |
|---|---|
| Philip A. Rovner, Esquire | William L. Anthony, Esquire |
| Potter Anderson & Corroon LLP | Matthew H. Poppe, Esquire |
| 1313 N. Market Street | Michael F. Heafey, Esquire |
| Wilmington, DE 19801 | Orrick, Herrington & Sutcliffe LLP |
| | 1000 Marsh Road |
| | Menlo Park, CA  94025 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Josy W. Ingersoll  (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for Plaintiffs*

Dated: May 25, 2006