IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., a Delaware Corporation, <br><br> Defendant. | Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, the attached subpoenas, (Exhibits 1-12), have been served on the following:

| **Name** | **Date/Location of Deposition/ Document Production** |
|---|---|
| 3Com Corp. <br> 350 Campus Drive <br> Marlborough, MA 01752-3064 | April 24, 2006 (Exhibit 1) <br> Orrick, Herrington & Sutcliffe LLP <br> 1000 Marsh Road, Menlo Park, CA 94025-1015 |
| North West Remarketing <br> c/o Sean Blackburn <br> 3434 Lawrence Street <br> Salem, OR 97302 | April 7, 2006 (Exhibit 2) <br> Orrick, Herrington & Sutcliffe LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 |
| Cisco Systems, Inc. <br> Attention: Legal Department <br> 170 West Tasman Drive <br> San Jose, CA 95134 | April 7, 2006 (Exhibit 3) <br> Orrick, Herrington & Sutcliffe LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 |
| Institute of Electrical and Electronics Engineers, Inc. <br> Corporate Office <br> 3 Park Avenue, 17th Floor <br> New York, NY 10016-5997 | May 24, 2006 (Exhibit 4) <br> Orrick, Herrington & Sutcliffe LLP <br> 666 Fifth Avenue, 23rd Floor <br> New York, NY 10103 |

Pamela Braunstein
Assistant General Counsel
The J. Paul Getty Trust
1200 Getty Center Drive
Suite 300
Los Angeles, CA  90049-1681

Sughrue Mion, PLLC
401 Castro Street, Suite 220
Mountain View, CA 94041-2007

Christie, Parker & Hale, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105

John M. May, Esq.
c/o Fulbright and Jaworski LLP
555 S. Flower Street, 41st Fl.
Los Angeles, CA 90071

Blake, Cassels & Graydon LLP
65 East 55th Street
Suite 2304, Park Avenue Tower
New York, NY  10022

Scot Reader, Esq.
1320 Pearl Street, Suite 228
Boulder, CO 80302

Ware, Fressola, Van Der Sluys
  & Adolphson LLP
Bradford Green, Building Five
755 Main Street, P. O. Box 224
Mo

May 23, 2006 (Exhibit 5)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558

May 24, 2006 (Exhibit 6)
Orrick, Herrington &Sutcliffe LLP
Menlo Park, CA 94025

May 24, 2006 (Exhibit 7)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

May 24, 2006 (Exhibit 8)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

May 24, 2006 (Exhibit 9)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

May 25, 2006 (Exhibit 10)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

May 24, 2006 (Exhibit 11)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

Lucent Technologies  
600 Mountain Avenue  
Murray Hill, NJ 07974-0636

May 24, 2006 (Exhibit 12)  
Orrick, Herrington & Sutcliffe LLP  
666 Fifth Avenue  
New York, NY 10103-0001

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William L. Anthony  
Matthew H. Poppe  
Michael F. Heafey  
Orrick, Herrington & Sutcliffe LLP  
1000 Marsh Road  
Menlo Park, California 94025  
(650) 614-7400

By: /s/ Philip A. Rovner  
    Philip A. Rovner (#3215)  
    Hercules Plaza  
    P. O. Box 951  
    Wilmington, DE 19899  
    (302) 984-6000  
    E-mail: provner@potteranderson.com

(As to Count I of the Amended Complaint)

*Attorneys for Defendant*  
*Foundry Networks, Inc.*

Dated: June 2, 2006  
728060

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on June 2, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on June 2, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com