# Exhibit 4

# White Paper

**Virtual LAN Communications**

## Introduction

Today's cost-effective, high-performance local-area network (LAN) switches offer users superior microsegmentation, low-latency packet forwarding, and increased bandwidth across the corporate backbone. LAN switches also can segment networks into logically defined virtual workgroups. This logical segmentation, commonly referred to as virtual LAN (VLAN) communication, offers a fundamental change in how LANs are designed, administered, and managed. While logical segmentation provides substantial benefits in LAN administration, security, and management of network broadcast activity across the enterprise, there are many components of VLAN solutions that must be considered prior to large scale VLAN deployment.

These additional VLAN components include high-performance switches that logically segment connected end stations, transport protocols that carry VLAN traffic across shared LAN and Asynchronous Transfer Mode (ATM) backbones, layer 3 routing solutions that extend VLAN communications between workgroups, system compatibility and interoperability with previously installed LAN systems, and network management solutions that offer centralized control, configuration, and traffic management functions. Figure 1 summarizes these concepts. All of these components are critical for enterprise-wide VLAN solutions, because they provide the scalability necessary for migrating from an installed base of shared LAN technologies to the new, emerging architecture of per-user switched communications.

The first section of this document briefly discusses the importance of each one of these components within VLAN architectures. The second section reviews the benefits of VLANs and their applicability within workgroups and across the enterprise backbone.

**Figure 1. VLAN system components**




Copyright © 1995 Cisco Systems, Inc. All Rights Reserved


CISCO SYSTEMS

# Building VLAN Solutions

## Removing the Physical Boundaries

Conceptually, VLANs provide greater segmentation and organizational flexibility. VLAN technology allows network managers to group switch ports and users connected to them into logically defined communities of interest. These groupings can be coworkers within the same department, a cross-functional product team, or diverse users sharing the same network application or software (such as Lotus Notes users). Grouping these ports and users into communities of interest, referred to as VLAN organizations, can be accomplished within a single switch, or more powerfully, between connected switches within the enterprise. By grouping ports and users together across multiple switches, VLANs can span single building infrastructures, interconnected buildings, or even wide-area networks (WANs). VLANs completely remove the physical constraints of workgroup communications across the enterprise, as shown in Figure 2.

VLANs provide the ability for any organization to be physically dispersed throughout the company while maintaining its group identity. For example, accounting personnel can be located on the shop floor, in the research and development center, in the cash disbursement office, and in the corporate offices, while at the same time all members reside on the same virtual network, sharing traffic only with each other. Figure 3 illustrates a typical VLAN architecture that places these employees closer to their assigned areas of management and the people with whom they interact, while maintaining communication integrity within their respective organization. Today's VLANs better match the way that companies are organized, and allow network managers to more closely align the network to the way that employees work and communicate.

**Figure 2. Logically defined networks (VLANs)**




**Figure 3. Logical communication between users**




Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.

## Switches—the Core of VLANs

Switches are one of the core components of VLAN communi-cations. They are the entry point for end-station devices into the switched fabric and for communication across the enterprise. Switches provide the intelligence to group users, ports, or logical addresses into common communities of interest. Each switch has the intelligence to make filtering and forwarding decisions by packet, based on VLAN metrics defined by network managers, and to communicate this information to other switches and routers within the network. And while today LAN switches are installed between shared segment hubs and routers located within the backbone, they will take on a larger, more significant role for VLAN segmentation and low-latency forwarding as they are deployed in the wiring closet. LAN switches offer significant increases in performance and dedicated bandwidth across the network, with the intelligence necessary for VLAN segmentation.

The most common approaches for logically grouping users into administratively-defined VLANs include packet filtering and packet identification. Packet filtering is a technique that examines particular information about each packet based on user-defined offsets. Packet identification (tagging) uniquely assigns a user-defined ID to each packet. Both of these techniques examine the packet when it is either received or forwarded by the switch. Based on the set of rules defined by the administrator, these techniques determine where the packet is to be sent, filtered, and/or broadcast. These control mechanisms can be centrally administered (with network management software) yet are easily deployed throughout the network.

The concepts of packet filtering are very similar to those commonly used for routers. A filtering table is developed for each switch. This provides a high level of administrative control, because it can examine many attributes of each packet. Network managers can group users based upon MAC station addresses, network layer protocol types, and/or application types. Table entries are compared with the packets filtered by the switch. The switch takes the appropriate action based on the entries (see Figure 4).

**Figure 4. Packet filtering**




Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

Packet filtering typically provides an additional layer of switch processing prior to forwarding each packet to another port or switch within the network, and it becomes more apparent as you filter deeper into each packet. This additional processing can effect switch latency and overall network performance. In addition, maintaining address tables adds an extra layer of administration per switch and requires synchronizing tables between switches.

VLAN packet identification (packet tagging) is a relatively new approach that has been specifically developed for switched communications. This approach places a unique identifier in the header of each packet as it is forwarded throughout the switch fabric. The identifier is understood and examined by each switch prior to any broadcasts or transmissions to other switches, routers, or end-station devices. When the packet exits the switch fabric, the switch removes the identifier before the packet is transmitted to the target end station. Over the past two years, packet identification has gained acceptance as switches have increased in popularity; packet identification functions at layer 2 and requires little processing or administrative overhead (see Figure 5).

The overall benefits of both approaches (packet filtering and packet identification) allow VLAN architectures that are nonintrusive to end-node applications and communication protocols. Switches provide all of the filtering, identification, and forwarding without any modification to the attached end station devices. This delivers a VLAN architecture that easily integrates with existing LAN applications while offering scalability and migration to ATM networks.

**Figure 5. Packet identification**




## Configuring VLANs

Users can be assigned to VLANs using several different configuration options that include static port assignments, dynamic port assignments, and multi-VLAN port assignments. These options are a function of the switch's capabilities (as mentioned in the previous section), the manner in which the stations are attached to each port on the switch, and the capabilities of the VLAN management software.

Stations directly attached to the ports on the switch provide the greatest flexibility for VLAN configuration and management. All stations can be uniquely assigned to VLANs. When they move to other physical locations using other directly attached switch port connections, they maintain their VLAN identities irrespective of their new locations. Stations connected to a switch through a shared hub are commonly grouped within the same VLAN because they all share the same switch port. While this approach is less flexible for each user on the network, it still provides highly desirable VLAN solutions for network managers. Additionally, hubs that provide multibackplane connection options increase the flexibility for unique VLAN assignments. Each backplane connection from the hub to a switch port can be individually assigned to a VLAN.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

Static VLANs are ports on a switch that a network manager has statically assigned to a VLAN, using either a VLAN management application or has configured directly within the switch. These ports maintain their assigned VLAN configurations until the network manager takes another action. Although static VLANs require changes by the network operator, they are secure, easy to configure, and straightforward to monitor. These type of VLANs work well in networks where network moves are controlled and managed, where there is robust VLAN management software to configure the ports, and where network managers do not want to take on the additional overhead of maintaining end-station MAC addresses and custom filtering tables.

Dynamic VLANs are ports on a switch that can automatically determine their VLAN assignments with the aid of intelligent management software. Dynamic VLANs function based on their assignments to end-user station MAC addresses, logical addresses, or protocol type. These assignments are entered and maintained in a centralized VLAN management application. When a station is initially connected to an unassigned switch port, the appropriate switch checks the MAC address entry in the VLAN management database and dynamically configures the port with the corresponding VLAN configuration. The major benefits of this approach are less administration within the wiring closet when a user is added or moved, and centralized notification when an unrecognized user is added to the network. Typically, more administration is required up front to set up the database within the VLAN management software and to maintain an accurate database of all network users, as shown in Figure 6.

**Figure 6. Configuring ports to VLANs**

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.




Multi-VLAN port configurations provide communications among multiple VLANs concurrently either from a single port or a single user. This includes shared servers and users who need to belong to multiple workgroups. While there are several solutions on the market today that provide this functionality, there is an associated tradeoff. Concurrent port sharing across multiple groups dramatically reduces the firewalls between workgroups and the security these firewalls provide. These ports act as gateways into other VLAN groups and, in effect, create one larger VLAN. This approach does not scale well as the intersection between these VLAN groups becomes larger and larger.

For resources that need to participate in several VLANs concurrently, a better approach is to attach the end station directly to the backbone and to configure unique communication paths to each individual VLAN, thus providing resource sharing while maintaining the integrity of the VLAN firewalls. This approach has been defined in the ATM LAN Emulation draft standards and is also being evaluated for implementation across shared-LAN backbones and switching architectures, illustrated by Figure 7.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.

**Figure 7. Servers as part of multiple VLANs**




Copyright © 1995 Cisco Systems, Inc All Rights Reserved

## Segmenting with Switching Architectures

Restructuring users according to logical associations across the enterprise rather than physical location is a fundamental shift away from the topologies deployed today. A large majority of networks currently installed provide very limited logical segmentation. Users are commonly grouped based on their connections into the shared hub and the router ports between these hubs. In addition, users on two different hubs segmented with a router cannot be connected to the same LAN segment. This topology provides segmentation only between the hubs, which are typically located on separate floors, and not between users connected to the same hub. It imposes physical constraints on the network and greatly limits the manner in which users can be grouped. And while some shared hub architectures provide a small degree of grouping capabilities, network managers are restricted in the way they can configure logically defined workgroups.

Switches remove the physical constraints imposed by a shared-hub architecture because they logically group users and ports across the enterprise. As a replacement for shared hubs, switches remove the physical barriers imposed within each wiring closet. Additionally, the role of the router evolves beyond the more traditional role of firewalls and broadcast suppression to policy-based control, broadcast management, and route processing and distribution. Equally as important, routers remain vital for switched architectures configured as VLANs because they provide the communication between logically defined workgroups (VLANs). Routers also provide VLAN access to shared resources such as servers and hosts, and connect to other parts of the network that are either logically segmented with the more traditional subnet approach or require access to remote sites across wide-area links. Layer 3 communication, either embedded in the switch or provided externally, is an integral part of any high-performance switching architecture.

External routers can be cost-effectively integrated into the switching architecture using one or multiple high-speed backbone connections. These are typically FDDI, Fast Ethernet, or ATM-type connections. These connections increase the throughput between switches and routers, provide a one-to-one logical association between the configured VLANs and layer 3 subnets, and consolidate the overall number of physical router ports required for communication between VLANs. As illustrated in Figure 8, this architecture not only provides logical segmentation, it greatly enhances the efficiency of the network.

**Figure 8. Topology changes of LANs**

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.




## VLANs Across the Backbone

Important to any VLAN architecture is the ability to transport VLAN information between interconnected switches and routers that reside on the corporate backbone. It is the VLAN transport that enables enterprisewide VLAN communications. These transport capabilities remove the physical boundaries between users, increase the configuration flexibility of a VLAN solution when users move, and provide mechanisms for interoperability between backbone system components. The backbone commonly acts as the aggregation point for large volumes of traffic. It also carries end-user VLAN information and identification between switches, routers, and directly attached servers. Within the backbone, high-bandwidth, high-capacity links are typically chosen to carry the traffic throughout the enterprise. The three most popular high bandwidth options include Fast Ethernet, Fiber Distributed Data Interface (FDDI), Copper Distributed Data Interface (CDDI), and ATM. Because switches and routers directly attach to the backbone, they must be able to transport VLAN information and interoperate with other network components.

In response to these requirements, several different transport mechanisms are being considered for communicating VLAN information across high-performance backbones. Among them is the LAN Emulation draft standard that has recently been approved by the ATM Forum and the IEEE 802.10 protocol which provides VLAN communication across shared backbones. Both of these define an interoperable mechanism for configuring and transporting VLANs across different backbone technologies.

The 802.10 proposal has been recommended by switching, routing, and hub vendors. Figure 9 shows typical applications for 802.10. This proposal defines a 32-bit addressing scheme within an 802.10 packet for VLAN identification, an addressing scheme nonintrusive to existing backbone architectures; however, it requires that switches include built-in software intelligence for enterprise VLAN communications. With the standardization of these two transport protocols, network managers can implement VLANs within individual workgroups, across the enterprise backbone, and gain access to WANs. In addition, Cisco has developed the inter-switch link (ISL) VLAN transport protocol to deliver efficient communication across Fast Ethernet backbones. Cisco will implement this as a de-facto standard and has made the specification available to vendors who want to interoperate.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

**Figure 9. VLANs across FDDI backbones**




## VLAN Integration

Traditional network architectures are experiencing significant changes as they evolve toward greater microsegmentation, more capacity across the backbone, and dedicated circuit switching with the adoption of ATM. At the core of these changes are LAN-based switches with wiring closet applications, backbone switches for greater throughput performance, and ATM switches for dedicated circuit switching. As network managers migrate to these products, VLANs become a reality. Typically, the integration of VLANs begins with the first switch installation in a department or building. As the number of switches grows throughout the enterprise, VLANs become an enterprisewide solution. These enterprisewide VLANs require the transport mechanism, management tools, and layer 3 communication for logical segmentation and access across the network.

VLANs become a natural inclusion for LAN architectures as network designers and managers seek dedicated bandwidth to the desktop and segmentation based upon logical workgroups across the enterprise. Switching architectures that are VLAN- capable, along with routing solutions that interconnect VLANs, are evolutionary design changes compared with the physical segmentation that a majority of networks have in place today. VLANs are one of the essential technologies for breaking today's restrictive paradigm.

# The Benefits of VLANs

VLANs are often positioned as solving the problems associated with moves, adds, and changes. While they do reduce a large part of the administration costs when users change locations within a building or campus, VLAN technology provides many internetworking benefits that are equally as compelling. In addition to the reduced costs of administration, VLAN benefits include tighter network security with establishment of secure user groups, better management and control of broadcast activity, microsegmentation of the network without sacrificing scalability, load distribution of traffic across traffic-intensive switches ("hot spots" within the network), and the relocation of workgroup servers into secured, centralized locations.

## Improved Administration Efficiencies

Companies continuously reorganize as they seek productivity improvements. On average, between 20 and 40 percent of the workforce is physically moved every year. These moves, adds, and changes are one of a network manager's biggest headaches and one the largest expenses relative to managing the network. Many moves require re-cabling, and almost all moves require new station addressing and hub and router reconfigurations. And, invariably, about the time managers stabilize their networks, more changes are requested.

VLANs provide an effective mechanism for controlling these changes and reducing much of the cost associated with hub and router reconfigurations. Users in a VLAN can share the same network "address space" regardless of their location. When users in a VLAN are moved from one location to another, as long as they remain within the same VLAN and are connected to a switch port, their network addresses do not change. Location changes can be as simple as plugging a user into a port on a VLAN-capable switch, or simply configuring the port on the switch to that VLAN, as shown in Figure 10. This greatly simplifies the rewiring, configuration, and debugging necessary to get the user back on line. It is a significant improvement over the techniques used within the wiring closet today. Moreover, router configuration remains intact; a simple move of a user from one location to another does not create any configuration modifications in the router as long as the user resides within the same VLAN

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

**Figure 10. Port configuration for greater administration efficiency**




## Controlling Broadcast Activity

Broadcast traffic, whether it is controlled through effective segmentation or by pruning an application's behavior, occurs in every network. Broadcast frequency depends on the types of applications, the types of servers, the amount of logical segmentation, and how these network resources are used. While applications have been fine-tuned over the last few years to reduce the number of broadcasts they send out, new multimedia applications are being developed that are broadcast- and multicast-intensive. Operationally, broadcasts can occur as a result of faulty network interface cards and communication devices. If not properly managed, they can seriously degrade network performance and can potentially bring down an entire network. This type of failure is primarily due to inadequate firewalls, internetworking loops, faulty network devices, or broadcast-intensive applications.

Network managers must take preventive measures to ensure against broadcast-related problems. One of the most effective measures is to properly segment the network with protective firewalls that minimize problems on one segment from damaging other parts of the network. Thus while one segment may exhibit excessive broadcast conditions as a result of a faulty network device or a mismanaged application, the rest of the network is protected with a firewall, commonly provided by a router. Firewall segmentation provides reliability, safeguards the network from the inefficient use of bandwidth, and minimizes the overhead of broadcast traffic allowing for greater throughput of application traffic.

As many designers migrate their networks toward switching architectures, they begin to lose the firewalls and safeguards that routers provide. By not placing any routers between the switches, broadcasts (layer 2 transmissions) are sent to every switched port. This is commonly referred to as a "flat" network where there is one broadcast domain across the entire network. The advantage of a flatswitched network is that it provides very low latency and high throughput performance; the disadvantage is that it increases the susceptibility to broadcast traffic across all switches, ports, backbone links, and users.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

Similar to routers, VLANs offer an effective mechanism for setting up firewalls within a switch fabric and protecting the network against potentially dangerous broadcast problems. Additionally, VLANs maintain all of the performance benefits of switching. These firewalls are accomplished by assigning switch ports, and/or users to specific VLAN groups both within single switches and across multiple connected switches. Broadcast traffic within one VLAN is not transmitted outside the VLAN. Conversely, adjacent ports do not receive any of the broadcast traffic generated from other VLANs. This type of configuration substantially reduces the overall broadcast traffic, frees bandwidth for real user traffic, and lowers the overall vulnerability of the network to broadcast storms (see Figure 11).

Network managers can easily control the size of the broadcast domain by regulating the overall size of their VLANs, restricting the number of switch ports within a VLAN and the number of users residing on these ports. The smaller the VLAN group, the less effect broadcast traffic activity within the VLAN group has on everyone else within the network. Additionally, VLAN groups can be assigned based on the type of applications used and the amount of broadcasts these applications create.

Users sharing an application that is very broadcast intensive are placed in the same VLAN group, while at the same time allowing the network manager to distribute the application across the campus.

Access Without Compromise, Catalyst, CD-PAC, CiscoFusion, Cisco Internetwork Operating System, Cisco IOS, CiscoView, CiscoWorks, HyperSwitch, LAN$^2$LAN, LAN$^2$LAN Enterprise, LAN$^2$LAN Remote Office, LAN$^2$PC, LightStream, Newport Systems Solutions, PC$^2$LAN/X.25, Point and Click Internetworking, SMARTnet, SynchroniCD, The Cell, The Packet, UniverCD, WNIC, Workgroup Director, Workgroup Stack, and XCI are trademarks, Access by Cisco and Bringing the power of internetworking to everyone are service marks, and Cisco, Cisco Systems and the Cisco logo are registered trademarks of Cisco Systems, Inc. All other trademarks, service marks, registered trademarks, or registered service marks mentioned in this document are the property of their respective owners.

CISCO SYSTEMS

**Corporate Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
Tel: 408 526-4000
800 553-NETS (6387)
Fax: 408 526-4100

**European Headquarters**
Cisco Systems Europe s.a.r.l
Z.A. de Courtaboeuf
16 avenue du Quebec
91961 Les Ulis Cedex
France
Tel: 33 1 6918 61 00
Fax: 33 1 6928 83 26

**Austria**
Cisco Systems Austria
GmbH World Trade Center
A-1300 Vienna Airport
Austria
Tel: 43 1 71110 6233
Fax: 43 1 71110 6017

**Belgium**
Cisco Systems Bruxelles
Complex Antares
71 avenue des Pleiades
1200 Brussels
Belgium
Tel: 32 2 778 42 00
Fax: 32 2 778 43 00

**Denmark**
Cisco Systems
Larsbjoernsstraede 3
1454 Copenhagen K
Denmark
Tel: 45 33 37 71 57
Fax: 45 33 37 71 53

**Germany**
Cisco Systems GmbH
Max-Planck-Strasse 7
85716 Unterschleissheim
Germany
Tel: 49 89 32 15070
Fax: 49 89 32 150710

**Italy**
Cisco Systems Italy
Via Turati 28
20121 Milan
Italy
Tel: 39 2 62 726 43
Fax: 39 2 62 729 13

**The Netherlands**
Cisco Systems
Stephensonweg 8
4207 HB Gorinchem
The Netherlands
Tel: 31 18 30 22988
Fax: 31 18 30 22404

**Norway**
Cisco Systems
Holmens Gate 4
0250 Oslo
Norway
Tel: 47 22 83 06 31
Fax: 47 22 83 22 12

**South Africa**
Cisco Systems South Africa
Prestige Business Center
Sloane Park 90 Grayston Drive
2152 Sandton
South Africa
Tel: 27 11 784 0414
Fax: 27 11 784 0519

**Spain**
Cisco Systems Spain
Paseo de la Castellana, 141. pl 18
28046 Madrid
Spain
Tel: 34 1 57 203 60
Fax: 34 1 57 045 99

**Sweden**
Cisco Systems AB
Arstaangsvagen 13
11760 Stockholm
Sweden
Tel: 46 8 681 41 60
Fax: 46 8 19 04 24

**Switzerland**
Cisco Systems Switzerland
Grossarietstrasse 7
CH-8606 Naenikon/ZH
Switzerland
Tel: 41 1 905 20 50
Fax: 41 1 941 50 60

**United Arab Emirates**
Cisco Systems (Middle East)
Dubai World Trade Center,
Level-7
P.O. Box 9204
Dubai, U.A.E.
Tel: 971 4 313712
Fax: 971 4 313493

**United Kingdom**
Cisco Systems Ltd.
4 New Square
Bedfont Lakes
Feltham, Middlesex TW14 8HA
United Kingdom
Tel: 44 81 818 1400
Fax: 44 81 893 2824

**Latin American Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
Tel: 408 526-7660
Fax: 408 526-4646

**Asia**
Cisco Systems (HK) Ltd
Suite 1009, Great Eagle Centre
23 Harbour Road
Wanchai, Hong Kong
Tel: 852 2583 9110
Fax: 852 2824 9528

Cisco Systems (HK) Ltd
Beijing Office
Room 821/822, Jing Guang Centre
Hu Jia Lou, Chao Yang Qu
Beijing 100020 P.R.C.
Tel: 86 1 501 8888 x821
Fax: 86 1 501 4531

Cisco Systems (HK) Ltd
New Delhi Liaison Office
Suite 119, Hyatt Regency Delhi
Bhikaiji Cama Place
Ring Road
New Delhi 110066, India
Tel: 91 11 688 1234
Fax: 91 11 688 6833

Cisco Systems Korea
27th FL, Korea World Trade Center
159, Samsung-dong,
Kangnam-ku
Seoul, 135-729, Korea
Tel: 82 2 551 2730
Fax: 82 2 551 2720

Cisco Systems (HK) Ltd
Kuala Lumpur Office
Level 5, Wisma Goldhill
67 Jalan Raja Chulan
50200 Kuala Lumpur, Malaysia
Tel: 60 3 202 1122
Fax: 60 3 202 1822

Cisco Systems (HK) Ltd
Singapore Office
Shell Tower, Level 37
50 Raffles Place
Singapore 0104
Tel: 65 320 8398
Fax: 65 320 8307

Cisco Systems (HK) Ltd
Taipei Office
4F, 25 Tunhua South Road,
Section 1
Taipei, Taiwan
Tel: 886 2 577 4352
Fax: 886 2 577 0248

Cisco Systems (HK) Ltd
Bangkok Office
23rd Floor, CP Tower
313 Silom Road
Bangkok 10500, Thailand
Tel: 66 2 231-0600
Fax: 66 2 231-0448

**Argentina**
Cisco Systems Argentina
Av. del Libertador 602 Piso 5
(1001) Capital Federal
Buenos Aires, Argentina
Tel: 54 1 814 1391
Fax: 54 1 814 1846

**Australia**
Cisco Systems Australia Pty Ltd
Level 17
99 Walker Street
PO Box 469
North Sydney NSW 2060
Australia
Tel: 61 2 935 4100
Fax: 61 2 957 4077

**Brazil**
Cisco Systems Do Brasil
Rua Helena 218, 10th Floor
Cj 1004-1005
Vila Olimpia - CEP 04552-050
Sao Paulo - SP Brazil
Tel: 55 11 822-5413
Tel/Fax: 55 11 853-3104

**Mexico**
Cisco Systems de México, S.A. de C.V.
Ave. Ejercito Nacional No. 926
3er Piso
Col. Polanco C.P. 11560
Mexico D.F.
Tel: 525 328-7600
Fax: 525 328-7699

**New Zealand**
Cisco Systems New Zealand
Level 16, ASB Bank Centre
135 Albert Street
P.O. Box 6624
Auckland, New Zealand
Tel: 64 9 358 3776
Fax: 64 9 358 4442

**Japanese Headquarters**
Nihon Cisco Systems K.K.
Seito Kaikan 4F
5, Sanbancho, Chiyoda-ku
Tokyo 102, Japan
Tel: 81 3 5211 2800
Fax: 81 3 5211 2810

**Canada**
Cisco Systems Canada Limited
150 King Street West
Suite 1707
Toronto, Ontario M5H 1J9
Canada
Tel: 416 217-8000
Fax: 416 217-8099

**United States**
Central Operations
5800 Landerbrook Center
Suite 160
Cleveland, OH 44131
Tel: 216 520-1720
Fax: 216 328-2102

Eastern Operations
1160 West Swedesford Road
Suite 100
Berwyn, PA 19312
Tel: 610 695-6000
Fax: 610 695-6006

Federal Operations
1875 Campus Commons Drive
Suite 305
Reston, VA 22091
Tel: 703 715-4000
Fax: 703 715-4004

Northeastern Operations
One Penn Plaza
Suite 3501
New York, NY 10119
Tel: 212 330-8500
Fax: 212 330-8505

Northern Operations
8009 34th Avenue South
Suite 1452
Bloomington, MN 55425
Tel: 612 851-8300
Fax: 612 851-8311

Service Provider Operations
(Telecommunications)
111 Deerwood Road
Suite 200
San Ramon, CA 94583
Tel: 510 855-4800
Fax: 510 855-4899

Southwestern Operations
14160 Dallas Parkway
Suite 400
Dallas, TX 75248
Tel: 214 774-3300
Fax: 214 774-3333

Western Operations
2755 Campus Drive
Suite 205
San Mateo, CA 94403
Tel: 415 377 5600
Fax: 415 377 5699

Cisco Systems has over 100 sales offices worldwide. Call the company's corporate headquarters (California, USA) at 408 526-4000 to contact your local account representative or, in North America, call 800 553-NETS (6387).

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

Figure 11. Configuration to effectively control broadcast activity.




## Enhanced Network Security

Over the past five years the use of LANs has increased exponentially. As a result, LANs often have confidential, mission-critical data moving across them. Confidential data requires security through access restriction. One of the inherent shortcomings of shared LANs is that they are relatively easy to penetrate. By plugging into a live port, an intrusive user has access to all broadcasts within the segment. The larger the broadcast group, the greater the access unless there are security control functions in the hub.

One of the most cost effective and easiest administrative techniques to increase security is to segment the network into distinct broadcast groups. Additionally, it allows the network manager to restrict the number of users in a VLAN group and to disallow another user from joining without first receiving approval from the VLAN network management application. VLANs thus provide security firewalls, restrict individual user access, flag any unwanted intrusion to a network manager, and control the size and composition of the group.

Implementing this type of segmentation is relatively straightforward. Switch ports are grouped together based on the type of applications and access privileges. Restricted applications and resources are commonly placed in a secured VLAN group. Any users trying to tap into these secured VLANs are flagged by the network management software. Further security enhancements can be added using router access lists. These are especially useful when communicating between VLANs. On the secured VLAN, the router restricts access into the group as configured on both the switches and the routers.

Restrictions can be placed based on station addresses, application types, protocols types, or even by time of day (see Figure 12).

Figure 12. Added security of routers




## Leveraging Legacy Hub Investments

Over the last three to five years, network administrators have installed a significant number of shared hub chassis, modules, and stackable devices. While many of these devices are being replaced with newer switching technologies as network applications require more dedicated bandwidth and performance directly to the desktop, these concentrators still perform useful functions in many existing installations. Network managers are leveraging their investments by connecting switches to the backplanes of the hubs. In the context of this discussion, a backplane hub connection defines any shared-media hub connection into a network backbone; stackable hubs, hub chassis, and even hub modules provide some form of this connection. It is the connections between the shared hubs and the switches that provide opportunities for VLAN segmentation. The greater the number of hub connections, the greater the opportunities for VLAN segmentation down to individual users.

Each hub segment (as defined within individual hub architectures) connected to a switch port can be assigned to a VLAN. Stations that share a hub segment are all assigned to the same VLAN group.

If an individual station needs to be reassigned to another VLAN, the station will be relocated to the appropriate corresponding hub module. The interconnected switch fabric handles the communication between the switching ports and automatically determines the appropriate receiving segments. The more the shared hub can be broken into smaller groups, the greater the microsegmentation and the greater the VLAN flexibility for assigning individual users to VLAN groups.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

This furthers the migration to a high-performance switching architecture within enterprise LANs. With this approach, network managers can configure their shared hubs as part of the VLAN architecture and can share traffic and network resources that directly attach to switching ports with VLAN designations.

## Centralized Administration Control

Control of network broadcasts; planning moves, adds and changes; and establishing access privileges to the network and secured resources are common functions of the central planning and administration group. VLAN communications facilitate this type of planning by providing effective VLAN management applications that can be centrally configured, managed, and monitored.

From a centralized VLAN management application, network managers can determine VLAN groups, assign specific users and switch ports to these groups, set security levels, limit the size of the broadcast domains, load-distribute traffic across redundant links, configure the communication of VLANs across the switch fabric, and monitor traffic flow and bandwidth utilization of these VLANs across critical "hot spots" within their network. These capabilities substantially increase the amount of control, flexibility, and monitoring functions of network management applications, reducing the cost of switch management and increasing overall services from centralized management operations. VLAN network management applications will play a larger role in configuring and managing the network as users evolve to a switched LAN architecture.

# Conclusion

VLANs offer significant cost and performance benefits for a majority of the LANs installed today. These benefits are realized as network managers migrate to switched LAN architectures across the enterprise. And while VLANs are an integral part of ATM architectures, the concept and much of the technology has been designed into LAN-based switches that offer similar benefits across shared-LAN backbones. Further, end users' application need not change to realize these benefits. VLANs, as part of switching architecture, are invisible to end users. Finally, VLANs are more than simply a shared hub, routing, switching, or network management solution. It is the combination of all these components that provides powerful segmentation and efficient administration across the network.

Copyright © 1995 Cisco Systems, Inc All Rights Reserved

# Exhibit 5

# Cisco VLAN Roadmap

- White Paper: Cisco IOS VLAN Services
- White Paper: Virtual LAN Communications
- Technology Brief: VLAN Interoperability

As an integral part of its CiscoFusion[tm] architecture, Cisco Systems is aggressively moving forward to provide VLAN-capable solutions across its suite of internetworking switches and routers. Cisco realizes that not only do VLANs solve many of the immediate problems associated with administrative changes, they also provide the scalability, interoperability, and increased dedicated throughput required as users evolve toward Asynchronous Transfer Mode (ATM) networks. Throughout 1995, Cisco will continue to release switches, routing software, transport mechanisms, interoperable standards, and switch management applications that provide comprehensive VLAN solutions. The combination of these products provides the most integrated VLAN capabilities on the market today. These capabilities are described in the following text and figures.

## Comprehensive Products for Switched Internetworking

Consistent with its blueprint for switched internetworks [redacted] These switches provide solutions for mixed LAN-based networks that include Token Ring, Ethernet, Fast Ethernet, and Fiber Distributed Data Interface (FDDI)/Copper Distributed Data Interface (CDDI), plus switching solutions across ATM backbones. Cisco's VLAN-capable switches, shown in Figure 1, include:

- [redacted]
- The LightStream[tm] family of ATM switches
- Cisco routers




*Figure 1: Cisco's Comprehensive Switch Product Families*

The multilayer Catalyst product family provides VLAN capabilities at OSI layers 2 and 3. Catalyst LAN switches can be configured with up to 1024 distinct VLANs, and can transport VLANs across multiple media types that include FDDI, Fast Ethernet, ATM, and Token Ring. [redacted] Future releases of VLAN network management applications will enable network managers to dynamically assign Catalyst ports to end station MAC addresses using a centralized database and a configuration server. Layer 3 IP route groups give network

managers the ability to logically configure IP subnets across a series of switches. Each of these subnets is treated as a VLAN with embedded IP routing for communication between VLANs. This provides segmentation based upon the broadcast domain, IP subnet, and switch ports.

## Layer 2 VLANs

Cisco's Catalyst product family employs a packet identification (packet tagging) process for layer 2 VLAN segmentation. This identification is carried throughout the switch fabric and provides an extremely low-latency process for [redacted] This approach requires no modification to end-station applications, is straightforward to configure and manage, and is scalable for existing LAN media types and ATM backbones. As packets are received by the switch from any attached end-station device, a unique packet identifier is added within each header. [redacted] Upon reaching the destination end station location, the packet is removed by the adjacent switch and is natively forwarded to the attached device. This provides a powerful mechanism for controlling the flow of broadcasts and applications while remaining nonintrusive to the network and applications (see Figure 2).




*Figure 2: Multi-layer VLAN Capabilities – Catalyst*

The Catalyst product family also provides spanning-tree capability for each configured VLAN. This significantly reduces the recovery time when a link fails, minimizes the amount of spanning-tree calculations when the network is segmented into VLANs, and provides for concurrent traffic distribution across duplicate configured paths. Enabling traffic distribution across concurrent redundant links incrementally increases the bandwidth options between interconnected switches

### Layer 3 VLANs

VLANs can be further defined at the network layer (commonly referred to as layer 3) with segmentation commonly based on protocol type and network address. This type of VLAN segmentation requires subnet address mapping to VLAN groups. The switch associates the end station MAC address to a VLAN based on the subnet address. Additionally, the switch determines the other network ports that have stations that belong to the same VLAN. The benefit of this approach is that network managers can segment the network based on network-layer information within each packet.

An alternative layer 3 mechanism currently implemented by several other vendors is the use of filtering tables. This type of VLAN segmentation requires filtering every packet. User-defined offsets locate the VLAN information within the packet. Depending on the complexity of the tables and overall size of the network, packet filtering is more complex to administer. Additionally, VLAN filtering has less predictable performance because much of these functions are performed in software.

### ATM VLANs

Cisco is currently implementing the ATM Forum's LAN Emulation standard to configure VLANs within ATM switching networks. This standard preserves the functionality of configured LANs (Ethernet, Token Ring) across an ATM network. ATM networks appear as a single transparent connectionless broadcast to end devices that reside on shared LANs, and are called emulated LANs. The Catalyst and ProStack switches will connect to an ATM network using a software interface known as a LAN Emulation Client (LEC). The LEC, operating in conjunction with a LAN Emulation Server (LES) that resides in the ATM fabric, will handle VLANs between those configured on the LANs and those configured on the ATM switches. An ATM VLAN will be configured to enable VLAN connections across the ATM backbone. Additionally, natively-attached ATM devices can communicate with VLANs configured within shared LANs via LAN emulation. This preserves the integrity of LAN applications, LAN infrastructure, and existing VLAN configurations. With the integration of ATM LAN Emulation, Cisco's LightStream, Catalyst, and ProStack switches will provide VLAN capabilities in each product respectively. An example of this architecture is depicted in Figure 3.




*Figure 3: VLANs across ATM Fabrics*

## VLANs Across the Backbone

Cisco has developed a series of interswitch protocols that deliver advanced VLAN communications across shared LAN backbone technologies (FDDI and Fast Ethernet). It is these protocols that truly offer the ability to connect VLANs across the enterprise and remove the physical boundaries of grouping

users by floor, address space, or their location near a wiring closet or router. These protocols carry configured VLAN information between the switches, routers, and servers connected to Fast Ethernet, FDDI, and ATM backbones.

The interswitch protocols have been designed to best optimize the performance of the backbone technology in which they are configured, comply with exiting standards, and to provide interoperability across Cisco's comprehensive family of switching and routing products. Cisco is taking a proactive approach toward vendor interoperability by sharing interswitch protocol specifications with other internetworking, network interface, and hub vendors. Cisco is also working with the IEEE standards group to establish a working committee to evaluate, modify, and ratify these protocols, such as 802.10.

Many of the currently proposed VLAN solutions on the market today have not addressed the requirements of VLAN communications across high-bandwidth, shared backbones. As a result, they cannot offer logical grouping of users beyond a single switch chassis, require additional backbone cabling (such as running separate drops for each VLAN within the network, a more costly solution), and do not provide any interoperable mechanism in multi-vendor networks.

### ISL Protocol

For backbones comprised of 100-Mbps Fast Ethernet connections, the Catalyst and ProStack systems exchange VLAN information using the ISL protocol. This protocol provides an extremely cost-effective, low-latency method for packet identification and transmission within Fast Ethernet backbones. ISL uses a 10-bit addressing technique that is appended to every packet as it enters the switch fabric. The packet is forwarded only to the switches and interconnected links that have the same 10-bit address, controlling the flow of broadcasts and transmissions between the switches and routers (see Figure 4). Additionally, ISL will be supported by the Cisco Internetworking Operating System (Cisco IOS[tm]) software which provides interoperability between Cisco switches and routers and enables communication between VLANs with layer 3 routing. Cisco developed the ISL protocol to provide VLAN communication across Fast Ethernet backbones and intends to share this specification with other vendors.




*Figure 4: Switch Configurations with VLANs*

### 802.10

Similar to the Fast Ethernet ISL protocol, Cisco has modified the 802.10 Security Protocol for interswitch communications across FDDI backbones A 32-bit (4-byte) VLAN ID field is applied to every packet as it is forwarded across FDDI links; each packet carries a unique identification and is forwarded to the switches and routers that have been configured with the same VLAN identification. The switches then determine to which ports the VLAN packets are sent. Upon exiting the switch fabric, the 32-bit address is removed. The FDDI interfaces within both the Catalyst 1200 and Catalyst 5000 systems provide 802.10 interswitch communication. The Catalyst 5000 also is an exceptional solution when network managers need to connect their FDDI networks to other backbone technologies (such as Fast Ethernet) while maintaining the integrity of their VLAN groups across these backbones. The Catalyst 5000 system provides VLAN mapping functions across different backbone types, and offers a cost-effective solution for backbone concentration.

## Combination of Both ISL and 802.10

The combination of Catalyst and ProStack switches, the ISL transport mechanism across Fast Ethernet, and the 802.10 protocol across FDDI provide an extremely flexible VLAN solution for LAN-based architectures. This allows the continued use of FDDI backbones with the option of adding or migrating to Fast Ethernet and ATM networks. VLANs are carried transparently across these backbones, and require little configuration intervention by network managers. Cisco currently supports 802.10 in the Cisco IOS routing code, and is working with several third-party vendors to establish 802.10 as an interoperable VLAN standard. With the adoption of 802.10 by other vendors, the Cisco IOS functionality will provide inter-VLAN and cross-vendor communications. Figure 5 illustrates an example of 802.10 VLAN communications.




*Figure 5: VLAN Distribution across FDDI and Fast Ethernet*

## Load Distribution

Another benefit of Cisco's interswitch communication strategy is the ability to distribute the traffic load between two traffic-intensive switches while maintaining the full redundancy of these links. This is an extremely effective mechanism for network managers who require a great deal of bandwidth between two switches or a series of interconnected switches. Grouping users and traffic into distinct VLANs allows network managers to add redundant links between switches, and to use these links to distribute traffic. In the absence of VLAN groups, redundant links between two switches (duplicate paths) cannot be fully utilized by the switches, because spanning tree technology enables only one of the links for carrying the traffic while disabling the others to prevent bridging loops. VLANs distribute traffic across these redundant links by assigning a set of VLANs to one link as the primary path, and a different set of VLAN groups to a redundant link, again as its primary path. As shown in Figure 6, this effectively doubles the bandwidth if two links are used, with no limitations on the number of links that can be

added.




*Figure 6. Increased Capacity with VLAN Distribution*

The redundancy functions of these duplicate links, utilized for load distribution, remain active by providing an instance of spanning tree for each VLAN. When a primary link fails, the VLANs configured across this link are reconnected through the redundant link. During the outage, the redundant link carries all of the VLAN traffic (if there are only two redundant paths). When the first link recovers, spanning tree redirects the VLANs across it.

## Shared Resources Between VLANs

The 802.10, ISL, and ATM LAN Emulation VLAN transport protocols provide an effective mechanism for natively attaching a shared network resource, such as a file or e-mail server, to an enterprise backbone while allowing these resources to be concurrent members of multiple VLANs. For many organizations that do not have dedicated servers per workgroup, this provides an optimal solution for configuring VLANs and locating these shared resources centrally on the backbone where network managers can have easy access. This simplifies resource management by physically placing servers in the central office while providing a logical "data link" connection to each configured VLAN within the network. Additionally, this VLAN topology dramatically improves network performance by providing high-speed backbone connections to commonly connected devices while preserving logical VLAN segmentation.

This type of architecture was initially designed for ATM communications. Cisco is taking it one step further by developing similar approaches that can be used for shared LANs. Shared network resources such as servers must be able to detect the VLAN identification within each packet on the backbone, formatted in either 802.10 (for FDDI connections), or ISL (for Fast Ethernet connections), and must also be able to establish communications based on the VLAN identification and the packet address. This requires the adoption of the 802.10 and ISL protocols by network interface card vendors, a concept illustrated by Figure 7.




*Figure 7: Resources Sharing across VLANs*

Cisco is currently working with several vendors on their adoption of 802.10 and ISL. This requires modifing the interface and driver software, only without any hardware or card changes. Cisco is also developing these protocols internally, including support for ATM LAN Emulation on its ATM interface cards, and 802.10 VLAN communication on its FDDI adapter card products. With upgraded driver software that supports these transport protocols, network managers will be able to share network resources between VLANs while maintaining the integrity of each VLAN at the data-link level.

## Communications Between VLANs

The ability to communicate between logically defined VLAN groups requires layer 3 routing. Without this functionality, VLANs are compltely independent of each other. In all but a few networks today, access to all parts of the network is critical, regardless of location or logical segmentation. This requires layer 3 communication across the enterprise within either a switch or a router. As a result, layer 3 routing is an essential component when designing, configuring, and managing VLANs.

Cisco has acknowledged this requirement as part of its CiscoFusion architecture, and in the next year will continue to roll out an integrated set of products that specifically address inter-VLAN communication requirements. These products provide VLAN communications within workgroups, across the campus, and across wide-area networks (WANs).

The first of several developement stages has been completed. Network managers can use the Catalyst 1200 for routing between IP-configured VLANs. They also can use existing routers in their networks by connecting a separate physical interface to each configured VLAN. A dedicated switch port and a dedicated router port for each VLAN are required. This functionality is well-suited to networks with a limited number of VLANs. As the number of VLANs and protocols within the active network increases, so does the need for more sophisticated layer 3 routing solutions

Cisco is addressing these enterprise requirements with a near-term release of the Cisco IOS software. This release, scheduled for the second half of calendar 1995, provides a more powerful and cost-effective solution for communicating between VLANs across a campus. The major features of this offering include the following:

- Communication between 255 VLANs within each router using Cisco's leading subinterface technology
- The ability to concurrently handle layer 2 and layer 3 VLANs (non- routable and routable end-station applications)
- The ability to interconnect VLANs both within the LAN and across WANs

- High-bandwidth communication to switches with VLAN support for ISL across Fast Ethernet, and 802.10 VLAN across FDDI backbones
- Layer 3 security
- ATM LAN Emulation across ATM backbones

The combination of these Cisco IOS features yields substantial architectural benefits for inter-VLAN communications. Support for 255 VLANs across single or multiple high-bandwidth interfaces per router, including Fast Ethernet, FDDI, and ATM, reduces the number of routers and interfaces required to interconnect VLANs. It also ensures a high-bandwidth communication path to the switch backbone. As illustrated by Figure 8, the connection of VLANs across a routed campus or a WAN extends the overall reach of VLANs beyond the boundaries of the LAN, while keeping the existing routed infrastructure between buildings on a campus or out to a wide-area carrier.




*Figure 8 Communication between VLANs*

The Cisco IOS provides these VLAN communication benefits by adding an additional VLAN decoding layer on top of the many functions that Cisco routers currently provide. This decoding functionality includes the ability to read the ISL and 802 10 packets forwarded to the router by Catalyst and ProStack

switches, determine the destination location of the packet based upon the embedded subnet addresses, rebuild the packet with the appropriate new subnet addresses, add the new VLAN identification to the packet as it is forwarded to the target VLAN, and pass the packet on to the appropriate switch within the fabric.

Additionally, Cisco routers can function in a VLAN-forwarding mode (layer 2) for end-station protocols that function only at layer 2 (NetBIOS, LAT, etc). In this mode, the router forwards the packet to the connected VLAN while maintaining the integrity of the VLAN identification. Layer 3 routing and subnet addresses are not used for these types of configured VLANs.

VLAN functions within the Cisco IOS leverage many of the existing embedded features of Cisco's routing products. Security access lists for controlling the type of access within or outside of a VLAN can be configured using Cisco routers. This provides an additional layer of security when VLANs are interconnected. Concurrent routing and VLAN forwarding can also be configured to provide a wider range of VLAN configuration options where both layer 2 and layer 3 applications reside within the network (common for all enterprise networks). Additionally, routers can carry VLANs across WANs, which substantially increases configuration options and VLAN group memberships.

The third development effort, as defined by CiscoFusion architecture, provides communications between VLANs (route processing) within the switches themselves and the route determination by external routers. This solution increases the configuration flexibility between VLANs, because each switch will not only be able to concurrently forward packets configured within VLANs (as currently offered with both the Catalyst and ProStack switches) but also will be able to send packets between VLANs. Cisco will provide this inter- VLAN communication functionality for the Catalyst 5000 in the early part of 1996, offering a layer 3 switching processor and Cisco IOS functionality. Later in 1996, Cisco will deliver route-processing and route-determination engines. The Catalyst 5000 will function as the route processor. Distributing layer 3 routing substantially increases the overall throughput between VLANs.

## Managing VLANs

One of the key benefits of VLANs is the ability to provide more management control, reduce many daily administration expenses, and provide greater configuration options for setting up logical workgroups VLAN benefits include:

- Simplifying configuration and rewiring procedures when a user is moved
- Redistributing traffic when links become congested
- Providing detailed reports on traffic and broadcast behavior, statistics on the size and make-up of VLAN groups
- Offering the flexibility to add and delete users from VLANs as dictated by management changes within the company

These operations must be performed transparently, without a lot of complex knowledge of how the network is wired together, or how to reconfigure a protocol when VLAN changes are required. And while it can be relatively straightforward to assign and reassign ports to a configured VLAN, the communication of VLANs across the enterprise can become very complex without intelligent network management applications

Cisco fully understands these requirements and is building an integrated suite of switch management applications that address everyday management problems. These include CiscoView[tm], VLANView, and TrafficView. All of these applications are SNMP based, support full SNMP "set" and "get" dialogs, and are integrated with many of today's installed management platforms, including HP OpenView, SunNet Manager, and IBM NetView for AIX. Moreover, Cisco is a taking a proactive approach to mask the complexity of designing, configuring, and managing VLANs with the development of

graphically-based user interfaces. This minimizes the amount of system training and overall skill level required, and brings down the cost of ownership. These management applications not only provide end-to-end VLAN management across the enterprise, they scale from very small networks with only several switches, to very large, complex networks with multiple switches connected across a mixture of different backbone technologies

## VLANView

VLANView, one of three switch management applications mentioned above, is an intuitive VLAN management application with a user-friendly graphic interface. This product will be available later in 1995 and delivers both VLAN configuration and monitoring functions for the Catalyst and ProStack product families. The core of this application is the drag-and-drop mode of operation for assigning ports to created VLAN names This function automatically launches a graphical representation of each switch within the network, provides a view and status of each port, and then allows the network manager to drag a port or multiple ports into a VLAN displayed on the screen. These operations, performed with simple mouse clicks, substantially reduce the configuration time required to set up VLANs, physically move users to another location while maintaining their VLAN identity, and reconfigure a port on the switch to a new VLAN. Figure 9 includes examples of typical VLANView and CiscoView screens



VLANView

CiscoView

*Figure 9: VLANView and CiscoView*

VLANView not only reduces the amount of administration time required to configure a port a to a VLAN; it also provides a powerful, yet easy-to-use function for configuring VLANs across the interswitch backbone. This function delivers a series of configuration options for optimizing the VLAN traffic flow between connected switches and routers. First, a simple mode of operation is provided for automatically enabling the backbone links between switches that have identical VLANs configured or for the links required to transport the VLAN (such as a campus ring, or ATM backbone between non-adjacent switches). Second, network managers can fine-tune their VLANs across the enterprise by distributing VLANs across multiple duplicate links or by isolating VLANs within certain parts of the enterprise. Finally, network managers can view their VLAN configurations across the backbone using the logical mapping feature and the pull-down link analysis tool that details the switches, links, and ports assigned to each VLAN. These backbone VLANView management options provide the control mechanisms for managing VLANs across the enterprise.

Cisco will continue to extend the functionality of VLAN management with followup application releases. They will include the ability to dynamically assign a switch port to a VLAN based upon the discovered end-station MAC and/or network layer address, added port security with a monitoring function for identifying unauthorized users, and dynamic layer 3 VLAN groupings based on application and network-layer protocol types.

### TrafficView

TrafficView is an RMON-based traffic monitoring and analysis application that provides per-port, per-LAN segment traffic information. This application is not only used for troubleshooting problems within each attached LAN, it also provides trend analysis information for detecting significant network changes. Trend information is essential during network planning, when new equipment needs, organization changes, and staff requirements are reviewed. Both the Catalyst and ProStack product families provide RMON capabilities. These embedded monitoring capabilities deliver a substantial cost savings compared to the cost of standalone protocol and traffic analyzers, and are extremely useful as the first line of detection when a network problem occurs. Additionally, the agents are configured from CiscoView, are easily turned on or off depending on the needs of the network administration staff, and can report traffic information statistics to any standard RMON-based application. This provides network management interoperability for traffic diagnostics and analysis.

## Conclusion

Cisco is taking a leadership role in VLAN-based communication with extensive ongoing internal development efforts and the company's goal to drive interoperability with VLAN communication standards. Over the next year, Cisco will deliver on a majority of the developments mentioned in this Statement of Direction. These developments provide an end-to-end VLAN solution that scales from small departmental-level logical workgroups to large enterprisewide workgroups with users dispersed across the campus. While this type of architecture changes the way networks are organized and configured, it provides greater administration efficiencies, security-control mechanisms, bandwidth-management options, and a smooth migration path towards ATM-based communications.

---

Posted: Jul 17 08:52:52 1995

Copyright 1996 © Cisco Systems Inc.

# Exhibit 6

SOLUTIONS | CORPORATE | PRODUCTS | SUPPORT | SEMINARS | PARTNERS

# VLANs and Routers

## Mixing routers, switches and VLANs

This document is intended to clarify common misconceptions that occur when routers and switches are included in network designs that also include VLANs.

In order for a VLAN to span a router, the router must be capable of forwarding frames from one interface to another while maintaining the VLAN header. If the router is configured for routing a layer three (network layer) protocol, it will terminate the VLAN and MAC layers at the interface a frame arrives on. The MAC layer header can be maintained if the router is bridging the network layer protocol. However, regular bridging still terminates the VLAN header. Using the Independent Routing and Bridging feature in release 11.2, a router can be configured for routing and bridging the same network layer protocol on the same interface. This allows the VLAN header to be maintained on a frame while it transits a router from one interface to another.

This tech tip documents the progression of VLANs as they are implemented with a router that is routing IP, bridging IP, and bridging IP with IRB.

---

In Figure I PCs A and B are connected to VLANs that are in turn separated by a router. This illustrates the common misconception that a single VLAN can have a router based connection in the middle.




You may see pictures indicating that this type of design is one VLAN.
The two switches may be attached to VLANs that have the same number.
They are not in fact the same VLAN.

This figure also shows the flow of the three layers of headers for a frame traversing the links from PC A to PC B.

As the frame flows through the switch, the VLAN header is applied because the connection is a trunk link. There may be several VLANs communicating across the trunk.

The router terminates the VLAN layer and the MAC layer. It examines the destination IP address and forwards the frame appropriately. In this case the IP frame is to be forwarded out the port towards PC B. This is also a VLAN trunk and so a VLAN header is applied.

Although the VLAN connecting Switch 2 to the router can be called the same number as the VLAN connecting Switch 1 to the router, it is actually the same VLAN. The original VLAN header is removed when the frame arrives at the router. A new header may be applied as the frame exits the router. This new header may include the same VLAN number that was used in the VLAN header that was stripped

when the frame arrived. The fact that the IP frame moved through the router without a VLAN header attached and was forwarded based on the contents of the IP destination address field, not on a VLAN ID field, demonstrates this.

Because the two VLAN trunks sit on opposite sides of the router, they must be different IP subnets.

In order for the two PC's to have the same subnet address the router would have to be bridging IP on its interfaces. However, having the devices on VLANs share a common subnet does not mean that they are on the same VLAN.

---

Figure II shows what the VLAN topology looks like.

Figure II (Routing IP)




This design results is two physically separate VLANs that may or may not have the same VLAN number.

---

The need to readdress IP end stations during moves can be avoided by bridging IP on some or all interfaces in the router connecting the VLANs. However, this eliminates all of the benefits of building router based networks to control broadcasts at the network layer. Figure III shows what changes occur when the router is configured for bridging IP. Figure IV shows what happens when the router is configured for bridging IP with IRB.

Figure III shows that the router is now bridging IP. Both PCs are now on the same subnet. Note that the router (bridge) now forwards the MAC layer header across to the outward bound interface. The router still terminates the VLAN header and applies a new header prior to sending the frame out to PC B.

Figure III (Bridging IP)




Eventhough the PCs are now in the same subnet this design results in two physically separate VLANs that may or may not have the same VLAN number

Figure IV shows what happens when IRB is configured. The VLAN now spans the router and the VLAN header is maintained as the frame transits the router.

Figure IV (IRB IP)




With IRB this is now one single VLAN.

The VLAN header can be maintained as the frame is moved from one interface to another

Posted: Tue Sep 24 08:31:03 PDT 1996

Copyright 1996 © Cisco Systems Inc. All rights reserved.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/31/2006 | Cisco Systems Inc., 300 East Tasman Drive San Jose, CA 95135 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Mark Michels, Esq. | Personal Service |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Randolph Haumann | Registered Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3/31/2006
DATE

Randolph Haumann
SIGNATURE OF SERVER

Western Attorney Services
75 Columbia Square, San Francisco, CA 94103
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/28/2006 | Cisco Systems Inc., 300 East Tasmin Drive<br>San Jose, CA 95135 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Mark Michels, Esq. | Personal Service |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Randolph Haumann | Registered Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3/30/2006
DATE

Randolph Haumann
SIGNATURE OF SERVER
Western Attorney Services
75 Columbia Square, San Francisco, CA 94103
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, Plaintiffs, | Civil Action No. 05-418-SLR |
| v. | (JURY TRIAL DEMANDED) |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, Defendant. | |

## CERTIFICATE OF SERVICE

I, Abby Ako-Nai, hereby certify that on March 31, 2006, true and correct copies of the within document were served on the following counsel of record at the addresses and in the manner indicated: BY U.S. Mail.

Josy W. Ingersoll, Esq.
Elena Norman, Esq.
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Timothy J. Haller, Esq.
Rob Greenspoon, Esq.
**NIRO, SCAVONE, HALLER & NIRO**
181 W. Madison Street, Suite 4600
Chicago, IL 60602

Abby Ako-Nai

DOCSSV1:452841.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, Plaintiffs, | ) | Civil Action No. 05-418-SLR |
| v. | ) | (JURY TRIAL DEMANDED) |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Abby Ako-Nai, hereby certify that on March 28, 2006, true and correct copies of the within document were served on the following counsel of record at the addresses and in the manner indicated: BY Mail.

Josy W. Ingersoll, Esq.
Elena Norman, Esq.
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Timothy J. Haller, Esq.
Rob Greenspoon, Esq.
**NIRO, SCAVONE, HALLER & NIRO**
181 W. Madison Street, Suite 4600
Chicago, IL 60602

Abby Ako-Nai

******************************
*** MULTI TX/RX REPORT ***
******************************

TX/RX NO 2441
PGS 7
TX/RX INCOMPLETE
-----
TRANSACTION OK
(1) 7746#15903#8#13122363137
(2) 7746#15903#8#13025711253
ERROR INFORMATION
-----

FAXED MAX

ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025
tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

FAX TRANSMISSION

DATE March 28, 2006

NO. OF PAGES (INCLUDING COVER SHEET) 7

FROM

| name | tel |
|---|---|
| Michael F. Heafey | (650) 614-7645 |

TO

| Name | company/firm | tel | Fax |
|---|---|---|---|
| Timothy J. Haller/Sally Wiggins/ Robert Greenspoon, | Niro, Scavone, Haller & Niro | (312) 236-0738 | (312) 236-3137 |
| Josy W. Ingersoll | Young Conaway Stargatt & Taylor LLP | (302) 571-6600 | (302) 571-1253 |

RE *Alcatel U.S.A. Resources, Inc. et al. v. Foundry Networks, Inc.*
U.S.D.C. Delaware, Civil Action No. 05-418-SLR

MESSAGE

Please see attached:

SUBPOENA ON A CIVIL CASE