# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

ALCATEL USA RESOURCES, INC.,          )
a Delaware Corporation, and           )
ALCATEL INTERNETWORKING, INC.,        )
a California Corporation,             )
                                      )
                 Plaintiffs,          )
                                      )          Civil Action No. 05-418-SLR
        v.                            )
                                      )          (JURY TRIAL DEMANDED)
FOUNDRY NETWORKS, INC.,               )
a Delaware Corporation,               )
                                      )
                                      )
                 Defendant.           )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 12, 2006, true and correct copies of the following

document were served on the following counsel of record at the addresses and in the manner

indicated:

FOUNDRY NETWORKS, INC.'S SUPPLEMENTAL RESPONSES TO FIRST SET OF
DOCUMENT REQUESTS (NOS. 1, 8, 11, 13-17, 20, 22-26, 29, 31-35)


**BY HAND DELIVERY AND E-MAIL**          **BY E-MAIL**

Karen L. Pascale, Esq.                   Timothy J. Haller, Esq.
Young Conaway Stargatt & Taylor, LLP     Robert Greenspoon, Esq.
The Brandywine Building                  Sally Wiggins, Esq.
1000 West Street, 17th Floor             Niro, Scavone, Haller & Niro
Wilmington, DE 19899-0391                181 W. Madison Street, Suite 4600
                                         Chicago, IL 60602

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

(As to Count I of the Amended Complaint)

Dated: June 12, 2006
736065

/s/ Philip A. Rovner
By: _____
        Philip A. Rovner (#3215)
        Hercules Plaza
        P. O. Box 951
        Wilmington, DE 19899
        (302) 984-6000
        E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Foundry Networks, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 12, 2006, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

I hereby certify that on June 12, 2006 I have sent by E-mail the foregoing

document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

_____/s/ Philip A. Rovner_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com