IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-418-SLR<br>)<br>) (JURY TRIAL DEMANDED)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on June 21, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

FOUNDRY NETWORKS, INC.'S FIRST SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' INTERROGATORY NOS. 2, 3, 5 AND 6

| **BY HAND DELIVERY AND E-MAIL** | **BY E-MAIL** |
|---|---|
| Karen L. Pascale, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Timothy J. Haller, Esq.<br>Robert Greenspoon, Esq.<br>Sally Wiggins, Esq.<br>Niro, Scavone, Haller & Niro<br>181 W. Madison Street, Suite 4600<br>Chicago, IL 60602 |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Henry C. Bunsow<br>K. T. Cherian<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>(415) 848-4900<br><br>Attorneys for Count II<br>Defendant and Counterclaimant<br>Foundry Networks, Inc. | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000<br>    E-mail: provner@potteranderson.com<br><br>Attorneys for Defendant and Counterclaimant<br>Foundry Networks, Inc. |

Dated: June 21, 2006

737559

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on June 21, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on June 21, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com