IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 05-418-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2006, copies of Alcatel's Supplemental Response to Foundry's First Set of Interrogatories Regarding Plaintiff's Count I (Nos. 1-6) were served upon the following counsel of record as indicated below:

#### BY HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

#### BY E-MAIL AND U.S. MAIL

William L. Anthony, Esquire
Michael F. Heafey, Esquire
Matthew H. Poppe, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

PLEASE TAKE FURTHER NOTICE that on June 23, 2006, copies of this Notice of Service were filed with the Clerk of the Court using CM/ECF and served as indicated below:

064207.1001

| | |
|---|---|
| **BY CM/ECF AND HAND DELIVERY** | **BY E-MAIL AND U.S. MAIL** |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE 19801 | William L. Anthony, Esquire<br>Matthew H. Poppe, Esquire<br>Michael F. Heafey, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs*

Dated: June 23, 2006