IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., ) <br> a Delaware corporation, and ) <br> ALCATEL INTERNETWORKING, INC., ) <br> a California corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FOUNDRY NETWORKS, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendant. ) | Civil Action No. 05-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 6, 2006, copies of (1) Non-Party Attorney Scot Reader's Objections to Foundry Network's June 21, 2006 Subpoena and (2) this Notice of Service were caused to be served upon the following counsel of record as indicated below:

**BY HAND DELIVERY**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

**BY E-MAIL AND U.S. MAIL**

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400

Henry C. Bunsow, Esquire
*BunsowH@howrey.com*
K.T. Cherian, Esquire
*cheriank@howrey.com*
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94150
415-848-4900

064207.1001

PLEASE TAKE FURTHER NOTICE that on July 6, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ |
|  | Josy W. Ingersoll  (No. 1088) |
|  | *jingersoll@ycst.com* |
| *Of Counsel:* | John W. Shaw (No. 3362) |
|  | *jshaw@ycst.com* |
| Timothy J. Haller | Adam W. Poff (No. 3990) |
| Robert P. Greenspoon | *apoff@ycst.com* |
| Sally J. Wiggins | The Brandywine Building, 17th Floor |
| **NIRO, SCAVONE, HALLER & NIRO** | 1000 West Street |
| 181 West Madison Street, Suite 4600 | Wilmington, Delaware  19801 |
| Chicago, Illinois 60602 | (302) 571-6600 |
| (312) 236-0733 |  |
|  |  |
| Dated: July 6, 2006 | *Attorneys for Plaintiffs* |