IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 05-418-SLR |

### NOTICE OF SUPBOENA

PLEASE TAKE NOTICE that plaintiffs Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. have served the attached subpoena upon Nortel Networks Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ 

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Adam W. Poff (No. 3990)
apoff@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Dated: July 7, 2006

*Attorneys for Plaintiffs*