

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

July 13, 2006

**BY E-FILE**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
   for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

       Re:    Alcatel USA Resources, Inc., et al. v. Foundry Networks, Inc.,
             D. Del., C.A. No. 05-418-SLR

Dear Chief Judge Robinson:

       On behalf of the parties, I am enclosing the proposed First Amended Scheduling Order for the Court's review and approval. The proposed order has been agreed to by the parties based on the directives provided by Your Honor during yesterday's teleconference.

                          Respectfully,

                          Philip A. Rovner
                          provner@potteranderson.com

PAR/mes/740895
Enc.
cc:  Karen Pascale, Esq. (w/encl.) – by e-file and hand delivery
      Robert Greenspoon, Esq. (w/encl.) – by e-mail