IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC.  )<br>a Delaware Corporation, and  )<br>ALCATEL INTERNETWORKING, INC.,  )<br>a California Corporation,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>FOUNDRY NETWORKS, INC.,  )<br>a Delaware Corporation,  )<br>)<br>Defendant.  ) | Civil Action No. 05-418-SLR<br><br>(JURY TRIAL DEMANDED) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Fabio E. Marino, Esq., Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025 to represent Defendant Foundry Networks, Inc. as to Count I of the Amended Complaint in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

Dated: July 17, 2006

*Attorneys for Defendant
Foundry Networks, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2006      _____
                                              United States District Judge

Case 1:05-cv-00418-SLR    Document 90    Filed 07/17/2006    Page 2 of 4

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court; or

☒    will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 11, 2006            Orrick, Herrington & Sutcliffe LLP

_____
Fabio E. Marino
1000 Marsh Road
Menlo Park, CA 94025-1015
650-614-7353
Email: fmarino@orrick.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 17, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on July 17, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com