IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Alcatel USA Resources, Inc., hereby certifies that on July 19, 2006, copies of (1) Alcatel's Fourth Set of Interrogatories to Foundry Networks (Nos. 28-30) and (2) this Notice of Service were caused to be served upon the following counsel of record as indicated below:

### By Hand Delivery & CM/ECF

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

### By E-Mail and U.S. Mail

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400

Henry C. Bunsow, Esquire
*BunsowH@howrey.com*
K.T. Cherian, Esquire
*CherianK@howrey.com*
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94150
415-848-4900

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733


Dated: July 19, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen L. Pascale (No. 2903)
*kpascale@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff Alcatel USA Resources, Inc.*