IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., <br> a Delaware corporation, and <br> ALCATEL INTERNETWORKING, INC., <br> a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., <br> a Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-418-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certifies that on July 24, 2006, copies of (1) Alcatel's Supplemental Response to Foundry's First Set of Interrogatories Regarding Plaintiff's Count 1 (Nos. 1-6) Verification of John Berres and (2) this Notice of Service were caused to be served upon the following counsel of record as indicated below:

**BY HAND DELIVERY & CM/ECF**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

**BY E-MAIL AND U.S. MAIL**

| | |
|---|---|
| William L. Anthony, Esquire<br>*wanthony@orrick.com*<br>Matthew H. Poppe, Esquire<br>*mpoppe@orrick.com*<br>Michael F. Heafey, Esquire<br>*mheafey@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>650-614-7400 | Henry C. Bunsow, Esquire<br>*BunsowH@howrey.com*<br>K.T. Cherian, Esquire<br>*cheriank@howrey.com*<br>HOWREY LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA 94150<br>415-848-4900 |

| | |
|---|---|
| *Of Counsel:*<br><br>Timothy J. Haller<br>Robert P. Greenspoon<br>Sally J. Wiggins<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>(312) 236-0733<br><br>Dated: July 24, 2006 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/<br>_____<br>Josy W. Ingersoll (No. 1088)<br>*jingersoll@ycst.com*<br>John W. Shaw (No. 3362)<br>*jshaw@ycst.com*<br>Adam W. Poff (No. 3990)<br>*apoff@ycst.com*<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>(302) 571-6600<br><br>*Attorneys for Plaintiffs* |