# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | THE BRANDYWINE BUILDING | |
|---|---|---|
| JOSY W. INGERSOLL (NO. 1088) | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: 302-571-6672 | WILMINGTON, DELAWARE  19801 | (302) 571-1253 FAX |
| DIRECT FAX:    302-576-3301 | | (800) 253-2234 (DE ONLY) |
| jingersoll@ycst.com | P.O. BOX 391 | www.youngconaway.com |
| | WILMINGTON, DELAWARE 19899-0391 | |

August 7, 2006

*By E-Filing*

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

    Re: *Alcatel USA Resources, Inc., et al. v. Foundry Networks, Inc.*,
       Civil Action No. 05-418-SLR

Dear Chief Judge Robinson:

  We are in receipt of Mr. Rovner's ten-page letter on behalf of Foundry (D.I. 106), filed in advance of our live conference with Your Honor tomorrow.  This submission comes as a complete surprise to Alcatel, in that it not only violates the Court's Rules regarding the submission of letters, it is contrary to Your Honor's ruling in the August 1 teleconference which led up to tomorrow's meeting.  During that teleconference, the parties asked the Court if briefing would be helpful, and were told quite clearly that an in-person conference would be preferable, which is how tomorrow's conference came about.  Accordingly, Alcatel prepared no written submission, although will be fully prepared to refute the letter's arguments tomorrow.  Now we are faced with Foundry's disguised brief, at a time when Alcatel's counsel is traveling to Wilmington and has no time to prepare a response.  This being Alcatel's motion, we are left entirely at a disadvantage.  We respectfully request that the Court disregard this inappropriate and unfair submission by Foundry.

                Respectfully submitted,

                /s/ *Josy W. Ingersoll*
                Josy W. Ingersoll (No. 1088)

cc: Clerk of the Court (by e-file and hand delivery)
   Phillip A. Rovner, Esquire (by e-file and hand delivery)