IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 05-418-SLR<br><br>(JURY TRIAL DEMANDED) |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, a subpoena, attached hereto as Exhibit 1, was served on Geoffrey C. Stone, c/o Sally Wiggins, Esq., Niro, Scavone, Haller & Niro, 181 West Madison Street, Suite 4600, Chicago, IL 60602-4515.

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

(As to Count I of the Amended Complaint)

Dated: August 9, 2006
745421

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
 Philip A. Rovner (#3215)
 Hercules Plaza
 P. O. Box 951
 Wilmington, DE 19899
 (302) 984-6000
 E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Foundry Networks, Inc.*

# EXHIBIT 1

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| ALCATEL USA RESOURCES, INC., et al. | SUBPOENA IN A CIVIL CASE |
|---|---|
| | U.S. District Court for the District of Delaware |
| V. | Case Number: 05-418-SLR |
| FOUNDRY NETWORKS, INC. | |

TO:   Geoffrey C. Stone
      c/o Sally Wiggins, Esq.
      Niro, Scavone, Haller & Niro
      181 West Madison Street, Ste. 4600
      Chicago, Illinois 60602-4515

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Esquire Deposition Services, LLC<br>701 Fourth Avenue, Suite 1500<br>Minneapolis, MN 55414 | August 25, 2006<br>9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Defendant | August 8, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Siddhartha Venkatesan, ORRICK, HERRINGTON & SUTCLIFFE LLP,
1000 Marsh Road, Menlo Park, CA 94025
(650) 614-7400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

| Attorney or Party without Attorney: ORRICK, HERRINGTON & SUTCLIFFE, LLP 1000 MARSH ROAD Menlo Park, CA 94025 Telephone No: 650-614-7400  FAX No. 650-614-7401 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Defendant | Ref. No. or File No.: 15903-8 | | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA | | | | |
| Plaintiff: ALCATEL USA RESOURCES, INC., ET AL., Defendant: FOUNDRY NETWORKS, INC. | | | | |
| PROOF OF SERVICE SUBPOENA IN A CIVIL | Hearing Date: Fri, Aug. 25, 2006 | Time: 9:00AM | Dept/Div: | Case Number: 05-418-SLR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE

3. a. Party served: GEOFFREY C. STONE C/O SALLY WIGGINS, ESQ.
   b. Person served: LYNIECE BARNES, RECEPTIONIST AUTHORIZED TO ACCEPT.

4. Address where the party was served: NIRO, SCAVONE, HALLER & NIRO
   181 WEST MADISON STREET, STE. 4600
   CHICAGO, IL 60602-4515

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 08, 2006 (2) at: 4:42PM
   b. I received this subpoena for service on: Tuesday, August 08, 2006

6. Witness fees were offered or demanded, and paid: $50.00

7. Person Who Served Papers:
   a. BETH OSBORNE
   
   A & A LEGAL SERVICE
   
   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4646
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3)
      (i) Independent Contractor

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Aug. 09, 2006

                                                                    (BETH OSBORNE)
Judicial Council Form                  PROOF OF SERVICE
Rule 982.9(a)&(b) Rev July 1, 2004     SUBPOENA IN A CIVIL                    6147400.31935

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 9, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

I hereby certify that on August 9, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

      /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com