IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., ) <br> a Delaware Corporation, and ) <br> ALCATEL INTERNETWORKING, INC., ) <br> a California Corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FOUNDRY NETWORKS, INC., ) <br> a Delaware Corporation, ) <br> ) <br> Defendant. ) | Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 17, 2006, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

**FOUNDRY NETWORKS, INC.'S SUPPLEMENTAL RESPONSES TO ALCATEL'S THIRD SET OF INTERROGATORIES (NO. 25-27)**

**FOUNDRY NETWORKS, INC.'S SECOND SUPPLEMENTAL RESPONSES TO FIRST SET OF DOCUMENT REQUESTS (NOS. 1, 8, 11, 13-17, 20, 22-26, 29, 31-35)**

**BY HAND DELIVERY AND E-MAIL**

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY E-MAIL**

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William L. Anthony<br>Matthew H. Poppe<br>Michael F. Heafey<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California  94025<br>(650) 614-7400 | /s/ Philip A. Rovner<br>By: _____<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    E-mail: provner@potteranderson.com |
| (As to Count I of the Amended Complaint) | *Attorneys for Defendant*<br>*Foundry Networks, Inc.* |
| Dated:  August 17, 2006<br>746497 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 17, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

I hereby certify that on August 17, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com