IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., | ) | |
| a Delaware Corporation, and | ) | |
| ALCATEL INTERNETWORKING, INC., | ) | |
| a California Corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-418-SLR |
| v. | ) | |
| | ) | (JURY TRIAL DEMANDED) |
| FOUNDRY NETWORKS, INC., | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 18, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

**FOUNDRY NETWORKS, INC.'S RESPONSES TO ALCATEL'S FOURTH SET OF INTERROGATORIES**

BY E-MAIL

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

BY E-MAIL

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

(As to Count I of the Amended Complaint)

Dated: August 21, 2006
746991

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
By: _____
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Foundry Networks, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 21, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

>Karen L. Pascale, Esq.
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19899-0391

I hereby certify that on August 21, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

>Timothy J. Haller, Esq.
>Robert Greenspoon, Esq.
>Sally Wiggins, Esq.
>Niro, Scavone, Haller & Niro
>181 W. Madison Street, Suite 4600
>Chicago, IL  60602

>/s/ Philip A. Rovner
>Philip A. Rovner (#3215)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P.O. Box 951
>Wilmington, Delaware 19899
>(302) 984-6000
>E-mail: provner@potteranderson.com