IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Alcatel USA Resources, Inc., hereby certifies that on August 21, 2006, copies of (1) Alcatel's Responses to Foundry Networks, Inc.'s First Set of Requests for Admission Regarding Count I (Nos. 1-10); (2) Plaintiffs' Response to Foundry's Second Set of Interrogatories Regarding Count I (Nos. 8-17); and (3) this Notice of Service were caused to be served upon the following counsel of record as indicated below:

*By Hand Delivery*

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

*By E-Mail and U.S. Mail*

William L. Anthony, Esquire
wanthony@orrick.com
Matthew H. Poppe, Esquire
mpoppe@orrick.com
Michael F. Heafey, Esquire
mheafey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Henry C. Bunsow, Esquire
BunsowH@howrey.com
K.T. Cherian, Esquire
CherianK@howrey.com
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94150

|  |  |
|---|---|
| *Of Counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ John W. Shaw<br>Josy W. Ingersoll (No. 1088)<br>*jingersoll@ycst.com* |
| Timothy J. Haller<br>Robert P. Greenspoon<br>Sally J. Wiggins<br>**NIRO, SCAVONE, HALLER & NIRO**<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>(312) 236-0733 | John W. Shaw (No. 3362)<br>*jshaw@ycst.com*<br>Karen L. Pascale (No. 2903)<br>*kpascale@ycst.com*<br>Adam W. Poff (No. 3990)<br>*apoff@ycst.com*<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801 |
| Dated: August 21, 2006 | (302) 571-6600<br><br>*Attorneys for Plaintiff Alcatel USA Resources, Inc.* |