IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. ) <br> a Delaware Corporation, and ) <br> ALCATEL INTERNETWORKING, INC., ) <br> a California Corporation, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> FOUNDRY NETWORKS, INC., ) <br> a Delaware Corporation, ) <br>  ) <br> Defendant. ) | Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

**FOUNDRY NETWORKS, INC.'S NOTICE OF DEPOSITION
OF ERIC GRUBEL**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant and counterclaimant Foundry Networks Inc. will take the deposition of Eric Grubel at the offices of Howrey LLP, 525 Market Street, Suite 3600, San Francisco, California 94105, commencing at 9:30 a.m. on September 22, 2006, or at such time and place as may be agreed upon by counsel.

The deposition will be taken upon oral examination before an officer authorized by law to administer oaths, and will continue from day to day thereafter, excluding weekends and holidays, until it is completed. The deposition will be recorded stenographically, by video, and electronically, using LiveNote.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| William L. Anthony<br>Matthew H. Poppe<br>Michael F. Heafey<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>(650) 614-7400 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000<br>    provner@potteranderson.com |
| K.T. Cherian<br>Constance Ramos<br>Howrey LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, California 94105<br>(415) 848-4930 | *Attorneys for Defendant/Counterclaimant<br>Foundry Networks, Inc.* |

Dated: August 25, 2006

747584

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 25, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on August 25, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com