IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

### FOUNDRY NETWORKS, INC.'S NOTICE OF DEPOSITION OF TOM EGGEMEIER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant and counterclaimant Foundry Networks Inc. will take the deposition of Tom Eggemeier at the offices of Howrey LLP, 525 Market Street, Suite 3600, San Francisco, California 94105, commencing at 9:30 a.m. on September 26, 2006, or at such time and place as may be agreed upon by counsel.

The deposition will be taken upon oral examination before an officer authorized by law to administer oaths, and will continue from day to day thereafter, excluding weekends and holidays, until it is completed. The deposition will be recorded stenographically, by video, and electronically, using LiveNote.

                                      POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William L. Anthony                           By: /s/ Philip A. Rovner
Matthew H. Poppe                             Philip A. Rovner (#3215)
Michael F. Heafey                             Hercules Plaza
Orrick, Herrington & Sutcliffe LLP         P.O. Box 951
1000 Marsh Road                               Wilmington, Delaware  19899-0951
Menlo Park, California  94025             (302) 984-6000
(650) 614-7400                                 provner@potteranderson.com

K.T. Cherian                                    *Attorneys for Defendant/Counterclaimant*
Constance Ramos                            *Foundry Networks, Inc.*
Howrey LLP
525 Market Street
Suite 3600
San Francisco, California 94105
(415) 848-4930

Dated:  August 25, 2006

747705

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, Philip A. Rovner, hereby certify that on August 25, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

      I hereby certify that on August 25, 2006 I have sent by E-mail the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

      /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com