REDACTED VERSION – PUBLICLY FILED

# EXHIBIT K

# REDACTED

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT L

REDACTED VERSION – PUBLICLY FILED





Log In | My Account

Home > Articles > Computing > Software Engineering > Architecture, Design, & Planning > Enterprise Network Design Patterns: High Availability

# Enterprise Network Design Patterns: High Availability

By Sun Microsystems.
Article is provided courtesy of Prentice Hall PTR.
Date: Dec 20, 2002.

📖 Save    🖥 Discuss    🖨 Print    ✉ E-mail



## Article Information

### Contents

1. Physical Network Topology and Availability
2. Layer 2 Availability: Trunking —802.3ad— Link Aggregation
3. Layer 2 Availability: Spanning Tree Protocol
4. Layer 3—VRRP Router Redundancy
5. Layer 3—IPMP—Host Network Interface Redundancy
6. Layer 3—Integrated VRRP and IPMP
7. Layer 3—OSPF Network Redundancy— Rapid Convergence
8. Layer 3—RIP Network Redundancy
9. Conclusion

### Article Description

High availability considerations extend well beyond individual servers in today's enterprise. Ultimately, availability is only as good as the networking infrastructure. This article presents the key issues, explores available network topologies and protocols, and makes recommendations for their application in creating a highly available network.

### Related Book



Enterprise Data Center Design and Methodology
$70.20 (Save 10%)

## You May Also Like

**Refactoring Efforts: Part 2 - the Evaluation**
By Bob Grogan
Jun 14, 2002

**Refactoring Classes, Objects, and People: Part 1: The Decision Process**
By Bob Grogan
Mar 8, 2002

**Publish and Subscribe Using C++ and the Observer Pattern**
By Stephen Morris
May 27, 2005

See All Related Articles

## Layer 2 Availability: Trunking —802.3ad— Link Aggregation

Link aggregation or trunking increases availability by distributing network traffic over multiple physical links. If one link breaks, the load on the broken link is transferred to the remaining links.

IEEE 802.3ad is an industry standard created to allow the trunking solutions of various vendors to interoperate. Like most standards, there

**Search Related Safari Books**



REDACTED VERSION – PUBLICLY FILED

# EXHIBIT M

REDACTED VERSION – PUBLICLY FILED

Foundry NetIron XMR/MLX Configuration Guide

To display the configurable tables, their defaults and maximum values, enter the following command at any level of the CLI:

```
NetIron# show default values

telnet@ro(config)#show default values
sys log buffers:50         mac age time:300 sec      telnet sessions:5

ip arp age:10 min          bootp relay max hops:4    ip ttl:64 hops
ip addr per intf:24

when multicast enabled :
igmp group memb.:140 sec   igmp query:60 sec

when ospf enabled :
ospf dead:40 sec           ospf hello:10 sec          ospf retrans:5 sec
ospf transit delay:1 sec

when bgp enabled :
bgp local pref.:100        bgp keep alive:60 sec      bgp hold:180 sec
bgp metric:10              bgp local as:1             bgp cluster id:0
bgp ext. distance:20       bgp int. distance:200      bgp local distance:200

when IS-IS enabled :
isis hello interval:10 sec      isis hello multiplier:3
isis port metric:10             isis priority:64
isis csnp-interval:10 sec       isis default-metric:10
isis distance:115               isis lsp-gen-interval:10 sec
isis lsp-interval:33 msec       isis lsp-refresh-interval:900 sec
isis max-lsp-lifetime:1200 sec  isis maximum-paths:4
isis retransmit-interval:5 sec  isis spf-interval:5 sec
```

| System Parameters | Default | Maximum | Current |
|---|---|---|---|
| mac | 32768 | 65536 | 32768 |
| vlan | 512 | 4095 | 512 |
| spanning-tree | 32 | 128 | 32 |
| rstp | 32 | 128 | 32 |
| ip-arp | 8192 | 65536 | 8192 |
| ip-static-arp | 2048 | 4096 | 2048 |
| multicast-route | 8192 | 153600 | 8192 |
| dvmrp-route | 2048 | 16384 | 2048 |
| dvmrp-mcache | 4096 | 4096 | 4096 |
| pim-mcache | 4096 | 4096 | 4096 |
| igmp-max-group-addr | 1024 | 4096 | 1024 |
| ip-cache | 204800 | 524288 | 524288 |
| ip-route | 204800 | 524288 | 524288 |
| ip-subnet-port | 24 | 128 | 24 |
| virtual-interface | 255 | 4095 | 255 |
| session-limit | 32768 | 163840 | 32768 |
| ip-filter-sys | 4096 | 4096 | 4096 |
| mgmt-port-acl-size | 20 | 100 | 20 |
| l2-acl-table-entries | 64 | 256 | 64 |
| vlan-multicast-flood | 0 | 4095 | 0 |

*Syntax:* show default values

FN A_00396093

REDACTED VERSION – PUBLICLY FILED

Foundry NetIron XMR/MLX Configuration Guide 

## Assigning a Mirror Port and Monitor Ports

You can monitor traffic on NetIron XMR-Series router ports by configuring another port to "mirror" the traffic on the ports you want to monitor. By attaching a protocol analyzer to the mirror port, you can observe the traffic on the monitored ports.

Monitoring traffic on a port is a two-step process:

* Enable a port to act as the mirror port. This is the port to which you connect your protocol analyzer.

* Enable monitoring on the ports you want to monitor.

You can monitor input traffic, output traffic, or both.

Any port on a module can operate as a mirror port and you can configure more than one mirror port. You can configure the mirror ports on different modules and you can configure more than one mirror port on the same module.

### Configuration Guidelines for Monitoring Traffic

Use the following considerations when configuring mirroring for inbound and outbound traffic:

* Any port can be mirrored and monitored except for the management port.

* Only one inbound mirror port can be configured for any inbound monitor port.

* Only one outbound mirror port can be configured for any outbound monitor port.

* Trunk ports can be configured as either an inbound or outbound monitor port.

* Trunk ports cannot be configured as neither an inbound nor and outbound mirror port.

### Syntax for Port Mirroring and Monitoring

To configure ethernet port 3/1 for port mirroring, enter the following command:

```
NetIron(config)# mirror-port ethernet 3/1
```

*Syntax:* mirror-port ethernet <slot>/<portnum>

Enter the slot and port number of the port that will be the mirrored.

```
NetIron(config)# interface ethernet 4/1
NetIron(config-if-4/1)# monitor ethernet 3/1
```

To configure ethernet port 3/1 for port mirroring, enter the following command:

*Syntax:* monitor ethernet <slot>/<portnum> both | input | output

Enter the slot and port number of the port that will serve as the monitor port. This port cannot be the same as the mirror port.

Specify input if the port will monitor incoming traffic, output to monitor outgoing traffic, or both to monitor both types of traffic.

## Monitoring an Individual Trunk Port

By default, when you monitor the primary port in a trunk group, aggregated traffic for all the ports in the trunk group is copied to the mirror port. You can configure the device to monitor individual ports in a trunk group. You can monitor the primary port or a secondary port individually.

---

NOTE:   You can use only one mirror port for each monitored trunk port.

---

To monitor traffic on an individual port in a trunk group, enter commands such as the following:

```
NetIron# mirror ethernet 2/1
NetIron(config)# trunk switch ethernet 4/1 to 4/8
```

FN A_00396103