IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

## FOUNDRY NETWORKS, INC.'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

(As to Count I only)

Dated: August 25, 2006

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
Email: provner@potteranderson.com

*Attorneys for Defendant/Counterclaimant Foundry Networks, Inc.*

Defendant Foundry Networks, Inc. ("Foundry") submits this motion for leave to file Amended Answer and Counterclaim pursuant to Fed. R. Civ. P. 15(a) for the reasons set forth in the accompany Opening Brief in Support of its Motion for Leave to File Amended Answer and Counterclaim.

A copy of Foundry's proposed Amended Answer and Counterclaim is attached hereto as Exhibit A. A black-lined copy of Foundry's proposed Amended Answer and Counterclaim showing the changes from the original Answer pursuant to Local Rule 15.1 is attached hereto as Exhibit B.

WHEREFORE, Foundry respectfully requests that the Court grant its motion and enter the proposed Order attached hereto as Exhibit C.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

(As to Count I only)

Dated: August 25, 2006
747483

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendant/Counterclaimant
Foundry Networks, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 25, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on August 25, 2006 I have sent by E-mail and Federal Express the foregoing document to the following non-registered participant:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com