# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-418-SLR |
| v. | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

## ORDER ON FOUNDRY NETWORKS, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIM

The Court, having considered Foundry Networks, Inc.'s Motion for Leave to File Amended Answer and Counterclaim, is of the opinion that the motion should be GRANTED.

The Amended Answer and Counterclaim is deemed filed and served as of the date of this Order.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE