# EXHIBIT A

# Computer-Communication Network Design and Analysis

MISCHA SCHWARTZ

*Library of Congress Cataloging in Publication Data*

Schwartz, Mischa (date)
   Computer-communication network design and analysis.

   Bibliography: p.
   1. Data transmission systems.  2. Computer networks.  I. Title.
TK5105.S38     621.38     76-54691
ISBN 0-13-165134-X

© 1977 by Prentice-Hall, Inc., Englewood Cliffs, N. J.  07632

All rights reserved. No part of this book may
be reproduced in any form or by any means
without permission in writing from the publisher.

10  9  8  7  6  5  4  3  2  1

Printed in the United States of America

PRENTICE-HALL INTERNATIONAL, INC., *London*
PRENTICE-HALL OF AUSTRALIA PTY. LIMITED, *Sydney*
PRENTICE-HALL OF CANADA, LTD., *Toronto*
PRENTICE-HALL OF INDIA PRIVATE LIMITED, *New Delhi*
PRENTICE-HALL OF JAPAN, INC., *Tokyo*
PRENTICE-HALL OF SOUTHEAST ASIA PTE. LTD., *Singapore*
WHITEHALL BOOKS LIMITED, *Wellington, New Zealand*

# Elements of Queueing Theory 6

Queueing theory plays a key role in the quantitative understanding of computer-communication networks. It is apparent from our discussion of these networks thus far that queues develop at each concentration point (node) in the network as messages arrive and wait for service. In fact, as has been stressed over and over again, one of the primary factors in the time delay messages encounter in traversing a network is just the queueing delay due to waiting for service.

The actual queueing delay encountered depends on the statistics of the messages arriving and the so-called service discipline—the way in which messages are handled at each concentrator. The overall network itself can be visualized as an interactive network of queues. The concentration and buffering aspects of network design, as well as routing, flow control, and other overall network operating characteristics, depend critically on an understanding of queueing theory for their quantitative characterization. We have already used one simple equation from queueing theory, the average time delay $T = 1/(\mu C - \lambda)$ of a message queued in an infinite buffer, to carry out the capacity assignment calculations of previous chapters.

Because of the intimate connection of queueing theory to the analysis and design of computer-communication networks, we shall take time out in this chapter to provide a simple introduction to some of the basic aspects of queueing theory. Later chapters will take up additional topics in the context of applications where needed. The reader is referred to the ever-growing literature on queueing theory for additional information and more thorough

103



Fig. 6-1. Model of buffering process at a concentrator.

presentations where desired. A good first book in the subject is *Queues*, by D. R. Cox and W. L. Smith, Chapman and Hall, London, 1961. The two-volume series, *Queueing Systems*, by L. Kleinrock, Wiley-Interscience, 1975-76, is particularly up-to-date and comprehensive.

To approach queueing as simply as possible consider the simplest model of the queueing process at a concentrator node, as shown in Fig. 6-1. This is of course the same model used in earlier chapters in determining time delay at a node in message store-and-forward systems. We intend now as the first task in approaching queueing theory to derive the expression $T = 1/(\mu C - \lambda)$ used in previous chapters, and to indicate the underlying assumptions involved.

Messages are shown arriving at the input to the buffer. (These can be coming from a group of message sources directly connected to the concentrator or coming in on a line from another concentrator.) These messages are shown as having length $1/\mu$ data units (bits, bytes, characters, etc.). Messages in the buffer are serviced by the outgoing trunk, capable of transmitting $C$ data units/sec. (Transmission takes place of course only if there are messages waiting in the buffer.)

Say a message arrives and $n$ messages are waiting ahead of it in the buffer. The time taken to serve this message to completion, or the total delay time, is

$$T = \text{service time} + \text{waiting time}$$
$$= \frac{1}{\mu C} + \frac{n}{\mu C} \text{ sec} \qquad (6\text{-}1)$$

Here for simplicity all messages are assumed to have the same length $1/\mu$ and to be served first come-first served. The delay time thus depends, in addition to the message length and the trunk capacity $C$, on the state $n$ of the buffer. It is this state that we must in general determine statistically. The average of $T$ in Eq. (6-1) over all states will then lead to a desired expression for *average time delay*.

This state depends on several things:

1. Statistics of the incoming messages, the so-called arrival process. This includes message length, or the service-time distribution.

2. Service discipline—
   a. first-come-first-served or, possibly, some form of priority structure
   b. size of buffer (finite or whether assumed infinite)
   c. number of outgoing trunks or the number of servers
   d. whether the queue is truly independent of other queues, or connected in some sort of network.

In the next section we choose the simplest example, that of an infinite buffer handling Poisson arrivals with exponentially-distributed message lengths. It is this model that gives rise to the expression for average time delay used in previous chapters.

## M/M/1 QUEUES: POISSON ARRIVALS, EXPONENTIAL SERVICE TIMES

We have already noted several times in this book that we assume Poisson arrivals as the model for the message arrival process. It is the most common description of the arrival process in queueing theory and has been used in almost all applications of that theory. Telephone traffic, for example, is often modeled as a Poisson process. The limited measurements taken to date of message statistics in computer-communication networks substantiate this model as well.

The defining assumptions for a Poisson process are as follows: Consider a small time interval $\Delta t$, with $\Delta t \to 0$.

1. The probability of one arrival in $\Delta t$ sec is then $\lambda \Delta t \ll 1$, *independent* of arrivals in adjacent (past or future) time slots. The assumption then is that the chance of an arrival is proportional to the time interval; $\lambda$, the proportionality constant, is thus assumed to be a fixed known constant in this case.

2. The probability of *no* arrivals in $\Delta t$ is $1 - \lambda \Delta t$. The process then effectively rules out more than one arrival in $\Delta t$ as $\Delta t \to 0$.

It may then be shown, through quite elementary methods, that the statistics of arrivals in a much larger interval, say $T$, obey the Poisson distribu-

# Concentration and Buffering in Store-and-Forward Networks 7

 hap. 3 through 5 we concentrated on overall network design—the
 n of trunk capacity to links of a network and its relation to message
  time delay-capacity-cost trade-offs, the effect of network structure
   ge routing strategy on time delay and cost, and so on. We shall
   ome of these global questions in later chapters, discussing in more
   example, routing in networks, flow control and topological
  ion. In this chapter and the one following we focus more specifi-
  he design of concentrators using asynchronous or statistical multi-
   entering messages into the network. In Chap. 12 and 13 we shall
   o other techniques, polling and random access, for entering
  nto a network. The design questions to be considered in this part of
   ocusing on buffering considerations at a concentrator, include the


 hat size buffers should be used to keep the message blocking
  to within specified design limits?

 H w is this related to message statistics and to outgoing trunk

  hat are the time delays expected for varying traffic and message

  hat is the effect of dynamic buffering and message block storage?

<mark>135</mark>

Some of these questions can be answered rather quickly to a first approximation by assuming Poisson statistics and exponential message lengths and using the M/M/1 queue analysis discussed in the previous chapter. We have already used the simple time delay result $T = 1/(\mu C - \lambda)$ in discussing network capacity allocations. In this chapter and the one following we shall try to be more realistic, however, using more appropriate models for message statistics. We shall in fact compare these possibly more realistic models with the much simpler M/M/1 approach.

Some of the basic problems involved in allowing messages to enter a network, in allocating buffer storage, in assembling them, either singly or in combined fashion, in block form, and then reading them out over a specified trunk, have been noted in Chap. 2 in discussing examples of representative systems. More detailed discussions of the various types of concentration methods, of typical processor configurations, and of the software problems involved, may be found in the current literature.* In this chapter and Chap. 8 we focus on more quantitative aspects in an attempt to come up with specific design information.

Note from the above summary of the concentration process that there are essentially three parts to the process:

1. entry of messages
2. message assembly
3. message readout.

Entry may be carried out by a scanning process (either sequentially or with priority) in which the various ports are continually scanned following a predetermined strategy to see if messages are waiting to enter the system, or an interrupt procedure may be used in which an incoming message notifies the processor that it desires entry. For the purposes of this chapter we assume that entry into the nodal processor is so rapid as to be almost instantaneous, so that we shall effectively ignore the type of strategy used. (The various strategies differ of course in their hardware and software requirements.) We shall focus here, as already noted, on the buffering problems related to message assembly and message readout.

A simplified model of the processor now might look as shown in Fig. 7-1. The outgoing block assembly box represents the process of forming message packets and adding control and header information. It could well

---

*See, e.g., the following three papers in the special issue on Computer-Communications, *Proc. IEEE*, 60, no. 11, Nov. 1972, as well as references included therein:
D. R. Doll, "Multiplexing and Concentration," pp. 1313–21;
C. B. Newport and J. Ryzlak, "Communication Processors," pp. 1321–32;
D. L. Mills, "Communication Software," pp. 1333–41.

CONCENTRATION, BUFFERING IN STORE-AND-FORWARD NETWORKS   137



Fig. 7-1. Simplified model, processor.

will be combined with the message storage box. The service strategy box includes the process of scanning the buffer for messages destined for a particular output link as well as the strategy of assigning one or more trunks needed to handle messages over that link.

Some of the particular design questions that have been considered in the literature and which we would like to discuss in these two chapters include, as already noted in part, buffer sizes needed, the effect of a varying number of output trunks, dynamic buffering, message storage by block and optimum block size, the effect of message overhead, etc. Software considerations play a key role in the entire process of message concentration. The complexity of the software needed and the resultant program storage requirements are critical in any real design. These problems are difficult to handle quantitatively, however. Instead we shall focus here on the much simpler queueing-type questions relating to the probability of buffer overflow, the average message time delay due to buffering (determined from the average buffer occupancy), and the number of customers (traffic) that may be accommodated for specified values of buffer overflow probability and time delay.

In developing design parameters for the concentrator or communications processor we shall start with the simplest model and work our way up, adding complexity as needed. Thus the first model we shall assume, essentially a simplification of Fig. 7-1, consists of an infinite length buffer, with discrete length messages arriving according to some specified statistical distribution, and with an output trunk *synchronously* removing message units at a rate of 1 message unit/$\Delta$ sec.* (The unit here can be bit, byte, character, or group of characters, of fixed duration.) The line capacity $C$ is then just $C = 1/\Delta$ units/sec. A diagram of this simple model is shown in Fig. 7-2a. The analysis of this simple queueing model is readily extended to the multiple user model of Fig. 7-2b, with inputs assumed statistically multiplexed.

We shall be able to come up with expressions in both cases for the average buffer occupancy or average message time delay as a function of the input traffic as well as buffer sizes needed to attain a specified blocking probability. These differ from the previous M/M/1 or M/G/1 queueing

*W. W. Chu and A. G. Konheim, "On the Analysis and Modeling of a Class of Computer Communication Systems," *IEEE Trans. on Communications*, COM-20, no. 3, June 1972, part II, special issue on computer-communications, 645–60.

138    CONCENTRATION, BUFFERING IN STORE-AND-FORWARD NETWORKS



Fig. 7-2. Processor queueing model for analysis.

results: first, in the more realistic assumption of *discrete* rather than continuous message statistics; second, in the emphasis on storage of data units rather than messages as in the M/M/1 case. Buffer design focuses on data unit (bit, byte, or character) storage. We shall show how one determines the probability of exceeding a specified level of buffer occupancy. For this probability small ($\ll 1$) it is very nearly the same as the probability of buffer overflow (or message blocking) in the finite buffer case, so that design curves can be obtained relating buffer size to the expected number of message arrivals and average message length, for a specified probability.

We shall check these results in the next chapter by reviewing some work appearing in the literature that takes finite buffer size into account. We shall then go on to discuss dynamic buffering and the storage of messages from multiple inputs in block format. In all of this we try where possible to compare the results obtained with those obtained assuming exponential message lengths, the M/M/1 queue assumption.

To begin our analysis of the single input model of Fig. 7-2, we resort to the stratagem used in the previous chapter in discussing M/G/1 queues, as well as the analysis there of time delay in priority queues. We focus on significant time intervals encountered in the queueing process. In the case of the M/G/1 queue these times were the message completion times and were, of necessity, themselves random variables (see Fig. 6-8). In this case we assume a synchronous output line (trunk) outputting precisely one data unit (bit, byte, or character, for example) every $\Delta$ sec.* The time interval is then always $\Delta$ sec. The statistics of operation of the processor models of Fig. 7-2 will be written in terms of the states of the buffer at the end of each time interval $\Delta$ sec long. Except for the emphasis here on time intervals required to transmit one data unit, the approach used is essentially the same as that of the

*Ibid.

M/G/1 queue in the previous chapter, and the equations developed will be identical: the ones here focusing on the number of data units residing in the buffer, the ones in Chap. 6 on messages. Consider therefore the timing diagram shown in Fig. 7-3. In any one time interval $\Delta$ sec long, one unit of data is removed from the buffer *if* the buffer had at least one unit stored at the beginning of that interval. Any unit of data entering the buffer during that same interval must wait to at least the next time interval to be served. Let $L_j$ be the number of data units residing in the buffer at the end of the $j$th time



Fig. 7-3. Timing diagram.

interval just prior to the beginning of the $(j + 1)$ interval as shown in Fig. 7-3. Let $D_j$ units be the number of data units arriving during the $j$th interval. (It is apparent that the average of $D_j$ must be less than 1 to prevent the buffer from building up indefinitely.) Then the relation between the number of units buffered at the end of the $j$th time interval and those buffered at the end of the $(j - 1)$ interval must be given by

$$L_j = (L_{j-1} - 1) + D_j, \quad \text{if} \quad L_{j-1} \geq 1 \qquad (7\text{-}1)$$
$$= D_j \quad \text{if} \quad L_{j-1} = 0$$

Using this simple relation one can obtain the essential statistics of operation of the processor models of Fig. 7-2. As noted above, this equation is exactly of the form of Eq. (6-31) of Chap. 6, showing the variation of message queue lengths with time in the M/G/1 queue.

Equation (7-1) can be rewritten in various equivalent forms from which equilibrium statistics can be found. For example, the form of Eq. (6-31a) gives rise to an expression suitable for analysis with moment-generating functions, from which the equilibrium probabilities of state of the buffer can be derived. This was carried out in detail in Chap. 6 in discussing the M/G/1 queue. We review the application of that approach to the case here, involving synchronous transmission and data unit storage, later in this chapter. We focus instead at this point on another form of Eq. (7-1) from which average buffer lengths and average time delay are more readily found. The application to the M/G/1 queue appears in Problem 6.9.