IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 1:05 CV 418<br><br>(JURY TRIAL DEMANDED) |

### NOTICE OF DEPOSITION OF MEHUL DHOLAKIA

PLEASE TAKE NOTICE that Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. ("Alcatel") shall take the deposition upon oral examination of Mehul Dholakia, pursuant to Rule 30, Fed.R.Civ.P., at ORRICK, HERRINGTON & SUTCLIFFE LLP, 1000 Marsh Road, Menlo Park, CA 94025, or other mutually agreeable location, beginning on **October 2, 2006, at 9:00 a.m.**, and continuing from day-to-day until completed.

The deposition will be recorded videographically and stenographically. You are invited to attend and cross examine.

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Dated: August 28, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*jshaw@ycst.com*

*Attorneys for Alcatel USA Resources, Inc.*

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on August 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on August 28, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL AND U.S. MAIL

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400

Henry C. Bunsow, Esquire
*BunsowH@howrey.com*
K.T. Cherian, Esquire
*cheriank@howrey.com*
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94150
415-848-4900

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*jshaw@ycst.com*
Attorneys for Plaintiffs

DB01:1632458.1