IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 1:05 CV 418<br><br>(JURY TRIAL DEMANDED) |

**NOTICE OF DEPOSITION OF TIMOTHY HEFFNER**

PLEASE TAKE NOTICE that Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. ("Alcatel") shall take the deposition upon oral examination of Timothy Heffner, pursuant to Rule 30, Fed.R.Civ.P., at ORRICK, HERRINGTON & SUTCLIFFE LLP, 1000 Marsh Road, Menlo Park, CA 94025, or other mutually agreeable location, beginning on **September 26, 2006, at 9:00 a.m.**, and continuing from day-to-day until completed.

The deposition will be recorded videographically and stenographically. You are invited to attend and cross examine.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

/s/ John W. Shaw
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Dated: August 28, 2006

*Attorneys for Alcatel USA Resources, Inc.*

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on August 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on August 28, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

| | |
|---|---|
| William L. Anthony, Esquire<br>*wanthony@orrick.com*<br>Matthew H. Poppe, Esquire<br>*mpoppe@orrick.com*<br>Michael F. Heafey, Esquire<br>*mheafey@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>650-614-7400 | Henry C. Bunsow, Esquire<br>*BunsowH@howrey.com*<br>K.T. Cherian, Esquire<br>*cheriank@howrey.com*<br>HOWREY LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA 94150<br>415-848-4900 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*jshaw@ycst.com*
Attorneys for Plaintiffs

DB01:1632458.1