# EXHIBIT A

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., <br>    a Delaware Corporation, and <br> ALCATEL INTERNETWORKING, INC., <br>    a California Corporation, <br><br>         Plaintiffs, <br><br>        v. <br><br> FOUNDRY NETWORKS, INC., <br>    a Delaware Corporation, <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:05 CV 418 |

## ALCATEL'S SUPPLEMENTAL RESPONSE TO FOUNDRY'S FIRST SET OF
## INTERROGATORIES REGARDING PLAINTIFF'S COUNT I (NOS. 1-6)

Plaintiff Alcatel USA Resources, Inc. (herein "Alcatel" or "Alcatel USA"), hereby submits its
objections and supplemental responses to the First Set of Interrogatories Regarding Plaintiff's Count
I (Nos. 1-7) propounded by Foundry Networks, Inc. ("Foundry"), as follows.    While the
interrogatories appear directed to both plaintiffs regarding Count I, that was clearly in-error since
Alcatel Internetworking, Inc. is not the plaintiff for Count I.

## GENERAL OBJECTIONS

Alcatel restates and incorporates by reference all previous objections to these interrogatories.

By agreeing to supplement as considered below, Alcatel does not acknowledge it was required to

supplement.

1

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

## INTERROGATORIES

### Interrogatory No. 1

Identify all Foundry products that Alcatel contends infringe the patents in suit including
which specific claims are infringed by each Foundry product identified.

### Response:

Subject to the General Objections, and subject to supplementation upon receipt and analysis

of Foundry discovery, see the claim charts attached hereto. Alcatel reserves the right to supplement

this answer for any reason, including in response to receipt of additional discovery, in response to

retained expert review of any discovery, or in response to claim interpretation orders.

### Supplemental Response:

Discovery is continuing, Alcatel's review of Foundry-produced discovery is continuing (e.g.,

very recently produced source code), and Alcatel's expert review has not yet commenced.

Nonetheless, Alcatel refers to the following chart to show that the named products and product lines

possess the features which cause the infringement which were identified in the previously-served

claim charts. This list of model numbers supersedes the previous list of model numbers.

| Note: Alcatel awaits production of further response on the following products: AccessIron, MetroRouter, and Workgroup Switch in order to supply more information on infringement contentions against those products. | | | | |
|---|---|---|---|---|
| **Model #s** | **Patent** | **Bates ID** | **Doc** | **Date** |
| AR1202-E | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1202-E-VPN | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1202-T | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |

2

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-ONLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| AR1202-T-VPN | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
|---|---|---|---|---|
| AR1204-E | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1204-E-VPN | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1204-T | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1204-T-VPN | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1208-E | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1208-T | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1216-E | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR1216-T | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR3201-T-CH | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR3201-T-CL | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR3202-T-CH | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| AR3202-T-CL | 840 | FN A_00350963 | AR-Series Release Notes Release 8.0 | Jul-04 |
| BigIron 15000 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| BigIron 15000 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| BigIron 15000 | 329 | FN A_00082616 | Foundry Netlron Service Provider Configuration and Management Guide | Jul-05 |
| BigIron 15000 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| BigIron 15000 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| BigIron 15000 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| BigIron 4000 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| BigIron 4000 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron 4000 | 329 | FN A_00082616 | Foundry Netlron Service Provider Configuration and Management Guide | Jul-05 |
| BigIron 4000 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| BigIron 4000 | 840 | FN A_00144950 | Foundry Serverlron Installation and Configuration Guide | Sep-00 |
| BigIron 4000 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron 4000 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron 8000 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| BigIron 8000 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron 8000 | 329 | FN A_00082616 | Foundry Netlron Service Provider Configuration and Management Guide | Jul-05 |
| BigIron 8000 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| BigIron 8000 | 840 | FN A_00144950 | Foundry Serverlron Installation and Configuration Guide | Sep-00 |
| BigIron 8000 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron 8000 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron MG8 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron MG8 | 192 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02.2.01 | Sep-05 |
| BigIron MG8 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron MG8 | 840 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02.2.01 | Sep-05 |
| BigIron MG8 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3  Enterprise Solution | Jan-03 |
| BigIron MG8 | 090 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02.2.01 | Sep-05 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| BigIron MG8 | 090 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02 2.01 | Sep-05 |
| BigIron RX - 16 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 16 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 16 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 4 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 4 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 4 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 8 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 8 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron RX - 8 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| BigIron Chassis devices with IronCore or JetCore management modules | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| BigIron with Velocity Management Module version I (VM1) | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| BigIron with Velocity Management Module version I (VM1) | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| BigIron: modles for layer-2/layer-3 switching for data centers as well as large campus networks. | 192 | FN A_00163046 | JetCoreTM Based Chassis Systems | Jun-05 |
| EdgeIron 2402CF | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| EdgeIron 2402CF | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| EdgeIron 2402CF | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| EdgeIron 24G | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| EdgeIron 24G | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| EdgeIron 24G | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| EdgeIron 24G-A | 192 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G Releases 2.2 4.21 | Nov-04 |

5

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-ONLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| EdgeIron 24G-A | 840 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |
| EdgeIron 24G-A | 090 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |
| EdgeIron 24GS | 192 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |
| EdgeIron 24GS | 192 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 24GS | 840 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |
| EdgeIron 24GS | 840 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 24GS | 090 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |
| EdgeIron 24GS | 090 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 4802CF | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| EdgeIron 4802CF | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| EdgeIron 4802CF | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| EdgeIron 48G | 192 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |
| EdgeIron 48G | 840 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |
| EdgeIron 48G | 090 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G  Releases 2.2.4.21 | Nov-04 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-ONLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| EdgeIron 48GS | 192 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G Releases 2.2.4.21 | Nov-04 |
| EdgeIron 48GS | 192 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 48GS | 840 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G Releases 2.2.4.21 | Nov-04 |
| EdgeIron 48GS | 840 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 48GS | 090 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G Releases 2.2.4.21 | Nov-04 |
| EdgeIron 48GS | 090 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 8X10G | 192 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G Releases 2.2.4.21 | Nov-04 |
| EdgeIron 8X10G | 192 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 8X10G | 840 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G Releases 2.2.4.21 | Nov-04 |
| EdgeIron 8X10G | 840 | FNA_00382797 | July Field Training | Jul-05 |
| EdgeIron 8X10G | 090 | FN A_00355006 | Release Notes EdgeIron 24GS, 48GS, 24G-A, 48G and 8X10G Releases 2.2.4.21 | Nov-04 |
| EdgeIron 8X10G | 090 | FNA_00382797 | July Field Training | Jul-05 |
| FastIron 1500 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FastIron 1500 | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| FastIron 1500 | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron 1500 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron 1500 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| FastIron 1500 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |

7

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| FastIron 1500 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron 1500 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| FastIron 1500 | 090 | FN A_00067043 | Release Notes for IronWare Software Release 07.8.01 | Oct-04 |
| FastIron 1500 | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron 400 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| FastIron 400 | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| FastIron 400 | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron 400 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron 400 | 329 | FN A_00082616 | Foundry    NetIron    Service    Provider Configuration and Management Guide | Jul-05 |
| FastIron 400 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| FastIron 400 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron 400 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| FastIron 400 | 090 | FN A_00067043 | Release Notes for IronWare Software Release 07.8.01 | Oct-04 |
| FastIron 400 | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron 800 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| FastIron 800 | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| FastIron 800 | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron 800 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron 800 | 329 | FN A_00082616 | Foundry    NetIron    Service    Provider Configuration and Management Guide | Jul-05 |
| FastIron 800 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| FastIron 800 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
|---|---|---|---|---|
| FastIron 800 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FastIron 800 | 090 | FN A_00067043 | Release Notes for IronWare Software Release 07.8.01 | Oct-04 |
| FastIron 800 | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron SuperX | 840 | FN A_00360372 | Release Notes for IronWare Software Release 02.1.00 FastIron SuperX TurboIron SuperX | Mar-05 |
| FastIron SuperX | 090 | FN A_00360372 | Release Notes for IronWare Software Release 02.1.00 FastIron SuperX TurboIron SuperX | Mar-05 |
| FastIron 4802 | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| FastIron 4802 | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron 4802 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron 4802 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| FastIron 4802 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron 4802 | 090 | FN A_00067043 | Release Notes for IronWare Software Release 07.8.01 | Oct-04 |
| FastIron 4802 | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron II | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| FastIron II | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| FastIron II | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| FastIron II | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| FastIron II | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| Fastlron II | 090 | FN A_00067043 | Release Notes for IronWare Software Release 07.8.01 | Oct-04 |
| Fastlron II | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| Fastlron II Plus | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| Fastlron II Plus | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| Fastlron II Plus | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| Fastlron II Plus | 329 | FN A_00082616 | Foundry    Netlron    Service    Provider Configuration and Management Guide | Jul-05 |
| Fastlron II Plus | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| Fastlron II Plus | 090 | FN A_00067043 | Release Notes for IronWare Software Release 07.8.01 | Oct-04 |
| Fastlron II Plus | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| Fastlron III | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| Fastlron III | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| Fastlron III | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| Fastlron III | 329 | FN A_00082616 | Foundry    Netlron    Service    Provider Configuration and Management Guide | Jul-05 |
| Fastlron III | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| Fastlron III | 090 | FN A_00067043 | Release Notes for IronWare Software Release 07.8.01 | Oct-04 |
| Fastlron III | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| Fastlron: models for layer-2/layer-3    switching    for enterprise applications. | 192 | FN A_00163046 | JetCoreTM Based Chassis Systems | Jun-05 |
| FES 12GCF | 192 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 12GCF | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3    Enterprise Solution | Jan-03 |
| FES 12GCF | 840 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| FES 12GCF | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 12GCF | 090 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 12GCF | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 | 192 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 Fastlron Edge Switch | Jan-03 |
| FES 2402 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 | 840 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 Fastlron Edge Switch | Jan-03 |
| FES 2402 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 | 090 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 Fastlron Edge Switch | Jan-03 |
| FES 2402 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 - POE | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 - POE | 192 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 2402 - POE | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 - POE | 840 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 2402 - POE | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 2402 - POE | 090 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 4802 | 192 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 Fastlron Edge Switch | Jan-03 |
| FES 4802 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| FES 4802 | 840 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 FastIron Edge Switch | Jan-03 |
| FES 4802 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 4802 | 090 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 FastIron Edge Switch | Jan-03 |
| FES 4802 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 4802-POE | 192 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 4802-POE | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 4802-POE | 840 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 4802-POE | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 4802-POE | 090 | FN A_00064809 | Release Notes for IronWare Software Release 03.4.01 | Sep-05 |
| FES 4802-POE | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 9604 | 192 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 FastIron Edge Switch | Jan-03 |
| FES 9604 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 9604 | 840 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 FastIron Edge Switch | Jan-03 |
| FES 9604 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES 9604 | 090 | FN A_00056579 | Release Notes for IronWare Software Release 02.0.00 FastIron Edge Switch | Jan-03 |
| FES 9604 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FES X424 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424HF | 192 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424HF | 840 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424HF | 090 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424-POE | 192 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424-POE | 840 | FNA_00382797 | July Field Training | Jul-05 |
| FES X424-POE | 090 | FNA_00382797 | July Field Training | Jul-05 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| FES X448 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| FES X448 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| FES X448 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| FWS 4802 | 192 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FWS 4802 | 840 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FWS 4802 | 090 | FN A_00377503 | Foundry's Layer 2 / Layer 3 Enterprise Solution | Jan-03 |
| FWS X424 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| FWS X424 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| FWS X424 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron 1500 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 1500 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 1500 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| NetIron 1500 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| NetIron 1500 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 1500 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 2402 | 192 | FN A_00382989 | NetIron IMR 640 | Jun-05 |
| NetIron 2402 | 329 | FN A_00382989 | NetIron IMR 640 | Jun-05 |
| NetIron 2402 | 840 | FN A_00382989 | NetIron IMR 640 | Jun-05 |
| NetIron 400 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 400 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 400 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| NetIron 400 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| NetIron 400 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |

13

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| NetIron 400 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 40G | 192 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02.2.01 | Sep-05 |
| NetIron 40G | 840 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02.2.01 | Sep-05 |
| NetIron 40G | 090 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02.2.01 | Sep-05 |
| NetIron 40G | 090 | FNA_00354630 | Release Notes for Terathon IronWare Software Release 02.2.01 | Sep-05 |
| NetIron 4802 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 4802 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| NetIron 4802 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 800 | 192 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron 800 | 329 | FN A_00082616 | Foundry NetIron Service Provider Configuration and Management Guide | Jul-05 |
| NetIron 800 | 840 | FN A_00079430 | Foundry Switch and Router Command Line Interface Reference | Jul-05 |
| NetIron IMR 640 | 192 | FN A_00382989 | NetIron IMR 640 | Jun-05 |
| NetIron IMR 640 | 329 | FN A_00382989 | NetIron IMR 640 | Jun-05 |
| NetIron IMR 640 | 840 | FN A_00382989 | NetIron IMR 640 | Jun-05 |
| NetIron MLX | 192 | FN A_00395966 | Foundry NetIron XMR/MLX Configuration Guide | Feb-06 |
| NetIron MLX | 329 | FN A_00395966 | Foundry NetIron XMR/MLX Configuration Guide | Feb-06 |
| NetIron MLX | 840 | FN A_00395966 | Foundry NetIron XMR/MLX Configuration Guide | Feb-06 |
| NetIron XMR 16000 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 16000 | 329 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 16000 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 16000 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 4000 | 192 | FNA_00382797 | July Field Training | Jul-05 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| NetIron XMR 4000 | 329 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 4000 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 4000 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 8000 | 192 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 8000 | 329 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 8000 | 840 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron XMR 8000 | 090 | FNA_00382797 | July Field Training | Jul-05 |
| NetIron Chassis devices with IronCore or JetCore management modules | 192 | FN A_00064191 | Release Notes for IronWare Software Release 07.6.03 | May-03 |
| NetIron Internet Backbone router | 192 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| NetIron Internet Backbone router | 090 | FN A_00079230 | Foundry Security Guide | Jul-05 |
| NetIron: modles for layer-2/layer-3 and MPLS switching for service providers, and wide area network backbones. | 192 | FN A_00163046 | JetCoreTM Based Chassis Systems | Jun-05 |
| ServerIron 450 | 840 | FN A_00056857 | Release Notes for ServerIron IronWare Software Release 09.2.00S | Oct-04 |
| ServerIron 850 | 840 | FN A_00056857 | Release Notes for ServerIron IronWare Software Release 09.2.00S | Oct-04 |
| ServerIron GT E10Gx2 | 840 | FN A_00056857 | Release Notes for ServerIron IronWare Software Release 09.2.00S | Oct-04 |
| ServerIron GT EGx2 | 840 | FN A_00056857 | Release Notes for ServerIron IronWare Software Release 09.2.00S | Oct-04 |
| ServerIron GT EGx4 | 840 | FN A_00056857 | Release Notes for ServerIron IronWare Software Release 09.2.00S | Oct-04 |
| ServerIron XL | 840 | FN A_00144950 | Foundry ServerIron Installation and Configuration Guide | Sep-00 |
| ServerIron XL | 840 | FN A_00380971 | URL Switching with ServerIron | |
| ServerIron XL/G | 840 | FN A_00144950 | Foundry ServerIron Installation and Configuration Guide | Sep-00 |
| ServerIron XL/TCS | 840 | FN A_00144950 | Foundry ServerIron Installation and Configuration Guide | Sep-00 |

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO
PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

| | | | | |
|---|---|---|---|---|
| Serverlron 100 | 840 | FN A_00056857 | Release Notes for Serverlron IronWare Software Release 09.2.00S | Oct-04 |
| Serverlron 400 | 840 | FN A_00056857 | Release Notes for Serverlron IronWare Software Release 09.2.00S | Oct-04 |
| Serverlron 800 | 840 | FN A_00056857 | Release Notes for Serverlron IronWare Software Release 09.2.00S | Oct-04 |
| TurboIron SuperX | 840 | FN A_00360372 | Release Notes for IronWare Software Release 02.1.00 FastIron SuperX TurboIron SuperX | Mar-05 |
| TurboIron SuperX | 090 | FN A_00360372 | Release Notes for IronWare Software Release 02.1.00 FastIron SuperX TurboIron SuperX | Mar-05 |

Alcatel intends to continue to supplement this interrogatory answer as appropriate.


**Interrogatory No. 2**

State in a chart how each Foundry product identified in Interrogatory No. 1 infringes each of the corresponding claims. These charts should: A) identify specifically where each element of each asserted claim is found within each Foundry product; B) identify for each asserted claim element that Alcatel contends is a means-plus-function element governed by 35 U.S.C. §112(6), the structures, acts, or materials in each Foundry product that performs the claimed function; and C) state whether each element of each asserted claim is literally present or present under the doctrine of equivalents.

**Response:**

Subject to the General Objections, and subject to supplementation upon receipt and analysis of Foundry discovery, see the claim charts attached hereto. Alcatel reserves the right to supplement this answer for any reason, including in response to receipt of additional discovery, in response to retained expert review of any discovery, or in response to claim interpretation orders.

16

CONFIDENTIAL TECHNICAL INFORMATION, ATTORNEYS-EYES-0NLY; SUBJECT TO PROTECTIVE ORDER IN ALCATEL V. FOUNDRY, CASE NO. 05-418 SLR

The charts should be understood as pointing out particular evidence of both literal infringement and doctrine of equivalents infringement. That is, if any claim element is held or argued to be literally absent, then the Alcatel charts should be interpreted as identifying with specificity and particularity on an element-by-element basis what structures or acts associated with the accused Foundry products embody a substantial equivalent of such claim element. That is, the charts identify what structures or acts are only insubstantially different from the scope of the respective claim elements, if different at all. Alcatel reserves the right to provide additional doctrine of equivalents information if Foundry ever articulates a comprehensible argument attempting to rebut literal infringement.

**Supplemental Response:**

The chart in the supplemental response to Interrogatory No. 1 contains information showing which model numbers contain the features subjecting them to the infringement contentions outlined in the previously-served claim charts.





Alcatel USA Resources, Inc.,

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam W. Poff (#3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West St.
Wilmington, DE 19801
phone 302 571-6600
jingersoll@ycst.com

Timothy J. Haller
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
phone (312) 236-0733
haller@nshn.com

Attorneys for Plaintiff

41

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on June 23, 2006, I caused copies of the foregoing document to be served upon the following counsel of record as indicated below:

### BY HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

### BY E-MAIL AND U.S. MAIL

William L. Anthony, Esquire
Matthew H. Poppe, Esquire
Michael F. Heafey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7401 (fax)

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Adam W. Poff (No. 3990)
apoff@ycst.com
Karen L. Pascale (No. 2903)
kpascale@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs*

064207.1001

# EXHIBIT B

Comparison of Claims 1, 2, 4, and 16 of Henrion U.S. Patent No. 5,301,192 entitled
TEMPORARY INFORMATION STORAGE SYSTEM COMPRISING A BUFFER MEMORY STORING
DATA STRUCTURED IN FIXED OR VARIABLE LENGTH DATA BLOCK
With Foundry Edgelron, Serverlron, Netlron, Biglron, and Fastlron products – see
Attachment "Model Numbers" for additional specifics

| 1.    Temporary information storage system comprising | Per White Paper: JetCore Based Chassis Systems - 2003   "The new JetCore chipset represents the third generation of ASICs created by Foundry Networks." "Foundry's chassis systems include three series:<br><br>• Fastlron: aimed at high performance layer-2/layer-3 switching for enterprise applications.<br>• Biglron: aimed at high performance layer-2/layer-3 switching for data centers as well as large campus networks.<br>• Netlron: aimed at high performance layer-2/layer-3 and MPLS switching for service providers, and wide area network backbones.<br><br>All of the chassis series above are capable of leveraging the new JetCore architecture ...." At FN A 00163049.<br>"[T]he systems place the intelligent packet forwarding functions on the interface modules, i.e., all the interface modules incorporate their own switching engines, buffers, queues, and switching fabrics." At FN A 00163051<br><br>"The "Biglron Architecture Brief" white paper describes the high level architecture of Foundry's interface modules as per the 2nd generation chipset. The 3rd generation chipset, described here, consolidates all the required functions as well as some new functions into fewer ASICs to provide higher port density, reliability, cost savings, and added functionality." At FN A 00163051<br><br>Note: The "Biglron Architecture Technical Brief – 1999  FN A_00045748 describes the prior system which shares the same architecture and methods (switching engines, buffers, queues, and switching fabrics, etc)  Similar quotes can be found there. |
| a buffer memory storing data structured as fixed or variable length blocks of data, each of said data blocks comprising one or more data elements, and | "The shared memory buffer pool provides storage for the received packet(s) till it is time to the send packet out ...." At FN A 00163059 |

1

Comparison of Claims 1, 2, 4, and 16 of Henrion U.S. Patent No. 5,301,192 entitled
TEMPORARY INFORMATION STORAGE SYSTEM COMPRISING A BUFFER MEMORY STORING
DATA STRUCTURED IN FIXED OR VARIABLE LENGTH DATA BLOCK
With Foundry EdgeIron, ServerIron, NetIron, BigIron, and FastIron products – see
Attachment "Model Numbers" for additional specifics

| | |
|---|---|
| a data block and outlet selection queue management logic comprising | "The buffer manager is responsible for managing the packet storage space inside the shared memory." Id. "Under the control of the buffer manager, the shared memory switch fabric, also, retrieves packets from the shared memory and sends them to their destination ports, as instructed by the buffer manager." At FN A 00163059 |
| a plurality of queues for interlinking each of the data blocks to a respective destination of a plurality of destinations, such that when a data block is assigned to a destination it is sufficient to write its identity in the respective queue specific to this destination, and | "When the buffer manager is notified of the buffer number of a new packet in the shared memory, the buffer manager assigns the buffer number to the appropriate queue based on the packet's destination and priority." Id. "Foundry's architecture offers 4 queues per destination to allow up to 4 levels of traffic prioritization. The architecture honors those priority levels, and schedules service for the prioritized traffic flows through the use of:<br>• 4 output queues per physical port within the same port group<br>• 4 output queues per neighboring port group<br>• 4 output queues per neighboring interface module" At FN A 00163062 and FN A 00163063<br>Note: In the Foundry device, a data block's identity is its buffer number |
| data block selection means for assigning each of said data blocks to a respective individual outlet of a respective plurality of outlets associated with said respective destination, said data block selection means further comprising | "When a packet reaches the head of its queue, the buffer manager instructs the shared memory switch fabric as to where to retrieve the packet from the shared memory (using the buffer number), and which physical port to send it to." At FN A 00163059<br><br>Note: In the Foundry device, a data block's destination is its destination port. |

Comparison of Claims 1, 2, 4, and 16 of Henrion U.S. Patent No. 5,301,192 entitled
TEMPORARY INFORMATION STORAGE SYSTEM COMPRISING A BUFFER MEMORY STORING
DATA STRUCTURED IN FIXED OR VARIABLE LENGTH DATA BLOCK
With Foundry Edgeiron, Serveriron, Netiron, Bigiron, and Fastiron products – see
Attachment "Model Numbers" for additional specifics

| | |
|---|---|
| first means for identifying a specific said queue associated with said respective destination with which said respective individual outlet is associated, | "The fabric … reports the following information to the buffer manager:<br><br>    Buffer number - where the packet is stored<br>    Forwarding Identifier (FID) …."<br>"The buffer manager uses the above information to determine the location of the packet in the shared memory, … the destination(s) of the packet, and consequently, which queue(s) it … [is] placed on." At FN A 00163058<br><br>Note: in the Foundry device, the CAM & PRAM translate a destination port which implies a specific outlet and its associated queue.<br><br>"The content addressable memory (CAM) is used by the packet classifier to provide reverse lookups based on the content of the packet. The packet classifier extracts a portion(s) of the packet headers - such as destination IP address, destination MAC address, source and destination IP addresses, etc. - and hands it over to the high speed CAM to perform a lookup. In case a match is found, the CAM returns an index of a location in the PRAM, where information on how to forward the packet is stored.<br>The PRAM is a high speed memory that takes the index returned by the CAM lookup and returns to the packet classifier information on how to forward the packet: FID (destination port or ports), MAC address of next hop, VLAN ID that should be attached to the packet as it goes out a given interface, etc. The information retrieved by the PRAM is used to build the internal Foundry header that gets attached to the packet. This information is used by other modules of the hardware to determine how to forward the packet."   At FN A 00163060 |
| second means for obtaining from said specific queue an address of said each data block and | "When a packet reaches the head of its queue, the buffer manager instructs the shared memory switch fabric as to where to retrieve the packet from the shared memory (using the buffer number),…." At FN A 00163059 |

Comparison of Claims 1, 2, 4, and 16 of Henrion U.S. Patent No. 5,301,192 entitled TEMPORARY INFORMATION STORAGE SYSTEM COMPRISING A BUFFER MEMORY STORING DATA STRUCTURED IN FIXED OR VARIABLE LENGTH DATA BLOCK
With Foundry Edgelron, Serverlron, Netlron, Biglron, and Fastlron products – see Attachment "Model Numbers" for additional specifics

| | |
|---|---|
| third means for transferring said each data block to said respective individual outlet. | "Under the control of the buffer manager, the shared memory switch fabric, also, retrieves packets from the shared memory and sends them to their destination ports, as instructed by the buffer manager." At FN A 00163059<br><br>Note: The individual outlet is the hardware associated with the chosen queue. |
| 2. Temporary information storage system in accordance with claim 1, wherein | Per White Paper: JetCore Based Chassis Systems - At FN A 00163047 and subsequent pages:<br>"Foundry chassis switching routers deliver high performance and high port density suitable for several applications ... , the systems place the intelligent packet forwarding functions on the interface modules, i.e., all the interface modules incorporate their own switching engines, buffers, queues, and switching .... This leaves the chassis' switch fabric with the simple job of non-blocking forwarding of packets between the individual interface modules.<br>A packet classifier operating at the full line rate is responsible for parsing and examining the incoming packets at layers 2, 3, and 4, in order to make a decision on how the packet should be forwarded. ... The packet classifier's processing results in a forwarding identifier (FID) that describes the destination port(s) for the packet processed. ... it attaches an internal Foundry header to the packet. This is an optimized header that describes to the hardware how the packet should be handled from that point onwards. The FID is included as part of that header.<br>The shared memory switch fabric is responsible for transferring the packets to and from the high speed shared memory. ...<br>When the shared memory switch fabric receives the packet from the packet classifier, it transfers the packet to a free location in the shared memory. The fabric then reports ... to the buffer manager:<br>... The buffer manager uses the above information to determine ... , which queue(s) it should be placed on. .... When a packet reaches the head of its queue, the buffer manager instructs the shared memory switch fabric as to where to retrieve the packet from the shared memory (using the buffer number), and which physical port to send it to. " |

Comparison of Claims 1, 2, 4, and 16 of Henrion U.S. Patent No. 5,301,192 entitled
TEMPORARY INFORMATION STORAGE SYSTEM COMPRISING A BUFFER MEMORY STORING
DATA STRUCTURED IN FIXED OR VARIABLE LENGTH DATA BLOCK
With Foundry Edgelron, Serverlron, Netlron, Biglron, and Fastlron products – see
Attachment "Model Numbers" for additional specifics

| | |
|---|---|
| said respective individual outlet is associated with a plurality of said destinations, and | "The buffer manager, responsible for managing the priority queues, assigns the buffer number of the packet to the appropriate queue(s) of the destination port(s). When the buffer number gets to the front of its queue, the buffer manager instructs the shared memory switch fabric to retrieve the packet from the shared memory and send it to the destination port. The destination(s) of the packet could be a port on the same module (within the same port group or not), a port on another module, a mirror port, or the management module. The buffer manager then deletes the packet from the shared memory." At FN A 00163062 |
| said data block selection means further comprises destination selection means for identifying a selected destination from said plurality of said destinations, said destination selection means further comprising fourth means for identifying all associated destinations associated with said respective individual outlet having at least one data block to transfer, fifth means responsive to said fourth means for identifying from said all associated destinations, a selected outgoing destination having at least one data block to transfer and sixth means responsive to said fifth means for establishing the identity of the queue associated with said selected destination. | "BY MR. GREENSPOON:<br>Q    What is the mechanism in JetCore for sending a packet to multiple ports on a different module?<br>THE WITNESS: So what we do is that the destination will include multiple ports in the port mask<br>Q    By port mask you're talking about a certain portion of the FID?<br>A    So the FID basically is a index to an area which is representative of the ports and that's what I mean by port mask. ...<br>Q    So the FID is an index into a table like a hardware table which then would output the port mask?<br>A    It's an index into a into the memory which will give out the port mask ...<br>Q    So how many bits wide is the FID?<br>A    FID is 16 bit quantity. ...<br>Q    So instead the FID itself is used as an index and then the output of the index does or contains the port map?<br>A    Yes, FID is an index to aid in the memory which will give more details of the ports that it's going to be sent out on.<br>Q    What is the name of that area in memory?<br>A    It's called FID RAM." – Deposition of Nitin Jain, 1/23/2006 |

5

Comparison of Claims 1, 2, 4, and 16 of Henrion U.S. Patent No. 5,301,192 entitled TEMPORARY INFORMATION STORAGE SYSTEM COMPRISING A BUFFER MEMORY STORING DATA STRUCTURED IN FIXED OR VARIABLE LENGTH DATA BLOCK
With Foundry Edgelron, Serverlron, Netlron, Biglron, and Fastlron products – see Attachment "Model Numbers" for additional specifics

| 4. Temporary information storage system in accordance with claim 1, wherein said destination selection means further comprise | Per White Paper: JetCore Based Chassis Systems - At FN A 00163047 and subsequent pages: "Foundry chassis switching routers deliver high performance and high port density suitable for several applications ... , the systems place the intelligent packet forwarding functions on the interface modules, i.e., all the interface modules incorporate their own switching engines, buffers, queues, and switching .... This leaves the chassis' switch fabric with the simple job of non-blocking forwarding of packets between the individual interface modules. A packet classifier operating at the full line rate is responsible for parsing and examining the incoming packets at layers 2, 3, and 4, in order to make a decision on how the packet should be forwarded. ... The packet classifier's processing results in a forwarding identifier (FID) that describes the destination port(s) for the packet processed. ... it attaches an internal Foundry header to the packet. This is an optimized header that describes to the hardware how the packet should be handled from that point onwards. The FID is included as part of that header. The shared memory switch fabric is responsible for transferring the packets to and from the high speed shared memory. ... When the shared memory switch fabric receives the packet from the packet classifier, it transfers the packet to a free location in the shared memory. The fabric then reports ... to the buffer manager: . . The buffer manager uses the above information to determine ... , which queue(s) it should be placed on. ...., When a packet reaches the head of its queue, the buffer manager instructs the shared memory switch fabric as to where to retrieve the packet from the shared memory (using the buffer number), and which physical port to send it to. " |
| --- | --- |

Comparison of Claims 1, 2, 4, and 16 of Henrion U.S. Patent No. 5,301,192 entitled TEMPORARY INFORMATION STORAGE SYSTEM COMPRISING A BUFFER MEMORY STORING DATA STRUCTURED IN FIXED OR VARIABLE LENGTH DATA BLOCK
With Foundry Edgeiron, Serveriron, Netiron, Bigiron, and Fastiron products – see Attachment "Model Numbers" for additional specifics

| | |
|---|---|
| a counter for each destination, giving the number of data blocks to be transferred for said destination, and detection means for specifying whether said number is zero or different from zero. | "Fixed Rate Limiting counts the number of Ethernet packet bytes that a port either sends or receives, in one second intervals. The direction that the software monitors depends on the direction you specify when you configure the rate limit on the port. If the number of bytes exceeds the maximum number you specify when you configure the rate, the port drops all further packets for the rate-limited direction, for the duration of the one- second interval."   At FN A 00055505<br><br>Note: many Foundry products support rate limiting – the following is only a sample from a Release Notes published 9/2000:<br><br>"Rate Limiting Support on Foundry Products Netiron400 and 800<br>Bigiron 4000 and 8000<br>Turboiron/8 Layer 2 Switch<br>Turboiron/8 Layer 3 Switch" At FN A 00055504 |
| 16. Temporary information storage system in accordance with claim 1, wherein said queues are FIFO queues. | Note – see introduction portion of quotes in Claims 1,2,and 4.<br><br>Note: Foundry has used FIFO queues from the very beginning, the following excerpt is from a 1997 Functional Specification from which Foundry switches were born:<br><br>" Fifo Descriptions<br><br>Xmt Fifo:<br><br>The Xmt fifo provides the software with a single managed interface for …<br><br>Rcv Fifo:<br><br>The rcv fifo is a single interface for fetching the pointer and header data for each frame which has been completely received." At FN A 00040733<br><br>Note: many other documents refer to the use of FIFOs as well. All of Foundry's queues are FIFO. |

7