# EXHIBIT A

1

1              IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3                        - - -

4    ALCATEL USA RESOURCES, INC.,        :    CIVIL ACTION
     a Delaware corporation, and         :
5    ALCATEL INTERNETWORKING, INC.,      :
     A California corporation,           :
6                                        :
               Plaintiffs                :
7                                        :
          vs.                            :
8                                        :
     FOUNDRY NETWORKS, INC.,             :
9    A Delaware corporation              :
                                         :
10             Defendant                 :    NO. 05-418 (SLR)

11                       - - -

12                              Wilmington, Delaware
                                Tuesday, August 1, 2006
13                              10:00 o'clock, a.m.
                                *** Telephone conference
14                       - - -

15
     BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
16
                         - - -
17
     APPEARANCES:
18
               YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
19             BY:  JOSY W. INGERSOLL, ESQ.

20                  -and-

21             NIRO, SCAVONE, HALLER & NIRO
               BY:  TIMOTHY J. HALLER, ESQ.
22                  ROBERT P. GREENSPOON, ESQ.
                    (Chicago, Illinois)
23
               Counsel for Plaintiffs
24
                                Valerie J. Gunning
25                              Official Court Reporter

80106.V1.txt

2          POTTER, ANDERSON & CORROON.
           BY:  PHILIP A. ROVNER, ESQ.
3
                     -and-
4
           HOWRELY LLP
5          BY:  K.T. CHERIAN, ESQ. and
                 CONSTANCE F. RAMOS, ESQ.
6                (San Francisco, California)

7                     -and-

8          ORRICK, HERRINGTON & SUTCLIFFE
           BY:  MATTHEW H. POPPE, ESQ.
9                (Menlo Park, California)

10              Counsel for Defendant

11                   - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

☐

                                                    3

1

2

3                   P R O C E E D I N G S

                    Page 2

80106.V1.txt

4

5          (REPORTER'S NOTE:  The following telephone
6    conference was held in chambers, beginning at 10:00 a.m.)

7

8          THE COURT:  Good morning, counsel.  This is Judge
9    Robinson.  Valerie is here as a Court Reporter, so you'll
10   need to identify yourselves each time you speak so our record
11   is clear.

12         I've read the e-mails and I guess I'd like
13   plaintiffs' counsel to start and respond, to some extent, to
14   defendant's e-mail, and then I will hear from defendant's
15   counsel.

16         MS. INGERSOLL:  Thank you, your Honor.  I believe
17   Rob Greenspoon is going to be speaking for plaintiff.

18         THE COURT:  All right.  Thank you, Ms.
19   Ingersoll.

20         MR. HALLER:  Judge, this is Tim Haller.  Rob
21   Greenspoon is with me, and if I could, I'd like to just make
22   a couple opening remarks.  Quite frankly, Rob is much more
23   into the details of the nuances of the discovery than I am,
24   and perhaps I come to the table like you, sort of looking at
25   it from the 10,000-foot level.

☐

4

1          You indicated, you know, you were interested in
2    our response to the comments made in the e-mail by the
3    defendants or the defendant, and I can address that first, if
4    you wish.

5          THE COURT:  Yes.  Please.

6          MR. HALLER:  You may or may not recollect the
Page 3

80106.V1.txt

7   origins of our Phase 1 and Phase 2 scheduling order, but in
8   the early part of the year, we were endeavoring, we, Alcatel,
9   the plaintiff, were endeavoring to decide which four of the
10  nine patents in suit was going to go forward in Phase 1.
11  Documents were to have been produced incident to making that
12  decision.  We were going to have limited testimony and then
13  there was a date by which Alcatel had to make an announcement
14  as to what the four patents were going to be.

15          During that process, an interest developed on our
16  part along with other products that we knew about, the
17  Terathon products, a newer line of products, and we did not
18  have any documentation on that.  And so that is where it
19  started to come to a head in terms of a hearing that was held
20  before your Honor on February 9 about the Terathon situation
21  and the upcoming date for our decision.

22          And the long and the short of that was that you
23  ordered the defendant to produce Terathon documents and that
24  then one week after that we were to come up with a claim
25  chart, to the extent that we could, and that was all part and

0

5

1   parcel of making our decision of the four of the nine
2   patents.

3           Documents were produced.  All of this, of course,
4   is taking place before any interrogatories.  Documents were
5   produced and within the one week we did direct Foundry to
6   claim charts.  Now, I say direct Foundry to claim charts.  I
7   think this is -- Foundry, in our view, is trying to come up
8   with a little bit of a red herring in terms of this

Page 4

80106.V1.txt

9   allegation that no claim charts were made, that we
10  somehow didn't comply with your order that we give them a
11  claim chart on the Terathon product situation.  That just
12  is not so.  And at the conclusion of all of this, if you
13  wish, we can produce a timeline of paperwork that
14  painstakingly will show you every bit of the road and
15  how we got to where we are.
16          But, in a nutshell, what happened in terms
17  of us giving them the Terathon claim charts, there had
18  been extensive negotiations between the parties for a
19  period of time.  There had already been numerous claim
20  charts generated for various Foundry architectures, and
21  this is really going to lead into what our real concern
22  is, and I think this is important for your Honor to
23  understand that we're dealing with the situation where
24  there is a myriad of product names and product designations,
25  product model numbers of accused products.  When I say



6

1   myriad, I'm talking about over a hundred, but when you
2   strip everything away, you really are coming down to
3   a couple of very basic architectures for this
4   hundred-plus products.  That is a very important thought
5   to keep in mind.
6           So, lo and behold, we find out about Terathon
7   and the documents produced, and it wasn't very difficult to
8   generate a claim chart because, in effect, we already had
9   given the -- Foundry a claim chart on the architecture that's
10  to be found in the Terathon product and we told them just
11  that:  Based on the Terathon documents that we were given,
                        Page 5

80106.V1.txt

12    and we told them how that Terathon information related to the

13    prior claim charts.

14            And there was never any disagreement expressed by

15    Foundry that, oh, we don't understand what you mean or what

16    claim charts are you talking about.  They were very

17    specifically directed to claim charts and they were very

18    specifically told why we thought the Terathon product line

19    was covered by those claim charts.

20            So the allegation that is in that e-mail that

21    was sent to you is just plain flat-out wrong, and until that

22    e-mail was sent to you is the first time that there was even

23    a suggestion that we had not complied with your February

24    order to give them a Terathon-related claim chart back in

25    February.

                                                    7

1            Now, that is our position.  Obviously, we're a

2    little bit agitated about this type of allegation of not

3    complying with your order.  I've said a mouthful and I will

4    be quiet, but this really is sort of a predicate for what

5    we're trying to do in terms of simply wrapping up, trying to

6    wrap up our fact discovery on this hundred-plus products, and

7    where that really takes you is we're simply trying to close

8    the loop, maybe in a couple different ways, of coming up with

9    a confirmation, a reconciliation, whatever you want to call

10    it, of how the hundred-plus products correlate to the couple

11    of basic architectures that are the -- the cornerstone of the

12    infringement.

13            I'm sorry for taking so much time and I will turn

80106.v1.txt

14  it over to Foundry.

15          THE COURT:  All right.  Thank you.

16          Mr. Rovner?

17          MR. ROVNER:  Yes, your Honor.  Mat Poppe is going

18  to address the issues in the correspondence.

19          THE COURT:  All right.  Thank you.

20          MR. POPPE:  Good morning, your Honor.

21          Obviously, Foundry does not agree with Mr.

22  Haller's characterization of the events and I'd like to give

23  you a little bit of my own timeline, first leading up to the

24  order about Terathon and then discussing subsequent events as

25  well, and I will be as brief as I can.

⧠

8

1          The two points being, first, this is not an

2  emergency motion because Foundry has been up front about its

3  position on the scope of discovery with respect to documents

4  since last October.

5          And, secondly, that our position on the scope is

6  justified because Alcatel apparently has no basis, at least

7  none that they've identified, for accusing the vast bulk of

8  products that they've listed as quote accused products

9  unquote in this case.

10         Two seconds of background on the nature of the

11  patents here.  There are four patents that are being

12  litigated in this first phase of discovery leading up to an

13  initial trial.

14         Some of Alcatel's infringement theories relate

15  solely to, as far as we understand them, to software features

16  of Foundry products, and with respect to those features, we

80106.V1.txt

17    don't understand that there's any issue here today, because
18    Foundry has been producing documents related to those
19    software features regardless of what product they appear in.
20            However, some of Alcatel's infringement theories,
21    again, as we understand them, relate, at least in part, to
22    hardware features of the products, and we have told Alcatel
23    since the beginning of this case that there are multiple
24    hardware architectures over time in the Foundry products, and
25    back in October of 2005, I sent a letter to, I believe it was

9

1    Mr. Haller or Mr. Greenspoon, saying, "We have multiple
2    hardware architectures and Foundry products.  As we
3    understand it, you are targeting the Iron Core and Jet Core
4    architectures as the basis for your hardware-related claims.
5    Please confer."
6            And during that discussion, the confirmation was
7    that with respect to hardware features, only Jet Core and
8    Iron Core products were identified as accused products.
9            Until December 20th, 2005, after all document
10   production during the initial phase had been completed, and
11   when all but ten days of the period for depositions was
12   completed, we received a letter saying, What about the
13   Terathon architecture?
14           So we had a period of discussion about that.  We
15   initially objected to including that in discovery because
16   there had been no previous identification of Terathon and
17   because we had never received a claim chart for Terathon,
18   indicating that Alcatel had done any pre-lawsuit

80106.V1.txt

19    investigation to claim it as an accused product.

20         By the time that we got to a hearing in this

21    court in February, there had been deposition testimony on

22    Terathon that, based on the way it was characterized by

23    Alcatel, we decided to agree to produce Terathon-related

24    documents, and at the hearing on February 9th, the Court said

25    we should have claim charts if it's going to be an accused

10

1    product and ordered Alcatel to provide Terathon claim charts

2    within two weeks after the hearing.

3         Now, obviously, since we had claim charts for Jet

4    Core and Iron Core, our understanding was that we would be

5    getting new claim charts for Terathon, but, instead, what we

6    received on February 23rd was a letter from Mr. Haller

7    saying, "We have determined separate claim charts per se are

8    not necessary to put Foundry on complete notice of Alcatel's

9    Terathon infringement contentions.  The previously produced

10   claim charts for the four patents in question are

11   sufficient."

12        And then there were a few document citations for

13   the patent, not on an element-by-element basis, but simply

14   for the patents as a whole.  And I re-reviewed these

15   documents last night.  Some of them are over a hundred pages

16   long, with no individual page citations to indicate what the

17   relevant features were.  Some of them, as far as I could

18   tell, did not relate to the relevant features as they had

19   been identified by Alcatel.  In some cases, the documents

20   merely identified the fact that Foundry was implementing

21   certain standards whereas Alcatel has taken the position in

Page 9

80106.V1.txt

22    other places that mere implementation of those standards does

23    not necessarily result in infringement.

24          So our view is that those -- that identification

25    of documents did not comply with the Court's order.  We

11

1     didn't press it at the time because, in the meantime, we were

2     propounding interrogatories where we were asking what are the

3     accused products and provide infringement charts for those

4     products in your interrogatory responses.  And we figured we

5     could pursue the issue in that context.

6           As this issue is played out, we have now received

7     about a 14-page long list of accused products and yet the

8     infringement charts in response to the interrogatories still

9     identify, with respect to hardware, documents only related to

10    Jet Core and Iron Core.

11          So now even though we've asked for

12    interrogatories, we still have not received any specific

13    infringement allegations with respect to Terathon or with

14    respect to the several other hardware architectures that are

15    present in what Alcatel has identified as accused Foundry

16    products.

17          In the meantime, we also have responded to

18    new document requests from Alcatel, and going as far back

19    as March of this year, we, again, set forth very clearly

20    what the scope of our agreed production was with respect

21    to Foundry products.  We provided a specific list attached

22    to our document responses saying these are the products

23    that we're providing discovery for, and never until we

80106.V1.txt

24    amended some of our responses to actually agree to produce

25    documents related to additional products or actually to

☐                                                                    12

1    memorialize the fact that we had produce documents related

2    to additional products that we first had said did this issue

3    come up.

4              And I had a brief letter exchange with Mr.

5    Greenspoon, where I said, this is the same issue that we

6    addressed before with Terathon, and next thing I knew, this

7    emergency motion was filed.

8              So we believe the discovery is unjustified and

9    this should not have been brought as an emergency motion.

10             THE COURT:  All right.  Mr. Haller, I guess my

11   question to you is:  If, in fact -- well, are you claiming,

12   and is it your position that the architecture of the Terathon

13   products is either the Iron Core or the Jet Core architecture

14   so that those claim charts specifically relate to those

15   products?

16             MR. GREENSPOON:  Judge, this is Rob Greenspoon.

17   I'm a little closer to the details --

18             THE COURT:  All right.

19             MR. GREENSPOON:  -- to answer that question.

20             The answer is:  Almost completely yes.  Terathon

21   is labeled a different architecture, but only in the sense,

22   as far as we've discovered so far, that it uses a different

23   flavor of chip to store the memory.  Other than that, as far

24   as we understand it so far, the functionality as they relate

25   to the infringement contentions is exactly the same.  And to

Page 11

80106.V1.txt

13

1    bring it back into perspective, the infringement allegations
2    on a few of the patents in suit have to do with how a data
3    packet marches from the inlet into an Internet switch out to
4    another outlet of the Internet switch.
5              So, in other words, there's one plug where you
6    plug a wire in, data goes inside that plug, some magic
7    happens inside the switch, and then data comes out another.
8    These are called ports, so it might go into Port No. 1 and
9    come out Port No. 10.
10             Some of those patents and some of those
11   infringement allegations relate to how the data packet
12   is modified, changed, and travels through the switch on
13   its way from Port 1 at the inlet out to Port 10 at the
14   outlet.
15             I'm just using those numbers, of course, as
16   examples.
17             So to be very, very concrete with an example,
18   there's no dispute that in Iron Core and in Jet Core
19   architectures, there is a temporary information storage
20   system, what is known as a buffer, that operates in a certain
21   way, and that sends the packets through the interior of the
22   Internet switch into what are called various cues, cue like a
23   line you wait in at the lunch counter.
24             So the packet marches in through Port 1, goes
25   into the buffer memory, and then it's allocated to various

14

80106.V1.txt

1    cues in a particular way.  That we know about Iron Core and
2    Jet Core.
3              Terathon, so far as we understand currently, and
4    nothing has ever changed our view of this, operates in
5    exactly the same way in the sense that packets come into, for
6    example, Port No. 1, they march through the switch into the
7    buffer memory, through various cues, and come out port No.
8    10.  There's no difference at that functionality level
9    between Terathon, Iron Core and Jet Core.
10             I have to also add one other fact just to put
11   this whole Terathon debate into a really accurate
12   perspective.  Terathon is only three model numbers out of the
13   hundred or so that we've discovered so far.
14             Now, perhaps there are other model numbers under
15   the Terathon architecture we don't know of yet, but as far as
16   we've been able to determine, almost everything in this case
17   anyway so far is Iron Core and Jet Core.
18             So the fact that Foundry has been able to steer
19   the debate to Terathon just reflects that Foundry is now
20   steering the debate away from the majority of the case, and
21   our problem with the document production relates primarily to
22   the failures to produce documents related to Iron Core and
23   Jet Core.  And I'd be happy to get into that.  I can speak in
24   detail about that.
25             One thing that we've concluded internally as this

☐

15

1    debate has emerged is that the paper trail that we can show
2    your Honor is very, very good, to show that we've worked very
                            Page 13

80106.V1.txt

3    hard to try to provide infringement contentions and fill

4    them in and fill in any gaps that might exist, and this is

5    a very complicated issue I understand for your Honor to

6    absorb at one time.  We would be thrilled to be able to

7    present a written presentation to show you how much hard

8    work we've actually done to try to overcome these -- the

9    disability.

10            And what caps all of our hard work off is

11   that on July 20th, the emergency did become apparent,

12   because it was not until July 20th that for the very first

13   time, Foundry, in a letter from Mr. Poppe, indicated with

14   absolute certainty that there were categories of accused

15   products that they refused to produce discovery on.

16            Up until that moment in time, we had relatively

17   ambiguous objections where I wrote a letter very shortly

18   after one of the ambiguous objections, asking for clarity

19   to understand if they were withholding documents, and it

20   took them a month to respond, and finally, on July 20th,

21   give me an absolute indication that the withholding was

22   happening.

23            THE COURT:  All right.  Well, Mr. Greenspoon,

24   I am sorry we got off on the wrong foot here.  Besides the

25   Terathon products, there are other products that are of more

                                                         16

1    concern to you all?

2            MR. GREENSPOON:  Yes, your Honor.  In my letter

3    of -- well, let me -- it will help to go to how this dispute

4    matured.

                            Page 14

80106.V1.txt

```
 5              THE COURT:  Well, actually, I don't have a whole
 6   lot of time.  I have marching discovery disputes this
 7   morning, so perhaps you could just tell me, besides the
 8   Terathon products, which I understand from you are a very
 9   limited number of products, what other discovery has Foundry
10   declined to give you?
11              MR. GREENSPOON:  We have written that down
12   in a letter dated July 21st that we sent to them, where
13   we indicated all of the model numbers that we were beginning
14   to perceive that perhaps they didn't produce full discovery
15   on.  We listed those model numbers specifically.
16              THE COURT:  And how many, without going
17   through all the model numbers, how many model numbers
18   are there?
19              MR. GREENSPOON:  I should have counted before
20   this phone call.  I estimate about 40.
21              THE COURT:  All right.  And --
22              MR. GREENSPOON:  With the caveat, your Honor,
23   that, as Mr. Haller said, these products, by and large, they
24   all contain very, very similar functionality, so the model
25   numbering conventions are really based on marking
```

                                                              17

```
 1   considerations rather than technological.
 2              MR. POPPE:  Your Honor, if I can just respond
 3   that, that's just not true.  The products that he has
 4   listed that he's asking for additional discovery on are
 5   not Iron Core or Jet Core or Terathon and that's our point.
 6   He says that they operate the same way, but has never
 7   referred to any piece of evidence to indicate that that is
```
                                Page 15

80106.V1.txt

8    the case.

9              MR. GREENSPOON:  Your Honor, may I respond to

10   that?

11             MR. POPPE:  I'm not done yet, actually.

12             And the mere fact that these are switch in or

13   outer products I don't believe is enough to say that they

14   infringe.  There should be -- if they have a basis for

15   infringement, then they should be able to cite to something

16   for that or they have no Rule 11 basis for the interrogatory

17   responses that they've provided saying under oath these are

18   accused products.

19             THE COURT:  All right.  Well, it is clear

20   to me that I am not going to be able to resolve this over

21   the phone, so I am going to have you come in person, because,

22   quite frankly, I cannot deal with the paper that I'm sure

23   you're going to ply me with in connection with this.  So

24   you bring that paper to court.  Whoever loses this debate

25   pays for the costs of all this transportation and hourly

                                                        18

1    rate.

2              I'm going to find a time in the next week for

3    you to come and talk to me and demonstrate either that the

4    products fit within -- well, first of all, for me to make

5    sure I understand the claim construction and the parameters

6    that have been established by the plaintiff through their

7    claim construction, and then, second of all, that defendants

8    are, in fact, complying with discovery within the parameters

9    of that claim construction.

80106.V1.txt
10          And I'm looking at Wednesday, August 9th, at 5:00

11   o'clock, or Tuesday, August 8th, at 5:00 o'clock.  I have

12   4:30 proceedings, but they're short criminal proceedings.  I

13   should be able to get to you by 5:00.

14          MR. GREENSPOON:  Your Honor, this is Rob

15   Greenspoon.

16          I would request Tuesday, August 8th.

17          MR. POPPE:  That's fine for me, Mr. Poppe, your

18   Honor.

19          What time did you say again it would be on August

20   8th?

21          THE COURT:  5:00 o'clock.

22          MR. POPPE:  That's fine.

23          THE COURT:  All right.  Now, I guess it would be

24   helpful to me, if you're prepared to discuss exactly what I

25   just indicated, I need to understand the parameters that


                                                  19


1    have been established by plaintiffs' responses to discovery

2    so that I can understand and determine whether defendants

3    have complied and have done everything they can to give

4    all the information required under those parameters.

5          All right, counsel.  Thank you for your

6    time this morning.  I will look forward to seeing you

7    next week.

8          MS. INGERSOLL:  Thank you, your Honor.

9          (Counsel respond, "Thank you, your Honor.")

10         (Telephone conference concluded at 10:30 a.m.)

11                         - - -

12
                         Page 17

80106.V1.txt

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT B

Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
2              IN AND FOR THE DISTRICT OF DELAWARE
3                       - - -
4   ALCATEL USA RESOURCES, INC.,    :    CIVIL ACTION
    a Delaware corporation, and     :
5   ALCATEL INTERNETWORKING, INC.,  :
    A California corporation,        :
6                                    :
           Plaintiffs               :
7                                    :
           vs.                      :
8                                    :
    FOUNDRY NETWORKS, INC.,          :
9   A Delaware corporation           :
                                     :
10         Defendant                :    NO. 05-418 (SLR)
11                      - - -
12                           Wilmington, Delaware
                             Tuesday, August 8, 2006
13                           5:07 o'clock, p.m.
14                      - - -
15  BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
16                      - - -
17  APPEARANCES:
18       YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
         BY:  JOSY W. INGERSOLL, ESQ.
19
20            -and-
21
22
23
24                      Valerie J. Gunning
                        Official Court Reporter
25
```

Page 2

```
1   APPEARANCES (Continued):
2
3        NIRO, SCAVONE, HALLER & NIRO
         BY:  ROBERT P. GREENSPOON, ESQ. and
4             TIMOTHY J. HALLER, ESQ.
              (Chicago, Illinois)
5
6             Counsel for Plaintiff
7
8        POTTER, ANDERSON & CORROON.
         BY:  PHILIP A. ROVNER, ESQ.
9
10            -and-
11       ORRICK, HERRINGTON & SUTCLIFFE LLP
         BY:  MATTHEW H. POPPE, ESQ.
12            (Silicon Valley, California)
13            Counsel for Defendant
14                      - - -
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2                P R O C E E D I N G S
3
4        (Proceedings commenced in the courtroom,
5   beginning at 5:07 p.m.)
6
7        THE COURT: Good afternoon, counsel.
8        I don't know how best to do this.  I was thinking
9   we should all just be sitting around a table, but empty
10  tables are hard to come by in my chambers these days, so what
11  we're trying to do is compare the claim charts provided by
12  plaintiff with the products to see whether discovery has been
13  appropriately brought to closure.  Is that correct?
14       MS. INGERSOLL: That's correct, your Honor.
15       THE COURT: Okay.  And just because of the
16  madness of this particular trial, it's a shame we didn't get
17  together sooner and use the parties' Elmo because it's too
18  complicated to set up our old Elmo with all this that's going
19  on.
20       MS. INGERSOLL: Since we couldn't figure out what
21  to do about the Elmo, we just prepared little notebooks which
22  will work just as well.  If you don't want to keep them, you
23  can give them back, but at least you'll have our
24  interrogatories and claim charts.
25       THE COURT: All right.  Well, why don't we get
```

Page 4

```
1   started, then.
2        MS. INGERSOLL: Okay.
3        THE COURT: And see if we can't get through this
4   fairly expeditiously.
5        MR. GREENSPOON: Good afternoon, your Honor.
6   This is Robert Greenspoon, for the Alcatel parties.  I will
7   approach to hand up a notebook.
8        THE COURT: Thank you.
9        MR. GREENSPOON: Thank you (handing notebook to
10  the Court).
11       Well, the notebook sets forth just a number of
12  demonstrations, and I think I will be pointing to about one
13  or two pages out of each one of the ten tabs, and so it may
14  look like it's an inch thick, but it's going to be very quick
15  and easy to go through.
16       THE COURT: It does look like an inch thick.
17       MR. GREENSPOON: Right.  Well, this is a
18  discovery dispute where we, the Alcatel parties as the
19  plaintiff, have defined what we believe are the feature
20  sets that impact, implicate, each of the patents in
21  suit.  And right now in Phase 1, there are four Phase 1
22  patents.
23       And the purpose of the notebook here is to
24  demonstrate to your Honor the effort that we as the plaintiff
25  have undertaken to provide to Foundry Networks our basis for
```

Page 5

1 concluding that a whole raft of model numbers contain the
2 feature sets that cause them to infringe the various ones of
3 the patents.
4      So what I would like to do is first point out to
5 you in the first tab our supplemental interrogatory answer,
6 which, based on our current information, is the best
7 repository, if you will, of all of the model numbers for
8 which we have a basis to believe infringes these various
9 patents.
10      And starting on Page 2, your Honor will find a,
11 really, a 15-page, single-spaced table which contains these
12 different columns. We identify the model number. We
13 identify the patent. We identify the production number, the
14 first page of a Foundry document which we are relying on, at
15 least at this stage, for a basis to conclude infringement,
16 and then the document title, and then, of course, the date of
17 the revision of the document.
18      This was an interrogatory supplement that we
19 provided to Foundry Networks in June of this year, so
20 approximately two, two and a half months ago.
21      And this was responsive to their request, if you
22 look on the top of Page 2, that we identify all Foundry
23 products that we believe -- or that we believe contend
24 infringe the patents in suit, including which specific claims
25 are infringed by each Foundry product identified.

Page 6

1      So what we do in this supplemental response is we
2 are not pretending that this is an infringement, claim,
3 comparison claim chart, but this is more the identification
4 of the product answer. The actual claim comparison claim
5 chart, where we take the patent claims on one side of the
6 chart and we compare it to the features and the product on
7 the other side, those had already been prepared by the time
8 we served this interrogatory, this answer.
9      And, by the way, the supplemental answer, I have
10 to tell you, if your Honor will take the liberty of paging
11 through it, it's a lengthy table and, in fact, we have an
12 in-house consulting expert that assisted us with this. Our
13 consulting expert is a Ph.D. He has 30 years of experience
14 in the telecommunications field. He spent three weeks doing
15 nothing but helping us fill in this chart so that we could
16 communicate to Foundry Networks the basis.
17      THE COURT: Do you mind -- I've been in court
18 since 8:30 and my back is killing me. Do you mind if I just
19 stand?
20      MR. GREENSPOON: I have that privilege, so, of
21 course, your Honor, as well.
22      THE COURT: Thank you.
23      MR. GREENSPOON: The second tab in the book
24 actually contains the infringement claim charts that we were
25 incorporating by reference in the first tab, and I've marked

Page 7

1 with a little blue tab where those start.
2      Again, these are the claim comparison claim
3 charts, where we take direct quotes from Foundry Networks
4 documents, and we show these quotes in the documents, and
5 sometimes we give our little commentary there, indicate
6 practice of the claim element indicated on the left side.
7 I'm sure your Honor has seen a million claim charts like
8 these.
9      And, again, these claim charts take up the rest
10 of the entire document.
11      And our intention here, when one reads Tab 1 and
12 reads Tab 2 in conjunction, is we're attempting to show our
13 current infringement contentions on a claim-by-claim basis
14 with what part or what feature in the products caused the
15 infringement and at the same time convey the breadth of the
16 contentions by showing the basis we have to conclude that all
17 of these model numbers contain the features identified in the
18 claim charts.
19      Those are the efforts we undertook to communicate
20 to Foundry Networks our basis for naming all those models.
21      The next tab starts my presentation on what we've
22 asked for. What are those specific feature sets that we've
23 identified?
24      THE COURT: But before you go on, I certainly
25 understand identifying all the products. I guess I am not

Page 8

1 sure how your claim chart relates feature sets to the claim,
2 so maybe you can explain that to me.
3      MR. GREENSPOON: Right. I definitely will.
4      Let me start that explanation by pointing you to
5 Tab 3.
6      THE COURT: Oh, okay. You're headed in that
7 direction.
8      MR. GREENSPOON: Right.
9      THE COURT: All right.
10      MR. GREENSPOON: I've flagged for you Page 4 of
11 that tab. This was a February 23rd document request that we
12 served on Foundry Networks, and on Page 4, your Honor will
13 see where we have defined the term, accused products. And
14 we're not trying to be controversial here. We're using
15 Foundry Networks' own verbiage for what features we've
16 identified. And we're talking about, in Item A, port
17 authentication, conforming to 802.1X standards.
18      Let me skip to Tab D because I think I will
19 use that as an example. VLAN broadcasts, where one or
20 more of the destination ports of the VLAN is part of a
21 trump group.
22      I'm not asking for the Court to appreciate the
23 complexities just yet, but we're identifying the features
24 that we're pointing to which give us the basis for concluding
25 infringement. In fact, these are the features that ended up

Tuesday, August 8, 2006     CondenseIt™     CA No. 05-418 (SLR)

Page 9

1 being treated at length in our claim charts themselves.
2     So what we did in that giant list that we
3 prepared in Tab 1 is in each of those products, specifically
4 cited product -- not product -- I'm sorry -- document numbers
5 that you see in the third column of those tables, each one of
6 those documents will contain sufficient information for us to
7 conclude that, just to take Example D here, that that product
8 contains VLANs, and that product contains VLANs in the
9 context of what are known as trump groups. That's just an
10 example of what we've done.
11     With the document in hand, once you see that a
12 particular product model number contains VLANs and trump
13 groups and that we've contended it infringes the '840 patent,
14 then it's a simple matter to turn to our actual infringement
15 claim chart to peruse the various theories and the deeper
16 details of our infringement contentions.
17     So we asked for discovery, document discovery and
18 interrogatory discovery on that range of feature sets.
19     Tab 4 is --
20     THE COURT: The feature sets being what?
21     MR. GREENSPOON: In Tab 3, those items demarcated
22 A through E.
23     THE COURT: Oh, okay. These are the feature
24 sets?
25     MR. GREENSPOON: That's right.

Page 10

1     THE COURT: All right.
2     MR. GREENSPOON: That was long ago. That was in
3 February. In fact, that was the very first day that document
4 discovery was permitted to be served at least for the case in
5 chief rather than the previous microdiscovery, if you will,
6 on picking the four patents for Phase 1.
7     Tab 4 is an example of Foundry's response to this
8 discovery. Tab 4 is a supplemental document response.
9     And what I've flagged for you is Page 5, which is
10 their supplemental response to Request No. 1, and what you
11 will see here is that they are referring to a number of
12 exhibits, A through E, to demonstrate, I suppose, be
13 transparent to Alcatel about what model numbers they are
14 agreeing are fairly within the scope of discovery. And then
15 the next blue tab within the same document is Exhibit A
16 itself. You will see a handful of model numbers are
17 presented there.
18     Exhibit B, the same and so on, through Exhibit
19 E.
20     Well, when we received this, this was in the
21 middle of June that we received this particular supplement,
22 we thought we smelled a rat, but we weren't entirely sure,
23 because the format of this objection was to say these are the
24 items that we're voluntarily producing discovery on, rather
25 voluntarily in response to your document requests.

Page 11

1     It did not contain an absolute statement, and, by
2 the way, anything beyond this list, we're not producing
3 anything. In fact, by that point in time, whatever filters
4 they had put on the discovery process to keep documents from
5 Alcatel were incomplete filters. By this point in time, we
6 actually had a number of documents that did relate to product
7 model designations beyond that list.
8     So we were a little bit confused. We were under
9 the impression they were giving us full discovery. At least
10 we weren't sure why there seemed to be gaps, and then we get
11 this objection.
12     Tab 5 is a letter that I sent to Mr. Poppe,
13 counsel for Foundry, where I'm really just raising the issue
14 about nine days after the service of those objections. And
15 I'm telling Mr. Poppe I understand what your exhibits are,
16 and it seems to us that, based on what they're supposed to
17 represent, maybe you left off these model numbers.
18     So this could have been just an innocent mistake
19 in drafting the exhibits. I wasn't really able to know.
20     And what I'm indicating in this Tab 5 are the
21 specific model numbers where, if we remember what we did in
22 Tab 1, the specific model numbers where we thought we had a
23 basis to say, well, this model number is also an accused
24 product under this patent, but that were omitted from the
25 exhibits in the previous tab.

Page 12

1     A month passed, and if your Honor turns to Tab 6,
2 you will find Mr. Poppe's response, which is -- it's a
3 two-page, single-spaced letter, and I believe Mr. Poppe is
4 conceding some points, very few points, that perhaps we were
5 right, that there are some items that should have been
6 included, but, by and large, he's saying for the very first
7 time, and I'm quoting from the middle of the second
8 paragraph, Foundry is not required to produce documents
9 related to products as to which Alcatel has failed to
10 demonstrate that its infringement allegations are supported
11 by an initial Rule 11 analysis.
12     This is July 20th. By July 24th, I believe, we
13 filed our e-mail request for emergency relief.
14     If your Honor moves onto the next tab, this is
15 just to close the loop on the efforts that we took.
16     Oh, and by did way, your Honor, we're about to
17 begin deposition discovery, so right now we're waiting on a
18 resolution to this dispute before we are able to actually
19 take the depositions of the Foundry personnel that we need to
20 before the mid-October discovery closed.
21     The next tab, actually, it's two tabs, 7 and 8,
22 are responses to another interrogatory where we're trying to
23 get discovery through a different angle.
24     We think we have enough to provide a basis for
25 alleging infringement as we have, but it never hurts to try

Page 13

1　to get the same information by asking for it in a slightly
2　different way.
3　　　　So what we did, if your Honor turns to
4　Interrogatory No. 27, we were specifically asking Foundry to
5　take our definition of accused products, where we're really
6　just naming feature sets, really in Foundry's own words.
7　We're not trying to put words in their mouth or trying to get
8　them to admit infringement of claim elements or anything like
9　that, and we're asking them to identify by model designation,
10　et cetera, what are the model numbers that contain these
11　feature sets.
12　　　　If you see the response, it has been an objection
13　on Tab 8. There is the June 15th letter that came with the
14　objections. And there was a promise we will supplement soon,
15　an acknowledgment that these are merely objections only, and
16　that has been almost two months. We've received no such
17　supplement.
18　　　　So at this moment in time we're dealing with a
19　situation where we've identified a number of documents that
20　set forth the basis for our contentions.
21　　　　We were just informed on July 20th that, even
22　though we found some documents that filtered through, we now
23　know that there has been actually a concerted effort to
24　withhold entire categories of documents that are within the
25　scope of the accused products.

Page 14

1　　　　The last tabs are -- Tab 9 is a group exhibit,
2　really, of a collection of cases. I think I will just flip
3　to the last blue tab that I made for your Honor. This is a
4　1990 District of Delaware decision, which says this was a
5　patent case in which there's a very, very similar dispute
6　where a defendant wanted to create his or her own definition
7　of accused products. And the quote, the ruling in the case,
8　is on the bottom of what's Page 6 on the printout, and for
9　Foundry, it's about four cases in. It's the --
10　　　THE COURT: What is the case name?
11　　　MR. GREENSPOON: Rohm & Haas company.
12　　　　Quote, Under the principles of notice pleading
13　and liberal discovery, I regard plaintiff's interrogatories
14　and document requests as germane and proper. Therefore,
15　defendant cannot simply claim infringement and limit
16　discovery according to its view of the case.
17　　　　And I will note, your Honor, that that is a
18　decision from yourself from 1990.
19　　　　So the very last tab, which is Tab 10, is a far
20　more detailed technical presentation that our consulting
21　expert helped us put together. In the event your Honor wants
22　to go into any more detail about why we find a common thread
23　of feature sets across all these different model numbers, I
24　can go through that right now. Okay. I can simply leave it
25　with your Honor to peruse it.

Page 15

1　　　THE COURT: All right. Thank you very much.
2　　　MR. GREENSPOON: Thank you.
3　　　THE COURT: Let's hear from counsel for Foundry.
4　　　　Specifically, I'm a practical person. What is it
5　that you find objectionable or confusing? And let's get to
6　the bottom of this and get this resolved.
7　　　MR. POPPE: Your Honor, we have approached --
8　this is Matt Poppe, with Orrick.
9　　　　We have approached this issue from the
10　perspective that the Court indicated at the telephone hearing
11　it was interested in, which is to look at the claim
12　construction by the plaintiff and to use that as the basis
13　for forming the parameters of what discovery should be in
14　this case.
15　　　　And there has not been formal claim construction
16　yet in this case. Claim construction under the scheduling
17　order will be starting around the close of discovery.
18　However, what we have on a related subject is the
19　interrogatory responses from Alcatel, where they present the
20　asserted claims and the features in the Foundry products that
21　they accuse of infringement. And those would be, I believe,
22　behind Tab 2 of the binder that Mr. Greenspoon presented to
23　you.
24　　　　And I should note there are two patents that are
25　the subject of the discovery dispute here. Those are the

Page 16

1　'192 patent and the '840 patent.
2　　　　The other two patents, as we understand it, are
3　directed solely towards software features, and we've produced
4　documents related to those software features regardless of
5　what product they appear in.
6　　　　So we're not aware that there's any discovery
7　dispute related to those two patents, but for the '192 patent
8　and the '840 patent, as we understand the contentions, those
9　are directed, in large part, to hardware features of the
10　Foundry products.
11　　　　As we've explained on multiple occasions dating
12　back to last October, Foundry has introduced many different
13　products with many different hardware architectures that
14　differ from each other in relevant and substantial ways.
15　And we've submitted a letter yesterday, your Honor, that
16　details the different architectures.
17　　　　There are three architectures which, for
18　each architecture, there's a group of products that share
19　that particular architecture, which have been discussed
20　in the past before your Honor. There's the Ironcore
21　architecture, which was the second phase of products
22　that Foundry introduced back in the 90's, the Jetcore
23　architecture, which was the next generation, and the
24　Terathon architecture.
25　　　　Alcatel has presented its arguments as if those

Page 17

1 three architectures apply to all of the accused Foundry
2 products, but that is not the case.
3   There is an Access Iron series of products with
4 its own architecture, an Edge Iron series of products with
5 its own architecture. The Big Iron RX has a different
6 architecture, and Fast Iron Edge Switch, Fast Iron Edge
7 Switch X series, et cetera, et cetera. And I've provided a
8 list of these.
9   And not only do they have a different hardware
10 architecture, but we specified that they specifically lack
11 hardware features that have been listed in these
12 interrogatory responses as being features that Alcatel is
13 relying on for their infringement claims.
14   So if I can refer your Honor to Tab 2 of
15 Alcatel's binder, you go generally toward the back. There
16 are a series of charts, one for each patent. Each chart
17 is numbered separately, so I can't refer your Honor -- I
18 can't refer your Honor to an overall page number, but there
19 is a seven-page chart for the '192 patent, which is one of
20 the two that we're concerned with, and specifically the first
21 three pages of this chart relates to Claim 1 of the '192
22 patent.
23   And there's information where they identify the
24 features. There are numerous, separate elements in this
25 claim. It requires a buffer memory. It requires a data

Page 18

1 block and outlet Selection Q Management Logic, a plurality of
2 cues, a data block selection means, and then first, second
3 and third means in addition to that.
4   And your Honor is familiar with means-plus-
5 function claims. Those claims do not cover any products
6 that accomplishes the stated function, but you have to
7 refer to the specific structures identified in the
8 specification of the packet -- of the patent that perform
9 that function.
10   So in some instances -- well, first of all, all
11 of the evidence referred to here in this claim chart relates
12 solely to Jetcore and Ironcore. There's no information
13 provided for any other architecture.
14   For some of these elements, there is no feature
15 identified. So, for example, they appear to identify a
16 buffer manager as the data block and outlet selection cue
17 management logic. But that comprises a number of other
18 structures for which they simply refer back to the buffer
19 manager, without identifying the structure in the buffer
20 manager that relates to that feature.
21   So we don't know whether other hardware
22 architectures contain those features or not, because they
23 have not been identified.
24   In addition, there is a particular feature
25 in this. It is on Page 3 of the '192 chart, if your

Page 19

1 Honor chooses to look at it at some point later, and it
2 refers to a first means for identifying a specific said cue,
3 et cetera, et cetera. And the corresponding feature that
4 Alcatel identifies is a pair of memory devices, called
5 a CAM, which is a content addressable memory, and a PRAM.
6 I forget exactly what that stands for.
7   These memory devices are not in the other
8 hardware architectures other than the Ironcore, Jetcore and
9 Terathon, with one exception, which, in turn, does not have
10 some of the other features identified as being infringing
11 elements.
12   So we have produced documents in line with the
13 specific features that they've identified as being
14 infringing. We have not agreed to produce documents related
15 to architecture that do not have these exhibits.
16   Mr. Greenspoon also referred you to Tab 3 of his
17 binder, which is the document requests, and specifically to
18 Page 4 of Tab 3, where Alcatel provided their definition of
19 accused products for purposes of the document production.
20 But their definition here is far, far broader than what
21 they've actually defined as being accused features in their
22 infringement charts.
23   For example, the portion of this that,
24 presumably, relates to the '192 patent, which we've been
25 discussing, is No. Or Subsection B on Page 4 of Tab 3, where

Page 20

1 it says, Storage of packet contents within a buffer pool at a
2 location corresponding to a buffer number, where the buffer
3 number is assigned to the appropriate cue of the destination
4 ports.
5   That's technical lingo, but the '192 patent
6 specifically describes these features as comprising part of
7 the prior art, and that it's another component of the claims
8 that is the actually inventive feature. Specifically, and,
9 again, it's one of the terms in the patent, but the patent
10 describes the inventive feature as being the data block and
11 outlet selection cue management logic and the features
12 thereof.
13   So for them to identify two of the many elements
14 of the claim, which are identified as being parts of the
15 prior art, and saying we have to produce anything that
16 contains those features, which, frankly, probably includes
17 any switch product made by anybody anywhere given how broad
18 these are defined, that's not how discovery is supposed to
19 work.
20   THE COURT: Before you go any further, I feel
21 like you all are talking apples and oranges and I don't
22 understand either.
23   You have said, I think, Mr. Poppe, that the most
24 appropriate way to identify products at issue in this case is
25 by their architecture.

Tuesday, August 8, 2006     CondenseIt™     CA No. 05-418 (SLR)

Page 21

1     MR. POPPE: Correct.

2     THE COURT: Plaintiff's counsel, based on Tab 3,
3 Page 4, has basically said, no, we disagree. We are looking
4 for certain features regardless of architecture.

5     So it would appear as though -- and I guess it's
6 my job at this point to decide which of you is the most
7 reasonable when we're talking about four patents in a case
8 presented to a jury. See, so that's my job, I guess, at this
9 point.

10     I've at least identified the dispute?

11     MR. POPPE: Yes.

12     THE COURT: You are not identifying things the
13 same way.

14     MR. POPPE: Yes. It's the level of specificity
15 at which the hardware architecture has to be defined that
16 describes the scope of appropriate discovery.

17     The level of specificity should be what's
18 in the infringement charts. And the support for that is,
19 first of all, a series of Rule 11 cases decided by the
20 Federal Circuit in patent cases that talk about what
21 information a plaintiff has to have for each accused
22 product, and specifically I would refer your Honor to
23 the case of Antionius versus Spalding and Evenflo Companies,
24 which is 275 F.3d, 1066, and which is cited in the case,
25 in the letter we provided.

Page 22

1     THE COURT: I can find a Federal Circuit case
2 that says just about anything. Truly, I'm not so interested
3 in that. I gave up writing about discovery when I became a
4 Magistrate Judge and came to this position.

5     Let's start over.

6     MR. POPPE: Sure.

7     THE COURT: Mr. Poppe, why don't you sit down. I
8 am going to have a discussion with you both.

9     MR. POPPE: Okay.

10     THE COURT: Now, Mr. Greenspoon --

11     MR. GREENSPOON: Yes, Judge?

12     THE COURT: -- when you go through all the lists
13 of your -- and you don't even have to stand up. I just want
14 to do it this way.

15     When I'm looking at all the products that you
16 listed in Tab 1, many of them are listed by these
17 architectures. Some are not. I see Edge Iron, I see Big
18 Iron. I see Fast Iron. I see -- I don't know -- some other
19 things. There's another Iron in here, Net Iron.

20     Tell me why, when you are talking about actually
21 trying a case, why is it that you don't believe using
22 the primary architectures isn't an appropriate and the
23 most reasonable way, not that you can't do it a bunch of
24 different ways in discovery, I'm not saying you can't, but
25 in terms of managing a great deal of information that you

Page 23

1 are ultimately going to have to present to eight citizens,
2 why is it that the architecture isn't the best way of doing
3 it as opposed to what you have done, which is to come up with
4 a couple of different features that may or may not be --
5 well, tell me why you've come up with features as opposed to
6 architecture.

7     MR. GREENSPOON: In trying the case, we are
8 called upon to provide the jury evidence of the architectures
9 and the features, so we don't say that the architecture is
10 the best or the features are the best. I think we're going
11 to be called on at trial to meet our burden of proof by
12 showing that they have, that the products have certain
13 functions, and those functions are on top of certain
14 structures.

15     We're not running away from that at all.

16 Actually, at trial, what we hope to be able to do is prepare
17 our expert witness to try representative products.
18 Hopefully, we'll get some kind of stipulation by that point
19 in time that. Let's say if the XYZ product infringes, then
20 the ABC and the MKO also infringes.

21     So we intend to build a presentation for the jury
22 that's as simple as possible.

23     The problem with the premise in my mind is that
24 we're at the discovery stage, and what we've determined is
25 that when you identify the feature set as present in the

Page 24

1 products, we also have a basis for saying that the structure
2 is there as well.

3     So I have an example, Edge Iron document, that I
4 could show your Honor. I only have one copy of it at the
5 time.

6     The Edge Iron document is cited in our Tab 1
7 chart. And the Edge Iron document shows for the '192 patent
8 that this product has a buffer memory and that it operates
9 with output cues. Those are actually structures, by the way,
10 not just features.

11     So because we know that the Edge Iron product
12 line has buffers and cues, and because we know that there
13 is infringement by every other Foundry product that we've
14 seen that has buffers and cues, we conclude there's a
15 basis for saying that this one does, too. We want all the
16 discovery that's relevant to allow us to prove our case to a
17 jury.

18     The same document, different patent, the '840
19 patent. This particular document that I'm holding shows that
20 this Edge Iron -- actually, it's a set of five different
21 model numbers, contains VLANS and it contains trump groups.
22 These are sort of a blend of structure and function, as I'm
23 presenting it right now to your Honor.

24     Because we see that they present, that this
25 product line -- we're concluding there's a basis to say that

Alcatel USA v. Foundry             Page 21 - Page 24

Tuesday, August 8, 2006                    CondenseIt™                    CA No. 05-418 (SLR)

Page 25

1  it infringes the '840 patent because every other Foundry
2  product that we have more detailed information about is
3  consistent with infringement of the '840 patent for the same
4  reasons.
5        THE COURT: And the specific discovery you're
6  looking for is just all the information there is about all of
7  the products that you've listed in Tab 1?
8        MR. GREENSPOON: That's probably overstating it.
9  We don't want to be flooded by information any more than
10  they want to produce too much information. We want
11  representative -- well, it's hard to say what I want because
12  I don't know exactly what is being withheld from me. I
13  definitely want documentation which informs us in Foundry's
14  own documents of the complete structure, function and
15  operation of all of these products that they've so far not
16  given us that information.
17        It could be in in principle, it could be a
18  thousand more pages that would get this job done. I do
19  not know that. In principle, it could be 50,000 more pages
20  that would give us the complete document production that we
21  need.
22        That's information that's only in the hands of
23  Mr. Poppe.
24        THE COURT: All right. Mr. Poppe, back to you
25  again.

Page 26

1        MR. POPPE: Sure.
2        THE COURT: And Foundry's objection is that --
3        MR. POPPE: Foundry's objection is that Alcatel,
4  based on a conclusion that certain limited product groups
5  infringe, is arbitrarily attempting to broaden that
6  conclusion to other products for which it has performed no
7  infringement analysis.
8        And, your Honor, Alcatel has to date demanded
9  all technical documents related to that entire 14-page,
10  single-spaced list of products that Mr. Greenspoon discussed
11  with your Honor under Tab 1 of his binder.
12        So to say now that they are asking for a limited
13  set of documents is incorrect, but we would object even to
14  producing a limited set, because document discovery is only
15  fair to the extent it relates to documents as to which the
16  plaintiff has formed some initial reasonable basis to believe
17  in infringement.
18        And for Mr. Greenspoon to say, as he did, that
19  because, for example, the Edge Iron product has a buffer
20  memory and cues, it must, therefore, infringe, as I noted to
21  your Honor earlier, the patent in question specifically
22  refers to the fact that prior art technology has included
23  buffer memories and cues. So identifying those two features
24  is no indication after infringement.
25        They're essentially inherent features of a switch

Page 27

1  product. So what we're asking is that if Alcatel is, indeed,
2  contending that additional products outside of the three
3  Ironcore, Jetcore and Terathon architectures infringe, before
4  engaging in discovery for those other products and other
5  architectures, they should identify in an infringement chart
6  what the basis is for believing in infringement and showing
7  that they have a reasonable belief in infringement.
8        THE COURT: And -- like which came first, the
9  chicken or the egg here.
10        MR. GREENSPOON: Judge, I was about to say the
11  very same thing.
12        THE COURT: So if I'm looking at Tab 4 and the
13  exhibits attached to Tab 4, these are the products to which
14  Foundry has provided information. Is that correct?
15        MR. POPPE: That is correct, your Honor. There
16  are probably one or two additional products.
17        Mr. Greenspoon noted that in our subsequent
18  letter exchange, he identified a few additional products as
19  to which we had already produced documents and we will
20  supplement to indicate those. But the products that we will
21  supplement to indicate are simply additional, I believe in
22  all cases, Terathon products.
23        So, yes, these lists, these lists are the
24  documents as to which Foundry has produced documents.
25        THE COURT: And I don't suppose anyone thought it

Page 28

1  was helpful to go through this huge list in Tab 1 and
2  highlight it for me, which of these products Alcatel is still
3  waiting for discovery, and then what I would ask --
4        MR. GREENSPOON: Judge, I'm sorry. I never
5  interrupt, but that's Tab 3.
6        THE COURT: That's Tab 3?
7        MR. GREENSPOON: I'm sorry.
8        MS. INGERSOLL: No. Five.
9        THE COURT: Which is it? Tab 5?
10        MR. GREENSPOON: Five.
11        MR. HALLER: Sorry.
12        MR. GREENSPOON: Five.
13        THE COURT: So why am I seeing Big Iron and Edge
14  Iron? I thought all of those architectures had been --
15        MR. POPPE: The names such as Big Iron, Fast
16  Iron, Net Iron and Server Iron are generic names that have
17  been given over time to products with different core
18  architectures. But, for example, the Big Iron RX has
19  completely different chips, computer chips in it than the
20  ones that are in Jetcore, Ironcore and Terathon.
21        In some cases, components of it aren't even
22  made by the same companies as the ones that are in the Big
23  Iron -- I'm sorry -- in the Jetcore and Ironcore. So that's
24  why the discussion has been primarily in terms of
25  architectures rather than the generic Big Iron or Net Iron

Alcatel USA v. Foundry                                      Page 25 - Page 28

Tuesday, August 8, 2006      **CondenseIt**™      CA No. 05-418 (SLR)

### Page 29

1  names.

2       MR. GREENSPOON: Judge, if I may, the chip sets
3  are not the discovery question before your Honor. At the end
4  of the day, maybe in summary judgment practice or at trial,
5  the chip sets may impact things, but at this point we've
6  identified our basis for concluding that these additional
7  model numbers contain the infringing features.

8       If the chip sets are so different that they
9  completely negate infringement even under our Alcatel's claim
10 interpretation, we're open-minded. We'd love to see the
11 discovery. If we conclude that as well, we'll walk away from
12 that. But we have every inference. We have every basis for
13 concluding that a Big Iron XYZ has the same hardware
14 structure as a Big Iron ABC.

15      THE COURT: So, Mr. Greenspoon, what you are
16 saying is that all of the products you've listed in Tab 5
17 have each of the elements of your definition of the accused
18 products and that you have proof of that? In other words,
19 you satisfy your Rule 11 obligation. Is that right?

20      MR. GREENSPOON: That's right. And we always
21 want more information. We will need more information,
22 because we're not satisfied that we have enough documentation
23 to do our best job in front of a jury that we ought to be
24 doing.

25      MR. POPPE: And, your Honor, if I may?

### Page 30

1       THE COURT: Yes, you may.

2       MR. POPPE: If Alcatel had that proof for each
3  product, for each element, then my question is: Why was that
4  not identified in response to our interrogatories served
5  months ago that asked for that specific information? And as
6  I noted to your Honor, certain of those specific hardware
7  features that they identified as being necessary to their
8  infringement analysis are not contained in the other
9  architectures.

10      So I don't understand what their basis is for
11 making that statement, and if they believe that they can meet
12 that obligation, then they should be required, as your Honor
13 ordered with the Terathon products, to provide an
14 infringement chart.

15      THE COURT: Well, when you say an infringement
16 chart, I mean, I have to say, with all the patent cases I
17 have had, and I've had a few, I've never been faced, I
18 can't recall that I've been faced with this particular
19 dilemma, where the plaintiff is being asked to come
20 forward with proof of infringement in order to justify
21 discovery. And I think that's basically what you are
22 asking the plaintiff to do?

23      I mean, I'm all for being reasonable and I am
24 not confident the plaintiff is being reasonable. You also,
25 if you know me at all, know that what I will try to do is

### Page 31

1  find a middle ground here because I'm not confident either
2  party is being particularly reasonable when it comes to going
3  forward here. But I'm not quite sure how to find the middle
4  ground.

5       I mean, the claim chart to me refers to certain
6  documents, but, clearly, not to every document supporting
7  every product, which I assume is what you are really looking
8  for, Mr. Poppe.

9       MR. POPPE: That's correct. The information they
10 provided is for a small subset of products, and since before
11 alleging that something is an accused product, they have to
12 have a factual basis for making the allegation in the first
13 place. That's why we're saying they should come forward with
14 the information that they have to see if it's reasonable to
15 then jump to the conclusion that these should be accused
16 products and further discovery should be permitted. It's an
17 obligation that they are required to fulfill before
18 proceeding with these allegations.

19      THE COURT: Well, I've certainly never seen
20 anyone do that.

21      So let's take baby steps, which I'm very fond
22 of.

23      Mr. Greenspoon, what I'm going to ask you to do
24 is to, from these exhibits, Exhibits A, B C, D and E, kind of
25 prioritize and tell me which -- give me two of the product

### Page 32

1  groups under those exhibits that are most important to in
2  your case. I guess we're going to do it one of two ways:
3  I'm either going to say, if you want all of these products,
4  then you do need to go through each product and refer to at
5  least a document that identifies the basis. One product, one
6  document, or what?

7       The other option, I suppose, is to have you pick
8  one group of products and we'll limit your discovery to
9  that.

10      I don't know which is the fairest and which makes
11 the most sense. Let's hear from Mr. Poppe before I start
12 doing anything else.

13      I mean, is it the number at this point? Is there
14 some --

15      MR. POPPE: Part of it, your Honor, is the
16 number, and part of it is the principle that applies as to
17 which the plaintiff cannot establish any basis for believing
18 infringement should not proceed.

19      Between the two options that your Honor stated,
20 we obviously prefer the first, and when your Honor referred
21 to identifying a document, I don't want to say I assume
22 something, but I think inherent in that should be that they
23 should identify where in the document the different elements
24 of the claim are identified so that we're not simply
25 presented with a citation to a 150-page document and told

Tuesday, August 8, 2006                   CondenseIt™                    CA No. 05-418 (SLR)

Page 33

1  that --
2      THE COURT: Mr. Poppe, I don't know where you
3  practice, but I have never seen a claim chart that is that
4  detailed at this stage of the game. I don't even see that by
5  the time people get to trial.
6      I applaud your efforts for doing things by the
7  book, but I've never seen it in practice. If you have -- I
8  mean, if you have seen one, I would like to see it and then I
9  might hold the plaintiff up to that kind of standard. I just
10 simply don't think that that is -- I just have never seen
11 anyone voluntarily do it. I've never seen anyone who has
12 been required to do it.
13     And, again, I'm always for learning something, so
14 if you have a claim chart where every product is identified
15 to that extent, I would be happy to see it.
16     So I am not confident that makes any sense. What
17 we're talking about is a good-faith belief and some basis for
18 understanding that a product, in fact, infringes.
19     Now, so I'm not sure where the middle ground
20 is, but I am going to look for one, because I'm not going
21 to ask the defendant to produce all the documents for all
22 this product, I'm simply not going to. I'm not satisfied
23 that I see enough of a basis to have a comfort level in
24 that.
25     If there is a group of documents, a group

Page 34

1  of products or some way to organize this where the
2  most important products to you we do get information for,
3  I am happy to do that and then we're going to call it a
4  day.
5      MR. GREENSPOON: Judge, Tab 1 is our one
6  model, one document list that has already been provided.
7  The lengthier interrogatory answer which identifies
8  Foundry Networks document production numbers as our
9  basis for understanding the specific model numbers are
10 infringing.
11     As for prioritizing, I would love to do
12 that, but part of the impasse has been that because there
13 is this debate about what's properly in the case, we've
14 also not received adequate financial discovery from the
15 other side. That is sort of a follow-on issue. You know,
16 once we lock in what is fairly within the case, then we
17 can have a common dialogue about what's fair play for
18 the financial discovery. Obviously, that impacts how we
19 could prioritize.
20     As far as reaching a middle ground, I think I do
21 have a suggestion. I think that we can put together one very
22 targeted document request for each of the patents. That is
23 one request per patent. And we've already done this, but I'm
24 willing to start over again, where we ask them to provide --
25 first of all, they have to answer Interrogatory 27, where we

Page 35

1  can find out what is the universe of model numbers that
2  contain the feature set that we flag as a red flag as
3  potential infringements. And then at that point, within
4  those, within that list of model numbers, then they can
5  provide us a targeted response, a targeted document response
6  with regard to each model number.
7      And just for some context, I'm displaying to
8  your Honor the cover page of some release notes related
9  to the Edge Iron. You'll notice, and this is another
10 thing that shouldn't escape your Honor. The 24GS, 48GS
11 and three other model numbers, they all are described in
12 one document. So when we show you 15 single-spaced
13 pages of model numbers, sometimes the model number
14 itself is duplicated because we're talking about
15 four or five different patents. But in other instances
16 we have release notes or similar types of documents
17 which indicate that they really are the same and these
18 number and letter designations really reflect some
19 enhancements or customization for certain applications,
20 but it does not really impact the core feature set or
21 architectures.
22     So just, again, to summarize, if they answer
23 Interrogatory 27, give us the universe of items that have
24 these feature sets, then we'll come back and we will try
25 to get that. We'll give them a targeted document request

Page 36

1  that will help us with gathering our proof for the jury
2  trial.
3      THE COURT: And the feature sets you're talking
4  about, is there any product that has all five of these
5  things?
6      MR. GREENSPOON: No, no, actually. The three --
7  three of those, I think it's A, B -- I don't recall.
8      Three of them refer to feature sets implicated
9  by three separate patents. Two of them are implicated
10 separately under one patent. Unfortunately, I wish it were
11 simpler and I could line them up one to one, but I can't.
12 So --
13     THE COURT: Well, but what you are saying
14 is that there might be a product that has one feature for
15 one patent, another feature from another patent. And
16 you're asking them to provide information about products
17 that really are not relevant to this case? I mean, is
18 that --
19     MR. GREENSPOON: I'm really not following.
20     THE COURT: I mean, in my mind, what you are
21 saying is that, when I'm looking at Tab 3, Page 4, and those
22 five things are your feature sets?
23     MR. GREENSPOON: Each individually is one
24 feature set that implicates a patent. So, for example,
25 Item A.

Alcatel USA v. Foundry                                        Page 33 - Page 36

Tuesday, August 8, 2006    CondenseIt™    CA No. 05-418 (SLR)

Page 37

1 THE COURT: So if you've got a product that
2 has all the feature -- I don't know whether it's three
3 features or one feature listed in A, port authentication
4 conforming, et cetera, then that infringes at least one
5 claim of one patent?  That limitation or feature comprises
6 a limitation?
7 I'm just trying to understand.  I don't quite
8 understand how feature sets translates into claims.
9 MR. GREENSPOON: That's actually very simple.
10 Port authentication conforming to 802.1X standards leads
11 us to believe that that product infringes the '890 patent.
12 THE COURT: How?
13 MR. GREENSPOON: Because in the -- in that
14 standard, there are certain elements of the standard that
15 many, but not all, compliant devices will practice.  That
16 particular patent, there's something called a client.
17 There's something called authenticator.  There's something
18 called a supplement.  This is also how it's termed in the
19 Foundry documents.
20 When that client, that authenticator and that
21 supplement are used in a particular way, as we have found
22 many, if not most commercial deployments or commercial
23 implemetations do --
24 THE COURT: But I thought you said we weren't
25 concerned -- which patent is that?

Page 38

1 MR. GREENSPOON: '090.
2 THE COURT: I thought we weren't concerned about
3 the '090 patent.
4 MR. GREENSPOON: That was Mr. Poppe and I don't
5 understand where he's coming from.
6 THE COURT: All right.  Which of these feature
7 sets are specifically related to the '840 and '192?
8 MR. GREENSPOON: Item B relates to the '192.
9 Items C and D relate to the '840.
10 THE COURT: And with respect to the '840, do the
11 products need to have both of these features to be
12 implicated?
13 MR. GREENSPOON: No.
14 THE COURT: Or they can have one or the other or
15 both?
16 MR. GREENSPOON: Yes.
17 THE COURT: To possibly infringe at least one
18 claim of the '840?
19 MR. GREENSPOON: Yes.
20 THE COURT: All right.  So we're not looking at
21 A. We're not looking at E.  We're looking at Feature Set B,
22 C and D.  Is that correct?
23 MR. GREENSPOON: Mr. Poppe is saying that we
24 don't have a dispute on A and E, but I have that list in Tab
25 5 where I'm not sure I've gotten discovery on the model

Page 39

1 numbers related to those features.  I'm willing to talk off
2 line with Mr. Poppe to make sure that we're seeing eye to eye
3 on this.
4 THE COURT: Now, which of these, in your letter,
5 which of those relate to Features A and E?  I mean, I don't
6 know how these exhibits are -- that's Exhibit A relates to
7 Feature A?  Is that how it's organized?
8 MR. GREENSPOON: Unfortunately, no.  Actually,
9 no.
10 Exhibit A relates to what we're putting in Item
11 B.  Exhibit B relates to what we're putting under our
12 definition, Item A.
13 So, in other words, if you look at my --
14 THE COURT: Keep going.  I understand.
15 MR. GREENSPOON: Yes.
16 THE COURT: Exhibit C relates to --
17 MR. GREENSPOON: Exhibit C relates to -- I'm
18 sorry.  Item C in the -- under the accused products
19 definition relates to Exhibit E.  Item D in the accused
20 products definition relates to Exhibit C.  And Item E in the
21 accused products definition relates to Exhibit D.
22 THE COURT: I am confused.
23 MR. GREENSPOON: I --
24 THE COURT: I'm looking at Tab 5.  Exhibit A
25 relates to Feature Set B?

Page 40

1 MR. GREENSPOON: That's correct.
2 THE COURT: Exhibit B relates to Feature Set A?
3 MR. GREENSPOON: Correct.
4 THE COURT: Exhibit C relates to Feature Set --
5 MR. GREENSPOON: D, your Honor.
6 THE COURT: E?
7 MR. GREENSPOON: D as in dog.
8 THE COURT: D.  Exhibit D relates to Feature Set
9 E?
10 MR. GREENSPOON: D relates to Feature Set E.
11 THE COURT: And Exhibit E relates to Feature Set
12 C?
13 MR. GREENSPOON: C.
14 THE COURT: And Mr. Poppe, anyway, thinks we
15 should not be having any disputes about Feature Sets A and
16 E.
17 MR. POPPE: That's correct.  To the extent we
18 confirm any Foundry sets contains these features, we'll be
19 producing relevant documents related to those features and
20 those products.
21 THE COURT: Now, why is it that that is okay?  In
22 other words, the claim construction chart is sufficient to
23 satisfy you with respect to those feature sets and those
24 products, but the others are not?
25 MR. POPPE: Because the allegations with respect

Alcatel USA v. Foundry    Page 37 - Page 40

Page 41

1  to those feature sets relate to software that is relatively
2  uniform across the products whereas the hardware features
3  differ from product to product. And so our concern is that
4  the way that the feature sets are described in this document
5  behind Tab 3 is far, far too overbroad and that the feature
6  sets should be defined by what's listed in the infringement
7  charts.
8     So we have no problem identifying ands producing
9  documents related to products that have the specific features
10  identified in those infringement charts, and that's how we
11  think what the parameters on discovery should be.
12     THE COURT: So we're back to the beginning. All
13  right.
14     Well, I will give you just a minute each to give
15  me -- I wanted to get this resolved, but I need to sit down
16  and look at this. Unfortunately, that means you're stuck
17  with whatever I come to unless you all agree to something
18  before this. You know, we're back to talking apples and
19  oranges again.
20     The claims of the '840 and the '192 are -- are
21  method claims, product claims? What are they?
22     MR. GREENSPOON: I believe in both case they're
23  system claims or apparatus claims.
24     MR. POPPE: Apparatus claims.
25     THE COURT: All right. So we are talking

Page 42

1  about -- and, Mr. Greenspoon, just before I close for the
2  day, you believe just by identifying the document under
3  Tab 1, for each of these exhibits, that that is a sufficient
4  basis for believing that the product you've identified is
5  implicated by one -- contains the feature sets that would
6  demonstrate infringement or at least a good-faith basis for
7  claiming infringement?
8  '    MR. GREENSPOON: Yes.
9     THE COURT: So maybe what I need to do is, for
10  the disputed products I will let each of you pick ten
11  products with the documents that you've identified and I will
12  see which side has a better -- well, if, in fact, that's a
13  good-faith basis, then I guess I need to find out what that
14  is as opposed to the claim chart, which is not particularly
15  helpful to me. And if I feel as though the documents
16  identified really have nothing to do with the feature sets or
17  the claim set, then, obviously, I will not allow the
18  discovery.
19     I would look at them all, but I'm not confident I
20  have time to. But if you believe that's a better way of
21  doing it, I'm happy to do that as well.
22     MR. GREENSPOON: Judge, just let me plant the
23  seed one more time in your mind, that there is going to be a
24  chicken and the egg issue, because I will concede right here,
25  right now, I do not have complete discovery of all the

Page 43

1  hardware that I would like to present to the jury to prove my
2  case at trial.
3     THE COURT: Well, I know you can't prove
4  infringement, but all I am looking for is a good-faith basis
5  for that. You should have something.
6     MR. GREENSPOON: Absolutely.
7     THE COURT: And if you don't, then you shouldn't
8  have discovery, and if you do, you should.
9     So I am happy to look at a representative
10  sample. I am willing to look at all of them. Obviously, if
11  you can work this out in the meantime, that is fine.
12  Otherwise, you need to get that to me and I will try to get
13  back to you. All right?
14     MR. POPPE: Your Honor, I think that's a fair way
15  to proceed, and I would suggest perhaps that each side pick
16  ten products. It can present something to you and then each
17  side can respond to the other ten products that we pick
18  according to a schedule that we can either set now or work
19  out afterwards.
20     MR. GREENSPOON: We can work off line with
21  Mr. Poppe and figure out a way, perhaps even in one joint
22  binder, so that you don't have to be fumbling for different
23  presentations.
24     But before we leave, though, your Honor, it would
25  help us immensely if Foundry were just -- if your Honor were

Page 44

1  to simply suggest to Foundry that it would be a good idea to
2  answer Interrogatory No. 27. That's the interrogatory where
3  we've asked them to -- from their own records, from their own
4  knowledge, which is always going to be superior to our
5  knowledge, tell us what the model numbers are that do contain
6  the features, because we -- you know, we put our internal
7  expert through the three-week effort to go through their
8  document production, to try to accomplish the same thing.
9  But it would be really helpful if they would be instructed to
10  finally answer that interrogatory.
11     THE COURT: And I take it it hasn't been answered
12  because they feel as though they're doing your homework for
13  you? I mean, I don't know.
14     MR. POPPE: The scope of the response to that
15  interrogatory will depend largely on the result, or on the
16  result of this particular dispute because, again, the scope
17  of the feature that they're asking for, again, we can, you
18  know, identify everything that has a buffer memory, but
19  that's not going to help narrow the scope of the products
20  that are actually reasonably in dispute about infringement
21  because the feature sets are defined so broadly with what
22  they've asked for.
23     MR. GREENSPOON: I don't know if I'm the chicken
24  or the egg or he's the chicken or he's the egg, but at some
25  point, somebody has to show their cards.

Page 45

1       We think we've shown our cards as best we can
2   right now, and what we are talking about is simply a list of
3   model numbers that they will acknowledge contain features
4   that they have to acknowledge that certain other model
5   numbers already contain.  We're not asking them to make
6   admissions.
7       THE COURT: All right.  Well, I will keep that
8   under consideration, and you should also -- well, if you all
9   can't reach a compromise on this, then, again, I will make
10  the decision.
11      All right.  Thank you very much, counsel.  I
12  appreciate it.
13      (Counsel respond, "Thank you, your Honor.")
14      (Court recessed at 6:10 p.m.)
15          - - -
16
17
18
19
20
21
22
23
24
25

| | | | |
|---|---|---|---|
| '090 [1] 38:3 | Access [1]    17:3 | angle [1]    12:23 | based [4]    5:6 | California [2]   1:5 |

'090 [1] 38:3

'192 [10]    16:7
17:19  17:21  18:25
19:24  20:5  24:7
38:7  38:8  41:20

'840 [9] 9:13  16:8
24:18  25:3  38:7
38:9  38:10  38:18
41:20

'890 [1] 37:11

-and [2] 1:20    2:9

05-418 [1]    1:10

07 [1]  1:13    3:5

1 [14]  4:21    4:21
7:11  9:3  10:6
10:10  11:22  17:21
22:16  24:6  25:7
26:11  34:5  42:3

10 [2]  14:19  45:14

1066 [1] 21:24

11 [3]  12:11  21:19
29:19

14-page [1]    26:9

15 [1]  35:12

15-page [1]    5:11

150-page [1]  32:25

15th [1] 13:13

1990 [2] 14:4  14:18

2 [5]_  5:10    5:22
7:12  15:22  17:14

2006 [1] 1:12

20th [2] 12:12  13:21

23rd [1] 8:11

24GS [1]    35:10

24th [1] 12:12

27 [4]  13:4  34:25
35:23  44:2

275 [1]  21:24

3 [11]  8:5    9:21
18:25  19:16  19:18
19:25  21:2  28:5
28:6  36:21  41:5

30 [2]  6:13    6:18

4 [11]  8:10    8:12
9:19  10:7  10:8
19:18  19:25  21:3
27:12  27:13  36:21

48GS [1]    35:10

5 [9]  1:13    3:5
10:9  11:12  11:20
28:9  29:16  38:25
39:24

50,000 [1]    25:19

6 [2]  14:8  45:14

7 [1]  12:21

8 [4]  1:12    6:18
12:21  13:13

802.1X [2]    8:17
37:10

90's [1] 16:22

ABC [2] 23:20  29:14

able [3] 11:19  12:18
23:16

Absolutely [1] 43:6

Access [1]    17:3

accomplish [1] 44:8

accomplishes [1]
18:6

according [2]  14:16
43:18

accuse [1]    15:21

accused [14]    8:13
11:23  13:5  13:25
14:7  19:19  19:21
21:21  29:17  31:11
31:15  39:18  39:19
39:21

acknowledge [2]
45:3  45:4

acknowledgment [1]
13:15

ACTION [1]    1:4

actual [2]    6:4
9:14

addition [2]    18:3
18:24

additional [5]  27:2
27:16  27:18  27:21
29:6

addressable [1] 19:5

adequate [1]    34:14

admissions [1] 45:6

admit [1]    13:8

afternoon [2]    3:7
4:5

afterwards [1] 43:19

again [11]    7:2
7:9  20:9  25:25
33:13  34:24  35:22
41:19  44:16  44:17
45:9

ago [3]  5:20    10:2
30:5

agree [1] 41:17

agreed [1]    19:14

agreeing [1]    10:14

Alcatel [16]    1:4
1:5  4:6  4:18
10:13  11:5  12:9
15:19  16:25  17:12
19:4  19:18  26:3
26:8  28:2  30:2

Alcatel's [7] 17:15
29:9

allegation [1]    31:12

allegations [3] 12:10
31:18  40:25

alleging [1]    12:25
31:11

allow [2]    24:16
42:17

almost [1]    13:16

always [3]    29:20
33:13  44:4

analysis [3]    12:11
26:7  30:8

ANDERSON [1]
2:7

ands [1] 41:8

angle [1]    12:23

answer [1]    5:5
6:4  6:8  6:9
34:7  34:25  35:22
44:2  44:10

answered [1]    44:11

Antonius [1] 21:23

anyway [1]    40:14

apparatus [2]    41:23
41:24

appear [3]    16:5
18:15  21:5

APPEARANCES [1]
1:17

applaud [1]    33:6

apples [2]    20:21
41:18

applications [1]
35:19

appreciate [2]  8:22
45:12

approach [1]    4:7

approached [2] 15:7
15:9

appropriate [4] 20:3
20:24  21:16  22:22

appropriately [1]
3:13

arbitrarily [1] 26:5

architecture [17]
16:18  16:19  16:21
16:23  16:24  17:4
17:5  17:6  17:10
18:13  19:15  20:25
21:4  21:15  23:2
23:6  23:9

architectures [15]
16:13  16:16  16:17
18:22  19:8  22:17
22:22  23:8  27:3
27:5  28:14  28:18
28:25  30:9  35:21

arguments [1] 16:25

art [3]  20:7  20:15
26:22

asserted [1]    15:20

assigned [1]    20:3

assisted [1]    6:12

assume [2]    31:7
32:21

attached [1]    27:13

attempting [2]  7:12
26:5

August [1]    1:12

authentication [3]
8:17  37:3  37:10

authenticator [2]
37:17  37:20

aware [1]    16:6

away [2] 23:15  29:10

B [10]  10:18  19:25
31:24  36:7  38:8
38:21  39:11  39:11
39:25  40:2

baby [1] 31:21

based [4]    5:6
11:16  21:2  26:4

basis [29]    4:25
5:8  5:15  6:16
7:13  7:16  7:20
8:24  11:23  12:24
13:20  15:12  24:15
24:25  26:16  27:6
29:6  29:12  30:10
31:12  32:5  32:17
33:17  33:23  34:9
42:4  42:6  42:13
43:4

became [1]    22:3

begin [1]    12:17

beginning [2]    3:5
41:12

behind [2]    15:22
41:5

belief [2]    27:7
33:17

believing [3]    27:6
32:17  42:4

best [6]  3:8    5:6
23:2  23:10  23:10
29:23

better [2]    42:12
42:20

Between [1]    32:19

beyond [2]    11:2
11:7

Big [9]  17:5    22:17
28:13  28:15  28:18
28:22  28:25  29:13
29:14

binder [5]    15:22
17:15  19:17  26:11
43:22

bit [1]  11:8

blend [1]    24:22

block [3]    18:2
18:16  20:10

blue [2]  10:15    14:3

book [2] 6:23    33:7

bottom [1]    14:8
15:6

breadth [1]    7:15

broad [1]    20:17

broadcasts [1]  8:19

broaden [1]    26:5

broader [1]    19:20

broadly [1]    44:21

brought [1]    3:13

buffer [10]    17:25
18:16  18:18  18:19
20:2  20:2  24:8
26:19  26:23  44:18

buffers [2]    24:12
24:14

build [1] 23:21

bunch [1]    22:23

burden [1]    23:11

C [11]  3:2    31:24
38:9  38:22  39:16
39:17  39:18  39:20
40:4  40:12  40:13

California [2]   1:5
2:12

CAM [1]    19:5

cannot [2]    14:15
32:17

cards [1]    44:25

case [21] 10:4    14:5
14:7  14:10  14:16
15:14  15:16  19:23
20:24  21:7  21:23
21:24  22:21  23:7
24:16  32:2  34:13
34:16  36:17  41:22
43:2

cases [7] 14:2    14:14
21:19  21:20  27:22
28:21  30:16

categories [1]    13:24

caused [1]    7:14

certain [9]    21:4
23:12  23:13  26:4
30:6  31:5  35:19
37:14  45:4

certainly [2]    7:24
31:19

cetera [6]    13:10
17:7  17:7  19:3
19:3  37:4

chambers [1]    3:10

chart [19]    6:3
6:5  6:6  6:15
9:15  17:16  17:19
17:21  18:11  18:25
24:7  27:5  30:14
30:16  31:5  33:3
33:14  40:22  42:14

charts [12]    3:11
3:24  6:24  7:3
7:7  7:9  7:18
17:16  19:22  21:18
41:7  41:10

Chicago [1]    2:4

chicken [4]    27:9
42:24  44:23  44:24

chief [2] 1:15    10:5

chip [3] 29:2    29:5
29:8

chips [2]    28:19
28:19

Circuit [1]    21:20

citation [1]    32:25

cited [3] 9:4    21:24
24:6

CIVIL [1]    1:4

claim [33]    3:11
3:24  6:2  6:3
6:4  6:4  6:24
7:2  7:2  7:6
7:7  7:9  7:18
9:15  13:8  14:15
15:11  15:15  15:16
17:21  17:25  18:11
20:14  29:9  31:5
32:24  33:3  33:14
37:5  38:18  40:22
42:14  42:17

claim-by-claim [1]
7:13

Tuesday, August 8, 2006                    CondenseIt™                    claiming - ended

claiming [1]          42:7
claims [14]           5:24
  6:5      15:20    17:13
  18:5     18:5     20:7
  37:8     41:20    41:21
  41:21    41:23    41:23
  41:24
clearly [1]           31:6
client [2]            37:16
  37:20
close [2] 12:15       15:17
closed [1]           12:20
closure [1]           3:13
collection [1]       14:2
column [1]            9:5
columns [1]          5:12
comfort [1]          33:23
coming [1]           38:5
commenced [1] 3:4
commentary [1]
  7:5
commercial [2] 37:22
  37:22
common [2]          14:22
  34:17
communicate [2]
  6:16     7:19
companies [2]  21:23
  28:22
company [1]         14:11
compare [2]          3:11
  6:6
comparison [3] 6:3
  6:4       7:2
complete [3]        25:14
  25:20    42:25
completely [2] 28:19
  29:9
complexities [1]
  8:23
compliant [1]  37:15
complicated [1]
  3:18
component [1]  20:7
components [1] 28:21
comprises [2]  18:17
  37:5
comprising [2] 20:6
compromise [1]
  45:9
computer [1]    28:19
CONAWAY [1]
  1:18
concede [1]         42:24
conceding [1]   12:4
concern [1]          41:3
concerned [3]    17:20
  37:25    38:2
concerted [1]   13:23
conclude [5]         5:15
  7:16     9:7    24:14
  29:11
concluding [4] 8:24
  24:25    29:6    29:13

conclusion [3]     26:4
  26:6     31:15
confident [3]       30:24
  33:16    42:19
confirm [1]          40:18
conforming [3] 8:17
  37:4     37:10
confused [2]     11:8
  39:22
confusing [1]     15:5
conjunction [1] 7:12
consideration [1]
  45:8
consistent [1]   25:3
construction [4]
  15:12    15:15    15:16
  40:22
consulting [3]     6:12
  6:13     14:20
contain [9]           7:17
  9:6      13:10    18:22
  29:7     35:2    44:5
  45:3     45:5
contained [1]    30:8
contains [10]      5:11
  6:24     9:8     9:8
  9:12     20:16    24:21
  24:21    40:18    42:5
contend [1]         5:23
contended [1]    9:13
contending [1]   27:2
content [1]          19:5
contentions [5] 7:13
  7:16     9:16    13:20
  16:8
context [2]           9:9
  35:7
controversial [1]
  8:14
convey [1]           7:15
copy [1] 24:4
core [2]  28:17    35:20
corporation [3] 1:4
  1:5       1:9
correct [3]           3:13
  3:14     27:14    27:15
  31:9     38:22    40:3
  40:17
corresponding [2]
  19:3     20:2
CORROON [1] 2:7
counsel [8]           2:5
  2:13     3:7    11:13
  15:3     21:2    45:11
  45:13
couple [1]           23:4
course [2]            5:16
  6:21
court [70]            1:24
  3:7      3:15    3:25
  4:3      4:8     4:10
  4:16     6:17    6:17
  6:22     7:24    8:6
  8:9      8:22    9:20
  9:23     14:10    15:3
  15:10    20:20    21:2

21:12    22:7     22:10
22:12    25:5    25:24
26:2     27:8     27:12
27:25    28:6    28:9
28:13    29:15    30:15
31:19    33:2    36:3
36:13    36:20    37:12
37:24    38:2    36:8
38:10    38:14    38:17
38:20    39:14    39:14
39:16    39:22    39:24
40:2     40:4    40:6
40:8     40:11    40:14
40:21    41:12    41:25
42:9     43:3    43:7
44:11    45:7    45:14
courtroom [1]    3:4
cover [2]             18:5
  35:8
create [1]           14:6
cue [4]  18:16    19:2
  20:3     20:11
cues [6] 18:2       24:9
  24:12    24:14    26:20
  26:23
current [2]           5:6
  7:13
customization [1]
  35:19
D [13]     3:2     8:18
  9:7     31:24    38:9
  38:22    39:19    39:21
  40:5     40:7    40:8
  40:8     40:10
data [4]  17:25     18:2
  18:16    20:10
date [2]  5:16     26:8
dating [1]           16:11
days [2] 3:10      11:14
deal [1]  22:25
dealing [1]         13:18
debate [1]           34:13
decide [1]           21:6
decided [1]          21:19
decision [3]          14:4
  14:18    45:10
deeper [1]           9:15
defendant [5]     1:10
  2:13     14:6    14:15
  33:21
defined [7]           4:19
  8:13     19:21    20:18
  21:15    41:6    44:21
definitely [2]     8:3
  25:13
definition [2]     13:5
  14:6     19:18    19:20
  29:17    39:12    39:19
  39:20    39:21
Delaware [5]      1:2
  1:4      1:9    1:2
  14:4
demanded [1]    26:8
demarcated [1] 9:21
demonstrate [4]
  4:24    10:12    12:10
  42:6

demonstrations [1]
  4:12
depend [1]          44:15
deployments [1]
  37:22
deposition [1]   12:17
depositions [1] 12:19
described [2]     35:11
  41:4
describes [3]      20:6
  20:10    21:16
designation [1] 13:9
designations [2]
  11:7     35:18
destination [2]  8:20
  20:3
detail [1]           14:22
detailed [3]        14:20
  25:2     33:4
details [2]           9:16
  16:16
determined [1] 23:24
devices [3]          19:4
  19:7     31:15
dialogue [1]       34:17
differ [2]           16:14
  41:3
different [19]      5:12
  12:23    13:2    14:23
  16:12    16:13    16:16
  17:5     17:9    22:24
  23:4     24:18    24:20
  28:17    28:19    29:8
  32:23    35:15    43:22
dilemma [1]       30:19
direct [1]            7:3
directed [2]        16:3
  16:9
direction [1]       8:7
disagree [1]       21:3
discovery [42]    3:12
  4:18     9:17    9:17
  9:18     10:4    10:8
  10:14    10:24    11:4
  11:9     12:17    12:20
  12:23    14:13    14:16
  15:13    15:17    15:25
  16:6     20:18    21:16
  22:3     22:24    23:24
  24:16    25:5    26:14
  27:4     28:3    29:3
  29:11    30:21    31:16
  32:8     34:14    34:18
  38:25    41:11    42:18
  42:25    43:8
discussed [2]     16:19
  26:10
discussing [1]   19:25
discussion [2]   22:8
  28:24
displaying [1]    35:7
dispute [9]          4:18
  12:18    14:5    15:25
  16:7     21:10    38:24
  44:16    44:20
disputed [1]      42:10

disputes [1]       40:15
District [2]         1:2
  14:4
document [37]    5:14
  5:16     5:17    7:10
  8:11     9:4    9:11
  9:17     10:3    10:8
  10:15    10:25    14:14
  19:17    19:19    24:3
  24:6     24:7    24:18
  24:19    25:20    26:14
  31:6     32:5    32:6
  32:21    32:23    32:25
  34:6     34:8    34:22
  35:5     35:12    35:25
  41:4     42:2    44:8
documentation [2]
  25:13    29:22
documents [28] 7:4
  7:4      9:6    11:4
  11:6     12:8    13:19
  13:22    13:24    16:4
  19:12    19:14    25:14
  26:9     26:13    26:15
  27:19    27:24    27:24
  31:6     33:21    33:25
  35:16    37:19    40:19
  41:9     42:11    42:15
dog [1]  40:7
done [4] 9:10       23:3
  25:18    34:23
down [2]             22:7
  41:15
drafting [1]       11:19
duplicated [1]  35:14
E [16]     3:2     3:2
  9:22     10:12    10:19
  31:24    38:21    38:24
  39:5     39:19    39:20
  40:6     40:9    40:10
  40:11    40:16
e-mail [1]           12:13
easy [1]  4:15
Edge [12]            17:4
  17:6     17:6    22:17
  24:3     24:6    24:7
  24:11    24:20    26:19
  28:13    35:9
effort [3]            4:24
  13:23    44:7
efforts [3]           7:19
  12:15    33:6
egg [4]  27:9       42:24
  44:24    44:24
either [3]           20:22
  32:3     43:18
element [2]          7:6
  30:3
elements [8]       13:8
  17:24    18:14    19:11
  20:13    29:17    32:23
  37:14
Elmo [3]            3:17
  3:18     3:21
emergency [1]  12:13
empty [1]             3:9
end [1]  29:3
ended [1]            8:25

engaging [1] 27:4
enhancements [1]
  35:19
entire [3] 7:10
  13:24  26:9
entirely [1] 10:22
escape [1] 35:10
ESQ [5] 1:18  2:3
  2:3  2:8  2:11
essentially [1] 26:25
establish [1] 32:17
et [6] 13:10  17:7
  17:7  19:3  19:3
  37:4
Evenflo [1] 21:23
event [1] 14:21
evidence [2] 18:11
  23:8
exactly [2] 19:6
  25:12
example [10] 8:19
  9:7  9:10  10:7
  18:15  19:23  24:3
  26:19  28:18  36:24
exception [1] 19:9
exchange [2] 27:18
Exhibit [16] 10:15
  10:18  10:18  39:6
  39:10  39:11  39:16
  39:17  39:19  39:20
  39:21  39:24  40:2
  40:4  40:8  40:11
exhibits [10] 10:12
  11:15  11:19  11:25
  19:15  27:13  31:24
  31:24  39:6  42:3
expeditiously [1]
  4:4
experience [1] 6:13
expert [5] 6:12
  6:13  14:21  23:17
  44:7
explain [1] 8:2
explained [1] 16:11
explanation [1] 8:4
extent [3] 26:15
  33:15  40:17
eye [2] 39:2  39:2
F.3d [1] 21:24
faced [2] 30:17
  30:18
fact [7] 6:11  8:25
  10:3  11:3  26:22
  33:18  42:12
factual [1] 31:12
failed [1] 12:9
fair [3] 26:15  34:17
  43:14
fairest [1] 32:10
fairly [3] 4:4
  10:14  34:16
familiar [1] 18:4
far [7] 14:19  19:20
  19:20  25:15  34:20
  41:5  41:5

Fast [4] 17:6  17:6
  22:18  28:15
feature [47] 4:19
  5:2  7:14  7:22
  9:18  9:20  9:23
  13:6  13:11  14:23
  18:14  18:20  18:24
  19:3  20:8  20:10
  23:25  35:2  35:20
  35:24  36:3  36:8
  36:14  36:15  36:22
  36:24  37:2  37:3
  37:5  37:8  38:6
  38:21  39:7  39:25
  40:2  40:4  40:8
  40:10  40:11  40:15
  40:23  41:4  41:5
  42:5  42:16  44:17
  44:21
features [38] 6:6
  7:17  8:15  8:23
  8:25  15:20  16:3
  16:4  16:9  17:11
  17:12  17:24  18:22
  19:10  19:13  19:21
  20:6  20:11  20:16
  21:4  23:4  23:5
  23:9  23:10  24:10
  26:23  26:25  29:7
  30:7  37:3  38:11
  39:5  40:18  40:19
  41:2  41:9  44:6
  45:3
February [2] 8:11
  10:3
Federal [1] 21:20
few [3] 12:4  27:18
  30:17
field [1] 6:14
figure [2] 3:20
  43:21
filed [1] 12:13
fill [1] 6:15
filtered [1] 13:22
filters [2] 11:3
  11:5
finally [1] 44:10
financial [2] 34:14
  34:18
fine [1] 43:11
first [15] 5:4  5:5
  5:14  6:25  10:3
  12:6  17:20  18:2
  18:10  19:2  21:19
  27:8  31:12  32:20
five [7] 24:20  28:8
  28:10  28:12  35:15
  36:4  36:22
flag [2] 35:2  35:2
flagged [2] 8:10
  10:9
flip [1] 14:2
flooded [1] 25:9
follow-on [1] 34:15
following [1] 36:19
fond [1] 31:21
forget [1] 19:6

formal [1] 15:15
format [1] 10:23
formed [1] 26:16
forming [1] 15:13
forth [2] 4:11  13:20
forward [3] 30:20
  31:3  31:13
found [2] 13:22
  37:21
Foundry [28] 1:8
  4:25  5:14  5:19
  5:22  5:25  6:16
  7:3  7:20  8:12
  8:15  11:13  12:8
  12:19  13:4  14:9
  15:3  15:20  16:10
  16:12  16:22  24:13
  27:14  27:24  34:8
  37:19  40:18  43:25
Foundry's [5] 10:7
  13:6  25:13  26:2
  26:3
four [5] 4:21  10:6
  14:9  21:7  35:15
frankly [1] 20:16
front [1] 29:23
fulfill [1] 31:17
full [1] 11:9
fumbling [1] 43:22
function [5] 18:5
  18:6  18:9  24:22
  25:14
functions [2] 23:13
  23:13
G [1] 3:2
game [1] 33:4
gaps [1] 11:10
generally [1] 17:15
generation [1] 16:23
generic [1] 28:16
  28:25
germane [1] 14:14
giant [1] 9:2
given [3] 20:17
  25:16  28:17
giving [1] 11:9
Good [2] 3:7
  4:5
good-faith [4] 43:2
  42:6  42:13  43:4
great [1] 22:25
Greenspoon [60]
  2:3  4:5  4:6
  4:9  4:17  6:20
  6:23  8:3  8:8
  8:10  9:21  9:25
  10:2  14:11  15:2
  15:22  19:16  22:10
  22:11  23:7  25:8
  26:10  26:18  27:10
  27:17  28:4  28:7
  28:18  28:12  29:2
  29:15  29:20  31:23
  34:5  36:6  36:19
  36:23  37:9  37:13
  38:4  38:8  38:13

38:16  38:19  38:23
  39:8  39:15  39:17
  39:23  40:3  40:5
  40:7  40:10  40:13
  41:22  42:8  42:22
  43:6  43:20  44:23
ground [3] 31:4
  33:19  34:20
group [5] 8:21
  16:18  32:8  35:25
  33:25
groups [4] 9:9
  9:13  24:21  26:4
guess [5] 7:25
  21:5  21:8  32:2
  42:13
Gunning [1] 1:24
H [1] 2:11
Haas [1] 14:11
half [1] 5:20
HALLER [3] 2:2
  2:3  28:11
hand [2] 4:7  9:11
handful [1] 10:16
handing [1] 4:9
hands [1] 25:22
happy [4] 33:15
  34:3  42:21  43:9
hard [2] 3:10  25:11
hardware [10] 16:9
  16:13  17:9  17:11
  18:21  19:8  21:15
  29:13  30:6  41:2
headed [1] 8:6
hear [2] 15:3  32:11
hearing [1] 15:10
help [2] 43:25  44:19
helped [1] 14:21
helpful [2] 42:15
  44:9
helping [1] 6:15
HERRINGTON [1]
  2:11
highlight [1] 28:2
hold [1] 33:9
holding [1] 24:19
homework [1] 44:12
Honor [43] 3:14
  4:5  4:24  5:10
  6:10  6:21  7:7
  8:12  12:14  12:16
  13:3  14:3  14:17
  14:21  14:25  15:7
  16:15  16:20  17:14
  17:17  17:18  18:4
  21:22  24:4  24:23
  26:8  26:11  26:21
  27:15  29:3  29:25
  30:6  30:12  32:15
  32:19  32:20  35:8
  35:10  40:5  43:14
  43:24  43:25  45:13
HONORABLE [1]
  1:15
hope [1] 23:16
Hopefully [1] 23:18

hurts [1] 12:25
identification [1]
  6:3
identified [22] 5:25
  7:17  7:23  8:16
  13:19  18:7  18:15
  18:23  19:10  19:13
  20:14  21:10  27:18
  29:6  30:4  30:7
  32:24  33:14  41:10
  42:4  42:11  42:16
identifies [3] 19:4
  32:5  34:7
identify [13] 5:12
  5:13  5:13  5:22
  13:9  17:23  18:15
  20:13  20:24  23:25
  27:5  32:23  44:18
identifying [9] 7:25
  8:23  18:11  19:2
  21:12  26:23  32:21
  41:8  42:2
Illinois [1] 2:4
immensely [1] 43:25
impact [3] 4:20
  29:5  35:20
impacts [1] 34:18
impasse [1] 34:12
implementations [1]
  37:23
implicate [1] 4:20
implicated [4] 36:8
  36:9  38:12  42:5
implicates [1] 36:24
important [1] 34:2
impression [1] 11:9
in-house [1] 6:12
INC [3] 1:4  1:5
  1:8
inch [2] 4:14  4:16
included [2] 12:6
  26:22
includes [1] 20:16
including [1] 5:24
incomplete [1] 11:5
incorporating [1]
  6:25
incorrect [1] 26:13
indicate [4] 7:5
  27:20  27:21  35:17
indicated [2] 7:6
  15:10
indicating [1] 11:20
indication [1] 26:24
individually [1]
  36:23
inference [1] 29:12
information [20]
  5:6  9:6  17:23
  18:12  21:21  22:25
  25:2  25:6  25:9
  25:10  25:16  25:22
  27:14  29:21  29:21
  30:5  31:9  31:14
  34:2  36:16
informed [1] 13:21

Tuesday, August 8, 2006                                    CondenseIt™                                    informs - one

informs [2] 25:13
infringe [6] 5:2
  5:24   26:5   6:20
  27:3   38:17
infringed [1] 5:25
infringement [36]
  5:15   6:2   6:24
  7:13   7:15   8:25
  9:14   9:16   12:10
  12:25  13:8   14:15
  15:21  17:13  19:22
  21:18  24:13  25:3
  26:7   26:17  26:24
  27:5   27:6   27:7
  29:9   30:8   30:14
  30:15  30:20  32:18
  41:6   41:10  42:6
  42:7   43:4   44:20
infringes [7] 5:8
  9:13   23:19  23:20
  33:18  37:4   37:11
infringing [4] 19:10
  19:14  29:7   34:10
infringments [1]
  35:3
INGERSOLL [5]
  1:18   3:14   3:20
  4:2    28:8
inherent [2] 26:25
  32:22
initial [2] 12:11
  26:16
innocent [1] 11:18
instances [2] 18:10
  35:15
instructed [1] 44:9
intend [1] 23:21
intention [1] 7:11
interested [2] 15:11
  22:2
internal [1] 44:6
INTERNETWORKING
  [1]    1:5
interpretation [1]
  29:10
interrogatories [3]
  3:24   14:13  30:4
interrogatory [15]
  5:5    5:18   6:8
  9:18   12:22  13:4
  15:19  17:12  34:7
  34:25  35:23  44:2
  44:2   44:10  44:15
interrupt [1] 28:5
introduced [2] 16:12
  16:22
inventive [1] 20:8
  20:10
Iron [29] 17:3   17:4
  17:5   17:6   17:6
  22:17  22:18  22:19
  22:19  22:19  24:3
  24:6   24:7   24:11
  24:20  26:19  28:13
  28:14  28:15  28:16
  28:16  28:16  28:18
  28:23  28:25  28:25
  29:13  29:14  33:6

Ironcore [6] 16:20
  18:12  19:8   27:3
  28:20  28:23
issue [5] 11:13   15:9
  20:24  34:15  42:24
Item [8] 8:16   36:25
  38:8   39:10  39:12
  39:18  39:19  39:20
items [5] 9:21
  10:24  12:5   35:23
  38:9
itself [2] 10:16  35:14
J [2]   1:24   2:3
Jetcore [5] 16:22
  18:12  19:8   27:3
  28:20  28:23
job [4] 21:6   21:8
  25:18  29:23
joint [1] 43:21
JOSY [1]    1:18
Judge [8]    1:15
  22:4   22:11  27:10
  28:4   29:2   34:5
  42:22
judgment [1] 29:4
July [3] 12:12  12:12
  13:21
jump [1] 31:15
June [3] 5:19   10:21
  13:13
jury [5] 21:8   23:8
  23:21  24:17  29:23
justify [1] 30:20
keep [4] 3:22   11:4
  39:14  45:7
killing [1] 6:18
kind [3] 23:18  31:24
  33:9
knowledge [2] 44:4
  44:5
known [1] 9:9
L [1]   1:15
lack [1] 17:10
large [2] 12:6   16:9
largely [1] 44:15
last [3] 14:3   14:19
  16:12
leads [1] 37:10
learning [1] 33:13
least [9] 3:23   5:15
  10:4   11:9   21:10
  32:5   37:4   38:17
  42:6
leave [2] 14:24  43:24
left [2] 7:6   11:17
lengthier [1] 34:7
lengthy [1] 6:11
letter [8] 11:12  12:3
  13:13  16:15  21:25
  27:18  35:18  39:4
level [3] 21:14  21:17
  33:23
liberal [1] 14:13
liberty [1] 6:10

limit [2] 14:15  32:9
limitation [2] 37:5
  37:6
limited [3] 26:4
  26:12  26:14
line [6] 19:12  24:12
  24:25  36:11  39:2
  43:20
lingo [1] 20:5
list [9] 9:2   11:2
  11:7   17:8   26:10
  34:6   35:4   38:24
  45:2
listed [7]    17:11
  22:16  22:16  25:7
  29:16  37:3   41:6
lists [3] 22:12  27:23
  27:23
LLP [2] 1:18   2:11
location [1] 20:2
lock [1] 34:16
logic [2] 18:17  20:11
look [10] 4:14   4:16
  5:22   15:11  33:20
  39:13  41:16  42:19
  43:9   43:10
looking [11]   21:3
  22:15  25:6   27:12
  31:7   36:21  38:20
  38:21  38:21  39:24
  43:4
loop [1] 12:15
love [2] 29:10  34:11
madness [1] 3:16
Magistrate [1] 22:4
makes [2]    32:10
  33:16
management [2]
  18:17  20:11
manager [1] 18:16
  18:19  18:20
managing [1] 22:25
marked [1] 6:25
Matt [1] 15:8
matter [1] 9:14
MATTHEW [1]
  2:11
may [6] 4:13   23:4
  23:4   29:2   29:5
  29:25
mean [9] 30:16  30:23
  31:5   32:13  33:8
  36:17  36:20  39:5
  44:13
means [4]    18:2
  18:3   19:2   41:16
means-plus [1] 18:4
meantime [1] 43:11
meet [2] 23:11  30:11
memories [1] 26:23
memory [7]    17:25
  19:4   19:5   19:7
  24:8   26:20  44:18
merely [1]    13:15
method [1]    41:21

microdiscovery [1]
  10:5
mid-October [1]
  12:20
middle [5]    10:21
  12:7   31:3   33:19
  34:20
might [2]    33:9
  36:14
million [1]    7:7
mind [5] 6:17   6:18
  23:23  36:20  42:23
minute [1]    41:14
mistake [1]    11:18
MKO [1]    23:20
model [27]    5:7
  5:12   7:17   9:12
  10:13  10:16  11:7
  11:17  11:21  11:22
  11:23  13:9   13:10
  14:23  24:21  29:7
  34:6   34:9   35:4
  35:6   35:11  35:13
  35:13  38:25  44:5
  45:3   45:4
models [1]    7:20
moment [1]    13:18
months [3]    5:20
  13:16  30:5
most [6] 20:23  21:6
  22:23  32:11  34:2
  37:22
mouth [1]    13:7
moves [1]    12:14
MS [4]   3:14   3:20
  4:2    28:8
multiple [1]    16:11
must [1] 26:20
N [1]   3:2
name [1] 14:10
names [2]    28:15
  28:16
naming [2]    7:20
  13:6
narrow [1]    44:19
necessary [1]   30:7
need [9] 12:19  25:21
  29:21  32:4   38:11
  41:15  42:9   42:13
  43:12
negate [1]    29:9
Net [2] 22:19  28:16
  28:25
Networks [8]   1:8
  4:25   5:19   6:16
  7:3    7:20   8:12
  34:8
Networks' [1]   8:15
never [8]    12:25
  28:4   30:17  31:19
  33:3   33:7   33:10
  33:11
next [5] 7:21   10:15
  12:14  12:21  16:23
nine [1] 11:14
NIRO [2]    2:2

microdiscovery / 2:2
note [2] 14:17  15:24
notebook [4]   4:7
  4:9    4:11   4:23
notebooks [1]   3:21
noted [3]    26:20
  27:17  30:6
notes [2] 35:8   35:16
nothing [2]    6:15
  42:16
notice [1]    14:12
  35:9
now [13] 4:21   12:17
  13:22  14:24  22:10
  24:23  26:12  33:19
  39:4   40:21  42:25
  43:18  45:2
number [17]   4:11
  5:12   5:13   9:12
  10:11  11:6   11:23
  13:19  17:18  18:17
  20:2   20:3   22:13
  32:16  35:6   35:13
  35:18
numbered [1] 17:17
numbers [20]   5:7
  7:17   9:4   10:13
  10:16  11:17  11:21
  11:22  13:10  14:23
  24:21  29:7   34:8
  34:9   35:4   35:11
  35:13  44:5   45:3
  45:5
numerous [1] 17:24
O [1]   3:2
o'clock [1]    1:13
object [1]    26:13
objection [5]   10:23
  11:11  13:12  26:2
  26:3
objectionable [1]
  15:5
objections [3]   11:14
  13:14  13:15
obligation [3]   29:19
  30:12  31:17
obviously [4]   32:20
  34:18  42:17  43:10
occasions [1]   16:11
October [1]    16:12
off [2] 11:17  43:20
Official [1]    1:24
old [1]   3:18
omitted [1]    11:24
once [2] 9:11   34:16
one [38] 4:12   4:13
  6:5    7:11   8:19
  9:5    17:16  17:19
  19:9   20:9   24:4
  24:15  27:16  32:2
  32:5   32:5   32:8
  33:8   33:20  34:5
  34:6   34:21  34:23
  35:12  36:10  36:11
  36:11  36:14  36:15
  36:23  37:3   37:4
  37:5   38:14  38:17

Tuesday, August 8, 2006 — CondenseIt™ — ones - required

42:5    42:23    43:21
ones [3] 5:2    28:20
28:22
onto [1] 12:14
open-minded [1]
29:10
operates [1]    24:8
operation [1]    25:15
opposed [3]    23:3
23:5    42:14
option [1]    32:7
options [1]    32:19
oranges [2]    20:21
41:19
order [2] 15:17    30:20
ordered [1]    30:13
organized [1]    39:7
Orrick [2]    2:11
15:8
Otherwise [1]    43:12
ought [1]    29:23
outlet [2]    18:16
20:11
output [1]    24:9
outside [1]    27:2
overall [1]    17:18
overbroad [1]    41:5
overstating [1]    25:8
own [8] 8:15    13:6
14:6    17:4    17:5
25:14    44:3    44:3
P [2]    2:3    3:2
p.m [3]    1:13    3:5
45:14
packet [1]    18:8
page [14]    5:10
5:14    5:22    8:10
8:12    10:9    14:8
17:18    18:25    19:18
19:25    21:3    35:8
36:21
pages [5]    4:13
17:21    25:18    25:19
35:13
paging [1]    6:10
pair [1]    19:4
paragraph [1]    12:8
parameters [2]    15:13
41:11
part [7]    7:14    8:20
16:9    20:6    32:15
32:16    34:12
particular [10]    3:16
9:12    10:21    16:19
18:24    24:19    30:18
37:16    37:21    44:16
particularly [2] 31:2
42:14
parties [1]    4:6
4:18
parties' [1]    3:17
parts [1] 20:14
party [1] 31:2
past [1]    16:20

patent [32]    5:13
6:5    9:13    11:24
14:5    16:7    16:8
17:16    17:19    17:22
18:8    19:24    20:5
20:9    20:9    21:20
24:7    24:18    24:19
25:3    26:21    30:16
34:23    36:10    36:15
36:15    36:24    37:5
37:11    37:16    37:25
38:3
patents [13]    4:20
4:22    5:3    5:9
5:24    10:6    15:8
16:2    16:7    21:7
34:22    35:15    36:9
people [1]    33:5
per [1]    34:23
perform [1]    18:8
performed [1]    26:6
perhaps [3]    12:4
43:15    43:21
permitted [2]    10:4
31:16
person [1]    15:4
personnel [1]    12:19
perspective [1]    15:10
peruse [1]    9:15
14:25
Ph.D [1] 6:13
phase [4]    4:21
4:21    10:6    16:21
PHILIP [1]    2:8
pick [4] 32:7    42:10
43:15    43:17
picking [1]    10:6
place [1] 31:13
plaintiff [12]    2:5
3:12    4:19    4:24
15:12    21:21    26:16
30:19    30:22    30:24
32:17    33:9
plaintiff's [1]    14:13
21:2
Plaintiffs [1]    1:6
plant [1] 42:22
play [1] 34:17
pleading [1]    14:12
point [10]    5:4
11:3    11:5    21:6
21:9    23:18    29:5
32:13    35:3    44:25
pointing [1]    4:12
8:4    8:24
points [2]    12:4
12:4
Poppe [34]    2:11
11:12    11:15    12:3
15:7    15:8    20:23
21:11    21:14    22:6
22:7    22:9    25:23
25:24    26:3    27:15
28:15    29:25    30:2
31:8    31:9    32:11
32:15    33:2    38:4
38:23    39:2    40:14

40:17    40:25    41:24
43:14    43:21    44:14
Poppe's [1]    12:2
port [3]  8:16    37:3
37:10
portion [1]    19:23
ports [2] 8:20    20:4
position [1]    22:4
possible [1]    23:22
possibly [1]    38:17
potential [1]    35:3
POTTER [1]    2:7
practical [1]    15:4
practice [5]    7:6
29:4    33:3    33:7
37:15
PRAM [1]    19:5
prefer [1]    32:20
premise [1]    23:23
prepare [1]    23:16
prepared [3]    3:21
6:7    9:3
present [4]    15:19
23:25    24:24    43:16
presentation [3]
7:21    14:20    23:21
presentations [1]
43:23
presented [5]    10:17
15:22    16:25    21:8
32:25
presenting [1]    24:23
presumably [1] 19:24
pretending [1]    6:2
previous [2]    10:5
11:25
primarily [1]    28:24
primary [1]    22:22
principle [3]    25:17
25:19    32:16
principles [1]    14:12
printout [1]    14:8
prioritize [2]    31:25
34:19
prioritizing [1] 34:11
privilege [1]    6:20
problem [2]    23:23
41:8
proceed [2]    32:18
43:15
proceeding [1]  31:18
Proceedings [1] 3:4
process [1]    11:4
produce [5]    12:8
19:14    20:15    25:10
33:21
produced [4]    16:3
19:12    27:3    39:20
producing [5]    10:24
11:2    26:14    40:19
41:8
product [37]    5:25
6:4    6:6    9:4
9:4    9:7    9:8

9:12    11:6    11:24
16:5    20:17    21:22
23:19    24:8    24:11
24:13    24:25    25:2
26:4    26:19    30:3
31:7    31:11    31:25
32:4    32:5    33:14
33:18    33:22    36:4
36:14    37:11    41:3
41:3    41:21    42:4
production [5]    5:13
19:19    25:20    34:8
44:8
products [60]    3:12
5:23    7:14    7:25
8:13    9:3    12:9
13:5    13:25    14:7
15:20    16:10    16:13
16:18    16:21    17:2
17:3    17:4    18:5
19:19    20:24    22:15
23:12    23:17    25:7
25:15    26:6    26:10
27:2    27:4    27:13
27:16    27:18    27:20
27:22    28:2    28:17
29:16    29:18    30:13
31:10    31:16    32:3
32:8    32:16    34:2
36:16    38:11    39:18
39:20    39:21    40:20
40:24    41:2    41:9
42:10    42:11    43:16
43:17    44:19
promise [1]    13:14
proof [4]    23:11
29:18    30:2    30:20
proper [1]    14:14
properly [1]    34:13
prove [2]    24:16
43:3
provide [7]    4:25
12:24    23:8    30:13
34:24    35:5    36:16
provided [9]    3:11
5:19    17:7    18:13
19:18    21:25    27:14
31:10    34:6
purpose [1]    4:23
purposes [1]    19:19
put [5]    11:4    13:7
14:21    34:21    44:6
putting [2]    39:10
39:11
quick [1]    4:14
quite [2] 31:3    37:7
quote [1]    14:7
14:12
quotes [2]    7:3
7:4
quoting [1]    12:7
R [1]    3:2
raising [1]    11:13
range [1]    9:18
rat [1]    10:22
rather [1]    10:5
10:24    28:25
reach [1]    45:9

reaching [1]    34:20
reads [2] 7:11    7:12
really [14]    5:11
11:13    11:19    13:5
13:6    14:2    31:7
35:17    35:18    35:20
36:17    36:19    42:16
44:9
reasonable [8]    21:7
22:23    26:16    27:7
30:23    30:24    31:1
31:14
reasonably [1]  44:20
reasons [1]    25:4
received [4]    10:20
10:21    13:16    34:14
recessed [1]    45:14
records [1]    44:3
red [1]    35:2
refer [8] 17:14    17:17
17:18    18:7    18:18
21:22    32:4    36:8
reference [1]    6:25
referred [1]    18:11
19:16    32:20
referring [1]    10:11
refers [3]    19:2
26:22    31:5
reflect [1]    35:18
regard [1]    14:13
35:6
regardless [2]    16:4
21:4
relate [3]    11:6
38:9    39:5
related [10]    12:9
15:18    16:4    16:7
19:14    26:9    35:8
38:7    40:19    41:9
relates [20]    17:21
18:11    18:20    19:24
26:15    38:8    39:6
39:10    39:11    39:16
39:17    39:19    39:20
39:21    39:25    40:2
40:4    40:8    40:10
40:11
release [2]    35:8
35:16
relevant [4]    16:14
24:16    36:17    40:19
relief [1]    12:13
relying [2]    5:14
17:13
remember [1]    11:21
Reporter [1]    1:24
repository [1]    5:7
represent [1]    11:17
representative [3]
23:17    25:11    43:9
request [3]    5:21
8:11    10:10    12:13
34:22    34:23    35:25
requests [3]    10:25
14:14    19:17
required [4]    12:8

Tuesday, August 8, 2006     CondenseIt™     requires – two-page

30:12   31:17   33:12

**requires** [2]   17:25
17:25

**resolution** [1]   12:18

**resolved** [2]   15:6
41:15

**RESOURCES** [1]
1:4

**respect** [3]   38:10
40:23   40:25

**respond** [2]   43:17
45:13

**response** [10]   10:7
10:8   10:10   10:25
12:2   13:12   30:4
35:5   35:5   44:14

**responses** [3]   12:22
15:19   17:12

**responsive** [1]   5:21

**rest** [1]   7:9

**result** [2]   44:15
44:16

**revision** [1]   5:17

**right** [24]   3:25
4:17   4:21   8:3
8:8   8:9   9:25
12:5   12:17   14:24
24:23   25:24   29:19
29:20   38:6   38:20
41:13   41:25   42:24
42:25   43:13   45:2
45:7   45:11

**Robert** [2]   2:3
4:6

**ROBINSON** [1]
1:15

**Rohm** [1]   14:11

**ROVNER** [1]   2:8

**Rule** [3]   12:11   21:19
29:19

**ruling** [1]   14:7

**running** [1]   23:15

**RX** [2]   17:5   28:18

**S** [1]   3:2

**sample** [1]   43:10

**satisfied** [2]   29:22
33:22

**satisfy** [1]   29:19
40:23

**says** [2]   14:4   22:2

**SCAVONE** [1]   2:2

**schedule** [1]   43:18

**scheduling** [1]   15:16

**scope** [6]   10:14
13:25   21:16   44:14
44:16   44:19

**second** [4]   6:23
12:7   16:21   18:2

**see** [21]   3:12   4:3
8:13   9:5   9:11
10:11   10:16   13:12
21:8   22:17   22:17
22:18   22:18   24:24
29:10   31:14   33:4
33:8   33:15   33:23
42:12

**seed** [1]   42:23

**seeing** [2]   28:13
39:2

**selection** [1]   18:2

**sense** [2]   32:11
33:16

**sent** [1]   11:12

**separate** [2]   17:24
36:9

**separately** [2]   17:17
36:10

**series** [5]   17:3
17:4   17:7   17:16
21:19

**served** [4]   6:8
8:12   10:4   30:4

**Server** [1]   28:16

**service** [1]   11:14

**set** [18]   3:18   13:20
23:25   24:20   26:13
26:14   35:2   35:20
36:24   38:21   39:25
40:2   40:4   40:8
40:10   40:11   42:17
43:18

**sets** [27]   4:11   4:20
5:2   7:22   9:18
9:20   9:24   13:6
13:11   14:23   29:2
29:5   29:8   35:24
36:3   36:8   36:22
37:8   38:7   40:15
40:18   40:23   41:4
41:6   42:5   42:16
44:21

**seven-page** [1]   17:19

**shame** [1]   3:16

**share** [1] 16:18

**show** [5] 7:4   7:12
24:4   35:12   44:25

**showing** [3]   7:16
23:12   27:6

**shows** [2]   24:7
24:19

**side** [7]   6:5   6:7
7:6   34:15   42:12
43:15   43:17

**Silicon** [1]   2:12

**similar** [1]   14:5
35:16

**simple** [3]   9:14
23:22   37:9

**simpler** [1]   36:11

**simply** [8]   14:15
14:24   18:18   27:21
32:24   33:10   33:22
45:2

**single-spaced** [4]
5:11   12:3   26:10
35:12

**sit** [2]   22:7   41:15

**sitting** [1]   3:9

**situation** [1]   13:19

**skip** [1]   8:18

**SLR** [1]   1:10

**small** [1]   31:10

**smelled** [1]   10:22

**software** [2]   16:3
16:4

**solely** [2]   16:3
18:12

**sometimes** [2]   7:5
35:13

**soon** [1]   13:14

**sooner** [1]   3:17

**sorry** [6] 9:4   28:4
28:7   28:11   28:23
39:18

**sort** [2]   24:22   34:15

**Spalding** [1]   21:23

**specific** [12]   5:24
7:22   11:21   11:22
18:7   19:2   19:13
25:5   30:5   30:6
34:9   41:9

**specifically** [11]
9:3   13:4   15:4
17:10   17:20   19:17
20:6   20:8   21:22
26:21   38:7

**specification** [1]
18:8

**specificity** [2]   21:14
21:17

**specified** [1]   17:10

**spent** [1]   6:14

**stage** [3] 5:15   23:24
33:4

**stand** [2]   6:19
22:13

**standard** [3]   33:9
37:14   37:14

**standards** [2]   8:17
37:10

**stands** [1]   19:6

**STARGATT** [1]
1:18

**start** [4] 8:4   22:5
32:11   34:24

**starting** [2]   5:10
15:17

**starts** [1]   7:21

**statement** [1]   30:11

**steps** [1] 31:21

**still** [1] 28:2

**stipulation** [2]   23:18

**structure** [4]ᵛ   18:19
24:22   25:14   29:14

**structures** [4]   18:7
18:18   23:14   24:9

**stuck** [1]   41:16

**subject** [2]   15:18
15:25

**submitted** [1]   16:15

**Subsection** [1]   19:25

**subsequent** [1]   27:17

**subset** [1]   31:10

**substantial** [1]   16:14

**such** [2] 13:16   28:15

**SUE** [1]   1:15

**sufficient** [3]   9:6
40:22   42:3

**suggest** [1]   43:15

**suggestion** [1]   34:21

**suit** [2]   4:21   5:24

**summarize** [1]   34:21

**summary** [1]   29:4

**superior** [1]   44:4

**supplement** [8] 5:18
10:21   13:14   13:17
27:20   27:21   37:18
37:21

**supplemental** [4]
5:5   6:9   10:8
10:10

**support** [1]   21:18

**supported** [1]   12:10

**supporting** [1]   31:6

**suppose** [3]   10:12
27:25   32:7

**supposed** [2]   11:16
20:18

**SUTCLIFFE** [1]
2:11

**switch** [1]   17:6
17:7   20:17   26:25

**system** [1]   41:23

**tab** [47]   5:5   6:23
6:25   7:11   7:12
7:21   8:5   8:11
8:18   9:3   9:19
9:21   10:7   10:8
10:15   11:12   11:20
11:22   11:25   12:14
12:21   13:13   14:3
14:19   14:19   15:22
17:14   19:16   19:18
19:25   21:2   22:16
24:6   25:7   26:11
27:12   27:13   28:5
28:6   28:9   29:16
34:5   36:21   38:24
39:24   41:5   42:3

**table** [3] 3:9   5:11
6:11

**tables** [2]   3:10
9:5

**tabs** [2]   4:13   12:21

**targeted** [4]
35:5   35:5   35:25

**TAYLOR** [1]

**technical** [3]   14:20
20:5   26:9

**technology** [1]   26:22

**telecommunications**
[1]   6:14

**telephone** [1]   15:10

**telling** [1]   11:15

**ten** [4]   4:13   42:10
43:16   43:17

**Terathon** [6]   16:24
19:9   27:3   27:22
28:20   30:13

**term** [1] 8:13

**termed** [1]   37:18

**terms** [3]   20:9
22:25   28:24

**Thank** [6]   4:8
4:9   6:22   15:2
45:11   45:13

**theories** [1]   9:15

**therefore** [2]   14:14
26:20

**thereof** [1]   20:12

**they've** [4]   19:13
19:21   25:15   44:22

**thick** [2] 4:14   4:16

**thinking** [1]   3:8

**thinks** [1]   40:14

**third** [2] 9:5   18:3

**thought** [6]   10:22
11:22   27:25   28:14
37:24   38:2

**thousand** [1]   25:18

**thread** [1]   14:22

**three** [10]   6:14
16:17   17:21   27:2
35:11   36:6   36:7
36:8   36:9   37:2

**three-week** [1]   44:7

**through** [13]   4:3
4:15   6:11   9:22
10:12   10:18   12:23
13:22   14:24   22:12
32:4   44:7   44:7

**TIMOTHY** [1]   2:3

**title** [1]   5:16

**together** [3]   3:17
14:21   34:21

**too** [4]   3:17   24:15
25:10   41:5

**took** [1]   12:15

**top** [2]   5:22   23:13

**toward** [1]   17:15

**towards** [1]   16:3

**translates** [1]   37:8

**transparent** [1]   10:13

**trial** [7]   3:16   23:11
23:16   29:4   33:5
36:2   43:2

**Truly** [1]   22:2

**trump** [1]   8:21
9:9   9:12   24:21

**try** [6]   12:25   23:17
30:25   35:24   43:22
44:8

**trying** [8]   3:11
8:14   12:22   13:7
13:7   22:21   23:7
37:7

**Tuedsay** [1]   1:12

**turn** [2] 9:14   19:9

**turns** [1] 13:3

**two** [16]   4:13   5:20
5:20   12:21   13:16
15:24   16:2   16:7
17:20   20:13   26:23
27:16   31:25   32:2
32:19   36:9

**two-page** [1]   12:3

Tuesday, August 8, 2006                    CondenseIt™

types [1]          35:16
under [11]             11:8
  11:24    14:12    15:16
  26:11    29:9     36:10
  39:11    39:18    42:2
  45:8
understand [10] 7:25
  11:15    16:2     16:8
  20:22    30:10    37:7
  37:8     38:5     39:14
undertaken [1]   4:25
undertook [1]    7:19
Unfortunately [3]
  36:10    39:8     41:16
uniform [1]        41:2
universe [1]       35:23
unless [1]         41:17
up [10]    3:18     4:7
  7:9      8:25     22:3
  22:13    23:3     23:5
  33:9     36:11
USA [1] 1:4
used [1] 37:21
using [2]          8:14
  22:21
Valerie [1]        1:24
Valley [1]         2:12
various [3]        5:2
  5:8      9:15
verbiage [1]       8:15
versus [1]         21:23
view [1] 14:16
VLAN [2]           8:19
  8:20
VLANs [4]          9:8
  9:8      9:12     24:21
voluntarily [3] 10:24
  10:25    33:11
vs [1]     1:7
W [1]      1:18
waiting [2]        12:17
  28:3
walk [1] 29:11
wants [1]          14:21
ways [3] 16:14     22:24
  32:2
weeks [1]          6:14
whereas [1]        41:2
willing [2]        34:24
  43:10
Wilmington [1] 1:12
wish [1] 36:10
withheld [1]       25:12
withhold [1]       13:24
within [6]         10:14
  10:15    13:24    34:16
  35:3     35:4
without [1]        18:19
witness [1]        23:17
words [5]          13:6
  13:7     29:18    39:13
  40:22
writing [1]        22:3
X [1]     17:7

XYZ [2] 23:19      29:13
year [1] 5:19
years [1] 6:13
yesterday [1]      16:15
yet [2]    8:23     15:16
YOUNG [1]          1:18
yourself [1]       14:18

types - yourself