IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-418-SLR |
| FOUNDRY NETWORKS, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Alcatel Internetworking, Inc., hereby certifies that on August 30, 2006, copies of: (1) *Alcatel's First Supplemental Responses to Foundry's First Set of Interrogatories Regarding Plaintiff's Count II and Defendant's Counterclaim (Nos. 2-4, 6-9 and 12)*; and (2) this Notice of Service, were caused to be served upon the following counsel of record as indicated below:

### By Hand Delivery & E-Mail

Philip A. Rovner, Esquire *[provner@potteranderson.com]*
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

*By E-Mail and U.S. Mail*

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
650-614-7400

Henry C. Bunsow, Esquire
*BunsowH@howrey.com*
K.T. Cherian, Esquire
*CherianK@howrey.com*
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94150
415-848-4900

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733


Dated:  August 30, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

Josy W. Ingersoll  (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen L. Pascale (No. 2903)
*kpascale@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for Plaintiff Alcatel Internetworking, Inc.*