IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC.,<br>    a Delaware Corporation, and<br>ALCATEL INTERNETWORKING, INC.,<br>    a California Corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>FOUNDRY NETWORKS, INC.,<br>    a Delaware Corporation,<br><br>              Defendant. | Civil Action No. 05-418-SLR<br><br>(JURY TRIAL DEMANDED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 30, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

FOUNDRY NETWORKS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-9) REGARDING COUNT II AND COUNTERCLAIM

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY E-MAIL**

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

                                    POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | /s/ Philip A. Rovner |
|---|---|
| | By: _____ |
| Henry C. Bunsow | Philip A. Rovner (#3215) |
| K. T. Cherian | Hercules Plaza |
| HOWREY LLP | P.O. Box 951 |
| 525 Market Street, Suite 3600 | Wilmington, Delaware 19899 |
| San Francisco, CA 94105 | (302) 984-6000 |
| (415) 848-4900 | E-mail: provner@potteranderson.com |
| Attorneys for Count II | Attorneys for Defendant |
| Defendant and Counterclaimant | Foundry Networks, Inc. |
| Foundry Networks, Inc. | |

Dated: August 30, 2006

748256

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 30, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

I hereby certify that on August 29, 2006 I have sent by E-mail foregoing document to the following non-registered participants:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com