IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. and ALCATEL INTERNETWORKING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civ. No. 05-418-SLR ) ) ) ) |

**O R D E R**

At Wilmington this 7th day of September, 2006, having reviewed the parties' submissions regarding the discovery requests related to additional accused products (D.I. 121 - 124);

IT IS ORDERED that, on or before **September 21, 2006**, defendant shall produce the requested documents, as I am satisfied that plaintiffs have made the discovery requests on a good faith basis supported by the record.

_____
United States District Judge