IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., <br> a Delaware Corporation, and <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05 418-SLR <br><br> (JURY TRIAL DEMANDED) |

## NOTICE OF DEPOSITION OF WOODY AKIN

PLEASE TAKE NOTICE that Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. ("Alcatel") shall take the deposition upon oral examination of Woody Akin, pursuant to Rule 30, Fed.R.Civ.P., at ORRICK, HERRINGTON & SUTCLIFFE LLP, 1000 Marsh Road, Menlo Park, CA 94025, or other mutually agreeable location, beginning on September 20, 2006, at 10:00 a.m., and continuing from day-to-day until completed.

The deposition will be recorded videographically and stenographically. You are invited to attend and cross examine.

Respectfully submitted,

Alcatel USA Resources, Inc., and
Alcatel Internetworking, Inc.

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam W. Poff (#3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302 571-6600
jingersoll@ycst.com

Timothy J. Haller
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
phone (312) 236-0733
haller@nshn.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on September 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

I further certify that on September 7, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

William L. Anthony, Esquire
*wanthony@orrick.com*
Matthew H. Poppe, Esquire
*mpoppe@orrick.com*
Michael F. Heafey, Esquire
*mheafey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
650-614-7400

Henry C. Bunsow, Esquire
*BunsowH@howrey.com*
K.T. Cherian, Esquire
*cheriank@howrey.com*
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA  94150
415-848-4900

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

Attorneys for Plaintiffs