IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 1:05 CV 418<br><br>(JURY TRIAL DEMANDED) |

## NOTICE OF DEPOSITION OF JACK CHANG

PLEASE TAKE NOTICE that Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc. ("Alcatel") shall take the deposition upon oral examination of Jack Chang, pursuant to Rule 30, Fed.R.Civ.P., at Howrey LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, or other mutually agreeable location, beginning on **September 12, 2006, at 9:00 a.m.**, and continuing from day-to-day until completed.

The deposition will be recorded videographically and stenographically. You are invited to attend and cross examine.

Respectfully Submitted,

Alcatel USA Resources, Inc., and
Alcatel Internetworking, Inc.

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam W. Poff (#3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West St.
Wilmington, DE 19801
phone 302 571-6600
apoff@ycst.com


Timothy J. Haller
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
phone (312) 236-0733
haller@nshn.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on September 8, 2006 I caused to be electronically filed a true and correct copy of the **NOTICE OF DEPOSITION OF JACK CHANG** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, Delaware 19899

I further certify that on September 8, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY EMAIL AND U.S. MAIL

| | |
|---|---|
| William L. Anthony, Esquire | Henry C. Bunsow, Esquire |
| Matthew H. Poppe, Esquire | K.T. Cherian, Esquire |
| Michael F. Heafey, Esquire | HOWREY LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 525 Market Street, Suite 3600 |
| 1000 Marsh Road | San Francisco, CA 94105 |
| Menlo Park, CA 94025 | (415) 848-4900 |
| (650) 614-7400 | (415) 848-4999 - fax |
| (650) 614-7401 – fax | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam W. Poff (#3990)
The Brandywine Building
1000 West St.
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Plaintiffs

DB01:2184946.1                                                              064207.1001