IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-418-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF SUBPOENAS AND NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that Plaintiffs, Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc., pursuant to Rule 45 of the Federal Rules of Civil Procedure, have served or caused to be served the subpoenas attached as Exhibits A – E hereto as follows:

| Witness | Date of Deposition | Date of Document Production | Place of Deposition | Place of Document Production[1] |
|---|---|---|---|---|
| Sam G. Campbell, III (Exhibit A) | 9:00 a.m. 10/10/06 | 9:00 a.m. 09/18/06 | Esquire Deposition Services 3101 Bee Cave Road, #220 Austin, TX 78746 | Campbell Stephenson Ascloese LLP 4807 Spicewood Springs Road, Bldg. 4, Suite 201 Austin, TX 78759 |
| Marc R. Ascolese (Exhibit B) | 9:00 a.m. 10/09/06 | 9:00 a.m. 09/18/06 | Esquire Deposition Services 3101 Bee Cave Road, #220 Austin, TX 78746 | Campbell Stephenson Ascloese LLP 4807 Spicewood Springs Road, Bldg. 4, Suite 201 Austin, TX 78759 |

---

[1] If option to send documents to Niro Scavone not selected.

| Witness | Date of Deposition | Date of Document Production | Place of Deposition | Place of Document Production[1] |
|---|---|---|---|---|
| Marc Hanish (Exhibit C) | 9:00 a.m. 10/06/06 | 9:00 a.m. 09/18/06 | Orrick, Herrington & Sutcliffe LLP 1000 Marsh Road Menlo Park, CA 94025 | Orrick, Herrington & Sutcliffe LLP 1000 Marsh Road Menlo Park, CA 94025 |
| David B. Ritchie (Exhibit D) | 9:00 a.m. 10/05/06 | 9:00 a.m. 09/18/06 | Orrick, Herrington & Sutcliffe LLP 1000 Marsh Road Menlo Park, CA 94025 | Orrick, Herrington & Sutcliffe LLP 1000 Marsh Road Menlo Park, CA 94025 |
| Kenneth D'Alessandro (Exhibit E) | 9:00 a.m. 10/04/06 | 9:00 a.m. 09/18/06 | Esquire Deposition Services 1 East Liberty Street – 6th Floor Reno, NV 89504 | Sierra Patent Group, Ltd. 1657 Hwy. 395, Suite 202 Minden, NV 95113 |

Dated: September 12, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiffs, Alcatel USA Resources, Inc. and Alcatel Internetworking, Inc.*

DB01:2187338.1                                                              064207.1001