**CERTIFICATE OF SERVICE**

    I, Karen L. Pascale, Esquire, hereby certify that on September 12, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire *[provner@potteranderson.com]*
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801

    I further certify that on September 12, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>*By E-Mail and FedEx*
>
>William L. Anthony, Esquire *[wanthony@orrick.com]*
>Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
>Michael F. Heafey, Esquire *[mheafey@orrick.com]*
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA 94025
>
>Henry C. Bunsow, Esquire *[BunsowH@howrey.com]*
>K.T. Cherian, Esquire *[CherianK@howrey.com]*
>HOWREY LLP
>525 Market Street
>Suite 3600
>San Francisco, CA 94150

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen L. Pascale
>_____
>Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>  *Attorneys for Plaintiffs*