IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC. ) <br> a Delaware Corporation, and ) <br> ALCATEL INTERNETWORKING, INC., ) <br> a California Corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FOUNDRY NETWORKS, INC., ) <br> a Delaware Corporation, ) <br> ) <br> Defendant. ) | Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

**FOUNDRY NETWORKS, INC.'S NOTICE OF DEPOSITION OF
<u>MAHADEV SATYANARAYANAN</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendant and counterclaimant Foundry Networks Inc. will take the deposition of Mahadev Satyanarayanan, Carnegie Mellon University, 5000 Forbes Avenue, Wean Hall, Pittsburgh, PA 15213 at the offices of Esquire Deposition Services, 707 Grant Street, Suite 1825, Pittsburgh, Pennsylvania 15219, commencing at 9:00 a.m. on October 6, 2006.

The deposition will be taken upon oral examination before an officer authorized by law to administer oaths, and will continue from day to day thereafter, excluding weekends and holidays, until it is completed. The deposition will be recorded stenographically, by video, and electronically, using LiveNote.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William L. Anthony<br>Matthew H. Poppe<br>Michael F. Heafey<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California  94025<br>(650) 614-7400<br><br>(As to Count I of the Amended Complaint)<br><br>Dated:  September 15, 2006<br>750651 | By: /s/ Philip A Rovner<br>　　　Philip A. Rovner (#3215)<br>　　　Hercules Plaza<br>　　　P.O. Box 951<br>　　　Wilmington, DE  19899<br>　　　(302) 984-6000<br>　　　E-mail: provner@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Foundry Networks, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

<u>CERTIFICATE OF SERVICE</u>

     I, Philip A. Rovner, hereby certify that on September 15, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

<u>BY HAND DELIVERY AND E-MAIL</u>

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

     I hereby certify that on September 15, 2006 I have sent by E-mail foregoing document to the following non-registered participants:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

          /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Potter Anderson & Corroon LLP
     Hercules Plaza
     P.O. Box 951
     Wilmington, Delaware 19899
     (302) 984-6000
     E-mail: provner@potteranderson.com