IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC.<br>a Delaware Corporation, and<br>ALCATEL INTERNETWORKING, INC.,<br>a California Corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC.,<br>a Delaware Corporation,<br><br>              Defendant. | Civil Action No. 05-418-SLR<br><br>(JURY TRIAL DEMANDED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 12, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

MARC HANISH'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA FOR DOCUMENTS AND DEPOSITION

PLEASE TAKE NOTICE that, on September 15, 2006, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DAVID RITCHIE'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA FOR DOCUMENTS AND DEPOSITION

MARC ASCOLESE'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA FOR DOCUMENTS AND DEPOSITION

SAM G. CAMPBELL III'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA FOR DOCUMENTS AND DEPOSITION

KENNETH D'ALLESANDRO'S OBJECTIONS AND RESPONSES TO PLAINTIFFS'
SUBPOENA FOR DOCUMENTS AND DEPOSITION

**BY E-MAIL**

Josy W. Ingersoll, Esq.
Adam W. Poff, Eq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

**BY E-MAIL**

Timothy J. Haller, Esq.
Robert Greenspoon, Esq
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William L. Anthony
Matthew H. Poppe
Michael F. Heafey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California  94025
(650) 614-7400
(As to Count I only)

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware  19899-0951
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendant/Counterclaimant
Foundry Networks, Inc.*

Dated:  September 18, 2006
749873

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 18, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on September 18, 2006 I have sent by E-mail foregoing document to the following non-registered participants:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com