IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC. <br> a Delaware Corporation, and <br> ALCATEL INTERNETWORKING, INC., <br> a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

### FOUNDRY NETWORKS, INC.'S NOTICE OF DEPOSITION OF STEVEN SHERMAN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant and counterclaimant Foundry Networks Inc. will take the deposition of Steven Sherman at the offices of Howrey LLP, 550 South Hope Street, Suite 1100, Los Angeles, California 90071-2627, commencing at 9:00 a.m. on October 12, 2006, or at such time and place as may be agreed upon by counsel.

The deposition will be taken upon oral examination before an officer authorized by law to administer oaths, and will continue from day to day thereafter, excluding weekends and holidays, until it is completed. The deposition will be recorded stenographically, by video, and electronically, using LiveNote.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| K.T. Cherian<br>Constance F. Ramos<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, California 94105<br>(415) 848-4900<br>E-mail: cheriank@howrey.com<br>        ramosc@howrey.com | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    E-mail: provner@potteranderson.com |
| (As to Count II of the Amended Complaint) | *Attorneys for Defendant*<br>*Foundry Networks, Inc.* |

Dated:  September 19, 2006
751227

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

    I, Philip A. Rovner, hereby certify that on September 19, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

BY HAND DELIVERY AND E-MAIL

    Josy W. Ingersoll, Esq.
    Karen L. Pascale, Esq.
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19899-0391

    I hereby certify that on September 19, 2006 I have sent by E-mail foregoing document to the following non-registered participants:

    Timothy J. Haller, Esq.
    Robert Greenspoon, Esq.
    Sally Wiggins, Esq.
    Niro, Scavone, Haller & Niro
    181 W. Madison Street, Suite 4600
    Chicago, IL 60602

    /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Potter Anderson & Corroon LLP
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    E-mail: provner@potteranderson.com