IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-418-SLR |
| v. | ) | |
| | ) | (JURY TRIAL DEMANDED) |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

**FOUNDRY NETWORKS, INC.'S NOTICE OF DEPOSITION
OF JAMES LOUDANI**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules

of Civil Procedure, defendant and counterclaimant Foundry Networks Inc. will take the

deposition of James Loudani at the offices of Howrey LLP, 550 South Hope Street, Suite

1100, Los Angeles, California  90071-2627, commencing at 9:00 a.m. on October 11,

2006, or at such time and place as may be agreed upon by counsel.

The deposition will be taken upon oral examination before an officer

authorized by law to administer oaths, and will continue from day to day thereafter,

excluding weekends and holidays, until it is completed. The deposition will be recorded

stenographically, by video, and electronically, using LiveNote.

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

K.T. Cherian
Constance F. Ramos
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900
E-mail:  cheriank@howrey.com
        ramosc@howrey.com

/s/ Philip A. Rovner
By: _____
        Philip A. Rovner (#3215)
        Hercules Plaza
        P. O. Box 951
        Wilmington, DE  19899
        (302) 984-6000
        E-mail: provner@potteranderson.com

(As to Count II of the Amended Complaint)

*Attorneys for Defendant*
*Foundry Networks, Inc.*

Dated:  September 19, 2006
751225

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 19, 2006, the within

document was filed with the Clerk of the Court using CM/ECF which will send

notification of such filing(s) to the following; that the document was served on the

following counsel as indicated; and that the document is available for viewing and

downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on September 19, 2006 I have sent by E-mail

foregoing document to the following non-registered participants:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com