IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

**FOUNDRY NETWORKS, INC.'S NOTICE OF DEPOSITION
OF CISCO SYSTEMS, INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 45 and 30(b)(6) of the Federal Rules of Civil Procedure, defendant and counterclaimant Foundry Networks, Inc. will take the deposition of the 30(b)(6) designee of Cisco Systems, Inc., 170 West Tasman Drive, San Jose, CA 95134, at the offices of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, commencing at 9:00 a.m. on October 13, 2006.

The deposition will be taken upon oral examination before an officer authorized by law to administer oaths, and will continue from day to day thereafter, excluding weekends and holidays, until it is completed. The deposition will be recorded stenographically, by video, and electronically, using LiveNote.

                                  POTTER ANDERSON & CORROON LLP

                                  By: /s/ Philip A. Rovner
                                        Philip A. Rovner (#3215)
                                        Hercules Plaza
                                        P.O. Box 951
                                        Wilmington, Delaware  19899-0951
                                        (302) 984-6000
                                        provner@potteranderson.com

Dated:  September 29, 2006           *Attorneys for Defendant/Counterclaimant*
750312                                                     *Foundry Networks, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 29, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

> Josy W. Ingersoll, Esq.
> Karen L. Pascale, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19899-0391

I hereby certify that on September 29, 2006 I have sent by E-mail foregoing document to the following non-registered participants:

> Timothy J. Haller, Esq.
> Robert Greenspoon, Esq.
> Sally Wiggins, Esq.
> Niro, Scavone, Haller & Niro
> 181 W. Madison Street, Suite 4600
> Chicago, IL  60602

> \_\_\_\_\_/s/ Philip A. Rovner\_\_\_\_\_
> Philip A. Rovner (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, Delaware 19899
> (302) 984-6000
> E-mail: provner@potteranderson.com