IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC. a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-418-SLR |
| FOUNDRY NETWORKS, INC., a Delaware Corporation, | ) ) ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) ) ) ) | |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45 and 30(b)(6), a subpoena and annexed Schedule "A", attached hereto as Exhibit 1, will be served on Cisco Systems, Inc., 170 West Tasman Drive, San Jose, CA 95134.

POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Hercules Plaza
     P.O. Box 951
     Wilmington, Delaware  19899-0951
     (302) 984-6000
     provner@potteranderson.com

*Attorneys for Defendant/Counterclaimant*
*Foundry Networks, Inc.*

Dated: September 29, 2006

750327

# EXHIBIT 1

AO88  (Rev 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

ALCATEL USA RESOURCES, INC , et al.

**SUBPOENA IN A CIVIL CASE**

V.

FOUNDRY NETWORKS, INC.

Case Number: [1] 05-418-SLR

USDC District of Delaware

TO:  Cisco Systems, Inc.
Attn: Legal Dept.
170 West Tasman Drive
San Jose, CA 95134

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025 | DATE AND TIME<br>October 13, 2006 - 9:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                          Attorneys for Defendant | DATE<br>September 29, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Philip A. Rovner                              (302) 984-6140
Potter Anderson & Corroon LLP
Hercules Plaza, 1313 North Market Street, Wilmington, DE 19801

(See Rule 45. Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

2002 © American LegalNet. Inc.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                    DATE                                  SIGNATURE OF SERVER

                                                 _____
                                                 ADDRESS OF SERVER

                                                 _____

Rule 45, Federal Rules of Civil Procedure, Parts C & D :

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena, was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to

attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an uncertained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

2002 © American LegalNet, Inc.

## SCHEDULE A

## DEFINITIONS

1.    "Cisco" means Cisco Systems, Inc.

2.    "Alcatel" shall mean Alcatel USA Resources, Inc., and Alcatel Internetworking, Inc., including without limitation any divisions, departments, parents, predecessors (whether acquired by acquisition, merger, consolidation or other means), successors, subsidiaries (whether wholly or partially owned), affiliates, entities under common control, joint ventures, and other organizations or operating units, and each of their present and former officers, directors, agents, controlling shareholder[s] or employees and all persons (natural or legal) who act, have acted, purport to act, or have purported to act, on its behalf.

3.    The term "DOCUMENTS" means all papers and other tangible items or material upon which information is recorded or from which information may be obtained by visual inspection or other means. This definition includes copies, reproductions, facsimiles of documents, and electronic data sources such as electronic versions of documents including all metadata, computer data compilation, electronic mail messages, and voice mail messages. If copies of documents are not identical to the originals for any reason, including handwritten notations, initials, or identifying marks, each non-identical copy is a separate document within this definition.

4.    The term "RELATING" means concerning, embodying, containing, comprising, constituting, indicating, referring to, identifying, describing, discussing,

involving, supporting, reflecting, evidencing, or otherwise in any way pertaining directly or indirectly to.

5.    The term "PERSONS" means any natural persons or any business, legal, or governmental entities or associations.

6.    The terms "ANY," "ALL," or "EACH" shall be construed as "any, all and each" inclusively.

7.    The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

8.    The use of the singular form of any word shall include the plural and vice versa.

## TESTIMONIAL TOPICS

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Cisco Systems, Inc.'s

designee(s) shall be prepared to testify regarding the following subjects:

1. The search for documents responsive to the subpoena dated March 20, 2006.

2. The creation (including but not limited to the dates of creation, authorship, distribution and publication) of all versions of and the contents of all versions of the documents attached as:

   a) Exhibit 1 entitled "Single-User Access Security TACACS+," posted March 30, 1995;

   b) Exhibit 2, Document ID 13838, entitled "TACACS+ and RADIUS Comparison," last updated January 19, 2006;

   c) Exhibit 3, Document ID 10559, entitled "Cisco – Secure User Registration Tool;"

   d) Exhibit 4, entitled "Virtual LAN Communications;"

   e) Exhibit 5, entitled "Cisco VLAN Roadmap," printed December 9, 1996; and

   f) Exhibit 6, entitled "VLANs and Routers," printed December 9, 1996.

3. All Cisco switches that implemented secure port-based VLANs in June 1996 or earlier.

4. The user authentication features (in June 1996) of:

   a) VlanDirector;

   b) Cisco Secure User Registration Tool;

   c) CiscoView; and

   d) CISCO IOS

5. The features, in switches made or sold by Cisco in June 1996 or earlier, that implemented support for either TACACS or TACACS+ authentication.

6.  The features, in switches made or sold by Cisco in June 1996 or earlier, that implemented support for RADIUS authentication.

7.  The use of TACACS or TACACS+ with "Catalyst" switches made or sold by Cisco in June 1996 or earlier, including the following Cisco products:

   a)  Catalyst 5000 Switching System;

   b)  Catalyst 3000 Family Stackable Switching System (3000 and 3200);

   c)  Catalyst 2900 Fast Ethernet Switching System;

   d)  Catalyst 2600 Token Ring Switch;

   e)  Catalyst 2000/2800 Workgroup Switching Family;

   f)  Catalyst 1900/2820 Workgroup Switching Family;

   g)  Catalyst 1800 Token Ring Switch;

   h)  Catalyst 1200 Workgroup Switch; and

   i)  LightStream 1010 and 2020 ATM Switches.

8.  The identity of all persons who designed, developed or tested TACACS or TACACS+ authentication or RADIUS authentication in any of the products identified in Items 10-13 prior to June 13, 1996.

9.  The identity of all persons who authored any whitepaper, technical specification, manual or other document reflecting the use of TACACS or TACACS+ authentication or RADIUS authentication in any of the products identified in Items 10-13 prior to June 13, 1996.

10. The sale of or offer to sell the products identified in Items 10-13 prior to June 13, 1996.

11. The identity of all persons involved in the sale of, offer to sell and marketing of the products identified in Items 10-13 prior to June 13, 1996.

# Exhibit 1

http://www.cisco.com/warp/public/614/7.html



# Single-User Network Access Security TACACS+

- **TACACS+ Software 10.3(3) Product Announcement**
- **PR: "TACACS+ -- New Version of Cisco's Server-Based Security Protocol"**

## Overview

A major paradigm shift in remote network access is the shift from terminal access to LAN access. Single users are connecting to the corporate network with computers (notebooks or PCs from home) that can sustain complete network connections. These users no longer connect as unfriendly terminals but connect in the same way they do at work: as a LAN user.

Companies are moving to the remote node, remote LAN, and remote access server paradigm because it increases user productivity. Remote node technology gives users access to the same corporate network from home or while traveling as they do at work. Connecting to the network means connecting to a NetWare file server or AppleShare. Users are not required to become experts on terminal services and login prompts.

Since the network is now readily available through remote node technology, network access security has become increasingly important. Host security was adequate for terminal access, but network access security is needed for remotely connected users or remote nodes.

## General Network Access Security Requirements

Network Access Security (NAS) is evolving from user needs. Network managers are now concerned with three sets of requirements for their NASs: authentication, authorization, and accounting services.

## Authentication

Authentication is who is allowed to gain access to the LAN. Simple authorization methods use a database of username and passwords on the terminal server or access server. More advanced authorization systems use methods such as TACACS (a centralized Token card systems) and Kerberos.

However, once users are authenticated to use the LAN, they may still need to apply a username password for access to specific services such as UNIX hosts, NetWare, or AppleShare. A good NAS server supports a variety of authentication options.

## Authorization

Authorization, the ability to limit network services to different users, is a dynamically applied access list

(sometimes called a user profile) based on the username/password pair. This feature is useful for two primary reasons: it helps to limit the exposure of the internal network to outside callers and simplifies the view of the network for the less technical remote access user.

Authorization allows users to be mobile. Mobile and temporary users (portable users with modems in hotels and telecommuters with modems or ISDN connections at home) want to connect to the closest local connection and still have the same access privileges of their local networks.

The network administrator must be able to limit network access to users for all access protocols and services (Telnet, IP, IPX, and AppleTalk) while users dial in through the same modem pool. Per-user access list authorization is not limited to specific interfaces but is dynamically assigned to the specific port to which a user attaches. For example, when user A connects to port 1, she can see subnets 1, 2, 3 and AppleTalk zones *bldg D*, *bldg E*, and *bldg F*. When user B connects to port 1, his profile limits him to subnet 1 and AppleTalk zone *bldg D*.

Since a NAS supports many more remote users than its physical lines, each user or group of users can dial into the same phone rotary and receive access to the network. The access list is based on username and, as such, each NAS, and can support thousands of users in its username and password database.

## Accounting

Accounting is the third major requirement in a security system. Network administrators may want to bill departments or customers for connection time. Accounting also provides the ability to track suspicious connection attempts into the network

## General Cisco Network Access Security Features

Following are the general network access security features that are currently available on Cisco Access Servers. These features can be internally stored on an access server or centralized database using TACACS.

| FEATURE | FUNCTION |
|---|---|
| Username and password | Basic NAS security |
| Per-user access lists for IP | Basic authentication |
| Callback | Reverses phone charges, extra security for telecommuters |
| PAP and CHAP | Translates PAP or CHAP to TACACS |
| Logging | Sends start and stop times to external logging server |
| Absolute time out | Limits the time a user can be connected to connect session limit |
| Inactivity time out | Cisco supports session timeout, which disconnects a user after a specified time of inactivity. After a session timeout, another person cannot use the connection. |

```
Autocommand              A user can automatically execute a command
                         (if it is available in the internal database).

System script            Automatically connects a user to a specific host or
                         other script capabilities

Autoselect               Automatically provides users with the service they
                         need to connect to the access server. Autoselect
                         supports Telnet, TN3270, SLIP, PPP (for IP or IPX)
                         and ARA  Autoselect limits the user's access to
                         services by automatically providing the appropriate
                         service. For example, a Macintosh user can be
                         automatically dropped into ARA without an exec
                         terminal session  This is both a security and ease-
                         of-use feature.
----------------------------------------------------------------------------
```

# Manual Service Selection: EXEC

EXEC allows users to connect to the access server "shell," then select services.

Users connected to EXEC may specify various services: UUCP, PPP, SLIP, ARA, TN3270, Telnet, or EXEC to manage the router itself.

Connecting to EXEC allows users to manage the access server or router if they have the appropriate privileges.

# Internal or Centrally Managed NAS

All of the security features mentioned can be set up and administered internally on a Cisco access server or passed from a Cisco access server to a centralized database. To send the information to a central database and forward the response to the proper Cisco access server requires a specific protocol.

Cisco implemented the Terminal Access Controller Access System (TACACS) protocol for this exact reason. It was developed by BBN to support multiple communication servers' username/password authentication. It forwards the user's username and password information to a centralized database that also has the TACACS protocol. The centralized database looks up the information and sends back an accept or deny message, which either allows or denies the user access. The centralized database can be modified to control the authorization from either a simple or complex environment.

# Centralized Database and TACACS

A client/server (protocol and server) architecture places all security information on a single, central database, instead of being disbursed around a network in different devices. This is especially useful if there are thousands of users who are using thousands of access servers distributed around the network.

A security protocol and server are much more extendible and scalable for large enterprises. TACACS and other remote access security protocols are designed to support thousands of remote connections. In a large network, the user database is usually large, and is best kept on a centralized server. This saves memory in all the access devices and eliminates the need to update every access server when new users

Cisco - Single-User Network Access Security TACA....    http://www.cisco.com/warp/public/614/7.html

are added, or passwords are modified or changed.

## TACACS

TACACS is a an industry standard protocol specification, RFC 1492, that forwards username and password information to a centralized server. The centralized server can either be a TACACS database or a database like the UNIX password file with TACACS protocol support. For example, the UNIX server with TACACS passes requests to the UNIX database and sends the accept or reject message back to the access server.

### XTACACS

XTACACS defines the extensions that Cisco added to the TACACS protocol to support new and advanced features.

XTACACS supports:

- Multiple TACACS servers

- *syslog* -- Sends accounting information to a UNIX host

- *connect* -- Where the user is authenticated into the access server "shell" and can Telnet or initiate slip or PPP or ARA after initial

XTACACS is multiprotocol and can authorize connections with:

- SLIP
- enable
- PPP (IP or IPX)
- ARA
- EXEC
- Telnet

## TACACS+

TACACS+ allows a separate access server (the TACACS+ server) to provide the services of authentication, authorization, and accounting independently. Each service can be tied into its own database or can use the other services available on that server or on the network.



*Figure 1: Control Access to Network Via Dial Up*

TACACS+ will be supported by the Cisco family of routers and access servers as part of a maintenance of Cisco IOS Release 10.3. This protocol is a completely new version of the TACACS protocol referenced by RFC 1492. Cisco is presenting TACACS+ to the IETF working groups and will contribute to and adopt the emerging NAS protocol standard.

The overall design goal of TACACS+ is to define a standardmethod for managing dissimilar Network Access Servers (NASs) from a single set of management services such as a database. A NAS provides connections to a single user, to a network, or subnetwork, and interconnected networks.

TACACS+ has three major components: the protocol support within the access servers and routers, the protocol specification, and the centralized security database. Similar to an internal security database, TACACS+ supports the following three required features of a good security system.

### Authentication

The TACACS+ protocol forwards many types of username password information. This information is encrypted over the network with MD5, an encryption algorithm. TACACS+ can forward the password types for ARA, SLIP, PAP, CHAP, and standard Telnet. This allows clients to use the same username password for different protocols. TACACS+ is extensible to support new password types like KCHAP.

TACACS+ authentication supports multiple challenge and response demands from the TACACS+ server. This allows token card vendors to provide advanced features like sending back a second token-generated number after the first one was manipulated by a security server.

### Authorization

TACACS+ provides a mechanism to tell an access server which access list that a user connected to port 1 uses. The TACACS+ server and location of the username/password information identify the access list through which the user is filtered. The access list(s) reside on the access server. The TACACS server responds to a username with an accept and an Access List number which causes that list to be applied.

### Accounting

TACACS+ provides accounting information to a database through TCP to insure a more secure and complete accounting log.

The accounting portion of the TACACS+ protocol contains the network address of the user, the username, the service attempted, protocol used, time and date, and the packet-filter module originating the log. For Telnet connections, it also contains source and destination port, action carried (communication accepted, rejected), log, and alert type. Formats are open and configurable.

The billing information includes connect time, user ID, location connected from, start time, and stop time. It identifies the protocol that the user is using and may contain commands being run if the users are connected through exec and Telnet.

Future TACACS+ accounting enhancements will provide connect time updates, which will send an update for current connect time to the accounting server every x minutes. This feature allows companies like Internet providers to bill a customer for an open session even if the access server restarts and loses

Cisco - Single-User Network Access Security TACA _      http://www.cisco.com/warp/public/614/7.html

the initial start time. Service providers can significantly minimize lost billing time.

The auditing information provides which commands + arguments, location connect from.

The protocol provides enough information so that a server can produce intruder detection routines, reporting statistics, number of packets, and number of bytes

Users want servers to prevent multiple uses of the same username/password so that customers with flat rates do not share their account with others. Although the decision to give access is made on the server, the protocol is flexible enough to provide the necessary information to detect multiple passwords.

## Third-Party Security Solutions

TACACS is an open protocol and can be ported to any username or password database. Many users now want token card support for their remote dial-in access users. Many token card client server companies have ported the TACACS protocol to their central databases. This allows remote node users to connect to a network through a Cisco access server, while using a third-party database and token cards for the remote users.



*Figure 2: TACACS and Token Card Support*

Companies that support this solution today include:

- Enigma Logic
- Security Dynamics
- Digital Pathways

Advantages of the TACACS+ Protocol:

- TCP-based for more security

- Provide three separate protocol components, each of which can be implemented on separate servers

Cisco - Single-User Network Access Security TACA...    http://www.cisco.com/warp/public/614/7.html

Authentication provides complete server control of the authentication process, which includes:

- login and password query
- Challenge/response
- Messaging support (any)
- Encrypted in MD5
- Replaceable with Kerberos 5

Authorization allows "remote" access control and enhanced granularity. Features include:

- One authentication
- Authorization for each service
- Per-user access list and user profile
- Users can belong to groups
- IP and Telnet support (IPX, ARA future)
- Any access or command and permission or restrictions

    o Initial connection upon starting any command or service

- Primary service

    o Exec or autoselected protocol

- Secondary service

    o Commands from exec or control protocol like PPP NCP and based on connection location

## Examples of the "AAA" Functionality

The authorization component in TACACS+ allows greater levels of control over user actions and can be used to create separate administrative groups that are based on user functionality. For example, a network manager might want to restrict a user to perform certain functions on the access server or router. Within the access server, a user might be restricted to PPP or SLIP and only be permitted to connect to a specific host address. Another example of the flexibility of the authorization subsystem is forcing a user to connect to a particular host if an attempt is made to connect to a specific host. In the case of the router's command line user interface, a restriction might be placed on executing particular EXEC commands such as reload.

The authentication protocol can also generate an autocommand. Once a user is authenticated, this runs any command within the access server system and is very powerful for complete access management. Network managers can use the accounting component to track user activity for a security audit trail or to provide billing information. A report might be structured to provide: user identity, start and stop times, executed commands, number of packets, and number of bytes.

Password aging is another example of the capabilities that are now available with TACACS+. A server supporting TACACS+ can send a message back to users, telling them to change their passwords as part of the login sequence. They will not be allowed access unless they change their passwords at that time.

---------------------------------------------------------------------------
                                    TACACS

Cisco - Single-User Network Access Security TACA...    http://www.cisco.com/warp/public/614/7.html

```
FEATURE                             INTERNAL   XTACACS        TACACS+
===================================================================================
AUTHENTICATION
PAP/CHAP                               *          *              *
System script                          *          *              *
Autocommand                            *          *              *
DialBack                              95          *             95
Username/password                      *          *              *
Use MD5 encryption                                               *
Token card support                                *              *
Via Kerberos 5                                                  95
For exec                               *          *              *
For PPP (IP and IPX)                   *          *              *
For ARA                                *          *              *
Multiple challenge and response                                  *
Router access authentication           *          *              *
Support for rcmd                                                 *
Try multiple authentication types                 *              *
-----------------------------------------------------------------------------------
AUTHORIZATION                          *          *
Per user-IP (SLIP and PPP)             *          *              *
Per user IPX                          95         95             95
Per user ARA                          95         95             95
exec prompt access                     *                        *
exec and PPP IP address                           *              *
exec and Telnet                        *          *              *
Router commands                        *          *              *
User-changeable                                  Dependent on  Yes, but only
password                                         server        with one server
-----------------------------------------------------------------------------------
ACCOUNTING
Time connection start                             *              *
Time connection finish                            *              *
Total connection time                             *              *
# packets, # bytes
Which commands + argument                                       95
Location connect from                                           95
User ID                                           *              *
User protocol                                     *              *
Use UDP                                           *
Use TCP                                                          *
Absolute time out
Inactivity time out
-----------------------------------------------------------------------------------
```

# The TACACS+ Protocol Spec

TACACS+ also provides a general-purpose protocol specification that allows the TACACS+ protocol to be integrated into standard databases. The TACACS+ protocol specification will make integration of the TACACS+ protocol into third-party or customer authentication/security databases easier and it also provides more functionality. Current third party support for TACACS includes Security Dymanics, Enigma Logic, and more new customers to be announced.

Third-party token support will be enhanced with TACACS+ in that the custom database will be able to handle challenge response mechanisms for tokencards and other advanced authentication systems.

# General

TACACS+ sample server C code and protocol specification will be available from Cisco Connection Online (CCO) on the World Wide Web (http://www.cisco.com) and character-based bulletin board (telnet cco.cisco.com), and through anonymous FTP (ftp.cisco.com).

Cisco is working with the IETF to standardize these security protocols. And is working with other centralized security protocols like Radius. Cisco will participate in the evolution of a single standards-based NAS protocol.

---

Posted: Mar 30 11:46:18 1995

Copyright 1996 © Cisco Systems Inc.

# Exhibit 2

http://www.cisco.com/warp/public/480/10.html





# TACACS+ and RADIUS Comparison

TAC Notice: What's Changing on TAC Web

**Document ID: 13838**

Help us help you.

**Please rate this document.**
- ○ Excellent
- ○ Good
- ○ Average
- ○ Fair
- ○ Poor

**This document solved my problem.**
- ◉ Yes
- ◉ No
- ○ Just browsing

# Contents

Introduction
Prerequisites
    Requirements
    Components Used
    Conventions
RADIUS Background
    Client/Server Model
    Network Security
    Flexible Authentication Mechanisms
    Server Code Availability
Compare TACACS+ and RADIUS
    UDP and TCP
    Packet Encryption
    Authentication and Authorization
    Multiprotocol Support
    Router Management
    Interoperability
    Traffic
    Device Support
NetPro Discussion Forums - Featured Conversations
Related Information

**Suggestions for improvement:**

(256 character limit)

**Optional contact information:**
Name:

Email:

Send

# Introduction

Two prominent security protocols used to control access into networks are Cisco TACACS+ and RADIUS. The RADIUS specification is described in RFC 2865 , which obsoletes RFC 2138 . Cisco is committed to supporting both protocols with the best of class offerings. It is not the intention of Cisco to compete with RADIUS or influence users to use TACACS+. You should choose the solution that best meets your needs. This document discusses the differences between TACACS+ and RADIUS, so that you can make an informed choice.

Cisco has supported the RADIUS protocol since Cisco IOS® Software Release 11.1 in February 1996. Cisco continues to enhance the RADIUS Client with new features and capabilities, supporting RADIUS

as a standard.

Cisco seriously evaluated RADIUS as a security protocol before it developed TACACS+. Many features were included in the TACACS+ protocol to meet the needs of the growing security market. The protocol was designed to scale as networks grow, and to adapt to new security technology as the market matures. The underlying architecture of the TACACS+ protocol complements the independent authentication, authorization, and accounting (AAA) architecture.

# Prerequisites

## Requirements

There are no specific requirements for this document.

## Components Used

This document is not restricted to specific software and hardware versions.

## Conventions

For more information on document conventions, see the Cisco Technical Tips Conventions.

# RADIUS Background

RADIUS is an access server that uses AAA protocol. It is a system of distributed security that secures remote access to networks and network services against unauthorized access. RADIUS comprises three components:

- A protocol with a frame format that utilizes User Datagram Protocol (UDP)/IP.

- A server.

- A client.

The server runs on a central computer typically at the customer's site, while the clients reside in the dial-up access servers and can be distributed throughout the network. Cisco has incorporated the RADIUS Client into Cisco IOS Software Release 11.1 and later and other device software.

## Client/Server Model

A network access server (NAS) operates as a client of RADIUS. The client is responsible for passing user information to designated RADIUS servers, and then acting on the response that is returned. RADIUS servers are responsible for receiving user connection requests, authenticating the user, and returning all configuration information necessary for the client to deliver service to the user. The RADIUS servers can act as proxy clients to other kinds of authentication servers.

## Network Security

Transactions between the client and RADIUS server are authenticated through the use of a shared secret, which is never sent over the network. In addition, any user passwords are sent encrypted between the client and RADIUS server. This eliminates the possibility that someone snooping on an unsecured network could determine a user's password.

## Flexible Authentication Mechanisms

The RADIUS server supports a variety of methods to authenticate a user. When it is provided with the user name and original password given by the user, it can support PPP, Password Authentication Protocol (PAP), or Challenge Handshake Authentication Protocol (CHAP), UNIX login, and other authentication mechanisms.

## Server Code Availability

There are a number of distributions of server code commercially and freely available. Cisco servers include Cisco Secure ACS for Windows, Cisco Secure ACS for UNIX, and Cisco Access Registrar.

# Compare TACACS+ and RADIUS

These sections compare several features of TACACS+ and RADIUS.

## UDP and TCP

RADIUS uses UDP while TACACS+ uses TCP. TCP offers several advantages over UDP. TCP offers a connection-oriented transport, while UDP offers best-effort delivery. RADIUS requires additional programmable variables such as re-transmit attempts and time-outs to compensate for best-effort transport, but it lacks the level of built-in support that a TCP transport offers:

- TCP usage provides a separate acknowledgment that a request has been received, within (approximately) a network round-trip time (RTT), regardless of how loaded and slow the backend authentication mechanism (a TCP acknowledgment) might be.

- TCP provides immediate indication of a crashed, or not running, server by a reset (RST). You can determine when a server crashes and returns to service if you use long-lived TCP connections. UDP cannot tell the difference between a server that is down, a slow server, and a non-existent server.

- Using TCP keepalives, server crashes can be detected out-of-band with actual requests. Connections to multiple servers can be maintained simultaneously, and you only need to send messages to the ones that are known to be up and running.

- TCP is more scalable and adapts to growing, as well as congested, networks.

## Packet Encryption

RADIUS encrypts only the password in the access-request packet, from the client to the server. The remainder of the packet is unencrypted. Other information, such as username, authorized services, and accounting, can be captured by a third party.

TACACS+ encrypts the entire body of the packet but leaves a standard TACACS+ header. Within the
header is a field that indicates whether the body is encrypted or not. For debugging purposes, it is useful
to have the body of the packets unencrypted. However, during normal operation, the body of the packet
is fully encrypted for more secure communications.

## Authentication and Authorization

RADIUS combines authentication and authorization. The access-accept packets sent by the RADIUS
server to the client contain authorization information. This makes it difficult to decouple authentication
and authorization.

TACACS+ uses the AAA architecture, which separates AAA. This allows separate authentication
solutions that can still use TACACS+ for authorization and accounting. For example, with TACACS+, it
is possible to use Kerberos authentication and TACACS+ authorization and accounting. After a NAS
authenticates on a Kerberos server, it requests authorization information from a TACACS+ server
without having to re-authenticate. The NAS informs the TACACS+ server that it has successfully
authenticated on a Kerberos server, and the server then provides authorization information.

During a session, if additional authorization checking is needed, the access server checks with a
TACACS+ server to determine if the user is granted permission to use a particular command. This
provides greater control over the commands that can be executed on the access server while decoupling
from the authentication mechanism.

## Multiprotocol Support

RADIUS does not support these protocols:

- AppleTalk Remote Access (ARA) protocol

- NetBIOS Frame Protocol Control protocol

- Novell Asynchronous Services Interface (NASI)

- X.25 PAD connection

TACACS+ offers multiprotocol support.

## Router Management

RADIUS does not allow users to control which commands can be executed on a router and which
cannot. Therefore, RADIUS is not as useful for router management or as flexible for terminal services.

TACACS+ provides two methods to control the authorization of router commands on a per-user or per-
group basis. The first method is to assign privilege levels to commands and have the router verify with
the TACACS+ server whether or not the user is authorized at the specified privilege level. The second
method is to explicitly specify in the TACACS+ server, on a per-user or per-group basis, the commands
that are allowed.

## Interoperability

Due to various interpretations of the RADIUS Request for Comments (RFCs), compliance with the RADIUS RFCs does not guarantee interoperability. Even though several vendors implement RADIUS clients, this does not mean they are interoperable. Cisco implements most RADIUS attributes and consistently adds more. If customers use only the standard RADIUS attributes in their servers, they can interoperate between several vendors as long as several vendors implement the same attributes. However, many vendors implement extensions that are proprietary attributes. If a customer uses one of these vendor-specific extended attributes, interoperability is not possible.

## Traffic

Due to the previously cited differences between TACACS+ and RADIUS, the amount of traffic generated between the client and server differs. These examples illustrate the traffic between the client and server for TACACS+ and RADIUS when used for router management with authentication, exec authorization, command authorization (which RADIUS cannot do), exec accounting, and command accounting (which RADIUS cannot do)

### TACACS+ Traffic Example

This example assumes login authentication, exec authorization, command authorization, start-stop exec accounting, and command accounting is implemented with TACACS+ when a user Telnets to a router, performs a command, and exits the router:



Cisco - TACACS+ and RADIUS Comparison            http://www.cisco.com/warp/public/480/10.html

**RADIUS Traffic Example**

This example assumes login authentication, exec authorization, and start-stop exec accounting is implemented with RADIUS when a user Telnets to a router, performs a command, and exits the router (other management services are not available):



**Device Support**

This table lists TACACS+ and RADIUS AAA support by device type for selected platforms. This includes the software version in which the support was added. Check product release notes for further information, if your product is not in this list.

| Cisco Device | TACACS+ authentication | TACACS+ authorization | TACACS+ accounting | RADIUS authentication | RADIUS authorization | RADIUS accoun |
|---|---|---|---|---|---|---|
| Cisco Aironet[1] | 12.2(4)JA | 12.2(4)JA | 12.2(4)JA | all Access-points | all Access-points | all Acc points |
| Cisco IOS Software[2] | 10.33 | 10.33 | 10.33[3] | 11.1.1 | 11.1.1[4] | 11.1.1[5] |
| Cisco Cache Engine | -- | -- | -- | 1.5 | 1.5[6] | -- |
| Cisco Catalyst switches | 2.2 | 5.4.1 | 5.4.1 | 5.1 | 5.4.1[4] | 5.4.1[5] |
| Cisco CSS 11000 Content Services Switch | 5.03 | 5.03 | 5.03 | 5.0 | 5.0[4] | -- |
| Cisco CSS 11500 Content Services Switch | 5.20 | 5.20 | 5.20 | 5.20 | 5.20[4] | -- |
| Cisco PIX Firewall | 4.0 | 4.0[7] | 4.2[8,5] | 4.0 | 5.2[7] | 4.2[8,5] |

Cisco - TACACS+ and RADIUS Comparison          http://www.cisco.com/warp/public/480/10.html

| Cisco Catalyst 1900/2820 switches | 8.x enterprise[9] | -- | -- | -- | -- | -- |
|---|---|---|---|---|---|---|
| Cisco Catalyst 2900XL/3500XL switches | 11.2.(8)SA6[10] | 11.2.(8)SA6[10] | 11.2.(8)SA6[10] | 12.0(5)WC5[11] | 12.0(5)WC5[11, 4] | 12.0(5)WC5[11] |
| Cisco VPN 3000 Concentrator[6] | 3.0 | 3.0 | -- | 2.0[12] | 2.0 | 2.0[12] |
| Cisco VPN 5000 Concentrator | -- | -- | -- | 5.2X[12] | 5.2X[12] | 5.2X[12] |

**Table Notes**

1. Termination of wireless clients only, not management traffic in versions other than Cisco IOS Software Release 12.2(4)JA or later. In Cisco IOS Software Release 12.2.(4)JA or later, authentication for both termination of wireless clients and management traffic is possible.

2. Check Feature Navigator (now obsoleted by Software Advisor ( registered customers only) ) for platform support within Cisco IOS software

3. Command accounting is not implemented until Cisco IOS Software Release 11.1.6.3.

4. No command authorization

5. No command accounting

6. URL blocking only, not administrative traffic.

7. Authorization for non-VPN traffic through the PIX.

   **Note:** Release 5.2 - Access-list support for Access Control List (ACL) RADIUS Vendor-Specific Attribute (VSA) or TACACS+ authorization for VPN traffic terminating on PIX Release 6.1 - support for ACL RADIUS attribute 11 authorization for VPN traffic terminating on PIX Release 6.2.2 - support for downloadable ACLs with RADIUS authorization for VPN traffic terminating on PIX Release 6.2 - support for authorization for PIX management traffic through TACACS+.

8. Accounting for non-VPN traffic through the PIX only, not management traffic.

   **Note:** Release 5.2 - Support for accounting for VPN Client TCP packets through the PIX.

9. Enterprise software only.

10. Needs 8M Flash for image.

11. VPN termination only.

# NetPro Discussion Forums - Featured Conversations

Networking Professionals Connection is a forum for networking professionals to share questions, suggestions, and information about networking solutions, products, and technologies. The featured links are some of the most recent conversations available in this technology.

| NetPro Discussion Forums - Featured Conversations for Security |
| --- |
| Security: Intrusion Detection [Systems] |
| Installing CSA - Mar 2, 2006<br>IPS on 2811 router with 2 ISP - Mar 2, 2006<br>CCA and 802.1X - Mar 2, 2006<br>4250 appliance not processing packets correctly - Mar 2, 2006<br>Cannot Launch IPS MC in CiscoWorks VMS - Mar 1, 2006 |
| Security: AAA |
| help to configure ACS3.3 and ASA5520 for VPN clients profiles - Mar 2, 2006<br>Documentation on network authentication - Mar 2, 2006<br>ACS HTML Login not working - Mar 2, 2006<br>Catalyst 5500 series switch and AAA - Mar 2, 2006<br>Acct-Terminate-Cause = none - Mar 2, 2006 |
| Security: General |
| Cisco Router and Switches Security Baseline Configurations - Mar 2, 2006<br>Creating an ACL - Mar 2, 2006<br>Sniffing on 2950 series? - Mar 2, 2006<br>HTTPS with BBSM - Mar 2, 2006<br>PDM Features - Mar 2, 2006 |
| Security: Firewalling |
| ASK THE EXPERT – TROUBLESHOOTING PIX/ASA FIREWALLS - Mar 2, 2006<br>Odd VPN Tunnel Issue - Mar 2, 2006<br>Can Pix or ASA 5500 do bandwidth throttling? - Mar 2, 2006<br>MTU discovery - Mar 2, 2006<br>Where can I get config guide for 6.3 and later?? - Mar 2, 2006 |

# Related Information

- **RADIUS Support Page**
- **RADIUS in IOS Documentation**
- **TACACS+ in IOS Documentation**
- **TACACS/TACACS+ Support Page**
- **Requests for Comments (RFCs)** 🔲
- **Technical Support - Cisco Systems**

| Home | How to Buy | Login | Register | Feedback | Site Map | Help |
| --- | --- | --- | --- | --- | --- | --- |

All contents are Copyright © 1992-2006 Cisco Systems, Inc  All rights reserved. Important Notices and Privacy Statement.

Updated: Jan 19, 2006

Document ID: 13838

Cisco - TACACS+ and RADIUS Comparison            http://www.cisco.com/warp/public/480/10.html

# Exhibit 3



Cisco Secure User Registration Tool
## Cisco Secure User Registration Tool Version 2.5

### Table Of Contents

Data Sheet
    Overview
    New Features in Cisco Secure URT v2.5
    Features and Benefits
    Applications
    Ordering Information
    System Requirements
    For More Information
        Documentation
        Contacts

**Downloads**

Cisco Secure User Registration
Tool Version 2.5 📄

## Data Sheet

### Cisco Secure User Registration Tool Version 2.5

Cisco Secure User Registration Tool (URT) Version 2.5 actively identifies users within the network and creates user-registration-policy bindings for policy registration, mobility, and tracking. Cisco Secure URT v2.5 introduces an extensible Web front-end client and Remote Access Dial-In User Service (RADIUS)-based back-end infrastructure, making the product appealing to an extended range of customer network sizes and applications.

### Overview

Cisco Secure URT v2.5 is an important piece of the Cisco next-generation identity-management-solution suite. Cisco Secure URT is a virtual LAN (VLAN) assignment service that provides LAN security by actively identifying and authenticating users and then associating them only to the specific network services and resources they need through dynamic VLAN assignments to Cisco Catalyst® Switch networks. URT v2.5 introduces many innovative features, including a Web-based logon from Windows, Macintosh, and Linux clients, RADIUS and Lightweight Directory Access Protocol (LDAP) authentication, and a secure link between the client and the VLAN Policy Server (VPS). It also includes a security feature based on the Media Access Control (MAC) address that prevents users from accessing the network if they are not using authorized machines.

Cisco Secure URT assigns VLAN-based policies to switch ports based on user authentication to existing Microsoft Windows NT, Active Directory, Novell Netware Directory Services (NDS) or RADIUS directories. VLAN policies are applied via Cisco VPS servers, which, when distributed throughout the network, provide better login load sharing and greater availability to the network. Unless a user provides a valid username and password to the authentication server, that user will remain in a "logon VLAN" with no access to the corporate or service provider network. Because URT uses existing user-authentication mechanisms, policies are applied transparently to users and are easily deployed in any existing network.

Cisco Secure URT intelligently monitors and manages user identification, locations, and network access times. It detects when a user is authenticated and places that user into the appropriate VLAN based on policies that are preassigned through the URT administrative interface. Cisco Secure URT also prevents unauthorized access to protected VLANs and subnets by disallowing access to unauthorized users. This protection is accomplished through a user registration process (started at user login) that can result in logically blocking connection to the protected VLAN or subnet if the attached user is not authorized for access.

The Cisco Secure URT architecture consists of the following components (Figure 1):

**Cisco Secure URT v2.5 Components and Architecture**



- **URT Administrator Server**—Main component of Cisco Secure URT Solution. The Cisco Secure URT Administrator Server operates as a central collection point for events and log information sent from all VPSs under its control.

- **URT Management Interface**—Assigns VLANs to users, groups, organizational units or MAC addresses and also establishes Windows NT, AD, NDS, and RADIUS domains, associations.

- **URT VPS**—Runs on an external one-rack-unit-high appliance and is responsible for setting a client's switch port based on the login user name, group name, organizational unit, or MAC address. It is also used for authenticating and assigning VLANs to Web users.

- **URT Client Module**—The Client module Logon script is pushed from the URT Administrator Server to the Windows NT/NDS domain controllers. and it is automatically installed on the traditional client machine to enable user authentication.

- **URT Web Client Module**—The Web client module is invoked automatically from the user's Netscape or Microsoft Internet Explorer Web browser and performs the same functionality as the URT Client Module. It is downloaded in a signed Java Archive (JAR) file using a Web applet. This application is used to prompt for a user ID, password, and user authentication domain.

With a Web-based secure logon from a Windows, Macintosh, or Linux client, the user logs in to the VPS for authentication without having to download any application on the desktop. Cisco Secure URT provides authentication through any standard RADIUS server such as a Cisco Secure Access Control Server (ACS).

## New Features in Cisco Secure URT v2.5

Cisco Secure URT v2.5 introduces the following features:

- **Web Client Logon Interface**—URT v2.5 supports Web-based authentication for Windows, Macintosh, and Linux client platforms. When users launch a Web browser, they are automatically redirected to the URT logon Web page (Figure 2) until they are successfully authenticated and switched to the user-assigned VLAN. Users will be given the choice to authenticate to any LDAP or RADIUS domains that are preprovisioned in the URT Administration Tool. The URT Administrator can also choose to customize the logon Web page to post any advertising or announcement

messages.

**Default Web Login Window**



- **MAC-Based Security Option**—The MAC-based security option provides extended security to protect user access to the logon VLAN from unregistered PCs. This feature is particularly important for customers who do not want to expose their logon VLANs to unrecognizable MAC addresses. It allows administrators to control users' access from registered PCs only and thereby reduce the spread of viruses and attacks from infected or non-controlled PCs. When this option is enabled, two options are presented: switching the port to a provisionable "Security Violation VLAN" with limited access capabilities, or shutting down the switch port.

- **RADIUS Authentication and Accounting Support**—In Cisco Secure URT v2.5, RADIUS authentication is offered for Web logon. RADIUS accounting is also supported once a user is successfully authenticated via RADIUS server.

Cisco Secure URT v2.5 was tested with the Cisco Secure Access Control Server (ACS). Please refer to "Configuring RADIUS Server for URT" white paper, at http://www.cisco.com/go/urt for more information.

- **Secure Link Between Cisco Secure URT Client and VPS Server**—Security authentication and data encryption have been added to URT v2.5 to enable a more secure connection from the user. The protocol between the Cisco Secure URT Client Module and the VPS is secured to protect user access against unwanted intrusion or malicious attacks.

- **LDAP Support (Active Directory and NDS directories)**—Cisco Secure URT v2.5 supports Windows' Active Directory and Novell's NDS LDAP servers. Through the Cisco Secure URT Administrator Server, the users, groups, or organizational unit trees are retrieved using LDAP.

- **Multiple Users Per Port**—Previous versions of Cisco Secure URT support only a single user logon on a single port. If more than one MAC address is detected on a port the port will be moved back to the logon VLAN. URT v2.5 has an option to allow multiple users connected to a hub served by single switch port. The URT Administrator can allow only one user per port or multiple users per port based upon the logged-in user ID.

- **Display of Windows NT Groups**—The URT Administrator interface is enhanced to display the users belonging to a Windows NT group. By displaying the users for a group, the administrator can now select the group, get a list of users for that group and then assign a VLAN to a group or a user within a group (Figure 6).

**Group/User Display in the Administrator Server**



- **MAC Address Events History**—Previous version of URT only reported user-based logon/logoff history events. With URT v2.5 MAC-address-based logon/logoff events are added as an option and reported to the history events tool on the URT Administrator Server.

## Features and Benefits

Table 1 outlines the benefits of Cisco Secure URT v2.5.

**Table 1** Features and Benefits of Cisco Secure URT v2.5

| Features | Benefits |
|----------|----------|
| Controls LAN access through Web-based user login | • Access control at the network edge<br>• Complements dialup access security |
| Works on any LAN port | • User mobility |
| Is transparent to end users | • Lower cost of installation<br>• Lower cost of ownership |
| Binds Windows NT primary domain controller (PDC), Active Directory, NDS, and RADIUS users to a VLAN | • Uses existing security servers<br>• Separates user communities |
| Allows configuration by organizational unit, user group, user, or MAC address | • Provides scalable user management |
| Works from a Windows, Macintosh, or Linux Web client operating system | • Uses most common operating systems |
| Connects to RADIUS servers | • Adds an authentication, authorization, and accounting (AAA) mechanism through IETF- compliant RADIUS servers |
| Complements DHCP server | • Improves user management |
| Provides redundant policy servers | • Increases availability |
| Provides centralized administration of policy servers | • Lowers cost of ownership |
| Supports audit trace | • Increases security audit |
| Supports import of initial configuration from CiscoWorks | • Lowers cost of installation<br>• Uses existing Cisco network |

| | management applications | |
|---|---|---|

## Applications

Network security becomes critical as organizations continue to increasingly use the Internet for e-commerce and extranets. Most organizations have deployed authentication tools at the edge of the network to improve security and to control user access to the network. To minimize costs and ensure consistent, robust security, organizations need to manage these secure networks and their associated services with a controlled user access that is scalable and mobile.

Cisco Secure URT supports the diverse requirements of Cisco customers from small and midsize businesses to large enterprises building corporate intranets and service providers. Cisco Secure URT architecture and secure remote management capabilities enable deployment in a multitude of environments and provide significant flexibility to customers. Cisco Secure URT plays an increasingly important role in midsize-to-large enterprises, enabling them to protect network access points such as conference rooms, shared offices, and other areas common to visitors and vendors. These users might only need to access the Internet and should not be given access to the entire corporate network. However, regular employees should be granted the same privileges as if they were accessing the network from their own offices

## Ordering Information

Cisco Secure URT v2.5 is available in the following three packages (Table 2). For part numbers, refer to the Cisco Secure URT v2.5 Product Bulletin.

Table 2  Cisco Secure URT v2.5 Packages

| URT v2.5 Packages | Descriptions |
|---|---|
| Cisco Secure URT v2.5 Starter Package | Includes one VPS appliance and 1 Cisco Secure URT v2.5 application software license |
| Cisco Secure URT v2.5 Upgrade Kit | Includes software necessary to upgrade from Cisco Secure URT v2.0 to v2.5 (available through Cisco.com download only) |
| Standalone Cisco Secure URT VPS Appliance | Used in distributed or redundant network deployments; Cisco recommends that you combine at least one unit with the Cisco Secure URT v2.5 Starter Package if using the Web Logon feature |

## System Requirements

Table 3 summarizes the minimum system requirements and compatibility for Cisco Secure URT v2.5.

URT Admin Server:

- Windows 2000 server SP4
- Windows XP Professional SP1
- Windows Server 2003 (Standard Edition)
- Min H/W (Pentium III. 512MB DRAM, 64 MB of disk space)

URT VPS:

- Cisco VLAN Policy Server 1101
- Cisco VLAN Policy Server 1102

Browsers for Web Logon:

- Netscape version 6.2 and 7.0
- IE version 5.5 (SP2) or 6.0 (SP1)

Client OS:

- Windows 98 SE, Windows NT4 Workstation/Server (SP6), Windows 2000 Professional/server (SP4), Windows XP Professional (SP1), Windows XP (SP1) Home (Web Client Only), Mac OS 10.1 (Web client only), Linux Redhat (7.1)/ SuSE (7.2)/ Mandrake (7.2)/ VA (6.2) (Web Client only)

- Min H/W for Web client (Pentium II, 64MB DRAM, 1 MB of disk space)
- Min H/W for traditional client (Pentium II, 64MB DRAM, 1MB of disk space)

### For More Information

### Documentation

For more information on Cisco Secure URT 2.5, including the user guide, supported devices, release notes, and supported OS service packs, visit http://www.cisco.com/go/urt.

### Contacts

For specific product functionality or technical questions, send e-mail to the Cisco Secure URT product marketing group at URT-MKT@cisco.com

For questions or product ordering, availability, and support contract information, send e-mail to ciscoworks@cisco.com

http://www.cisco.com/pcgi-bin/ibld/view.pl?i=support&m=GUEST

Or send an e-mail to Enterprise Management at ENM-MKT@cisco.com

© 1992-2006 Cisco Systems, Inc  All rights reserved  Terms and Conditions. Privacy Statement. Cookie Policy and Trademarks of Cisco Systems. Inc

# Exhibit 4

# White Paper

**Virtual LAN Communications**



## Introduction

Today's cost-effective, high-performance local-area network (LAN) switches offer users superior microsegmentation, low-latency packet forwarding, and increased bandwidth across the corporate backbone. LAN switches also can segment networks into logically defined virtual workgroups. This logical segmentation, commonly referred to as virtual LAN (VLAN) communication, offers a fundamental change in how LANs are designed, administered, and managed. While logical segmentation provides substantial benefits in LAN administration, security, and management of network broadcast activity across the enterprise, there are many components of VLAN solutions that must be considered prior to large scale VLAN deployment.

These additional VLAN components include high-performance switches that logically segment connected end stations, transport protocols that carry VLAN traffic across shared LAN and Asynchronous Transfer Mode (ATM) backbones, layer 3 routing solutions that extend VLAN communications between workgroups, system compatibility and interoperability with previously installed LAN systems, and network management solutions that offer centralized control, configuration, and traffic management functions. Figure 1 summarizes these concepts. All of these components are critical for enterprise-wide VLAN solutions, because they provide the scalability necessary for migrating from an installed base of shared LAN technologies to the new, emerging architecture of per-user switched communications.

The first section of this document briefly discusses the importance of each one of these components within VLAN architectures. The second section reviews the benefits of VLANs and their applicability within workgroups and across the enterprise backbone.

**Figure 1. VLAN system components**



Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.
Page 1 of 14



# Building VLAN Solutions

## Removing the Physical Boundaries

Conceptually, VLANs provide greater segmentation and organizational flexibility. VLAN technology allows network managers to group switch ports and users connected to them into logically defined communities of interest. These groupings can be coworkers within the same department, a cross-functional product team, or diverse users sharing the same network application or software (such as Lotus Notes users). Grouping these ports and users into communities of interest, referred to as VLAN organizations, can be accomplished within a single switch, or more powerfully, between connected switches within the enterprise. By grouping ports and users together across multiple switches, VLANs can span single building infrastructures, interconnected buildings, or even wide-area networks (WANs). VLANs completely remove the physical constraints of workgroup communications across the enterprise, as shown in Figure 2.

VLANs provide the ability for any organization to be physically dispersed throughout the company while maintaining its group identity. For example, accounting personnel can be located on the shop floor, in the research and development center, in the cash disbursement office, and in the corporate offices, while at the same time all members reside on the same virtual network, sharing traffic only with each other. Figure 3 illustrates a typical VLAN architecture that places these employees closer to their assigned areas of management and the people with whom they interact, while maintaining communication integrity within their respective organization. Today's VLANs better match the way that companies are organized, and allow network managers to more closely align the network to the way that employees work and communicate.

**Figure 2. Logically defined networks (VLANs)**



**Figure 3  Logical communication between users**



Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

## Switches—the Core of VLANs

Switches are one of the core components of VLAN communi-cations. They are the entry point for end-station devices into the switched fabric and for communication across the enterprise. Switches provide the intelligence to group users, ports, or logical addresses into common communities of interest. Each switch has the intelligence to make filtering and forwarding decisions by packet, based on VLAN metrics defined by network managers, and to communicate this information to other switches and routers within the network. And while today LAN switches are installed between shared segment hubs and routers located within the backbone, they will take on a larger, more significant role for VLAN segmentation and low-latency forwarding as they are deployed in the wiring closet. LAN switches offer significant increases in performance and dedicated bandwidth across the network, with the intelligence necessary for VLAN segmentation.

The most common approaches for logically grouping users into administratively-defined VLANs include packet filtering and packet identification. Packet filtering is a technique that examines particular information about each packet based on user-defined offsets. Packet identification (tagging) uniquely assigns a user-defined ID to each packet. Both of these techniques examine the packet when it is either received or forwarded by the switch. Based on the set of rules defined by the administrator, these techniques determine where the packet is to be sent, filtered, and/or broadcast. These control mechanisms can be centrally administered (with network management software) yet are easily deployed throughout the network.

The concepts of packet filtering are very similar to those commonly used for routers. A filtering table is developed for each switch. This provides a high level of administrative control, because it can examine many attributes of each packet. Network managers can group users based upon MAC station addresses, network layer protocol types, and/or application types. Table entries are compared with the packets filtered by the switch. The switch takes the appropriate action based on the entries (see Figure 4).

**Figure 4. Packet filtering**



Packet filtering typically provides an additional layer of switch processing prior to forwarding each packet to another port or switch within the network, and it becomes more apparent as you filter deeper into each packet. This additional processing can effect switch latency and overall network performance. In addition, maintaining address tables adds an extra layer of administration per switch and requires synchronizing tables between switches.

VLAN packet identification (packet tagging) is a relatively new approach that has been specifically developed for switched communications. This approach places a unique identifier in the header of each packet as it is forwarded throughout the switch fabric. The identifier is understood and examined by each switch prior to any broadcasts or transmissions to other switches, routers,

or end-station devices. When the packet exits the switch fabric, the switch removes the identifier before the packet is transmitted to the target end station. Over the past two years, packet identification has gained acceptance as switches have increased in popularity; packet identification functions at layer 2 and requires little processing or administrative overhead (see Figure 5).

The overall benefits of both approaches (packet filtering and packet identification) allow VLAN architectures that are nonintrusive to end-node applications and communication protocols. Switches provide all of the filtering, identification, and forwarding without any modification to the attached end station devices. This delivers a VLAN architecture that easily integrates with existing LAN applications while offering scalability and migration to ATM networks.

**Figure 5. Packet identification**



## Configuring VLANs

Users can be assigned to VLANs using several different configuration options that include static port assignments, dynamic port assignments, and multi-VLAN port assignments. These options are a function of the switch's capabilities (as mentioned in the previous section), the manner in which the stations are attached to each port on the switch, and the capabilities of the VLAN management software.

Stations directly attached to the ports on the switch provide the greatest flexibility for VLAN configuration and management. All stations can be uniquely assigned to VLANs. When they move to other physical locations using other directly attached switch port

connections, they maintain their VLAN identities irrespective of their new locations. Stations connected to a switch through a shared hub are commonly grouped within the same VLAN because they all share the same switch port. While this approach is less flexible for each user on the network, it still provides highly desirable VLAN solutions for network managers. Additionally, hubs that provide multibackplane connection options increase the flexibility for unique VLAN assignments. Each backplane connection from the hub to a switch port can be individually assigned to a VLAN.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.

Static VLANs are ports on a switch that a network manager has statically assigned to a VLAN, using either a VLAN management application or has configured directly within the switch. These ports maintain their assigned VLAN configurations until the network manager takes another action. Although static VLANs require changes by the network operator, they are secure, easy to configure, and straightforward to monitor. These type of VLANs work well in networks where network moves are controlled and managed, where there is robust VLAN management software to configure the ports, and where network managers do not want to take on the additional overhead of maintaining end-station MAC addresses and custom filtering tables.

Dynamic VLANs are ports on a switch that can automatically determine their VLAN assignments with the aid of intelligent management software. Dynamic VLANs function based on their assignments to end-user station MAC addresses, logical addresses, or protocol type. These assignments are entered and maintained in a centralized VLAN management application. When a station is initially connected to an unassigned switch port, the appropriate switch checks the MAC address entry in the VLAN management database and dynamically configures the port with the corresponding VLAN configuration. The major benefits of this approach are less administration within the wiring closet when a user is added or moved, and centralized notification when an unrecognized user is added to the network. Typically, more administration is required up front to set up the database within the VLAN management software and to maintain an accurate database of all network users, as shown in Figure 6.

**Figure 6. Configuring ports to VLANs**

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved



Multi-VLAN port configurations provide communications among multiple VLANs concurrently either from a single port or a single user. This includes shared servers and users who need to belong to multiple workgroups. While there are several solutions on the market today that provide this functionality, there is an associated tradeoff. Concurrent port sharing across multiple groups dramatically reduces the firewalls between workgroups and the

security these firewalls provide. These ports act as gateways into other VLAN groups and, in effect, create one larger VLAN. This approach does not scale well as the intersection between these VLAN groups becomes larger and larger.

For resources that need to participate in several VLANs concurrently, a better approach is to attach the end station directly to the backbone and to configure unique communication paths to each individual VLAN, thus providing resource sharing while maintaining the integrity of the VLAN firewalls. This approach has been defined in the ATM LAN Emulation draft standards and is also being evaluated for implementation across shared-LAN backbones and switching architectures, illustrated by Figure 7.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.

**Figure 7. Servers as part of multiple VLANs**



Natively Attached ATM Servers



Natively Attached Shared-Media Servers

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.

## Segmenting with Switching Architectures

Restructuring users according to logical associations across the enterprise rather than physical location is a fundamental shift away from the topologies deployed today. A large majority of networks currently installed provide very limited logical segmentation. Users are commonly grouped based on their connections into the shared hub and the router ports between these hubs. In addition, users on two different hubs segmented with a router cannot be connected to the same LAN segment. This topology provides segmentation only between the hubs, which are typically located on separate floors, and not between users connected to the same hub. It imposes physical constraints on the network and greatly limits the manner in which users can be grouped. And while some shared hub architectures provide a small degree of grouping capabilities, network managers are restricted in the way they can configure logically defined workgroups.

Switches remove the physical constraints imposed by a shared-hub architecture because they logically group users and ports across the enterprise. As a replacement for shared hubs,

switches remove the physical barriers imposed within each wiring closet. Additionally, the role of the router evolves beyond the more traditional role of firewalls and broadcast suppression to policy-based control, broadcast management, and route processing and distribution. Equally as important, routers remain vital for switched architectures configured as VLANs because they provide the communication between logically defined workgroups (VLANs). Routers also provide VLAN access to shared resources such as servers and hosts, and connect to other parts of the network that are either logically segmented with the more traditional subnet approach or require access to remote sites across wide-area links. Layer 3 communication, either embedded in the switch or provided externally, is an integral part of any high-performance switching architecture.

External routers can be cost-effectively integrated into the switching architecture using one or multiple high-speed backbone connections. These are typically FDDI, Fast Ethernet, or ATM-type connections. These connections increase the throughput between switches and routers, provide a one-to-one logical association between the configured VLANs and layer 3

subnets, and consolidate the overall number of physical router ports required for communication between VLANs. As illustrated in Figure 8, this architecture not only provides logical segmentation, it greatly enhances the efficiency of the network.

Figure 8  Topology changes of LANs

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved



LAN Segmentation

## VLANs Across the Backbone

Important to any VLAN architecture is the ability to transport VLAN information between interconnected switches and routers that reside on the corporate backbone. It is the VLAN transport that enables enterprisewide VLAN communications. These transport capabilities remove the physical boundaries between users, increase the configuration flexibility of a VLAN solution when users move, and provide mechanisms for interoperability between backbone system components. The backbone commonly acts as the aggregation point for large volumes of traffic. It also carries end-user VLAN information and identification between switches, routers, and directly attached servers. Within the backbone, high-bandwidth, high-capacity links are typically chosen to carry the traffic throughout the enterprise. The three most popular high bandwidth options include Fast Ethernet, Fiber Distributed Data Interface (FDDI), Copper Distributed Data Interface (CDDI), and ATM. Because switches and routers directly attach to the backbone, they must be able to transport VLAN information and interoperate with other network components.

In response to these requirements, several different transport mechanisms are being considered for communicating VLAN information across high-performance backbones. Among them is the LAN Emulation draft standard that has recently been approved by the ATM Forum and the IEEE 802.10 protocol which provides VLAN communication across shared backbones. Both of these define an interoperable mechanism for configuring and transporting VLANs across different backbone technologies.

The 802.10 proposal has been recommended by switching, routing, and hub vendors. Figure 9 shows typical applications for 802.10. This proposal defines a 32-bit addressing scheme within an 802.10 packet for VLAN identification, an addressing scheme nonintrusive to existing backbone architectures; however, it requires that switches include built-in software intelligence for enterprise VLAN communications. With the standardization of these two transport protocols, network managers can implement VLANs within individual workgroups, across the enterprise backbone, and gain access to WANs. In addition, Cisco has developed the inter-switch link (ISL) VLAN transport protocol to deliver efficient communication across Fast Ethernet backbones. Cisco will implement this as a de-facto standard and has made the specification available to vendors who want to interoperate.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved

Figure 9. VLANs across FDDI backbones



## VLAN Integration

Traditional network architectures are experiencing significant changes as they evolve toward greater microsegmentation, more capacity across the backbone, and dedicated circuit switching with the adoption of ATM. At the core of these changes are LAN-based switches with wiring closet applications, backbone switches for greater throughput performance, and ATM switches for dedicated circuit switching. As network managers migrate to these products, VLANs become a reality. Typically, the integration of VLANs begins with the first switch installation in a department or building. As the number of switches grows

throughout the enterprise, VLANs become an enterprisewide solution. These enterprisewide VLANs require the transport mechanism, management tools, and layer 3 communication for logical segmentation and access across the network.

VLANs become a natural inclusion for LAN architectures as network designers and managers seek dedicated bandwidth to the desktop and segmentation based upon logical workgroups across the enterprise. Switching architectures that are VLAN- capable, along with routing solutions that interconnect VLANs, are evolutionary design changes compared with the physical segmentation that a majority of networks have in place today. VLANs are one of the essential technologies for breaking today's restrictive paradigm.

## The Benefits of VLANs

VLANs are often positioned as solving the problems associated with moves, adds, and changes. While they do reduce a large part of the administration costs when users change locations within a building or campus, VLAN technology provides many internetworking benefits that are equally as compelling. In addition to the reduced costs of administration, VLAN benefits include tighter network security with establishment of secure user groups, better management and control of broadcast activity, microsegmentation of the network without sacrificing scalability, load distribution of traffic across traffic-intensive switches ("hot spots" within the network), and the relocation of workgroup servers into secured, centralized locations.

## Improved Administration Efficiencies

Companies continuously reorganize as they seek productivity improvements. On average, between 20 and 40 percent of the workforce is physically moved every year. These moves, adds, and changes are one of a network manager's biggest headaches and one of the largest expenses relative to managing the network. Many moves require re-cabling, and almost all moves require new station addressing and hub and router reconfigurations. And, invariably, about the time managers stabilize their networks, more changes are requested.

VLANs provide an effective mechanism for controlling these changes and reducing much of the cost associated with hub and router reconfigurations. Users in a VLAN can share the same network "address space" regardless of their location. When users in a VLAN are moved from one location to another, as long as they remain within the same VLAN and are connected to a switch port, their network addresses do not change. Location changes can be as simple as plugging a user into a port on a VLAN-capable switch, or simply configuring the port on the switch to that VLAN, as shown in Figure 10. This greatly simplifies the rewiring, configuration, and debugging necessary to get the user back on line. It is a significant improvement over the techniques used within the wiring closet today. Moreover, router configuration remains intact; a simple move of a user from one location to another does not create any configuration modifications in the router as long as the user resides within the same VLAN.

Copyright © 1995 Cisco Systems. Inc. All Rights Reserved

Figure 10. Port configuration for greater administration efficiency



## Controlling Broadcast Activity

Broadcast traffic, whether it is controlled through effective segmentation or by pruning an application's behavior, occurs in every network. Broadcast frequency depends on the types of applications, the types of servers, the amount of logical segmentation, and how these network resources are used. While applications have been fine-tuned over the last few years to reduce the number of broadcasts they send out, new multimedia applications are being developed that are broadcast- and multicast-intensive. Operationally, broadcasts can occur as a result of faulty network interface cards and communication devices. If not properly managed, they can seriously degrade network performance and can potentially bring down an entire network. This type of failure is primarily due to inadequate firewalls, internetworking loops, faulty network devices, or broadcast-intensive applications.

Network managers must take preventive measures to ensure against broadcast-related problems. One of the most effective measures is to properly segment the network with protective

firewalls that minimize problems on one segment from damaging other parts of the network. Thus while one segment may exhibit excessive broadcast conditions as a result of a faulty network device or a mismanaged application, the rest of the network is protected with a firewall, commonly provided by a router. Firewall segmentation provides reliability, safeguards the network from the inefficient use of bandwidth, and minimizes the overhead of broadcast traffic allowing for greater throughput of application traffic.

As many designers migrate their networks toward switching architectures, they begin to lose the firewalls and safeguards that routers provide. By not placing any routers between the switches, broadcasts (layer 2 transmissions) are sent to every switched port. This is commonly referred to as a "flat" network where there is one broadcast domain across the entire network. The advantage of a flatswitched network is that it provides very low latency and high throughput performance; the disadvantage is that it increases the susceptibility to broadcast traffic across all switches, ports, backbone links, and users.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved
Page 11 of 14

Similar to routers, VLANs offer an effective mechanism for setting up firewalls within a switch fabric and protecting the network against potentially dangerous broadcast problems. Additionally, VLANs maintain all of the performance benefits of switching. These firewalls are accomplished by assigning switch ports, and/or users to specific VLAN groups both within single switches and across multiple connected switches. Broadcast traffic within one VLAN is not transmitted outside the VLAN. Conversely, adjacent ports do not receive any of the broadcast traffic generated from other VLANs. This type of configuration substantially reduces the overall broadcast traffic, frees bandwidth for real user traffic, and lowers the overall vulnerability of the network to broadcast storms (see Figure 11).

Network managers can easily control the size of the broadcast domain by regulating the overall size of their VLANs, restricting the number of switch ports within a VLAN and the number of users residing on these ports. The smaller the VLAN group, the less effect broadcast traffic activity within the VLAN group has on everyone else within the network. Additionally, VLAN groups can be assigned based on the type of applications used and the amount of broadcasts these applications create.

Users sharing an application that is very broadcast intensive are placed in the same VLAN group, while at the same time allowing the network manager to distribute the application across the campus.

---

Access Without Compromise, Catalyst, CD-PAC, CiscoFusion, Cisco Internetwork Operating System, Cisco IOS, CiscoView, CiscoWorks, HyperSwitch, LAN²LAN, LAN²LAN Enterprise, LAN²LAN Remote Office, LAN²PC, LightStream, Newport Systems Solutions, PC²LAN/X.25, Point and Click Internetworking, SMARTnet, SynchroniCD, The Cell, The Packet, UniverCD, WNIC, Workgroup Director, Workgroup Stack, and XCI are trademarks, Access by Cisco and Bringing the power of internetworking to everyone are service marks, and Cisco, Cisco System, and the Cisco logo are registered trademarks of Cisco Systems, Inc. All other trademarks, service marks, registered trademarks, or registered service marks mentioned in this document are the property of their respective owners.



**CISCO SYSTEMS**

**Corporate Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
Tel: 408 526-4000
800 553-NETS (6387)
Fax: 408 526-4100

**European Headquarters**
Cisco Systems Europe s.a.r.l
Z.A. de Courtaboeuf
16 avenue du Quebec
91961 Les Ulis Cedex
France
Tel: 33 1 6918 61 00
Fax: 33 1 6928 83 26

**Austria**
Cisco Systems Austria
GmbH²World Trade Center
A-1300 Vienna Airport
Austria
Tel: 43 1 71110 6233
Fax: 43 1 71110 6017

**Belgium**
Cisco Systems Bruxelles
Complex Antares
71 avenue des Pleiades
1200 Brussels
Belgium
Tel: 32 2 778 42 00
Fax: 32 2 778 43 00

**Denmark**
Cisco Systems
Larsbjoernsstraede 3
1454 Copenhagen K
Denmark
Tel: 45 33 37 71 57
Fax: 45 33 37 71 51

**Germany**
Cisco Systems GmbH
Max-Planck-Strasse 7
85716 Unterschleissheim
Germany
Tel: 49 89 32 15070
Fax: 49 89 32 150710

**Italy**
Cisco Systems Italy
Via Torri 28
20121 Milan
Italy
Tel: 39 2 62 726 43
Fax: 39 2 62 729 13

**The Netherlands**
Cisco Systems
Stephensonweg 8
4207 HB Gorinchem
The Netherlands
Tel: 31 18 30 22984
Fax: 31 18 30 22464

**Norway**
Cisco Systems
Holmens Gate 4
0250 Oslo
Norway
Tel: 47 22 83 06 31
Fax: 47 22 83 22 12

**South Africa**
Cisco Systems South Africa
Prestige Business Center
Sirene Park 90 Grayson Drive
2152 Sandton
South Africa
Tel: 27 11 784 0414
Fax: 27 11 784 0519

**Spain**
Cisco Systems Spain
Paseo de la Castellana 141 pl
18
28046 Madrid
Spain
Tel: 34 1 57 203 60
Fax: 34 1 57 043 99

**Sweden**
Cisco Systems AB
Arstaangsvagen 13
11760 Stockholm
Sweden
Tel: 46 8 681 41 60
Fax: 46 8 19 04 24

**Switzerland**
Cisco Systems Switzerland
Grossmuhlestrasse 7
CH-8606 Naenikon/ZH
Switzerland
Tel: 41 1 905 20 50
Fax: 41 1 941 50 60

**United Arab Emirates**
Cisco Systems (Middle East)
Dubai World Trade Center.
Level-7
P.O. Box 9204
Dubai, U.A.E.
Tel: 971 4 313712
Fax: 971 4 313493

**United Kingdom**
Cisco Systems Ltd.
4 New Square
Bedfont Lakes
Feltham, Middlesex TW14 8HA
United Kingdom
Tel: 44 81 818 1400
Fax: 44 81 893 2824

**Latin American Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
Tel: 408 526-7660
Fax: 408 526-4646

**Asia**
Cisco Systems (HK) Ltd
Suite 1009, Great Eagle Centre
23 Harbour Road
Wanchai, Hong Kong
Tel: 852 2583 9110
Fax: 852 2824 9528

**Cisco Systems (HK) Ltd**
Beijing Office
Room 821/823, Jing Guang
Centre
Hu Jia Lou, Chao Yang Qu
Beijing 100020 P.R.C.
Tel: 86 1 501 8888 x321
Fax: 86 1 501 4531

**Cisco Systems (HK) Ltd**
New Delhi Liaison Office
Suite 119, Hyatt Regency Delhi
Bhikaiji Cama Place
Ring Road
New Delhi 110066, India
Tel: 91 11 688 1234
Fax: 91 11 688 6813

**Cisco Systems Korea**
27th Fl., Korea World Trade
Center
159, Samsung-dong,
Kangnam-ku
Seoul, 135-729, Korea
Tel: 82 2 551 2730
Fax: 82 2 551 2720

**Cisco Systems (HK) Ltd**
Kuala Lumpur Office
Level 3, Wisma Goldhill
67 Jalan Raja Chulan
50200 Kuala Lumpur, Malaysia
Tel: 60 3 202 1322
Fax: 60 3 202 1822

**Cisco Systems (HK) Ltd**
Singapore Office
Shell Tower, Level 37
50 Raffles Place
Singapore 0104
Tel: 65 320 8398
Fax: 65 320 8307

**Cisco Systems (HK) Ltd**
Taipei Office
4F, 25 Tunhua South Road,
Section 1
Taipei, Taiwan
Tel: 886 2 577 4352
Fax: 886 2 577 0248

**Cisco Systems (HK) Ltd**
Bangkok Office
23rd Floor, CP Tower
313 Silom Road
Bangkok 10500, Thailand
Tel: 66 2 231-0600
Fax: 66 2 231-0448

**Argentina**
Cisco Systems Argentina
Av. del Libertador 602 Piso 5
(1001) Capital Federal
Buenos Aires, Argentina
Tel: 54 1 814 1841
Fax: 54 1 814 1846

**Australia**
Cisco Systems Australia Pty Ltd
Level 17
99 Walker Street
PO Box 469
North Sydney NSW 2060
Australia
Tel: 61 2 955 4100
Fax: 61 2 957 4077

**Brazil**
Cisco Systems Do Brasil
Rua Helena 218, 10th Floor
04552-000 - São Paulo
Vila Olimpia - CEP 04552-050
Sao Paulo - SP Brazil
Tel: 55 11 822-5413
Tel/Fax: 55 11 853-3104

**Mexico**
Cisco Systems de México, S.A.
de C.V.
Ave. Ejercito Nacional No. 926
3er Piso
Col. Polanco C.P. 11560
Mexico D.F.
Tel: 525 328-7660
Fax: 525 328-7699

**New Zealand**
Cisco Systems New Zealand
Level 16, ASB Bank Centre
135 Albert Street
P.O. Box 6624
Auckland, New Zealand
Tel: 64 9 358 3776
Fax: 64 9 358 4442

**Cisco Systems (HK) Ltd**
Japanese Headquarters
Nihon Cisco Systems K.K.
Seito Kaikan 4F
5, Sanbancho, Chiyoda-ku
Tokyo 102, Japan
Tel: 81 3 5211 2800
Fax: 81 3 5211 2810

**Canada**
Cisco Systems Canada Limited
150 King Street West
Suite 1707
Toronto, Ontario M5H 1J9
Canada
Tel: 416 217-8000
Fax: 416 217-8099

**United States**
Central Operations
3800 Leombardo Center
Suite 160
Cleveland, OH 44131
Tel: 216 328-1720
Fax: 216 328-2152

Eastern Operations
1160 West Swedesford Road
Suite 100
Berwyn, PA 19312
Tel: 610 695-6000
Fax: 610 695-6006

Federal Operations
1875 Campus Commons Drive
Suite 305
Reston, VA 22091
Tel: 703 715-4000
Fax: 703 715-4004

Northeastern Operations
One Penn Plaza
Suite 3560
New York, NY 10119
Tel: 212 330-8500
Fax: 212 330-8505

Northern Operations
8009 34th Avenue South
Suite 1452
Bloomington, MN 55425
Tel: 612 851-8100
Fax: 612 851-8311

**Service Provider Operations**
(Telecommunications)
111 Deerwood Road
Suite 700
San Ramon, CA 94583
Tel: 510 855-4800
Fax: 510 855-4899

Southwestern Operations
14160 Dallas Parkway
Suite 400
Dallas, TX 75248
Tel: 214 774-3100
Fax: 214 774-3333

Western Operations
2755 Campus Drive
Suite 205
San Mateo, CA 94403
Tel: 415 377 5600
Fax: 415 377 5699

Cisco Systems has over
100 sales offices worldwide.
Call the company's corporate
headquarters (California, USA)
at 408 526-4000 to contact your
local account representative or,
in North America, call
800 553-NETS (6387).

Figure 11. Configuration to effectively control broadcast activity.



Restrictions can be placed based on station addresses, application types, protocols types, or even by time of day (see Figure 12)

Figure 12. Added security of routers



## Enhanced Network Security

Over the past five years the use of LANs has increased exponentially. As a result, LANs often have confidential, mission-critical data moving across them. Confidential data requires security through access restriction. One of the inherent shortcomings of shared LANs is that they are relatively easy to penetrate. By plugging into a live port, an intrusive user has access to all broadcasts within the segment. The larger the broadcast group, the greater the access unless there are security control functions in the hub.

One of the most cost effective and easiest administrative techniques to increase security is to segment the network into distinct broadcast groups. Additionally, it allows the network manager to restrict the number of users in a VLAN group and to disallow another user from joining without first receiving approval from the VLAN network management application. VLANs thus provide security firewalls, restrict individual user access, flag any unwanted intrusion to a network manager, and control the size and composition of the group.

Implementing this type of segmentation is relatively straightforward. Switch ports are grouped together based on the type of applications and access privileges. Restricted applications and resources are commonly placed in a secured VLAN group. Any users trying to tap into these secured VLANs are flagged by the network management software. Further security enhancements can be added using router access lists. These are especially useful when communicating between VLANs. On the secured VLAN, the router restricts access into the group as configured on both the switches and the routers.

## Leveraging Legacy Hub Investments

Over the last three to five years, network administrators have installed a significant number of shared hub chassis, modules, and stackable devices. While many of these devices are being replaced with newer switching technologies as network applications require more dedicated bandwidth and performance directly to the desktop, these concentrators still perform useful functions in many existing installations. Network managers are leveraging their investments by connecting switches to the backplanes of the hubs. In the context of this discussion, a backplane hub connection defines any shared-media hub connection into a network backbone; stackable hubs, hub chassis, and even hub modules provide some form of this connection. It is the connections between the shared hubs and the switches that provide opportunities for VLAN segmentation. The greater the number of hub connections, the greater the opportunities for VLAN segmentation down to individual users.

Each hub segment (as defined within individual hub architectures) connected to a switch port can be assigned to a VLAN. Stations that share a hub segment are all assigned to the same VLAN group.

If an individual station needs to be reassigned to another VLAN, the station will be relocated to the appropriate corresponding hub module. The interconnected switch fabric handles the communication between the switching ports and automatically determines the appropriate receiving segments. The more the shared hub can be broken into smaller groups, the greater the microsegmentation and the greater the VLAN flexibility for assigning individual users to VLAN groups.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved
Page 13 of 14

This furthers the migration to a high-performance switching
architecture within enterprise LANs. With this approach,
network managers can configure their shared hubs as part of the
VLAN architecture and can share traffic and network resources
that directly attach to switching ports with VLAN designations.

## Centralized Administration Control

Control of network broadcasts; planning moves, adds and
changes; and establishing access privileges to the network and
secured resources are common functions of the central planning
and administration group. VLAN communications facilitate
this type of planning by providing effective VLAN management
applications that can be centrally configured, managed, and
monitored.

From a centralized VLAN management application, network
managers can determine VLAN groups, assign specific users
and switch ports to these groups, set security levels, limit the
size of the broadcast domains, load-distribute traffic across
redundant links, configure the communication of VLANs across
the switch fabric, and monitor traffic flow and bandwidth
utilization of these VLANs across critical "hot spots" within
their network. These capabilities substantially increase the
amount of control, flexibility, and monitoring functions of
network management applications, reducing the cost of switch
management and increasing overall services from centralized
management operations. VLAN network management
applications will play a larger role in configuring and managing
the network as users evolve to a switched LAN architecture.

# Conclusion

VLANs offer significant cost and performance benefits for a
majority of the LANs installed today. These benefits are
realized as network managers migrate to switched LAN
architectures across the enterprise. And while VLANs are an
integral part of ATM architectures, the concept and much of the
technology has been designed into LAN-based switches that
offer similar benefits across shared-LAN backbones. Further,
end users' application need not change to realize these benefits.
VLANs, as part of switching architecture, are invisible to end
users. Finally, VLANs are more than simply a shared hub,
routing, switching, or network management solution. It is the
combination of all these components that provides powerful
segmentation and efficient administration across the network.

Copyright © 1995 Cisco Systems, Inc. All Rights Reserved.
Page 14 of 14

# Exhibit 5



# Cisco VLAN Roadmap

- White Paper: Cisco IOS VLAN Services
- White Paper: Virtual LAN Communications
- Technology Brief: VLAN Interoperability

As an integral part of its CiscoFusion[tm] architecture, Cisco Systems is aggressively moving forward to provide VLAN-capable solutions across its suite of internetworking switches and routers. Cisco realizes that not only do VLANs solve many of the immediate problems associated with administrative changes, they also provide the scalability, interoperability, and increased dedicated throughput required as users evolve toward Asynchronous Transfer Mode (ATM) networks. Throughout 1995, Cisco will continue to release switches, routing software, transport mechanisms, interoperable standards, and switch management applications that provide comprehensive VLAN solutions. The combination of these products provides the most integrated VLAN capabilities on the market today. These capabilities are described in the following text and figures.

## Comprehensive Products for Switched Internetworking

Consistent with its blueprint for switched internetworking, Cisco offers a well-integrated, complementary line of VLAN-capable switches. These switches provide solutions for mixed LAN-based networks that include Token Ring, Ethernet, Fast Ethernet, and Fiber Distributed Data Interface (FDDI)/Copper Distributed Data Interface (CDDI), plus switching solutions across ATM backbones. Cisco's VLAN-capable switches, shown in Figure 1, include:

- The Catalyst[tm] family of multilayer LAN switches.
- The Kalpana family of LAN switches
- The LightStream[tm] family of ATM switches
- Cisco routers







Kalpana ProStack          Catalyst          LightStream          Cisco Routers
                      Product Family      Product Family

*Figure 1. Cisco's Comprehensive Switch Product Families*

The multilayer Catalyst product family provides VLAN capabilities at OSI layers 2 and 3. Catalyst LAN switches can be configured with up to 1024 distinct VLANs, and can transport VLANs across multiple media types that include FDDI, Fast Ethernet, ATM, and Token Ring. In current Catalyst configurations, network managers assign end stations to specific VLANs from the Catalyst management application using a data-link (network management) application. Future releases of VLAN network management applications will enable network managers to dynamically assign Catalyst ports to end station MAC addresses using a centralized database and a configuration server. Layer 3 IP route groups give network

Case 1:05-cv-00418-SLR     Document 191     Filed 09/29/2006     Page 53 of 69

managers the ability to logically configure IP subnets across a series of switches. Each of these subnets is treated as a VLAN with embedded IP routing for communication between VLANs. This provides segmentation based upon the broadcast domain, IP subnet, and switch ports.

## Layer 2 VLANs

Cisco's Catalyst product family employs a packet identification (packet tagging) process for layer 2 VLAN segmentation. This identification is carried throughout the switch fabric and provides an extremely low-latency process for uniquely assigning packets from various switch ports to VLAN segments. This approach requires no modification to end-station applications, is straightforward to configure and manage, and is scalable for existing LAN media types and ATM backbones. As packets are received by the switch from any attached end-station device, a unique packet identifier is added within each header. This header information designates the VLAN membership of each packet. The packet is then forwarded to the appropriate switches and routers based on the VLAN identifier and MAC address. Upon reaching the destination end station location, the packet is removed by the adjacent switch and is natively forwarded to the attached device. This provides a powerful mechanism for controlling the flow of broadcasts and applications while remaining nonintrusive to the network and applications (see Figure 2).



Ports Identify VLAN Membership with Unique ID



Ports Identify VLAN Membership Based on Network Layer Address

*Figure 2: Multi-layer VLAN Capabilities — Catalyst*

The Catalyst product family also provides spanning-tree capability for each configured VLAN. This significantly reduces the recovery time when a link fails, minimizes the amount of spanning-tree calculations when the network is segmented into VLANs, and provides for concurrent traffic distribution across duplicate configured paths. Enabling traffic distribution across concurrent redundant links incrementally increases the bandwidth options between interconnected switches.

## Layer 3 VLANs

VLANs can be further defined at the network layer (commonly referred to as layer 3) with segmentation commonly based on protocol type and network address. This type of VLAN segmentation requires subnet address mapping to VLAN groups. The switch associates the end station MAC address to a VLAN based on the subnet address. Additionally, the switch determines the other network ports that have stations that belong to the same VLAN. The benefit of this approach is that network managers can segment the network based on network-layer information within each packet.

An alternative layer 3 mechanism currently implemented by several other vendors is the use of filtering tables. This type of VLAN segmentation requires filtering every packet. User-defined offsets locate the VLAN information within the packet. Depending on the complexity of the tables and overall size of the network, packet filtering is more complex to administer. Additionally, VLAN filtering has less predictable performance because much of these functions are performed in software.

## ATM VLANs

Cisco is currently implementing the ATM Forum's LAN Emulation standard to configure VLANs within ATM switching networks. This standard preserves the functionality of configured LANs (Ethernet, Token Ring) across an ATM network. ATM networks appear as a single transparent connectionless broadcast to end devices that reside on shared LANs, and are called emulated LANs. The Catalyst and ProStack switches will connect to an ATM network using a software interface known as a LAN Emulation Client (LEC). The LEC, operating in conjunction with a LAN Emulation Server (LES) that resides in the ATM fabric, will handle VLANs between those configured on the LANs and those configured on the ATM switches. An ATM VLAN will be configured to enable VLAN connections across the ATM backbone. Additionally, natively-attached ATM devices can communicate with VLANs configured within shared LANs via LAN emulation. This preserves the integrity of LAN applications, LAN infrastructure, and existing VLAN configurations. With the integration of ATM LAN Emulation, Cisco's LightStream, Catalyst, and ProStack switches will provide VLAN capabilities in each product respectively. An example of this architecture is depicted in Figure 3.



*Figure 3: VLANs across ATM Fabrics*

# VLANs Across the Backbone

Cisco has developed a series of interswitch protocols that deliver advanced VLAN communications across shared LAN backbone technologies (FDDI and Fast Ethernet). It is these protocols that truly offer the ability to connect VLANs across the enterprise and remove the physical boundaries of grouping

Cisco VLAN Roadmap                                       http://www.Cisco.com/warp/public/538/7.html

users by floor, address space, or their location near a wiring closet or router. These protocols carry configured VLAN information between the switches, routers, and servers connected to Fast Ethernet, FDDI, and ATM backbones.

The interswitch protocols have been designed to best optimize the performance of the backbone technology in which they are configured, comply with exiting standards, and to provide interoperability across Cisco's comprehensive family of switching and routing products. Cisco is taking a proactive approach toward vendor interoperability by sharing interswitch protocol specifications with other internetworking, network interface, and hub vendors. Cisco is also working with the IEEE standards group to establish a working committee to evaluate, modify, and ratify these protocols, such as 802.10.

Many of the currently proposed VLAN solutions on the market today have not addressed the requirements of VLAN communications across high-bandwidth, shared backbones. As a result, they cannot offer logical grouping of users beyond a single switch chassis, require additional backbone cabling (such as running separate drops for each VLAN within the network, a more costly solution), and do not provide any interoperable mechanism in multi-vendor networks.

### ISL Protocol

For backbones comprised of 100-Mbps Fast Ethernet connections, the Catalyst and ProStack systems exchange VLAN information using the ISL protocol. This protocol provides an extremely cost-effective, low-latency method for packet identification and transmission within Fast Ethernet backbones. ISL uses a 10-bit addressing technique that is appended to every packet as it enters the switch fabric. The packet is forwarded only to the switches and interconnected links that have the same 10-bit address, controlling the flow of broadcasts and transmissions between the switches and routers (see Figure 4). Additionally, ISL will be supported by the Cisco Internetworking Operating System (Cisco IOS[tm]) software which provides interoperability between Cisco switches and routers and enables communication between VLANs with layer 3 routing. Cisco developed the ISL protocol to provide VLAN communication across Fast Ethernet backbones and intends to share this specification with other vendors.



*Figure 4: Switch Configurations with VLANs*

### 802.10

Similar to the Fast Ethernet ISL protocol, Cisco has modified the 802.10 Security Protocol for interswitch communications across FDDI backbones. A 32-bit (4-byte) VLAN ID field is applied to every packet as it is forwarded across FDDI links; each packet carries a unique identification and is forwarded to the switches and routers that have been configured with the same VLAN identification. The switches then determine to which ports the VLAN packets are sent. Upon exiting the switch fabric, the 32-bit address is removed. The FDDI interfaces within both the Catalyst 1200 and Catalyst 5000 systems provide 802.10 interswitch communication. The Catalyst 5000 also is an exceptional solution when network managers need to connect their FDDI networks to other backbone technologies (such as Fast Ethernet) while maintaining the integrity of their VLAN groups across these backbones. The Catalyst 5000 system provides VLAN mapping functions across different backbone types, and offers a cost-effective solution for backbone concentration.

## Combination of Both ISL and 802.10

The combination of Catalyst and ProStack switches, the ISL transport mechanism across Fast Ethernet, and the 802.10 protocol across FDDI provide an extremely flexible VLAN solution for LAN-based architectures. This allows the continued use of FDDI backbones with the option of adding or migrating to Fast Ethernet and ATM networks. VLANs are carried transparently across these backbones, and require little configuration intervention by network managers. Cisco currently supports 802.10 in the Cisco IOS routing code, and is working with several third-party vendors to establish 802.10 as an interoperable VLAN standard. With the adoption of 802.10 by other vendors, the Cisco IOS functionality will provide inter-VLAN and cross-vendor communications. Figure 5 illustrates an example of 802.10 VLAN communications.



*Figure 5: VLAN Distribution across FDDI and Fast Ethernet*

## Load Distribution

Another benefit of Cisco's interswitch communication strategy is the ability to distribute the traffic load between two traffic-intensive switches while maintaining the full redundancy of these links. This is an extremely effective mechanism for network managers who require a great deal of bandwidth between two switches or a series of interconnected switches. Grouping users and traffic into distinct VLANs allows network managers to add redundant links between switches, and to use these links to distribute traffic. In the absence of VLAN groups, redundant links between two switches (duplicate paths) cannot be fully utilized by the switches, because spanning tree technology enables only one of the links for carrying the traffic while disabling the others to prevent bridging loops. VLANs distribute traffic across these redundant links by assigning a set of VLANs to one link as the primary path, and a different set of VLAN groups to a redundant link, again as its primary path. As shown in Figure 6, this effectively doubles the bandwidth if two links are used, with no limitations on the number of links that can be

Cisco VLAN Roadmap                                                    http://www.Cisco.com/warp/public/538/7 htl

added.



*Figure 6  Increased Capacity with VLAN Distribution*

The redundancy functions of these duplicate links, utilized for load distribution, remain active by providing an instance of spanning tree for each VLAN. When a primary link fails, the VLANs configured across this link are reconnected through the redundant link. During the outage, the redundant link carries all of the VLAN traffic (if there are only two redundant paths). When the first link recovers, spanning tree redirects the VLANs across it.

## Shared Resources Between VLANs

The 802.10, ISL, and ATM LAN Emulation VLAN transport protocols provide an effective mechanism for natively attaching a shared network resource, such as a file or e-mail server, to an enterprise backbone while allowing these resources to be concurrent members of multiple VLANs. For many organizations that do not have dedicated servers per workgroup, this provides an optimal solution for configuring VLANs and locating these shared resources centrally on the backbone where network managers can have easy access. This simplifies resource management by physically placing servers in the central office while providing a logical "data link" connection to each configured VLAN within the network. Additionally, this VLAN topology dramatically improves network performance by providing high-speed backbone connections to commonly connected devices while preserving logical VLAN segmentation.

This type of architecture was initially designed for ATM communications. Cisco is taking it one step further by developing similar approaches that can be used for shared LANs. Shared network resources such as servers must be able to detect the VLAN identification within each packet on the backbone, formatted in either 802.10 (for FDDI connections), or ISL (for Fast Ethernet connections), and must also be able to establish communications based on the VLAN identification and the packet address. This requires the adoption of the 802.10 and ISL protocols by network interface card vendors, a concept illustrated by Figure 7.

Cisco VLAN Roadmap                                          http://www.Cisco.com/warp/public/538/7.htm



*Figure 7: Resources Sharing across VLANs*

Cisco is currently working with several vendors on their adoption of 802.10 and ISL. This requires modifing the interface and driver software, only without any hardware or card changes. Cisco is also developing these protocols internally, including support for ATM LAN Emulation on its ATM interface cards, and 802.10 VLAN communication on its FDDI adapter card products. With upgraded driver software that supports these transport protocols, network managers will be able to share network resources between VLANs while maintaining the integrity of each VLAN at the data-link level.

## Communications Between VLANs

The ability to communicate between logically defined VLAN groups requires layer 3 routing. Without this functionality, VLANs are completely independent of each other. In all but a few networks today, access to all parts of the network is critical, regardless of location or logical segmentation. This requires layer 3 communication across the enterprise within either a switch or a router. As a result, layer 3 routing is an essential component when designing, configuring, and managing VLANs.

Cisco has acknowledged this requirement as part of its CiscoFusion architecture, and in the next year will continue to roll out an integrated set of products that specifically address inter-VLAN communication requirements. These products provide VLAN communications within workgroups, across the campus, and across wide-area networks (WANs).

The first of several development stages has been completed. Network managers can use the Catalyst 1200 for routing between IP-configured VLANs. They also can use existing routers in their networks by connecting a separate physical interface to each configured VLAN. A dedicated switch port and a dedicated router port for each VLAN are required. This functionality is well-suited to networks with a limited number of VLANs. As the number of VLANs and protocols within the active network increases, so does the need for more sophisticated layer 3 routing solutions.

Cisco is addressing these enterprise requirements with a near-term release of the Cisco IOS software. This release, scheduled for the second half of calendar 1995, provides a more powerful and cost-effective solution for communicating between VLANs across a campus. The major features of this offering include the following:

    □ Communication between 255 VLANs within each router using Cisco's leading subinterface technology

    □ The ability to concurrently handle layer 2 and layer 3 VLANs (non- routable and routable end-station applications)

    □ The ability to interconnect VLANs both within the LAN and across WANs

❑ High-bandwidth communication to switches with VLAN support for ISL across Fast Ethernet, and 802.10 VLAN across FDDI backbones

❑ Layer 3 security

❑ ATM LAN Emulation across ATM backbones

The combination of these Cisco IOS features yields substantial architectural benefits for inter-VLAN communications. Support for 255 VLANs across single or multiple high-bandwidth interfaces per router, including Fast Ethernet, FDDI, and ATM, reduces the number of routers and interfaces required to interconnect VLANs. It also ensures a high-bandwidth communication path to the switch backbone. As illustrated by Figure 8, the connection of VLANs across a routed campus or a WAN extends the overall reach of VLANs beyond the boundaries of the LAN, while keeping the existing routed infrastructure between buildings on a campus or out to a wide-area carrier.



*Figure 8  Communication between VLANs*

The Cisco IOS provides these VLAN communication benefits by adding an additional VLAN decoding layer on top of the many functions that Cisco routers currently provide. This decoding functionality includes the ability to read the ISL and 802.10 packets forwarded to the router by Catalyst and ProStack

Cisco VLAN Roadmap                                    http://www.Cisco.com/warp/public/538/7.html

switches, determine the destination location of the packet based upon the embedded subnet addresses, rebuild the packet with the appropriate new subnet addresses, add the new VLAN identification to the packet as it is forwarded to the target VLAN, and pass the packet on to the appropriate switch within the fabric.

Additionally, Cisco routers can function in a VLAN-forwarding mode (layer 2) for end-station protocols that function only at layer 2 (NetBIOS, LAT, etc). In this mode, the router forwards the packet to the connected VLAN while maintaining the integrity of the VLAN identification. Layer 3 routing and subnet addresses are not used for these types of configured VLANs.

VLAN functions within the Cisco IOS leverage many of the existing embedded features of Cisco's routing products. Security access lists for controlling the type of access within or outside of a VLAN can be configured using Cisco routers. This provides an additional layer of security when VLANs are interconnected. Concurrent routing and VLAN forwarding can also be configured to provide a wider range of VLAN configuration options where both layer 2 and layer 3 applications reside within the network (common for all enterprise networks). Additionally, routers can carry VLANs across WANs, which substantially increases configuration options and VLAN group memberships.

The third development effort, as defined by CiscoFusion architecture, provides communications between VLANs (route processing) within the switches themselves and the route determination by external routers. This solution increases the configuration flexibility between VLANs, because each switch will not only be able to concurrently forward packets configured within VLANs (as currently offered with both the Catalyst and ProStack switches) but also will be able to send packets between VLANs. Cisco will provide this inter- VLAN communication functionality for the Catalyst 5000 in the early part of 1996, offering a layer 3 switching processor and Cisco IOS functionality. Later in 1996, Cisco will deliver route-processing and route-determination engines. The Catalyst 5000 will function as the route processor. Distributing layer 3 routing substantially increases the overall throughput between VLANs.

## Managing VLANs

One of the key benefits of VLANs is the ability to provide more management control, reduce many daily administration expenses, and provide greater configuration options for setting up logical workgroups. VLAN benefits include:

- ☐ Simplifying configuration and rewiring procedures when a user is moved

- ☐ Redistributing traffic when links become congested

- ☐ Providing detailed reports on traffic and broadcast behavior, statistics on the size and make-up of VLAN groups

- ☐ Offering the flexibility to add and delete users from VLANs as dictated by management changes within the company

These operations must be performed transparently, without a lot of complex knowledge of how the network is wired together, or how to reconfigure a protocol when VLAN changes are required. And while it can be relatively straightforward to assign and reassign ports to a configured VLAN, the communication of VLANs across the enterprise can become very complex without intelligent network management applications.

Cisco fully understands these requirements and is building an integrated suite of switch management applications that address everyday management problems. These include CiscoView[tm], VLANView, and TrafficView. All of these applications are SNMP based, support full SNMP "set" and "get" dialogs, and are integrated with many of today's installed management platforms, including HP OpenView, SunNet Manager, and IBM NetView for AIX. Moreover, Cisco is a taking a proactive approach to mask the complexity of designing, configuring, and managing VLANs with the development of

Cisco VLAN Roadmap                                    http://www.Cisco.com/warp/public/538/7.html

graphically-based user interfaces. This minimizes the amount of system training and overall skill level
required, and brings down the cost of ownership. These management applications not only provide
end-to-end VLAN management across the enterprise, they scale from very small networks with only
several switches, to very large, complex networks with multiple switches connected across a mixture of
different backbone technologies

## VLANView

VLANView, one of three switch management applications mentioned above, is an intuitive VLAN
management application with a user-friendly graphic interface. This product will be available later in
1995 and delivers both VLAN configuration and monitoring functions for the Catalyst and ProStack
product families. The core of this application is the drag-and-drop mode of operation for assigning ports
to created VLAN names. This function automatically launches a graphical representation of each switch
within the network, provides a view and status of each port, and then allows the network manager to
drag a port or multiple ports into a VLAN displayed on the screen. These operations, performed with
simple mouse clicks, substantially reduce the configuration time required to set up VLANs, physically
move users to another location while maintaining their VLAN identity, and reconfigure a port on the
switch to a new VLAN. Figure 9 includes examples of typical VLANView and CiscoView screens



VLANView



CiscoView

*Figure 9. VLANView and CiscoView*

Cisco VLAN Roadmap                                          http://www.Cisco.com/warp/public/538/7.html

VLANView not only reduces the amount of administration time required to configure a port to a VLAN; it also provides a powerful, yet easy-to-use function for configuring VLANs across the interswitch backbone. This function delivers a series of configuration options for optimizing the VLAN traffic flow between connected switches and routers. First, a simple mode of operation is provided for automatically enabling the backbone links between switches that have identical VLANs configured or for the links required to transport the VLAN (such as a campus ring, or ATM backbone between non-adjacent switches). Second, network managers can fine-tune their VLANs across the enterprise by distributing VLANs across multiple duplicate links or by isolating VLANs within certain parts of the enterprise. Finally, network managers can view their VLAN configurations across the backbone using the logical mapping feature and the pull-down link analysis tool that details the switches, links, and ports assigned to each VLAN. These backbone VLANView management options provide the control mechanisms for managing VLANs across the enterprise.

Cisco will continue to extend the functionality of VLAN management with followup application releases. They will include the ability to dynamically assign a switch port to a VLAN based upon the discovered end-station MAC and/or network layer address, added port security with a monitoring function for identifying unauthorized users, and dynamic layer 3 VLAN groupings based on application and network-layer protocol types

### TrafficView

TrafficView is an RMON-based traffic monitoring and analysis application that provides per-port, per-LAN segment traffic information. This application is not only used for troubleshooting problems within each attached LAN, it also provides trend analysis information for detecting significant network changes. Trend information is essential during network planning, when new equipment needs, organization changes, and staff requirements are reviewed. Both the Catalyst and ProStack product families provide RMON capabilities. These embedded monitoring capabilities deliver a substantial cost savings compared to the cost of standalone protocol and traffic analyzers, and are extremely useful as the first line of detection when a network problem occurs. Additionally, the agents are configured from CiscoView, are easily turned on or off depending on the needs of the network administration staff, and can report traffic information statistics to any standard RMON-based application. This provides network management interoperability for traffic diagnostics and analysis

## Conclusion

Cisco is taking a leadership role in VLAN-based communication with extensive ongoing internal development efforts and the company's goal to drive interoperability with VLAN communication standards. Over the next year, Cisco will deliver on a majority of the developments mentioned in this Statement of Direction. These developments provide an end-to-end VLAN solution that scales from small departmental-level logical workgroups to large enterprisewide workgroups with users dispersed across the campus. While this type of architecture changes the way networks are organized and configured, it provides greater administration efficiencies, security-control mechanisms, bandwidth-management options, and a smooth migration path towards ATM-based communications.

Posted: Jul 17 08:52:52 1995

Copyright 1996 © Cisco Systems Inc.

# Exhibit 6

http://www.Cisco.com/warp/public/741/10.html



# VLANs and Routers

## Mixing routers, switches and VLANs

This document is intended to clarify common misconceptions that occur when routers and switches are included in network designs that also include VLANs

In order for a VLAN to span a router, the router must be capable of forwarding frames from one interface to another while maintaining the VLAN header. If the router is configured for routing a layer three (network layer) protocol, it will terminate the VLAN and MAC layers at the interface a frame arrives on. The MAC layer header can be maintained if the router is bridging the network layer protocol. However, regular bridging still terminates the VLAN header. Using the Independent Routing and Bridging feature in release 11.2, a router can be configured for routing and bridging the same network layer protocol on the same interface. This allows the VLAN header to be maintained on a frame while it transits a router from one interface to another.

This tech tip documents the progression of VLANs as they are implemented with a router that is routing IP, bridging IP, and bridging IP with IRB.

In Figure I PCs A and B are connected to VLANs that are in turn separated by a router. This illustrates the common misconception that a single VLAN can have a router based connection in the middle.



This figure also shows the flow of the three layers of headers for a frame traversing the links from PC A to PC B.

As the frame flows through the switch, the VLAN header is applied because the connection is a trunk link. There may be several VLANs communicating across the trunk.

The router terminates the VLAN layer and the MAC layer. It examines the destination IP address and forwards the frame appropriately. In this case the IP frame is to be forwarded out the port towards PC B. This is also a VLAN trunk and so a VLAN header is applied.

Although the VLAN connecting Switch 2 to the router can be called the same number as the VLAN connecting Switch 1 to the router, it is actually the same VLAN. The original VLAN header is removed when the frame arrives at the router. A new header may be applied as the frame exits the router. This new header may include the same VLAN number that was used in the VLAN header that was stripped

when the frame arrived. The fact that the IP frame moved through the router without a VLAN header attached and was forwarded based on the contents of the IP destination address field, not on a VLAN ID field, demonstrates this.

Because the two VLAN trunks sit on opposite sides of the router, they must be different IP subnets.

In order for the two PC's to have the same subnet address the router would have to be bridging IP on its interfaces. However, having the devices on VLANs share a common subnet does not mean that they are on the same VLAN.

Figure II shows what the VLAN topology looks like.



Figure II (Routing IP)

This design results is two physically separate VLANs that may or may not have the same VLAN number.

The need to readdress IP end stations during moves can be avoided by bridging IP on some or all interfaces in the router connecting the VLANs. However, this eliminates all of the benefits of building router based networks to control broadcasts at the network layer. Figure III shows what changes occur when the router is configured for bridging IP. Figure IV shows what happens when the router is configured for bridging IP with IRB.

VLANs and Routers                                        http://www.Cisco.com/warp/public/741/10.html

Figure III shows that the router is now bridging IP. Both PCs are now on the same subnet. Note that the router (bridge) now forwards the MAC layer header across to the outward bound interface. The router still terminates the VLAN header and applies a new header prior to sending the frame out to PC B.



Figure III (Bridging IP)

Eventhough the PCs are now in the same subnet this design results in two physically separate VLANs that may or may not have the same VLAN number.

Figure IV shows what happens when IRB is configured. The VLAN now spans the router and the VLAN header is maintained as the frame transits the router.

VLANs and Routers                                                    http://www.Cisco.com/warp/public/741/10.html



Figure IV (IRB IP)

With IRB this is now one single VLAN.

The VLAN header can be maintained as the frame is moved from one interface to another.

Posted: Tue Sep 24 08:31:03 PDT 1996

Copyright 1996 © Cisco Systems Inc. All rights reserved.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 29, 2006, the within

document was filed with the Clerk of the Court using CM/ECF which will send

notification of such filing(s) to the following; that the document was served on the

following counsel as indicated; and that the document is available for viewing and

downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

I hereby certify that on September 29, 2006 I have sent by E-mail

foregoing document to the following non-registered participants:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602


_____/s/ Philip A. Rovner_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com