# EXHIBIT A

Case 1:05-cv-00418-SLR    Document 193-2    Filed 10/03/2006    Page 1 of 5

2.

Copyright 1996 Business Wire, Inc.

Business Wire
June 11, 1996, Tuesday

DISTRIBUTION: Business Editors & High-Tech Writers

LENGTH: 1135 words

HEADLINE: Xylan and CheckPoint develop first secure virtual LANs and user authenticated virtual LANs

DATELINE: CALABASAS, Calif.

BODY: June 11, 1996--Xylan has entered into a partnership with CheckPoint Software Technologies Ltd., the leader in the worldwide market for firewall products in 1995.

Xylan and CheckPoint will create the first firewall security in a LAN switch, and will work together to provide the first user-based secure virtual LANs.

Xylan will incorporate CheckPoint's security software into its internal routing between VLANs. The firewall capability, which will be transparent to users, will protect against unauthorized access to critical areas of the network. Key applications for this include the connection of a switched campus network to the Internet, building a secure intranet and distributed client/server applications.

Network managers are quite reasonably concerned about the dangers of connecting their campus networks to the Internet without a safeguard against unauthorized intrusion. The new Xylan/CheckPoint agreement will give them this safeguard without the need for an additional piece of equipment.

Virtual LANs make large switched networks possible, and secure communications between VLANs is vital. Network managers will now be able to erect security barriers in front of critical servers and mainframes, and for connections to the corporate intranet and to the public Internet.

Even more important, network managers will be able to define virtual LANs on the basis of an authenticated user,

not simply a physical-layer, MAC-layer or network-layer machine address.

These functions will be integrated into Xylan's OmniSwitch and PizzaSwitch, which already have the most comprehensive software of any LAN switch product line. Xylan chose CheckPoint as its partner because they are a leader in network security software, with a 40 percent market share according to IDC.

CheckPoint's unique "Stateful Inspection" architecture makes FireWall-1 the most flexible and extensive security product of its kind.

The agreement will provide two capabilities that have not previously been offered in LAN switches:

Firewalls between virtual LANs.

A typical AutoTracker virtual LAN is defined by a resource to which various users have access. Since any given user can join many virtual LANs, most connections can be switched. On occasion, though, data will need to move between virtual LANs; for example, for connections over low-speed wide area connections. The new integrated firewall capability will allow a network manager to ensure that data moves between virtual LANs in a highly secure manner.

User-based VLAN assignments.

Xylan has already implemented the most flexible virtual LANs in the networking industry. Its AutoTracker software allows a network manager to define VLANs based on switch port, MAC address, protocol type, IP subnet address, IPX network number, or a custom policy. Later this year the company will add VLANs defined by multicast address. Xylan and CheckPoint have agreed to cooperatively integrate authentication and virtual LANs. This will take VLANs to the next step: virtual LANs based on authenticated users, rather than machines. After a network login, a user will be sent to a security server for authentication and then granted membership in a set of VLANs for which he/she has been authorized regardless of physical location. No matter where the user turns up in the switched network the same resources will be available. And just having physical

access to a workstation will not let an intruder get into sensitive virtual LANs.

Network management for the firewall capability will be integrated with OmniVision, Xylan's graphical SNMP-based network management system, to provide detailed reporting and auditing. Real-time alerting is part of the system.

The firewall, associated network manager and user authorization and authentication capabilities will be available in the fourth quarter of 1996 at a starting price of $ 5,000.

With headquarters in Calabasas, Xylan Corp. is a leading provider of high-bandwidth switching systems that enhance the performance of existing local area networks and facilitate migration to next-generation networking technologies such as ATM. Its OmniSwitch and PizzaSwitch products connect Ethernet, token ring, FDDI, CDDI, Fast Ethernet, and ATM, at wire speed, with automatic any-to-any translation.

Low cost is coupled with powerful software features, including: AutoTracker virtual LANs; ATM PVCs, SVCs and LAN Emulation; IP and IPX routing; RMON; and graphical network management on a broad set of standard management platforms. Xylan provides a wide range of platforms, all of which use the same hardware technologies and run the same code. Extensive redundancy and reliability features are integrated into the products.

Xylan anticipates that OmniCell, Xylan's cell-switching capability, will be integrated into the OmniSwitch backplane in the first half of 1996, and that modules to support 25 Mbps, OC-3, and OC-12 rates will be available in the second half of 1996. Xylan anticipates that the OmniSwitch with OmniCell will be both a powerful backbone ATM switch and a cost-effective ATM desktop switch.

CheckPoint Software Technologies develops, markets and supports network security software products that enable connectivity with security and manageability. The company has U.S. headquarters in Redwood City, Calif., and international headquarters in Ramat-Gan, Israel.

This news release includes forward-looking statements that involve risks and uncertainties, including the timely

availability of new products and other risks detailed in the company's prospectus and report Form 10-Q for the quarter ended March 31, 1996.

CONTACT:    Xylan Corp., Calabasas
            Douglas Hill, 818/880-3500, ext. 3518
            818/880-3505 (fax)
            douglas.hill@xylan.com
            or
            John Mazzaferro, 818/880-3500, ext. 3714
            818/880-3505 (fax)
            john.mazzaferro@xylan.com
            or
            Tony Fisch Consulting
            Tony Fisch, 818/501-6608
            818/501-1303 (fax)