# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 23, 2006

**By E-Filing**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *Alcatel USA Resources, Inc., et al. v. Foundry Networks, Inc.*,
             Civil Action No. 05-418-SLR

Dear Chief Judge Robinson:

    We are in receipt of Mr. Rovner's ten-page Letter Memorandum (with Exhibits 1-26) on behalf of Foundry (D.I. 196, 197). Unless Your Honor directs otherwise, Alcatel plans to respond to Foundry's submission within the ten-day time period provided by Local Rule 7.1.2(a)(2).

                                    Respectfully submitted,

                                      /s/ Karen L. Pascale
                                    Karen L. Pascale (No. 2903)

cc:   Clerk of the Court (by e-file and hand delivery)
       Phillip A. Rovner, Esquire (by e-file and hand delivery)

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on October 23, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire *[provner@potteranderson.com]*
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on October 23, 2006, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

>*By E-Mail*
>
>William L. Anthony, Esquire *[wanthony@orrick.com]*
>Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
>Michael F. Heafey, Esquire *[mheafey@orrick.com]*
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA 94025
>
>Henry C. Bunsow, Esquire *[BunsowH@howrey.com]*
>K.T. Cherian, Esquire *[CherianK@howrey.com]*
>HOWREY LLP
>525 Market Street
>Suite 3600
>San Francisco, CA 94150

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiffs*