IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., a Delaware corporation, and ALCATEL INTERNETWORKING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | PUBLIC VERSION<br><br>Civil Action No. 05-418-SLR<br><br>(JURY TRIAL DEMANDED) |

PUBLIC VERSION OF
EXHIBITS TO OCTOBER 23, 2006 LETTER TO THE HONORABLE SUE L.
ROBINSON FROM PHILIP A. ROVNER, ESQ.

OF COUNSEL:

Henry C. Bunsow
K. T. Cherian
Constance F. Ramos
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

Attorneys for Count II
Defendant and Counterclaimant
Foundry Networks, Inc.

Dated: October 23, 2006

Public Version – October 30, 2006

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
Email: provner@potteranderson.com

*Attorneys for Defendant/Counterclaimant
Foundry Networks, Inc.*

| INDEX OF EXHIBITS ||
|---|---|
| **DESCRIPTION** | **EXHIBIT NO.** |
| Letter to Deborah Bailey Wells from David Hawkes dated March 19, 2002, FOU-ALC 000912 | 1 |
| Alcatel/Foundry Presentation – David Hawkes, EPA, CPA, dated March 18, 2004, ALCATEL 0154869-154881 | 2 |
| Amended Complaint in re *Alcatel USA Resources, Inc., et al. v. Foundry Networks, Inc.*, D. Del., C.A. No. 05-418-SLR | 3 |
| Foundry Networks, Inc.'s Answer to Count II of Plaintiffs' Amended Complaint and Counterclaim | 4 |
| Excerpts from deposition of Michael E. See taken on August 23, 2006 | 5 |
| Excerpts from deposition of Thomas S. Burns taken on September 18, 2006 | 6 |
| Excerpts from deposition of Michelle Goodwin taken on September 8, 2006 | 7 |
| Master Distributorship Agreement between Alcatel Internetworking, Inc. and Alcatel Business Systems, ALCATEL 180067-180115 | 8 |
| Letter dated August 2, 2006 from Robert Greenspoon to Constance F. Ramos | 9 |
| Letter dated August 2, 2006 from Robert P. Greenspoon to K. T. Cherian | 10 |
| Transmittal letter dated August 3, 2006 (but not faxed until August 7, 2006) from Robert Greenspoon to Matthew Poppe | 11 |
| Letter dated August 18, 2006 from Robert Greenspoon to Matthew H. Poppe and K. T. Cherian | 12 |

| | |
|---|---|
| Letter dated August 29, 2006 from Robert P. Greenspoon to Constance Ramos | 13 |
| Letter dated September 19, 2006 from Robert Greenspoon to Matthew H. Poppe and K. T. Cherian | 14 |
| The Alcatel Plaintiffs' Fed. R. Civ. P. 26(a)(1) Initial Disclosures, dated October 18, 2005 | 15 |
| The Alcatel Plaintiffs' February 15, 2006 Supplemental Fed. R. Civ. P. 26(a)(1) Initial Disclosures | 16 |
| Excerpts from Foundry Networks' First Set of Requests for Production of Documents and Things Regarding Plaintiff's Count II and Defendant's Counterclaim (Nos. 1-205), dated January 24, 2006 | 17 |
| Excerpts from Alcatel's Response to Foundry's Requests for Production of Documents and Things Regarding Count II and Foundry's Counterclaim (Nos. 1-205), dated February 23, 2006 | 18 |
| Foundry Networks, Inc.'s First Set of Interrogatories to Alcatel Internetworking Inc. Regarding Plaintiff's Count II and Defendant's Counterclaim (Nos. 1-12), dated February 22, 2006 | 19 |
| Excerpts from Alcatel's Response to Foundry's First Set of Interrogatories Regarding Plaintiff's Count II and Defendant's Counterclaim (Nos. 1-12), dated March 27, 2006 | 20 |
| Excerpts from Alcatel's First Supplemental Responses to Foundry's First Set of Interrogatories Regarding Plaintiff's Count II and Defendant's Counterclaim (Nos. 2-4, 6-9 and 12), dated August 30, 2006 | 21 |
| Foundry Networks, Inc.'s Notice of Rule 30(b)(6) Deposition of Alcatel Internetworking, Inc., dated July 21, 2006 | 22 |
| Excerpts from transcript of teleconference with Court, September 6, 2006 | 23 |
| Excerpts from transcript of conference with Court, September 14, 2006 | 24 |
| Excerpts from transcript of conference with Court, October 4, 2006 | 25 |
| Alcatel Count II Production log and accompanying letters requesting supplementation | 26 |

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on October 30, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

I hereby certify that on October 30, 2006 I have sent by E-mail the foregoing document to the following non-registered participants:

Timothy J. Haller, Esq.
Robert Greenspoon, Esq.
Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com