# SEALED DOCUMENT

Case 1:05-cv-00418-SLR    Document 204    Filed 11/06/2006    Page 1 of 1