## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on November 14, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire *[provner@potteranderson.com]*
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on November 14, 2006, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

### *By E-Mail*

> William L. Anthony, Esquire *[wanthony@orrick.com]*
> Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
> Michael F. Heafey, Esquire *[mheafey@orrick.com]*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
>
> Henry C. Bunsow, Esquire *[BunsowH@howrey.com]*
> K.T. Cherian, Esquire *[CherianK@howrey.com]*
> HOWREY LLP
> 525 Market Street
> Suite 3600
> San Francisco, CA 94150

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiffs*