IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., <br> a Delaware corporation, and <br> ALCATEL INTERNETWORKING, INC., <br> a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY NETWORKS, INC., <br> a Delaware corporation, <br><br> Defendant. | Civil Action No. 05-418-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certifies that on November 14, 2006 and November 17. 2006 copies of (1) Alcatel Internetworking, Inc.'s Objections to Foundry's Networks, Inc.'s Subpoena for Documents of Alcatel Internetworking, Inc., (2) Alcatel USA's Objections to Foundry's Networks, Inc.'s Subpoena for Documents of Alcatel USA, Inc. and (3) Alcatel USA Resources, Inc. and Alcatel Internetworking Objections to Foundry's Networks, Inc.'s Notice of Deposition of Non-Party Witnesses Steven Sherman and Debbie Thomas were caused to be served on the following counsel of record in the manner indicated:

### BY ELECTRONIC MAIL

Henry C. Bunsow
K.T. Cherian
Constance Ramos
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900
(415) 848-4999 – fax

William L. Anthony
Matthew H. Poppe
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(605) 614-7400
(605) 614-7401 – fax

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 1989

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 22, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY/CM/ECF**

Henry C. Bunsow
K.T. Cherian
Constance Ramos
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900
(415) 848-4999 – fax

William L. Anthony
Matthew H. Poppe
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(605) 614-7400
(605) 614-7401 – fax

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ |
| *Of Counsel:* | Josy W. Ingersoll (No. 1088) |
|  | *jingersoll@ycst.com* |
| Timothy J. Haller | John W. Shaw (No. 3362) |
| Robert P. Greenspoon | *jshaw@ycst.com* |
| Sally J. Wiggins | Adam W. Poff (No. 3990) |
| NIRO, SCAVONE, HALLER & NIRO | *apoff@ycst.com* |
| 181 West Madison Street, Suite 4600 | The Brandywine Building |
| Chicago, Illinois 60602 | 1000 West Street, 17th Floor |
| (312) 236-0733 | Wilmington, Delaware 19801 |
|  | (302) 571-6600 |
| Dated: November 22, 2006 | *Attorneys for Plaintiffs* |