IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCATEL USA RESOURCES, INC., )<br>a Delaware corporation, and )<br>ALCATEL INTERNETWORKING, INC., )<br>a California corporation, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC., )<br>a Delaware corporation, )<br>)<br>Defendant. ) | Civil Action No. 05-418-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certifies that on November 14, 2006 copies of (1) Non-Party Steven Sherman's Objections to Foundry's Networks, Inc.'s Notice of Subpoena of Steven Sherman and (2) Non-Party Debbie Thomas' Objections to Foundry's Networks, Inc.'s Notice of Subpoena of Debbie Thomas were caused to be served on the following counsel of record in the manner indicated:

**BY FACSIMILE**

Henry C. Bunsow
K.T. Cherian
Constance Ramos
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900
(415) 848-4999 – fax

064207.1001

**BY ELECTRONIC MAIL**

William L. Anthony
Matthew H. Poppe
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(605) 614-7400
(605) 614-7401 – fax

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 22, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY/CM/ECF**

Henry C. Bunsow
K.T. Cherian
Constance Ramos
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900
(415) 848-4999 – fax

William L. Anthony
Matthew H. Poppe
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(605) 614-7400
(605) 614-7401 – fax

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel:*

Timothy J. Haller
Robert P. Greenspoon
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Adam W. Poff (No. 3990)
apoff@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Dated: November 22, 2006

*Attorneys for Plaintiffs*