IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCATEL USA RESOURCES, INC., <br>    a Delaware Corporation, and <br> ALCATEL INTERNETWORKING, INC., <br>    a California Corporation, <br><br>             Plaintiffs, <br><br>             v. <br><br> FOUNDRY NETWORKS, INC., <br>    a Delaware Corporation, <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> Civil Action No. 05-418-SLR <br><br> (JURY TRIAL DEMANDED) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel, subject to the approval of the Court, that pursuant to the parties' confidential Settlement Agreement, the above-captioned action, including all claims and counterclaims therein, is hereby dismissed with prejudice, all parties to bear their own costs and attorney fees.

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **POTTER ANDERSON & CORROON LLP** |
| /s/   Karen L. Pascale | /s/ Philip A. Rovner |
| _____ | _____ |
| Josy W. Ingersoll (#1088) <br> Karen L. Pascale (#2903) *[kpascale@ycst.com]* <br> Adam W. Poff (#3990) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware  19801 <br> (302) 571-6600 <br> *Attorneys for Plaintiffs* | Philip A. Rovner (#3215) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> Telephone:  (302) 984-6000 <br> provner@potteranderson.com <br> *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

 

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on March 7, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire *[provner@potteranderson.com]*
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on March 7, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>William L. Anthony, Esquire *[wanthony@orrick.com]*
>Matthew H. Poppe, Esquire *[mpoppe@orrick.com]*
>Michael F. Heafey, Esquire *[mheafey@orrick.com]*
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA 94025
>
>Henry C. Bunsow, Esquire *[BunsowH@howrey.com]*
>K.T. Cherian, Esquire *[CherianK@howrey.com]*
>HOWREY LLP
>525 Market Street
>Suite 3600
>San Francisco, CA 94150

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen L. Pascale*
>Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>*Attorneys for Plaintiffs*